# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Benjamin Schoenthal, et al.
          Plaintiff,

v.                Case No.: 3:22−cv−50326
               Honorable Iain D. Johnston

Kwame Raoul, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 24, 2022:

  MINUTE entry before the Honorable Iain D. Johnston: : The motion for an extension of time by defendants Raoul and Berlin [9] is unopposed and granted. Their answers are now due 11/29/2022. In addition, by 10/31/2022 the plaintiff shall file a written report on the status of serving the two defendants who have not yet appeared, Foxx and Rinehart. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.