IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of Illinois, <br><br> RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois, <br><br> ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois; <br><br> KIMBERLY M. FOXX, in her official Capacity as State's Attorney of Cook County, Illinois, and <br><br> ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois, <br><br> Defendants. | Case No. 3:22 CV 50326 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> : |

## PLAINTIFFS' STATUS REPORT REGARDING SERVICE OF PROCESS

Pursuant to the Court's Order of November 1, 2022, Plaintiffs provide the following information regarding service of process on Defendants Foxx and Rinehart:

- Defendant Kimberly M. Foxx was served through an authorized representative on October 14, 2022. A printout of a report from the Cook County Sheriff's Office is attached.

- Defendant Eric Rinehart was served through an authorized representative on October 14, 2022. The Affidavit of Service from the Lake County Sheriff's Office is attached.

As the Summonses required an answer to the Complaint within 21 days after service, Plaintiffs expect a response from these Defendants on or before November 4, 2022.

Plaintiffs' counsel apologizes for inadvertently overlooking the Court's Order of October 24, 2022.

Dated: November 1, 2022  Respectfully submitted,

By:     /s/ David G. Sigale
        Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

    1.    On November 1, 2022, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

    /s/ David G. Sigale
    Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

(/)



(/)

Select Language ▼

# Search Results

By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Case Number
**22CV50326**

Sheriff Number
**50215332**

Street
**W Washington St, Chicago, IL 60602**

Status
**SERVED**

Service Date
**10/14/2022 10:21 AM**

Service Type
**Service on a Corporation/Company/Business/Partnership**

Search Again (/CivilProcess)

## User Instruction Guides

Click on the following links to view instructions that will guide you throughout the case filing process:

Introduction (/Content/PDF/ManualIntroductionPDF.pdf)
Log in and Select Language (/Content/PDF/LanguageAndLogin.pdf)
Creating an Account (/Content/PDF/AccountCreation.pdf)
Access the New E-File Case Page (/Content/PDF/AccessNewEfileCasePage.pdf)
Create New E-File (/Content/PDF/CreateNewEfileCase.pdf)
Add a Service (/Content/PDF/AddAService.pdf)
Uploading Documents to Service Requests (/Content/PDF/AddingDocumentsToServices.pdf)
Summary (/Content/PDF/Summary.pdf)
Payment (/Content/PDF/PayViaLexisNexis.pdf)
Receipts (/Content/PDF/Receipts.pdf)
Full Instruction Guide (/Content/PDF/CCSO-EFile-Full-User-Guide.pdf)

## E-File Instructional Video

# AFFIDAVIT OF SERVICE

**Lake County Sheriff's Office** — John D. Idleburg, Sheriff

Type of Service: SUMMONS - FOREIGN PAPER -  Assigned to: JOHNSON, JACK W  10430
Court Case: 22CV50326  Civil Number: 22-04803CP  Date Received: 10/11/2022  Expires: 10/28/2022

Name: LAKE COUNTY STATE'S ATTORNEY  Sex:  Race:  DOB:
Address: 18 N. COUNTY STREET  Apt:  City: WAUKEGAN
Care of \ Attention: ERIC RINEHART

☒ **Service Information:**
I certify that I served this **Summons** on the defendant on 10/14/22  Time: 11:42 AM

☐ **Personal Service:**
Address of service if different from above
Address: _____  City-State-Zip: _____

☐ **Substituted Service:**
By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there of the age of 13 Years or upwards and informing that person of the contents of the **SUMMONS**. *I or some other authorized person sent a copy of the SUMMONS in a sealed envelope with postage fully prepaid, addressed to the defendant at his\her usual place of abode.*

Name: _____  Relationship: _____  Age: _____

Service On: ☐ Corporation ☐ Company ☐ Business ☐ Partnership ☒ Other: Government
I left of a copy of the **SUMMONS** with
Name: Lydia Grecis  ☐ Registered Agent ☒ Authorized Person ☐ Partner ☐ Other
Personal Info: Sex F  Race H  DOB\Age Refused  Height ___ Weight ___ Eyes ___ Hair ___

Dates Attempted | Time | AM/PM | Notes

Return Not Found: Date: ___ / ___ / ___  Reason: ☐ Not At Given Address ☐ Never Home
☐ Moved ☐ No Longer Employed ☐ Refused to Open Door ☐ Deceased ☐ Other ___

John D. Idleburg
Sheriff of Lake County, Illinois

Deputy: **J. JOHNSON #10430**

Notary Public, Lake County, Illinois
My Commission expires: ___ / ___ / ___

Additional Comments / Property Inventory Below or Reverse Side