# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

| | |
|---|---|
| **Benjamin Schoenthal, Mark Wroblewski,** ) | |
| **Joseph Vesel, and Douglas Winston,** ) | |
| **v.** ) | |
| ) | No.          22-cv-50326 |
| **Kwame Raoul, in his official capacity as Attorney** ) | |
| **General of Illinois,** ) | Judge:      Iain D. Johnston |
| **Rick Amato, in his official capacity as State's** ) | |
| **Attorney of DeKalb County, Illinois,** ) | Magistrate:  Lisa A. Jensen |
| **Robert Berlin, in his official capacity as State's** ) | |
| **Attorney of DuPage County, Illinois,** ) | |
| **Kimberly M. Foxx, in her official capacity as** ) | |
| **State's Attorney of Cook County, Illinois, and** ) | |
| **Eric F. Rinehart, in his official capacity as** ) | |
| **State's Attorney of Lake County, Illinois.** ) | |

## MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT ERIC RINEHART TO ANSWER OR OTHERWISE PLEAD

Now comes the defendant, ERIC RINEHART, for his Motion for an Extension of Time to Answer or Otherwise Plead, states the following:

1. The Plaintiff filed his Complaint on September 20, 2022 and served Lake County State's Attorney Eric Rinehart on October 14, 2022. State's Attorney Rinehart's answer or responsive pleading is currently due on November 4, 2022.

2. The undersigned filed her appearance on behalf of State's Attorney Rinehart.

3. On November 2, 2022, State's Attorney Rinehart requested that the Illinois Attorney General's Office defend and indemnify him in this action. That request has not yet been granted, but the State's Attorney expects the Illinois Attorney General's office to appear on his behalf. The Illinois Attorney General's office has appeared on behalf of two of the earlier served State's Attorneys.

1

    4. The Court has granted the Illinois Attorney General's Office an extension until November 29, 2022 to respond to the Complaint (Dkt. #10).

    5. State's Attorney Rinehart requests the same deadline – November 29, 2022 – to answer or otherwise plead. This should allow the Illinois Attorney General's office to appear on behalf of State's Attorney Rinehart and file consolidated pleadings.

    6. The undersigned discussed this request for extension with Plaintiff's counsel and he had no objection to the extension.

    7. State's Attorney Rinehart requests this continuance in good faith and his request is not intended to delay these proceedings.

    WHEREFORE, Defendant Lake County State's Attorney Eric F. Rinehart, respectfully request this Court to grant them until November 29, 2022 to answer or otherwise plead, and other relief this Court deems just or necessary.

    ERIC F. RINEHART,
    State's Attorney, County of Lake


    By: s/Melanie K. Nelson
    Chief Deputy, Civil Trial Division

Melanie K. Nelson (#6288452)
Chief Deputy Assistant State's Attorney
Lake County State's Attorney's Office
18 North County Street
Waukegan, IL 60085
(847) 377-3050