UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Western Division

Benjamin Schoenthal, et al.
                    Plaintiff,

v.                                            Case No.: 3:22−cv−50326
                                              Honorable Iain D. Johnston

Kwame Raoul, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

  MINUTE entry before the Honorable Iain D. Johnston: The motions by defendants Rinehart [15] and Foxx [19] seeking extensions of time to answer are granted. All answers are now due 11/29/2022. The Court issues a rule to show cause to the plaintiffs to identify the basis upon which they allege standing under Article III. Federal courts are courts of limited jurisdiction, and a district court has a continuing obligation to ensure that it has jurisdiction over the cases before it. See Hertz Corp. v. Friend, 559 U.S. 77, 94 (2010) ("Courts have an independent obligation to determine whether subject−matter jurisdiction exists, even when no party challenges it."). To fall within the jurisdiction of a federal court, a plaintiff must have Article III standing to bring the action in the first instance. The traditional test for determining whether a plaintiff has standing presents three elements: (1) the plaintiff has suffered an injury in fact, (2) the injury is fairly traceable to the defendant's conduct, and (3) the relief sought will redress the injury complained of. FEC v. Ted Cruz for Senate, 142 S. Ct. 1638, 1646 (2022). The party invoking the federal court's jurisdiction bears the burden of establishing the plaintiff's standing to sue. Pierre v. Midland Credit Mgmt., 29 F.4th 934, 939 (7th Cir. 2022). The plaintiff's written response to the rule to show cause is also due 11/29/2022. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.