IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois, | )<br>)<br>) |
| RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois, | )<br>)<br>)<br>) Case No. 3:22 CV 50326 |
| ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois, | )<br>)<br>)<br>) |
| KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois, | )<br>)<br>)<br>) |
| ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois, | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' L.R. 56.1(a)(2) STATEMENT OF UNDISPUTED FACTS**

NOW COME the Plaintiffs, BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, by and through undersigned counsel, and, for their Statement of Undisputed Facts in Support of their F.R. Civ. P. 56(a) Motion for Summary Judgment, states as follows:

I.      **Illinois' Public Transportation Carry Ban.**

1.     When the citizens of Illinois enacted their Constitution, they provided that "[p]ublic transportation is an *essential* public purpose for which public funds may be expended." ILL. CONST. Art. XIII, § 7 (emphasis added).

2.     In general, Illinois bars the carrying of handguns by ordinary citizens in public for self-defense unless they first acquire a license to carry. 720 ILCS 5/24-(1)(a)(4), (a)(10).

3.     Under 430 ILCS 66/65-(a)(8), a firearm licensee "shall not knowingly carry a firearm on or into . . . [a]ny bus, train, or form of transportation paid for in whole or in part with public funds, and any building, real property, and parking area under the control of a public transportation facility paid for in whole or in part with public funds."

4.     A first violation of the Public Transportation Carry Ban is a Class B misdemeanor punishable by a fine of up to $1500.00 and confinement in jail for up to 180 days. 430 ILCS 66/70(e); 730 ILCS 5/5-4.5-60.

5.     A second or subsequent offense is a Class A misdemeanor punishable by a fine of up to $2500.00 and confinement in jail for up to 364 days. 430 ILCS 66/70(e); 730 ILCS 5/5-4.5-55.

II.     **Public Transportation Carry Ban's Effects on Plaintiffs.**

6.     Plaintiffs are law-abiding citizens who are licensed to carry a handgun and who seek to carry bearable arms. See ¶¶ 5, 7 of the Declaration of Benjamin Schoenthal, attached hereto as Exhibit "A;" see also ¶¶ 5, 7 of the Declaration of Mark Wroblewski, attached hereto as Exhibit "B;" see also ¶¶ 5, 10, 11, 14 of the Declaration of Joseph Vesel, attached hereto as Exhibit "C;" see also ¶¶ 5, 8, 10, 12 of Exhibit "D."

7. Plaintiffs seek to carry their firearms for purposes of self-defense as they go about their daily lives, specifically when, as a matter of necessity or convenience, they choose to take public transportation. *See* ¶¶ 7-9 of Exhibit "A;" *see also* ¶¶ 7-9 of Exhibit "B;" *see also* ¶¶ 10, 11, 14 of Exhibit "C;" *see also* ¶¶ 8, 11, 12 of the Declaration of Douglas Winston, attached hereto as Exhibit "D."

8. All Plaintiffs would use public transportation or would make greater use of public transportation were they not forbidden by the Public Transportation Carry Ban to carry for self-defense. *See* ¶ 7 of Exhibit "A;" *see also* ¶ 7 of Exhibit "B;" *see also* ¶¶ 10, 11 of Exhibit "C;" *see also* ¶¶ 8, 10 of Exhibit "D."

9. Plaintiff Schoenthal occasionally uses public transportation for work and more frequently for errands. *See* ¶ 7 of Exhibit "A." In particular, he would like to use it more since it is an environmentally friendly option compared to single-occupancy car driving. *Id.*

10. Plaintiff Wroblewski travels from his home in the suburbs to the city for recreational purposes *via* public transportation. *See* ¶ 7 of Exhibit "B." He would utilize it more, were he able to exercise his constitutional right to carry for self-defense. *Id.*

11. Plaintiff Vesel has avoided using public transportation because he cannot carry a firearm for self-defense while doing so. *See* ¶ 11 of Exhibit "C."

12. Plaintiff Winston rarely takes public transportation because he must disarm before he does so to avoid prosecution. Specifically, Winston would take public transportation with his family to cities like Evanston and Chicago were he able to carry a concealed firearm. *See* ¶ 8 of Exhibit "D."

13. Because of the risk of exposing themselves to arrest and criminal charges for carrying a handgun on public transportation, Plaintiffs either disarm prior to riding on public

transportation or decline to utilize public transportation altogether. *See* ¶¶ 7-8 of Exhibit "A;" *see also* ¶¶ 7-8 of Exhibit "B;" *see also* ¶¶ 10, 11, 14 of Exhibit "C;" *see also* ¶¶ 8, 11 of Exhibit "D."

WHEREFORE, the Plaintiffs, BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, requests this Honorable Court to grant their F.R. Civ. P. 56(a) Motion for Summary Judgment, as well as any and all further relief as this Court deems just and proper.

Dated: March 1, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: _____/s/ David G. Sigale_____
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

## **CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

     1.    On March 1, 2023, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

     2.    Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                                  /s/ David G. Sigale
                                                                    Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com