UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Western Division

Benjamin Schoenthal, et al.
         Plaintiff,

v.                 Case No.: 3:22−cv−50326
                 Honorable Iain D. Johnston

Kwame Raoul, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 2, 2023:

  MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiffs' motion for summary judgment. Dkt. 32. The motion was filed in violation of the Court's standing order on summary judgment motions, specifically that before filing a summary judgment motion the parties must confer and jointly submit dates for a summary judgment prefiling conference. Because the plaintiff's motion for summary judgment [32] was filed in violation of that order, it is stricken without prejudice. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.