IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> KWAME RAOUL, *et al.*, <br><br> Defendants. | No. 3:22-CV-50326 <br><br> Hon. Iain D. Johnston |

**JOINT STATUS REPORT**

Plaintiffs Benjamin Schoenthal, Mark Wroblewski, Joseph Vesel, and Douglas Winston (collectively, "Plaintiffs"), and Defendants Kwame Raoul, Rick Amato, Robert Berlin, Eric Rinehart, and Kimberly M. Foxx (collectively, "Defendants," and together with Plaintiffs, the "Parties"), provide this status report on the outcome of the Parties' conference pursuant to Fed. R. Civ. P. 26(f).

1. Plaintiffs challenge the constitutionality of 430 ILCS 66/65-(a)(8), which provides that persons holding concealed carry licenses under the Illinois Firearm Concealed Carry Act, 430 ILCS 66/1 *et seq.*, "shall not knowingly carry a firearm on or onto . . . . [a]ny bus, train, or form of transportation paid for in whole or in part with public funds, and any building, real property, and parking area under the control of a public transportation facility paid for in whole or in part with public funds." 430 ILCS 66/65-(a)(8).

2. At the status conference held on March 17, 2023, the Court and the Parties discussed the need for expert and fact discovery in this matter. After that status conference the Court directed the Parties to "participate in a Rule 26 conference" and "file a written status report on the

1

conference" by April 10, 2023. Minute Entry Dated March 17, 2023, Dkt. 41. The Court informed the Parties it would "set a telephonic status hearing upon review of the written status report." *Id.*

3. Consistent with the Court's instructions, the Parties met and conferred on March 22, 2023, and March 30, 2023.

4. The Parties determined that there is no dispute as to the following matters:

   a. The Parties agree that this matter is not amenable to a negotiated resolution, and respectfully request that this case be excused from alternative dispute resolution mediation.

   b. The Parties agree that the entry of a Rule 502(d) order is appropriate.

5. The Parties were unable to reach agreement as to an appropriate discovery and case schedule. The Parties' respective proposed schedules are below:

|  | Defendants' Proposed Deadlines | Plaintiffs' Proposed Deadlines |
|---|---|---|
| Deadline to amend pleadings, and/or add new counts or parties | May 1, 2023 | May 1, 2023 |
| Deadline to complete fact discovery | July 1, 2023 | July 1, 2023 |
| Deadline for depositions of fact witnesses | August 1, 2023 | July 1, 2023 |
| Deadline for Plaintiffs' Fed. R. Civ. P. 26(a)(2)(B) and (C) disclosures and reports | September 1, 2023 | August 1, 2023 |
| Deadline for Defendants' Fed. R. Civ. P. 26(a)(2)(B) and (C) disclosures and reports | September 29, 2023 | September 1, 2023 |
| Deadline for all Rule 26(e) supplements | October 15, 2023 | September 15, 2023 |
| Deadline to complete all discovery | November 17, 2023 | October 15, 2023 |
| Dispositive motions due | December 15, 2023 | November 15, 2023 |
| Deadline to file oppositions to any dispositive motions that may be filed | February 2, 2024 | December 15, 2023 |
| Deadline to file replies in further support of any dispositive motions that may be filed. | March 1, 2024 | January 15, 2024 |

6. The Parties respectfully request the opportunity to discuss the best approach to resolving this dispute at the status conference the Court indicated it would set after reviewing this filing. Following the resolution of this dispute, the Parties expect to be in a position to finalize and submit a proposed case management order for the Court's consideration.

April 10, 2023

Christopher G. Wells
Gretchen Elizabeth Helfrich
Isaac Freilich Jones
Office of the Illinois Attorney General
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
Tel. 312-814-3000
christopher.wells@ilag.gov
gretchen.helfrich@ilag.gov
isaac.freilichjones@ilag.gov

Respectfully submitted,

Defendants KWAME RAOUL, RICK AMATO, ROBERT BERLIN, and ERIC RINEHART

By: KWAME RAOUL,
   Illinois Attorney General

*/s/ Isaac Freilich Jones*
*One of the Attorneys for Defendants Kwame Raoul, Rick Amato, Robert Berlin, and Eric Rinehart*


KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Silvia Mercado Masters*
   Assistant State's Attorney
   500 Richard J. Daley Center
   Chicago, Illinois 60602
   silvia.mercadomasters@cookcountyil.gov
   (312) 603-7795

Jessica Scheller
Prathima Yeddanapudi
Silvia Mercado Masters
Assistant State's Attorneys
Cook County State's Attorney's Office
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602

**For Plaintiffs Benjamin Schoenthal,
Mark Wroblewski, Joseph Vesel, and
Douglas Winston**

/s/ David G. Sigale
David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com
Attorney for Plaintiffs

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On April 10, 2023, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2. Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


/s/ David G. Sigale
Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com