# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.
                         Plaintiff,

v.                                              Case No.: 3:22−cv−50326
                                                Honorable Iain D. Johnston

Kwame Raoul, et al.
                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 21, 2023:

    MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 4/21/2023. The parties are excused from attending a prefiling summary judgment conference. The magistrate judge referral is removed from this case. Case management deadlines entered as follows: Amended pleadings, new counts or parties, and third−party complaints due 5/1/2023; 26(a)(2)(C) disclosures due 7/1/2023; Supplements under 26(e) due 8/1/2023; Fact discovery is set to close on 9/1/2023; each side's retained expert reports under 26(a)(2)(B) due on 10/1/2023; All discovery set to close on 10/31/2023; Dispositive motions shall be filed on 12/4/2023. Briefing on motions set as follows: responses due 1/16/2024 and replies are due 2/6/2024. Parties are granted a page limit of 25 pages on the memorandum and 25 pages on responses. Statement of fact are limited to 100 per each side. The production of privileged or work−product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.