IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SHOENTHAL, *et al.*, <br><br> Plaintiffs, <br> v. <br> KWAME RAOUL, *et al.*, <br><br> Defendants. | No. 3:22-CV-50326 <br><br> Hon. Iain D. Johnston |

**JOINT MOTION FOR AN EXTENSION OF CASE DEADLINES**

Plaintiffs Benjamin Schoenthal, Mark Wroblewski, Joseph Vesel, and Douglas Winston (collectively, "Plaintiffs"), and Defendants Kwame Raoul, Rick Amato, Robert Berlin, Eric Rinehart, and Kimberly M. Foxx (collectively, "Defendants," and together with Plaintiffs, the "Parties"), jointly move for a three-week extension of case deadlines. In support of their motion, the Parties state:

1. On April 21, 2023 the Court entered an order providing for the following case management deadlines: "Amended pleadings, new counts or parties, and third−party complaints due 5/1/2023; 26(a)(2)(C) disclosures due 7/1/2023; Supplements under 26(e) due 8/1/2023; Fact discovery is set to close on 9/1/2023; each side's retained expert reports under 26(a)(2)(B) due on 10/1/2023; All discovery set to close on 10/31/2023; Dispositive motions shall be filed on 12/4/2023. Briefing on motions set as follows: responses due 1/16/2024 and replies are due 2/6/2024." Notification of Docket Entry, ECF 45.

2. Since that time, the Parties have collaborated to complete discovery, including by serving requests for production and interrogatories, responding to requests for production and interrogatories, meeting and conferring to successfully resolve discovery disputes without the

1

involvement of the Court, and preparing for depositions. Through these diligent efforts, the parties expect to complete nearly all fact discovery in this case by September 1, 2023, the current deadline for the completion of fact discovery. Two Plaintiff depositions, however, cannot be completed by the current deadline due to conflicts created by work schedules, travel, and other scheduling conflicts. The Parties therefore agree, subject to the Court's approval, that a short extension of case deadlines is necessary and appropriate to provide sufficient time for the completion of these final two depositions, and to provide sufficient time to appropriately use all discovery in subsequent phases of this case (*e.g.*, the filing of dispositive motions).

3. A court may extend the time within which an act must be done for good cause. *See* Fed. R. Civ. P. 6(b)(1). Here, good cause exists to extend remaining case deadlines by 21 days to allow the Parties to complete discovery and to provide sufficient time to appropriately use that discovery in subsequent phases of this case.

4. For these reasons, the Parties respectfully request the Court grant this joint motion, and enter an order providing for the following case deadlines:

   a. Fact discovery is set to close on 9/22/2023.

   b. Each side's retained expert reports under 26(a)(2)(B) due 10/23/2023.

   c. All discovery set to close on 11/20/2023.

   d. Dispositive motions shall be filed 12/29/2023.

   e. Responses to dispositive motions shall be filed 2/9/2024.

   f. Replies in further support of dispositive motions shall be filed 3/1/2024.

| | |
|---|---|
| August 28, 2023 | Respectfully submitted, |
| | |
| Christopher G. Wells | Defendants KWAME RAOUL, RICK AMATO, |
| Darren Kinkead | ROBERT BERLIN, and ERIC RINEHART |
| Gretchen Elizabeth Helfrich | |
| Isaac Freilich Jones | By: KWAME RAOUL, |
| Office of the Illinois Attorney General | Illinois Attorney General |
| 100 West Randolph Street, 11th Floor | |
| Chicago, Illinois 60601 | */s/ Isaac Freilich Jones* |
| christopher.wells@ilag.gov | *One of the Attorneys for Defendants Kwame* |
| Darren.kinkead@ilag.gov | *Raoul, Rick Amato, Robert Berlin, and Eric* |
| gretchen.helfrich@ilag.gov | *Rinehart* |
| isaac.freilichjones@ilag.gov | |
| | |
| Jessica Scheller | KIMBERLY M. FOXX |
| Prathima Yeddanapudi | State's Attorney of Cook County |
| Silvia Mercado Masters | |
| Assistant State's Attorneys | By: */s/ Silvia Mercado Masters* |
| Cook County State's Attorney's Office | *One of the Attorneys for Defendant Kimberly M.* |
| Civil Actions Bureau | *Foxx* |
| 500 Richard J. Daley Center | |
| Chicago, Illinois 60602 | |
| | |
| David G. Sigale | Plaintiffs BENJAMIN SCHOENTHAL, MARK |
| LAW FIRM OF DAVID G. SIGALE | WROBLEWSKI, JOSEPH VESEL, AND |
| 55 West 22nd Street, Suite 230 | DOUGLAS WINSTON |
| Lombard, IL 60148 | |
| dsigale@sigalelaw.com | By: */s/ David G. Sigale* |
| | *Attorney for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on August 28, 2023 they caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record:

             */s/ Isaac Freilich Jones*
             Assistant Attorney General