# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.
                              Plaintiff,

v.                                                   Case No.: 3:22−cv−50326
                                                                Honorable Iain D. Johnston

Kwame Raoul, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: The joint motion for an extension of time [48] is granted. Fact discovery shall now close on 9/22/2023; retained expert reports shall be served by 10/23/2023; all discovery closes 11/20/2023; dispositive motions by 12/29/2023, responses by 2/9/2024, and replies by 3/1/2024. All other aspects of the case management order entered on 4/21/2023, see Dkt. 45, remain as set. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.