# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.
                          Plaintiff,

v.                                                      Case No.: 3:22−cv−50326
                                                        Honorable Iain D. Johnston

Kwame Raoul, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 24, 2023:

    MINUTE entry before the Honorable Iain D. Johnston: On defendant Foxx's motion to stay [52], the plaintiffs shall respond by 11/7/2023, and the defendants shall reply by 11/15/2023. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.