IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, | |
| Plaintiffs, | No. 3:22-CV-50326 |
| v. | Hon. Iain D. Johnston |
| KWAME RAOUL, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF
DEADLINE FOR DISPOSITIVE MOTIONS**

NOW COMES Defendant, Kimberly M. Foxx, State's Attorney of Cook County, through her assistant, Silvia Mercado Masters, and for her motion to extend the deadline for the parties to file dispositive motions, states as follows.

1. On August 29, 2023, this Court entered a Minute Order setting deadlines for discovery and for dispositive motions to December 29, 2023. Dkt. 49.

2. On October 23, 2023, Defendant filed a motion to stay proceedings pending the U.S. Supreme Court's decision in *U.S. v. Rahimi*, 61 F.4th 443 (5th Cir. 2023) which was argued on November 7, 2023. Dkt. 52. That motion has been fully briefed.

3. Defendant, in the reply in support of the motion to stay, requested, in the alternative, for this Court to extend the deadline for dispositive motions. Dkt. 56 at 5. Defendant formally repeats the request here. Due to the holidays, Defendant will be unable to run a dispositive motion through the necessary channel of review within the office by December 29, 2023. Defendant respectfully asks that the current deadline for dispositive motions be extended to January 29, 2024.

1

4. This motion for an extension of is raised in good faith to allow Defendant to fully prepare and file her dispositive motion, and not for improper delay.

5. The parties have conferred, Plaintiffs take no position and all other Defendants do not oppose Defendant's requested relief.

WHEREFORE, Defendant requests that this Honorable Court enter an order extending its deadline for dispositive motions to January 29, 2024.

                                                  Respectfully submitted,

                                                  KIMBERLY FOXX
                                                  State's Attorney of Cook County

By:    /s/ *Silvia Mercado Masters*
          Silvia Mercado Masters
          Assistant State's Attorney
          Cook County State's Attorney's Office
          500 Richard J. Daley Center
          Chicago, Illinois 60602
          silvia.mercadomasters@cookcountysao.org
          (312) 603-7795