**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, | |
| Plaintiffs, | No. 3:22-CV-50326 |
| v. | |
| KWAME RAOUL, *et al.*, | Hon. Iain D. Johnston |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION
TO FILE ENLARGED MEMORANDA OF LAW**

Defendants Illinois Attorney General Kwame Raoul, DeKalb County State's Attorney Rick Amato, DuPage County State's Attorney Robert Berlin, and Lake County State's Attorney Eric Rinehart, by and through Illinois Attorney General Kwame Raoul ("Movants"), request pursuant to Local Rule 7.1 that the page limits for memoranda of law in support of and in opposition to motions for summary judgment be enlarged to 30 pages, excluding the cover page, table of contents, and table of authorities. In support of their motion, Movants state:

1.      On April 21, 2023, the Court entered an order setting a page limit of 25 pages for memoranda in support of motions for summary judgment and responses in opposition to motions for summary judgment. *See* Minute Entry dated April 21, 2023.

2.      Since that time, the parties have engaged in appropriate discovery relating to the standing of Plaintiffs to file suit. The parties have also conducted wide-ranging research and expert discovery relating to the application of the legal standard discussed in *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022) to the facts of this case, including extensive review of relevant historical records and the disclosure of three expert reports.

3.      Cross motions for summary judgment are due to be filed by January 29, 2024. Order, ECF 58, at 3. Movants have done their best to brief these issues in a way that concisely and comprehensively addresses the issues in this case. However, because this case involves (a) complex legal questions of first impression in the Seventh Circuit and (b) the analysis of an expansive historical record, Movants require 30 pages in order to adequately address all relevant issues.

4.      Plaintiffs and Defendant Foxx have confirmed that they do not oppose the relief requested in this motion.

For these reasons, Movants respectfully request that the page limits for memoranda of law in support of and in opposition to motions for summary judgment be enlarged to 30 pages, excluding the cover page, table of contents, and table of authorities.

January 19, 2024                                              Respectfully submitted,

Christopher G. Wells                                  Defendants KWAME RAOUL, RICK
Gretchen Elizabeth Helfrich                      AMATO, ROBERT BERLIN, and ERIC
Isaac Freilich Jones                                    RINEHART
Office of the Illinois Attorney General 115 S.
LaSalle St., 20th Floor                               KWAME RAOUL,
Chicago, Illinois 60603                              Illinois Attorney General
christopher.wells@ilag.gov
gretchen.helfrich@ilag.gov                       */s/ Isaac Freilich Jones*
isaac.freilichjones@ilag.gov                      *One of the Attorneys for Defendants Kwame*
                                                              *Raoul, Rick Amato, Robert Berlin, and Eric*
                                                              *Rinehart*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 19, 2024 they caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

*/s/ Isaac Freilich Jones*
*One of the Attorneys for Defendants Kwame Raoul, Rick Amato, Robert Berlin, and Eric Rinehart*