**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Benjamin Schoenthal, et al.
                        Plaintiff,

v.                                                   Case No.: 3:22−cv−50326
                                                       Honorable Iain D. Johnston

Kwame Raoul, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 22, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: The motion for leave to file excess pages [59] is granted. Supporting memoranda and response briefs shall not exceed 30 pages. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.