IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, | |
| Plaintiffs, | No. 3:22-CV-50326 |
| v. | Hon. Iain D. Johnston |
| KWAME RAOUL, *et al.*, | |
| Defendants. | |

### MOTION FOR LEAVE TO FILE UNDER SEAL

NOW COMES Defendant, Kimberly M. Foxx, State's Attorney of Cook County, through her assistant, Edward M. Brener, pursuant to N.D. Ill. L.R. 26.2, states as follows.

1. On July 12, 2023, this Court entered an agreed confidentiality order. Dkt. 47.

2. Per the terms of the order, any party wishing to designate specific portions of deposition testimony as Confidential Information must, within a set period of time, serve a Notice of Designation to all parties of record. Failure to serve a written Notice of Designation constitutes waiver of any designation of confidential deposition testimony. Dkt. 7 at ¶ 4.

3. Plaintiffs Benjamin Schoenthal, Joseph Vesel, Mark Wroblewski, and Douglas Winston, were deposed in August and September, 2023.

4. During their depositions, Plaintiffs' counsel orally designated sections of their depositions as Confidential Information.

5. At no point did Plaintiffs serve a written Notice of Designation and the period for the service of same has now expired.

6. Defendant intends to attach Plaintiffs' deposition transcripts as exhibits to her Motion for Summary Judgment.

7. Defendant now moves for leave to file Plaintiffs' deposition transcripts under seal.

1

8. In the alternative, in the event the court finds that Plaintiffs have waived designation of any portion of their depositions as Confidential, then Defendant moves for an order declaring waiver of the designation of any of Plaintiffs' deposition testimony as Confidential Information, and permitting Defendant to file the transcripts unsealed on the court's docket.

9. The parties have conferred by telephone. Defendants Raoul, Amato, Berlin, and Rinehart do not object to this motion. Plaintiffs do not object to the prayer to permit the transcripts be filed under seal, but do object to the alternative prayer declaring waiver and permitting the transcripts to be filed unsealed on the court's docket. Plaintiffs additionally represent they will provide designated and redacted transcripts to the Defendants, *instanter*, and requests leave from the Court to do so.

WHEREFORE, Defendant requests that this Honorable Court enter an order sealing the Plaintiffs' deposition transcripts, in the alternative, declaring that Plaintiffs' deposition transcripts are entirely not Confidential and may be filed on the court's docket.

Respectfully submitted,

KIMBERLY FOXX
State's Attorney of Cook County

By: /s/ *Edward M. Brener*
Edward M. Brener
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
Edward.brener@cookcountysao.org
(312) 603-5971