IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, <br><br> Plaintiffs, <br> v. <br> KWAME RAOUL, *et al.*, <br><br> Defendants. | No. 3:22-CV-50326 <br><br> Hon. Iain D. Johnston |

### MOTION FOR SUMMARY JUDGMENT

Defendants Illinois Attorney General Kwame Raoul, DeKalb County State's Attorney Rick Amato, DuPage County State's Attorney Robert Berlin, and Lake County State's Attorney Eric Rinehart (the "State Parties"), by and through Illinois Attorney General Kwame Raoul, respectfully move that the Court grant them summary judgment pursuant to Fed. R. Civ. P. 56 for the reasons stated in their memorandum of law, statement of facts, and associated papers filed at or near the time of the filing of this Motion.

January 29, 2024

Christopher G. Wells
Gretchen Elizabeth Helfrich
Isaac Freilich Jones
Office of the Illinois Attorney General
115 S. LaSalle St., 20th Floor Chicago,
Illinois 60603
christopher.wells@ilag.gov
gretchen.helfrich@ilag.gov
isaac.freilichjones@ilag.gov

Defendants KWAME RAOUL, RICK AMATO, ROBERT BERLIN, and ERIC RINEHART

KWAME RAOUL,
Illinois Attorney General

By: */s/ Isaac Freilich Jones*
*One of the Attorneys for the State Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 29, 2024 they caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

*/s/ Isaac Freilich Jones*
Assistant Attorney General