# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, | |
| Plaintiffs, | No. 3:22-CV-50326 |
| v. | |
| KWAME RAOUL, *et al.*, | Hon. Iain D. Johnston |
| Defendants. | |

**EXPERT REPORT OF PROFESSOR JOSHUA SALZMANN**

## I.        Assignment

I have been asked to provide an expert opinion on the history of passenger transportation in the United States from the Colonial Period to the 21st century, with an emphasis on towns, cities, and settled, urban areas. I have been asked to periodize the history of transportation, describing the relationship between various modes of travel, urban forms, and economic activities.

## II.        Qualifications and Background

I am an associate professor in, and the associate chair of, the Department of History and Political Science at Northeastern Illinois University ("NEIU"). I earned my Ph.D. in U.S. History from the University of Illinois at Chicago in 2008. My teaching and scholarship focus on the history of cities, urban economies, public policy, and the built environment.

I have produced prize-winning scholarship on urban and transportation history. I have published articles in leading peer-reviewed journals, an edited volume of scholarly essays, and several encyclopedias. My book, *Liquid Capital: Making the Chicago Waterfront*, was published by the University of Pennsylvania Press in 2018. *Liquid Capital* examines the political economy of Chicago's waterfront—a crucial site for the transshipment of people, goods, and information—from the late 18th to the 20th century, emphasizing the significance of various forms transportation. My book won prizes for "superior scholarship" from the Illinois State Historical Society, an "Excellence Award" from NEIU, and an "honorable mention" in the Midwest History Association's contest for the best book on the region's history in 2019. My academic research has

1

been supported by several grants, including an award from the National Endowment for the Humanities.

I have presented my scholarship in various other forums, including the web, academic conferences, and invited lectures. In 2021, I created a guide to conducting historical research using Chicago city government documents that won a "best website" prize from the Illinois State Historical Society. I have presented scholarly papers at numerous conferences including the meetings of the: Newberry Library, Urban History Association, Midwest History Association, Illinois History Conference, Missouri Valley History Conference, and Business History Conference. I have also given invited lectures at the Chicago Gun Violence Research Collaborative and the Chicago Maritime Museum—where I serve as a collection consultant.

## III.    Retention and Compensation

I am being compensated for services performed in the above-entitled case at an hourly rate of $200 for research, participation in meetings, preparing reports, depositions, and court appearances. My compensation is not contingent on the results of my analysis or the substance of any testimony.

## IV.    Basis for Opinion and Materials Considered

The opinion I provide in this report is based on my education, expertise and research in the fields of transportation, urban, and economic history, and my review and analysis of a wide-range of primary and secondary sources.

## V.    Methodology

The analysis I have provided draws primarily on a broad cross-section of peer-reviewed, historical scholarship on transportation, urban, and policy history. The studies I have consulted treat transportation and transportation infrastructure, firstly, as a material and technological artifact, explaining how it worked in a technical sense. Historians of transportation technology do not, however, fall into the trap of "technological determinism," assuming the function of an artifact alone determined how history unfolded. Rather, we also address the question of "how it worked" by considering, secondly, how various transportation technologies were (and sometimes were not) incorporated into distinctive—and ever-changing—social, political, and economic contexts. Thus, the following report both highlights the material changes in transportation as well as the ways that new technologies shaped—and were shaped by—the social, political, and physical landscape in different eras of U.S. history.

## VI. Summary of Opinion

Public transportation dates to the first half of the 20th century. Prior to that time, transportation services were provided exclusively by private entities that usually received a charter or license to operate from a state or local government. Starting in the early twentieth century, public outcry over poor service and mounting financial pressures on transit companies forced a change. Several big cities replaced their private transportation companies with publicly-run systems. Those cities included San Francisco (1909), New York (1940), and Chicago (1947), with many more following in the middle of the twentieth century. Thus, public transit systems, as we know them today, date to the most recent chapter of American transportation history.

There are four distinct periods of United States transportation history. The Preindustrial Era spans the period from the 1600s to 1800. During that time, travel was powered by wind, foot, and/or hoof. The population was largely centered on the eastern seaboard where cities like Philadelphia, New York, and Boston served as import/export hubs for agricultural commodities and European manufactures. The seas and rivers were the most efficient pathways. Manmade infrastructure was limited to a fragmented network of rough roads constructed, in various turns, by individuals, corporations, and local governments. Travelers walked, rode horses, or less commonly, took their own wagons. A traveler with the means to do so could, alternatively, pay a privately-owned stagecoach, ship, or ferry boat line to take them to their destination. Travel was uncomfortable, time consuming, and costly.

The Canal and Early Steamboat Era began in 1800 and lasted until the 1830s. State-financed canal projects like the Erie Canal helped open the North American interior for settlement and trade, leading to the expansion of domestic markets. At the same time, a remarkable new technology—the steamboat—helped free people from the constraints of wind and human-and-animal-supplied energy. Steamboat travel made it possible to move people and freight over inland waters with relative ease, speed, and regularity. Steamboat travel spurred the growth of river cities like New Orleans, St. Louis, and Cincinnati, and, for the first time, permitted the well-to-do to make routine ferry trips from suburban settlements like Brooklyn and towns in northern New Jersey to commercial centers like New York City.

The Industrial Railroad City Era began in the 1840s and lasted until the 1920s. The railroad freed travelers from the limits of wind, human, and animal power as well as from having to follow watercourses. It became possible to go anywhere track could be laid, and the steam engine—fueled

3

by wood and coal—propelled people and goods at shocking speeds. The railroad fostered a new economic geography where people and goods were routinely shipped across the continent to big cities like Chicago, Cleveland, and New York where masses of urban laborers formed them into products for a national consumer market. At the same time, the railroad also drove the physical expansion of American cities, as privately-owned commuter rail systems whisked people back and forth from factories, commercial centers, and increasingly far-flung residential districts.

The fourth chapter of American transportation history is the Era of the Modern Automotive City, which began in the 1920s and continues to our time. No longer dependent on railroad lines, Americans spread out across ever greater geographic expanses in the automobile era. Automotive cities like Los Angeles, Houston, and Phoenix were polycentric—with many distinctive business, commercial, residential, and industrial districts spread across hundreds of square miles of cityscape knit together by roads and freeways paid for with generous federal subsidies. As urban densities fell and the economic importance of downtown business districts waned, privately-owned railroad transit systems lost ridership and were increasingly replaced with publicly-funded systems, including regional transit authorities and Amtrak.

The economic and physical geography of the United States has been transformed by powerful forces between the first period of English colonization in the 1600s and the 2020s. Those transformative, historical forces include: new energy and transportation technologies, massive corporations, and the policies of state, local, and federal officials. To analogize between these four distinctive periods in U.S. transportation history—especially between contemporary public transportation systems and the private turnpikes, ships, ferries, and stagecoaches of the preindustrial era—would be to ignore the transformative power of these historical forces and deny the economic dynamism of the United States.

**VII. Narrative**

The American urban landscape is a canvas layered with brushstrokes of human engineering across more than two centuries. From the start of the republic to today, citizens, corporations, and government agencies have collaborated in constructing our nation's infrastructure. They have built, broken, and rebuilt—repeatedly—the streets, waterways, railroads, subways, highways, and airports that disseminate ideas and information, move freight to market, and take people to the places where they worship, work, play, shop, and participate in civic life.

America's transportation history is defined by a dizzying array of interests and actors—public and private and at all levels, from local to state to federal—sometimes working together and sometimes pulling in opposite directions, each with their own agendas, timeframes, and interests. Transportation has, by turns, been a tool for building the economy, advancing political careers, and doing the nuts and bolts work of nation-building. Above all, transportation is the sector where Americans not only think about—and compete over—what kind of nation they want to build but spend vast sums of money to translate visions and ideas into on-the-ground realities.

The distinct periods of urban/transportation history in the United States include the Pre-Industrial Era (1600s-1800), The Canal and Early Steamboat Era (1800 to 1830s), the Industrial Railroad City Era (1840s to 1920s), and the Era of the Modern Automotive City (1920s to 2020s). The U.S. urban landscape still bears, in some measure, distinctive features from each era.

### A.     Pre-Industrial Era, 1600s-1800

In 1721, Benjamin Franklin arrived in a quintessential pre-industrial walking city, Philadelphia. Arriving by ship at the city's waterfront, which was cluttered with wharves, warehouses, and taverns, Franklin bought some bread and took a walk through a Philadelphia that had all the hallmarks of pre-industrial settlements: dense populations, rich and poor people living in close proximity to each other, and the blending of living quarters and the workshops of artisans.[1] Franklin also experienced something a bit more novel, the urban grid, which was a product of William Penn's 1681 design. "I went up Market Street as far as Fourth Street…" recalled Franklin. "Then I turned and went down Chestnut Street and part of Walnut Street, eating my role, and coming round, found myself again at Market Street warf."[2] This prosaic experience pointed to several key elements of pre-industrial urban transportation: the centrality of the waterfront, dense settlements, and travel by the power of wind and foot.

Urban geographers have described 18th-century seaports like Philadelphia, New York, Charleston, Boston, and Baltimore as "hinge" cities.[3] With both ocean harbors and rivers penetrating the colonial interior, they functioned as a point for the collection of North American export commodities. Ships laden with tobacco, grain, rice, fish, furs, wheat, indigo, lumber, livestock, naval stores and minerals sailed from colonial America to Europe and the West Indies.

---

[1] GIDEON SJOBERG, THE PREDINDUSTRIAL CITY (1960).

[2] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 96 (1982).

[3] RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 4 (2012).

They returned loaded with slaves, tea, sugar, migrants, and British manufactured goods, many of which became politicized during the American Revolution.[4] To facilitate this Atlantic World "triangular trade," a host of industries cropped up along the waterfront docks: flour milling, brewing, ship building, and rope and barrel making. Urban craftsmen, merchants, and seamen frequently gathered, as Franklin often did, in taverns which became centers of social life and discourse about political rights and trade policy. British officials, meantime, managed and regulated the mercantile economy from administrative offices located in seaport cities. As the historical geographer Carville V. Earle put it, "colonization was unthinkable without them."[5] In spite of their economic centrality, those cities were small. Boston's population in 1700 stood at 7,000. New York had 5,000 people, and Philadelphia and Charleston claimed about 2,000 inhabitants. A century later, Boston had grown to 25,000, New York to 60,000, Philadelphia to 62,000, Charleston to 13,000 and Baltimore, a newer city, contained 27,000 people.[6]

Colonial and Revolutionary Era Americans lived in a world of wind, wood, human, and animal power. While inventors like Thomas Newcomen and James Watt were developing steam engine technology in the 18th century, it was not widely harnessed for ship and railroad travel until the 1800s.[7] The most common options for long-distance travel included horseback, a small boat, walking, or a wagon—all of which were slow and arduous compared to forms of travel that would emerge in the 19th century. The most expensive options were booking passage on a ship or a stagecoach line. For short-distance travel, well-off people could hire wagons, called "taxis" or "hackneys," to go across town, or they could take their own horses or wagons. Most people, especially those without means, walked. Prior to the 1820s, no city possessed a land-based mass-transit system.[8]

---

[4] T.H. BREEN, THE MARKETPLACE OF REVOLUTION: HOW CONSUMER POLITICS SHAPED AMERICAN INDEPENDENCE (2005).

[5] Earle quoted in RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 4 (2012).

[6] Gary B. Nash, The Social Evolution of Preindustrial American Cities, 1700-1820 in the MAKING OF URBAN AMERICA 17-18 (Raymond A. Mohl & Roger Biles eds., 2012).

[7] MARTIN V. MELOSI, COPING WITH ABUNDANCE: ENERY AND ENVIRONMENT IN INDUSTRIAL AMERICA (1985).

[8] KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 33 (1985).

1.      **City Streets, Natural Roads, and Turnpikes**

Two distinct models of city street design defined colonial America, one lacking a master plan and the other rationally ordered by a planner. Boston embodied the former style of development. Philadelphia embodied the latter.

Though Boston was not planned by a single person, New England towns were nonetheless built according to principals that derived from 17th century traditions. The core idea animating this design was that the town was a communal entity and its survival was the paramount concern. An anonymous New Englander articulated these principles in the 1635 "Ordering of Towns," which proposed that settlements consist of concentric zones within a six-square-mile area with the core consisting of a meetinghouse—for religious and governmental purposes—surrounded by a zone of houses, and then a zone of fields and pastures for commonly-held crops and livestock. At a point when the settlement's survival seemed secure, the common fields and pasture lands were divided among the households and new zones were opened up for settlement by freeholders. Reflecting the centrality of the meetinghouse, most "roads" or public "ways" radiated from the center of the town outward. In its earliest years Boston reflected this organization with its meetinghouse situated at the center of town life. That changed quickly, however, as Boston became a thriving commercial center. The population grew too large to meet in a single meetinghouse, and Boston's clergy established distinctive churches. Meantime, waterfront wharves, built with a combination of public and private money, became spatial foci as crucial to city life as its meetinghouse and churches.[9]

As it grew quickly, urban development proceeded haphazardly in Boston. In 1666, Boston's selectmen ordered that two "street ways" be laid out to accommodate people. The term "street" was significant because, by the late-16th century it had acquired a distinctive connotation from "road." A street evoked a passageway through a town—a pathway for carts, wagons, and horses—cut through the verticality of abutting buildings and often bordered by pedestrian sidewalks. Streets also promised action, throngs of strangers, and play. An observer of Boston's streets in 1650 noted they were full "of girls and boys sporting up and down, with a continued concourse of people." However, city streets were not always constructed directly by government. Boston, for instance, frequently empowered individuals to construct streets, a practice that was replicated in other cities. The individuals who built the street, in turn, sold off abutting lots.

---

[9] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 44-48, 91 (1982).

Boston's pattern of development produced a somewhat chaotic urban landscape—with narrow, crooked streets. This pattern of private construction of city streets persisted throughout the 18th century and, in many places, well into the 19th century.[10]

By contrast, William Penn introduced one of the first grid plans to the English colonies when he laid out Philadelphia in 1681. Penn's grid was not novel. Towns in New Spain, the Spanish colonies in the Americas, were laid out with streets at right angles formed around a central plaza. Penn's Philadelphia, though, centered on the city's two waterfront sites, which he recognized would be crucial for commerce. Penn ordered that no house be built closer to the shore than a quarter mile so that streets and warehouses could be built without difficulty. Nine streets were crossed at right angles by twenty-one other streets. That grid provided order and a framework for city development, and it spurred imitation in many cities, including Reading, Allentown, York, Pittsburgh, Cincinnati, Louisville, and Lexington. By the 1790s, cities were becoming synonymous with the grid. As Cincinnati resident Daniel Drake remarked: "Curved lines…symbolize the country, straight lines the city."[11]

Most people in 18th century America understood "roads" as something that appeared naturally. That is, they appeared by chance rather than planning. They were footpaths, for humans, herds, horses, and occasionally animal-pulled carts (though many roads were too crude for wagons or stagecoaches). Long-distance travelers whose needs were not often factored in the creation of roads often wandered over disparate landscapes trying to piece together the most direct route to their destination. Natural roads were based, instead, on local travel patterns. Footpaths or roads emerged as people traveled common routes: from homes to outlying fields, from farmsteads to nearby wharves, or from settlements to public buildings like the post office or semi-public buildings like stores and taverns.[12]

These "natural roads" often traversed or abutted privately owned lands. Although these roads were often located on private property, colonists and early Americans considered the roads

---

[10] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 49, 90 (1982).

[11] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 94-95, 98 (1982). On the urban grid see, DAVID HENKIN, CITY READING: WRITTEN WORDS AND PUBLIC SPACES IN ANTEBELLUM AMERICA (1998). One of the most crucial applications of the grid beyond urban areas was the organization of the western territories in accord with the provisions of the Northwest Ordinance. See, PETER S. ONUF, STATEHOOD AND UNION: A HISTORY OF THE NORTHWEST ORDINANCE (1987).

[12] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 128-130 (1982).

to be public ways, and land owners were not allowed to obstruct travel. Not only did land owners have to refrain from blocking the public right of way, they were expected, along with other frequent users, to improve, maintain, and repair roads when they became rutted or overgrown. Sometimes, though, local governments helped with such expenditures, especially as these roads became increasingly critical to communal life in a region over time.[13]

Many of the long-distance roads in colonial America originated as trails created by Native Americans. Native Americans often walked single-file on paths of about 18 inches in width that followed the contours of the land—hugging rivers or streams and following the easiest gradients over hills and mountains. Over time, Anglo-American travelers used axes—a common tool to carry while traveling—to transform these trails into roads wide enough for the passage of horses, oxen, and, sometimes, the carts and wagons those animals pulled. In addition to the improvements of individual travelers, local and colonial governments also allocated money to expand, improve, and sometimes augment the road network. In the 18th century, long-distance country roads were often referred to as "King's Highways" or sometimes "post roads" in recognition of their use by the horseback riders who carried the mail.[14] After the Revolution, many of the new states worked to expand the road network for purposes of passenger travel and carrying the mail. In 1783, New York, for example, established a post road from Albany to Schenectady, and in 1785-1786 Pennsylvania passed laws for the construction of roads to the interior, but a key problem remained—the United States was rich in land and lacking in capital—and its roads tended to be poor.[15]

European travelers often remarked on the terrible condition of the roads. Englishman Hugh Finlay recorded his observations of the roads used by postal couriers along the Atlantic Coast from Canada to South Carolina in 1773 and 1774. Finlay found them uniformly lacking for the purpose: "The road is one continued bed of rocks, and very hilly," he said of a road in Connecticut. "It is impossible for a Post to ride above four miles an hour on such road…."[16]

---

[13] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 94-95, 128-130 (1982).

[14] WILLIAM CHAUNCY LANGDON, EVERYDAY THINGS IN AMERICAN LIFE 1607-1776 241-242, 245-246 (1937).

[15] HENRY MEYER, HISTORY OF TRANSPORTATION IN THE UNITED STATES BEFORE 1860 51 (1948).

[16] Findlay quoted in JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 128-130 (1982).

As Finlay's emphasis on postal service suggests, the question of transportation was not just a matter of the movement of people and goods but also of ideas and information essential to representative government. The issue of communications preoccupied the founders of the United States. Anti-Federalists, who opposed the creation of a strong federal government and the ratification of the 1787 Constitution, argued that the physical size of the United States would make it impossible to govern as a single nation. In rebuttal, James Madison's 1787 *Federalist 14* argued that under the proposed Constitution "intercourse throughout the union will be daily facilitated by new improvements," such as roads and canals that could facilitate communication between citizens and their elected leaders.[17]

While Congress was considering the merits of spending on internal improvements, many roads in the early republic were being built by corporations chartered by state governments that lacked money for construction. Those privately-built roads were commonly called "turnpikes," a term that has become synonymous with toll roads. The turnpike's name derives from the type of gate used to regulate access to the toll road. The "turnpike" consisted of four poles mounted horizontally on a vertical axis—like a turn style. The person who pushed the pole to gain access to the road closed the next pike behind. The roads were constructed by states and, mostly, by private companies. In 1785, Virginia opened the nation's first toll road leading to the town of Alexandria, and in 1794 The Philadelphia and Lancaster Turnpike Company—which was chartered by the state—opened a road of crushed stone interrupted by nine toll collection gates. Turnpike companies set the price of travel by the value and damage caused by the load. Pedestrians paid little. A horseback rider paid more. Sheep and cattle herders paid by the head. Carriages and wagons paid according to the value of the contents of their cargo. These roads were common from Maine to Georgia. The profit-seeking companies that built turnpikes often did so on the cheap by creating steep gradients and experimenting to find the cheapest surfaces, and people frequently complained of their deep holes and ruts.[18]

### 2. Wagons and Stagecoaches

One consequence of the poor condition of the roads in colonial and Revolutionary-Era America, travel by stagecoaches or wagon could be difficult. Horseback or foot was the most

---

[17] Madison quoted in JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 107 (1982).

[18] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 112-115 (1982).

common method of transport on land. When people did travel by carriage or wagon, the experience was often nerve-wracking, as one European traveler, Brissot de Warville, noted of his journey on the Boston Post Road in 1788: "I know not which to admire most in the driver, his intrepidity or dexterity. I cannot conceive of how he avoided dashing the carriage to pieces and how his horses could retain themselves in descending the staircase of rocks."[19]

In addition to poor road quality, there were economic constraints on carriage and wagon travel. Most colonial Americans could not afford a carriage. As two historians of stagecoaches put it, the "working class in towns and cities had no carriages at all. Except for a few southern planters, the country people, who overwhelmingly predominated the population, did not purchase them until after 1800, and even then, they did not own carriages in significant numbers until the mass-produced vehicle was introduced in the 1870s." During the 18th century then, most carriages were concentrated in the hands of well-to-do residents of seaport cities. The case of Massachusetts is illustrative. According to 1753 tax records, the entire colony contained just 6 coaches. Massachusetts also had 18 chariots, 339 chaises, and 992 chairs and calashes—the vast majority of which were located in Boston. Carriage ownership was a rarity.[20]

Just as carriage ownership was usually limited to the upper-class, so too was most travel on stagecoach lines. The first stagecoach lines date to the early 1700s. Operators had to secure permission from local governing bodies to establish routes. In 1706, for instance, the colony of New Jersey awarded Hugh Amboy a patent to "employ one or more stage coach or stage coaches and one or more wagon or wagons or any other and as many carriages as he shall see convenient for the carrying or transportation of goods and passengers" between Burlington and Perth Amboy. Even though some lines date to the early 18th century, the stagecoach industry did not blossom until the period after the Seven Years War (1763) and before the start of the American Revolution (1776). During that time, most stagecoach lines were concentrated in three areas: the routes between New York and Philadelphia, the Maryland and Delaware peninsula region, and the route between Boston and New York. Several lines also radiated out from New York, Boston, and Philadelphia into the hinterlands of those seaport cities.[21]

---

[19] WILLIAM CHAUNCY LANGDON, EVERYDAY THINGS IN AMERICAN LIFE 1607-1776 249 (1937).

[20] OLIVER W. HOLMES AND PETER T. ROHRBACH, STAGECOACH EAST: STAGECOACH DAYS IN THE EAST FROM THE COLONIAL PERIOD TO THE CIVIL WAR 5-6 (1983).

[21] OLIVER W. HOLMES AND PETER T. ROHRBACH, STAGECOACH EAST: STAGECOACH DAYS IN THE EAST FROM THE COLONIAL PERIOD TO THE CIVIL WAR 6, 14 (1983).

Stagecoaches became crucial to the business of the new nation after the Revolutionary War. Starting in 1785, Congress voted to contract with stagecoaches for carrying the mail. At that time, the U.S. mail was the primary means of long-distance communication as well as of circulating checks, bank notes, and legal and business documents. The stagecoach thus became the lifeblood of the nation's economy. Reflecting its connection to the U.S. mail, most of the stagecoach routes were located along the Main Post Road that ran from the State of Maine to Georgia. In 1790, 51 of the nation's 200 post offices were also situated on that route. Mail contracts could be quite lucrative for stagecoach operators. One stage line, for instance, got a $1,333 annual contract in 1792 to carry mail between Philadelphia and New York five times per week.[22]

The Post Office was so crucial to the stagecoach industry that it even started to dictate how the coaches should be built. Early stagecoaches were not always covered and did not necessarily have locking compartments or lamps, but those features eventually became synonymous with the carriages because of the Post Office. Postmaster General Joseph Habersham (who served from 1795 to 1801) specified how he wanted stagecoaches to be designed, telling a stagecoach operator: "I wish you to employ some carriage maker at Newark to build a four horse stage with harness and two Lamps complete as soon as possible. The stage is intended to carry two of our largest mails within its body and six passengers. At each end, within the body, is to be built a chest or box equal to 22 inches square and as long as the width of the stage will admit. The lids of the chest are to be covered in the same manner as the seats usually are, and it is intended they would be used for that purpose: the passengers who sit on the fore seat will set with their backs to the horses…."[23]

Stagecoach lines were an expensive option for passenger travel, and they mainly catered to the wealthy. A stagecoach often carried about half a dozen people. Frequent stagecoach users included foreign travelers, merchants, bankers, and real-estate speculators. Travel on bumpy roads was uncomfortable and the fares were high, but the trips were relatively fast due to the frequent changing of the horse teams at different stages of the journey. Another benefit, stage lines steered travelers unfamiliar with their surroundings to taverns and inns where they could get decent meals and rent sleeping quarters. Except in cases of bad weather, travel schedules and stops were routine.

---

[22] OLIVER W. HOLMES AND PETER T. ROHRBACH, STAGECOACH EAST: STAGECOACH DAYS IN THE EAST FROM THE COLONIAL PERIOD TO THE CIVIL WAR 2, 15, 25, 37 (1983).

[23] OLIVER W. HOLMES AND PETER T. ROHRBACH, STAGECOACH EAST: STAGECOACH DAYS IN THE EAST FROM THE COLONIAL PERIOD TO THE CIVIL WAR 40-43 (1983).

"The Flying Stage Coach," for instance, left Philadelphia at 4:00 AM, stopped for breakfast in Bristol and for dinner in Princeton before it reached its terminus in Elizabeth, NJ at nighttime. Passengers shelled out $4 for the ride from Philadelphia to Elizabeth, but in the spring of 1783 The Flying Stage raised the price to $6, citing the rising costs of oats and hay.[24]

### 3. Ferries and Ships

The centrality of the ferry as a mode of transportation in colonial and revolutionary-era America is reflected in the events surrounding George Washington's famous crossing of the Delaware River, a moment celebrated in Emanuel Leutze's famous 1851 painting. Washington and his soldiers came to the Delaware River in December of 1776 where they encountered a scene typical for 18th century travelers—a tavern near a ferry crossing named for the man who established the service, Samuel McConkey. At McConkey's Ferry, General Washington transported artillery, horses, and carriages and 2,400 soldiers across the river on Christmas night to attack Hessian soldiers (working with the British) in Trenton, NJ. Washington and his forces won the battle, helping turn the tide of the war and making McConkey's Ferry and the nearby tavern and inn a famous historical landmark. That the site of a ferry crossing was so crucial to the geography of the American Revolution underscores their centrality to travel in colonial and early America.[25]

Ferries became fixtures of colonial American infrastructure from the early days of colonization. Private entrepreneurs established ferries with the sanction of local governing bodies at sites frequently named for the operator. Harper's Ferry, WV and Harrisburg, PA, for instance, are named after men (Robert Harper and John Harris) who established ferries across the Potomac and Susquehanna Rivers in the 18th century. The permission to establish a ferry often came with various stipulations from government authorities including fees, assurances the operator would provide consistent service, and an agreement about the toll travelers had to pay. These agreements go back to early days of British colonization. In 1630, for example, the Massachusetts Bay Colony awarded a charter to Edward Converse to operate a ferry between Boston and Charlestown. Converse had to pay a 40 pounds sterling fee each year, and he was required to keep two boats, one on each side of the river, and charge a rate of no more than three pence for pedestrians.[26]

---

[24] OLIVER W. HOLMES AND PETER T. ROHRBACH, STAGECOACH EAST: STAGECOACH DAYS IN THE EAST FROM THE COLONIAL PERIOD TO THE CIVIL WAR 16, 43, 56 (1983).

[25] JOHN PERRY, AMERICAN FERRYBOATS 43 (1957); DAVID HACKETT FISCHER, WASHINGTON'S CROSSING 1, 2008-210 (2004).

[26] JOHN PERRY, AMERICAN FERRYBOATS 9-10, 28 (1957).

Colonial-era ferries were propelled by human, animal, and wind power and seldom provided the type of rapid, consistent service that became common with steam ferries in the 19th century. Human power was often used for the various types of ferries that transported pedestrians. Ferry operators used small boats that could be rowed, paddled, or poled across the water. Larger vessels were rowed by two or four oarsmen; sometimes passengers joined the rowing crew. To propel ferries carrying heavy horses or oxen, operators usually harnessed wind power. A sailing scow on the Boston-Winnisimmett route, for example, carried up to 20 horses, making the three-mile journey in 1 to 2 hours. To cross rivers with fast currents, ferry operators often used a rope or wire ferry. In the waters surrounding Manhattan, 18th century ferry operators frequently used a barge-like sailing craft called a "periauger." In good conditions, the crossing was smooth, but wind and currents could blow it off course. Sometimes a periauger had to land on Governor's Island and its passengers and crew had to regroup for the journey to Manhattan when the conditions improved. When heavy cattle were loaded onto a boat, the danger of capsizing in bad weather was much greater. People who wished to ferry cattle from Long Island to Manhattan sometimes waited for several days for good weather before risking the ferry trip. Bad weather could strike anytime, however. In April 1798 a periauger sailing from Brooklyn sank in a sudden squall, claiming the lives of seven people and five fat oxen.[27]

Even in good weather, a traveler going to a major city like Philadelphia, New York, or Boston by ferry might have to wait an hour or two for a boat. Given the irregularity and slow speed of service, many travelers stopped for food, rest, and fun at the sites of ferry crossings. While they waited, travelers often availed themselves of services provided in the "ferry house," an often-boisterous combination of tavern, hotel, restaurant, and stable, usually run by the ferry operator. In 1781, the Brooklyn ferry house, for example, boasted: "Breakfasting and Relishes;" fox hunts and races; and even a lottery. Some ferry operators even found the boat to be something of a nuisance. The act of taking passengers across the water could be deadly. Meantime, the business of feeding and boarding travelers was less dangerous and often more lucrative.[28]

Much like ferries and stagecoaches, ocean-going vessels carried both freight and passengers. Until the 19th century, however, carrying freight was the primary purpose of most of

---

[27] JOHN PERRY, AMERICAN FERRYBOATS 30-32 (1957).

[28] JOHN PERRY, AMERICAN FERRYBOATS 38, 42 (1957).

the vessels that plied the Atlantic. Passengers were a secondary business, and their comfort was often of little concern. Ships, moreover, did not generally sail on regular schedules that passengers could count on until well into the 19th century. Instead, they departed when they had a cargo in need of transport. Not only was the schedule contingent on freight, it also depended on weather conditions. Travel times were irregular. There were two types of trade, a transoceanic and a coastwise trade, in which ships traveled along the Atlantic seaboard dispersing goods from the colonies and, later, the states.[29]

Much of the infrastructure for sailing ships was created by private parties, but public officials took charge of lighthouses because they were so critical for safety. In New York, Boston, and other port cities, local governing bodies often granted or leased waterfront spaces to private parties to build and operate docks and wharves.[30] The most prosperous colonial cities erected lighthouses to mark distance and alert seafarers to dangerous shoals and narrow channels. In 1716, Boston constructed the first colonial lighthouse, a 60-foot structure on Little Brewster Island. Eleven other lighthouses followed, including the imposing 103-foot lighthouse at Sandy Hook built by the New York legislature in 1764. The new federal government assumed control of these locally-constructed lighthouses by a 1789 act of Congress. These structures were so important to navigation that Revolutionary-era politicians insisted on careful lighthouse design and meticulous regulation. President Thomas Jefferson remarked: "The keepers of lighthouses should be dismissed for small degrees of remissness because of the calamities which even these produce." Through the Lighthouse Service, the federal government began building more. By 1817, 55 lighthouses dotted the shores of the United States. These structures signaled the growing power of the national government.[31]

### B. The Canal and Early Steamboat Era, 1800-1830s

In 1808, Secretary of the Treasury Albert Gallatin made one of the most forceful arguments for internal improvements to date, adding an economic rationale to political and military security arguments. Gallatin penned his *Report on Roads and Canals* at the request of the Senate. The problem of conducting government business over vast expanses had been magnified by Thomas

---

[29] ALEX ROLAND, W. JEFFREY BOLSTER, and ALEX KEYSSAR, WAY OF THE SHIP: AMERICA'S MARITIME HISTORY REENVISIONED, 1600-2000 69 (2008).

[30] HENDRIK HARTOG, PUBLIC PROPERTY AND PRIVATE POWER: THE CORPORATION OF THE CITY OF NEW YORK IN AMERICAN LAW, 1730-1870 44-59 (1989).

[31] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 110-111 (1982).

Jefferson's 1803 Louisiana Purchase, which had more than doubled the nation's territory.[32] Gallatin said, "Good roads and canals will shorten distances, facilitate commercial and personal intercourse, and unite, by a still more intimate community of interests, the most remote quarters of the United States." Gallatin called on government to build an extensive network of roads and canals financed by the sale of public lands: "No other single operation within the power of Government, can more effectually trend to strengthen and perpetuate that Union which secured external independence, domestic peace, and internal liberty."[33] Between 1811 and 1837, Congress constructed the first highway built by the federal government. The "National Road," with a surface of crushed stone, ran from Cumberland, MD to Vandalia, IL.[34]

Gallatin's ambitious plans for internal improvements, however, went unrealized because there was a robust debate over spending federal money on internal improvements in the early republic and antebellum eras. Some lawmakers questioned whether Article One, Section Eight of the Constitution granted Congress the power to build roads or merely establish rights of way. What was really at stake in the quibbling, though, was a deeper issue. Many lawmakers and voters did not think in national terms, and they did not see why they should pay for far-away projects that presumably benefitted people elsewhere.[35]

This vision was also informed by a political tradition of localism and antipathy to federal power embodied in the "Jacksonian Democracy" of the 1830s. The debate followed from Revolutionary-era discussions over federal power. The Maysville Road veto offers a case in point. In 1830, Jackson had denied federal funding to build a road between Maysville and Lexington, KY, the home of political rival Henry Clay, on the basis that the project was of a "purely local character." Jackson's veto rejected the integrated approach to internal improvements championed by Whigs such as Clay. Rooted in a Hamiltonian vision of centralized government and economic institutions, Clay's "American System" advocated funding internal improvements that, even if

---

[32] JOHN KUKLA, A WILDERNESS SO IMMENSE: THE LOUISIANA PURCHASE AND THE DESTINY OF AMERICA (2004).

[33] Gallatin quoted in JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 108 (1982).

[34] ROGER PICKENPAUGH, AMERICA'S FIRST INTERSTATE: THE NATIONAL ROAD, 1806-1853 (2020).

[35] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 108-109 (1982).

confined within one state, would function as parts of an integrated, national transportation network.[36]

The first shipping company to offer regularly scheduled passenger service—and to make passenger comfort a selling point—between New York and Europe was the Black Ball Line. Its first ship, the *Courier*, departed from New York on January 5, 1818 loaded with seven passengers, mail, and a cargo of apples, flour, ashes, and cotton. The line offered 12 round trips per year, and the trip averaged 22 to 25 days going east and 33 to 48 days returning to New York.[37] The length and cost of travel was so great that when working class people traveled from Europe to the United States on a sailing ship, they seldom returned.[38]

Canals also rose in prominence during this period. Robert Fulton pointed out the economic benefits of canal construction in his 1796 Treatise on the Improvement of Canal Navigation. "Would not the lands around Fort Pitt be as valuable as those around Lancaster," Fulton asked, "if the produce could be brought to market for the same sum?" Fulton knew that a canal would drive freight rates lower. He also had a personal stake in navigation. As an engineer avidly working on ways to improve navigation, Fulton eventually developed the first commercially viable steamboat. Many river boats at the time were "keelboats" that could be floated along the current, rowed, or pushed along the bottom with large poles. Some boats were pulled upriver by animals on a towpath. Fulton, though, was working to propel boats with steam engines. In 1807, he and Robert Livingston took their steamboat, *Clermont*, from New York City upriver to Albany and back, 300 miles, in just 62 hours. Even though travel was so fast, most riverboat men at the time dismissed the steamboat as "a mere plaything" ill-suited to carrying freight because the engines took up so much space. Few people objected when the New York legislature granted Fulton and Livingston a monopoly on Hudson River steam transport, but this was short sighted.[39] The application of steam power to water travel opened up new possibilities for going against the current. Advances in boat design quickly made the steamboat industry commercially viable on rivers, though not on the

[36] JOHN LAURITZ LARSON, INTERNAL IMPROVEMENT: NATIONAL PUBLIC WORKS AND THE PROMISE OF POPULAR GOVERNMENT IN THE EARLY UNITED STATES 182-184 (2001).

[37] ALEX ROLAND, W. JEFFREY BOLSTER, and ALEX KEYSSAR, WAY OF THE SHIP: AMERICA'S MARITIME HISTORY REENVISIONED, 1600-2000 161-162 (2008).

[38] Raymond L. Cohn, *The Transition from Sail to Steam in Immigration to the United States*, 65 THE JOURNAL OF ECONOMIC HISTORY 469 (2005).

[39] MICHAEL HILTZIK, IRON EMPIRES: ROBBER BARONS, RAILROADS, AND THE MAKING OF MODERN AMERICA 4 (2020).

oceans until mid-century.[40] Powered by steam, riverboats plied the waters of the nation's rivers throughout the 19th century, carrying passengers and freight in numbers and tons that would have been unimaginable in the canoes and flatboats that people had once used their muscles, as well as animals on towpaths, to propel upriver.

The steamboat transformed freight and passenger shipping along the nation's great rivers. It also spurred urban growth in the Mississippi River Valley. From the 1820s to the 1840s, the steamboat was the second leading investment sector in the region after slaves and land. There were 17 steamboats on western rivers in 1817, and by 1847 that number had increased to more than 700 steamboats carrying slaves, free passengers, and lots of cotton at speeds of 5 to 8 miles per hour. River cities like Cincinnati, St. Louis, and New Orleans grew up with the increase of riverboat traffic. In 1810, New Orleans, for instance, had a population of 17,000. A decade later there were about 200 steamboats arriving in New Orleans. By 1860, that figure had grown to 3,500, and New Orleans contained about 170,000 residents, representing a ten-fold increase over the previous 50 years. The riverboat industry, meantime, started to decline by the middle of the 19th century. Competition from railroads hurt steamboats as did the competition between river lines. Since all steamboat operators had to operate on a limited number of navigable rivers, they tried to capture passenger traffic by running their boats as fast as possible—often leading to deadly steam-engine explosions. Long distance steamboat travel declined throughout the 19th century, but short-distance steam ferries continued to thrive in many metropolitan areas.[41]

Ferry boats were among the nation's first transportation systems. Cities marked by a geography that facilitated shipping—places with islands, deep bays, and rivers—often faced geographic limits on residential development, making ferries necessary. Sail and human and animal-powered ferries were in use dating back to the days before the American Revolution, but steam-powered boats supplanted them and made the service more dependable and widely used. In the 1810s, Robert Fulton established steam-powered ferry service linking Manhattan with New Jersey and Brooklyn. Ferry service enabled the middle and upper middle-class people who could afford the fare to move out to the city's periphery and commute to its central business district.

---

[40] ALEX ROLAND, W. JEFFREY BOLSTER, and ALEX KEYSSAR, WAY OF THE SHIP: AMERICA'S MARITIME HISTORY REENVISIONED, 1600-2000 161-162 (2008).

[41] WALTER JOHNSON, RIVER OF DARK DREAMS: SLAVERY AND EMPIRE IN THE COTTON KINGDOM 5-8 (2013).

Brooklyn, New York was the first and most significant of the modern "ferry suburbs," but water transportation was also crucial for residents of towns in New Jersey like Hoboken and Jersey City. Metro New York had the greatest number of ferry companies and passengers. By 1860, New York City had 13 ferry companies running twenty different routes and a total annual ridership of 32 million, and by 1870 there were about 50 million annual passengers. Commuters also used ferries in other metro areas to travel between Philadelphia, PA and Camden, NJ; Newport, KY and Cincinnati, OH; Pittsburgh, PA and Allegheny City, PA; Boston and Noodle's Island and East Boston, MA; and San Francisco and Oakland, CA.[42]

The early history of ferry steamboat travel in the New York City region raised a critical question of the regulation of interstate commerce. By the 1820s, Thomas Gibbons, Cornelius Vanderbilt, and several others were challenging the steamboat monopoly granted by New York State to Robert Livingston and Robert Fulton. Gibbons acquired a license to compete with Hudson River steamboat operators from the federal government, culminating in a case to determine whether the State of New York or the federal government had the power to regulate commerce. The Supreme Court held the federal government had the right to regulate interstate commerce.[43]

As Robert Fulton had anticipated, water navigation and economic development in the interior of the U.S. demanded the construction of canals. The "hinge" cities of the seaboard could only gather and export as many commodities from the North American interior as were accessible by roads or rivers. The rivers that ran inland from Charleston, Baltimore, Philadelphia, and Boston all ran into mountains that could not easily be traversed. New York City's geography, though, presented an exception. The Hudson led north to Albany where there was a pass in the mountains that extended along the Mohawk River and through low-lying land all the way west to Lake Erie. New York State legislators frustrated by Congressional wrangling—especially opposition to federally funded internal improvements—authorized the construction of a canal through this route. Constructed between 1817 and 1825, the Erie Canal was a forty-feet-wide, four-foot-deep waterway—later expanded—that stretched 363 miles from Albany on the Hudson to Buffalo on Lake Erie. Canal boats were towed along by mules walking on the abutting towpath. At 34 different locations, the boats entered locks, which were filled with or drained of water to raise or lower the

---

[42] KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 28, 32-33 (1985).

[43] *Gibbons v. Ogden*, 22 U.S. 1 (1824).

canal boat as it changed elevation. Canal boats carried freight and passengers alike and paid tolls along the way. With the completion of the Erie Canal, there was a water route all the way across the western-most Great Lakes, Superior and Michigan, to New York City on the Atlantic. Now the agricultural products, timber, and minerals of the North American interior could be shipped to New York.[44]

Inspired by New York's Erie Canal, many states launched canal projects. Some of the most ambitious occurred in Midwestern states like Ohio, Indiana, and Illinois. In 1832, Ohio completed a canal between Lake Erie and the Ohio River, and its tremendous success galvanized political support for new public works projects. In 1837, the state legislature passed a Loan Law that virtually required the state to match private investment in internal improvements. Hoosiers, meanwhile, started building a "Mammoth System" of railroads, canals, and turnpikes. The State of Illinois, in turn, began building the Illinois and Michigan Canal to link Chicago on the shore of Lake Michigan to the Illinois River, which flowed into the Mississippi. These projects ground to a halt after the Panic of 1837 struck, state revenues sagged, and borrowing costs soared. Indiana defaulted on its debts, having built just 281 miles of its proposed 1,289-mile transportation system. Ohio and Illinois narrowly avoided bankruptcy—and managed to complete their canal systems— because New York City investors bailed them out. It was in New Yorkers' economic interest to help funnel goods from the North American interior through Midwestern canals into the Great Lakes, across the Erie Canal, and into the waiting arms of New York City.[45] By 1838 the U.S. boasted 2,700 miles of canals.[46]

A new economic geography began to take shape in the first half of the nineteenth century with the expansion of steamboat and canal travel. In addition to the seaport "hinge" cities importing and exporting goods to the Atlantic World, the United States developed its own national economic market between the 1820s and 1850s: the cotton kingdom in the South; an agricultural empire in the West—now Midwest; and nascent industrial development with the rise of textile production in

---

[44] JOHN LAURITZ LARSON, INTERNAL IMPROVEMENT: NATIONAL PUBLIC WORKS AND THE PROMISE OF POPULAR GOVERNMENT IN THE EARLY UNITED STATES 71 (2001); JOSHUA A.T. SALZMANN, LIQUID CAPITAL; MAKING THE CHICAGO WATERFRONT (2018).

[45] JOSHUA A.T. SALZMANN, LIQUID CAPITAL: MAKING THE CHICAGO WATERFRONT 18-19 (2018).

[46] JOHN R. STILGOE, COMMON LANDSCAPES OF AMERICA, 1580 to 1845 115 (1982).

the Northeast.[47] New York City—with an Atlantic seaport, industry, and water connection to the interior—became the nation's largest city. Its population rose from 33,000 in 1790 to 813,000 by 1860. Philadelphia grew from 28,000 to 565,000 in the same years, and Baltimore and Boston increased to more than 265,000. In addition to the growth of the seaport cities, two new networks of cities blossomed across the nation's key interior waterways. Along the Ohio and Mississippi River, cities like Pittsburgh, Louisville, Cincinnati, Saint Louis, and New Orleans became important regional shipping, marketing, and manufacturing centers. On the Great Lakes, meantime, Buffalo, Cleveland, Detroit, Milwaukee, and especially Chicago became centers of trade in agricultural commodities.[48] The growing prosperity of farmers in rural America created demand for new types of industrial production—and with it a new type of city.[49]

## C. The Industrial Railroad City Era, 1840s to 1920s

Chicago typified the new, industrial city of the age. With the completion of the Illinois and Michigan Canal in 1848, the city boasted water routes to both the Gulf of Mexico and the Atlantic Ocean. Chicago became the central city of North America, the place where wheat, corn, timber, hogs, cattle, coal, and iron-ore produced in the Great Lakes or Mississippi watersheds could be processed and shipped to New York. Given its partnership in exploiting the natural wealth of the interior, one historian dubbed Chicago "nature's metropolis." But Chicago became more than just a port. It developed sophisticated financial institutions where traders exchanged agricultural commodities and, with access to raw materials and transportation infrastructure, the city became America's most important site for a new style of manufacturing. In the pre-industrial cities of the 18th century, manufacturing was largely done by skilled craftsmen in small workshops. In 19th century industrial cities, manufacturing involved new techniques: division of labor and deskilling of work, mass production, and the use of new machines that often harnessed fossil fuels. Few technologies were more critical to industrial production, and to life in the industrial city, than the railroad.[50]

---

[47] WALTER LICHT, INDUSTRIALIZING AMERICA: THE NINETEENTH CENTURY (1995); SVEN BECKERT, EMPIRE OF COTTON: A GLOBAL HISTORY (2015).

[48] RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 121 (2012).

[49] DAVID R. MEYER, THE ROOTS OF AMERICAN INDUSTRIALIZATION (2003); WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST (1991).

[50] RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 11 (2012).

1.      **Railroads**

The astonishing speed of railroad travel had both pitfalls and potential. On the morning of November 8, 1833, the steamboat magnate Cornelius Vanderbilt and former president John Quincy Adams boarded the Camden and Amboy Railroad on a route that linked New York and Philadelphia. The railroad was one of the nation's first. A technology pioneered in the English mining industry during the 18th century, railroads were just starting to be used for freight and passenger transport in the U.S. Vanderbilt and 23 other passengers careened across the landscape at the fantastic speed of 25 miles per hour when the train's axle broke and its passengers went sliding down an embankment. Two died, and almost all were terribly injured. It was "the most dreadful catastrophe that ever my eyes beheld" wrote Adams. "Men, women, and a child, scattered along the road, bleeding, mangled, groaning, writhing in torture and dying, was a trial of feeling to which I had never before been called." Vanderbilt, who suffered a broken leg, broken ribs, and a punctured lung, swore he would never ride the rails again. Yet, he could not resist investing in and shaping the nation's next great rapid transportation technology and went on to establish an empire of railroads in the Northeast, centered around his Grand Central Depot on 42nd Street in New York City.[51]

Vanderbilt and other observers recognized the train's possibilities for liberating human travelers from the constraints of nature. Trains did not have to follow water routes. They could run year-round. And, most of all, they were much faster. No longer was speed constrained by how fast humans and animals could convert food into energy. Stoked with wood and later coal, steam engines made travel speeds much greater and more consistent.[52] A trip on a mule-drawn Erie Canal boat from Albany to Buffalo took up to four days, for instance. By the mid-19th century, trains covered the same route in under five hours.[53]

Through the 19th century, railroad collaborated with Wall Street investors, states, and the federal government to construct a massive network of passenger and freight railroads. State

---

[51] MICHAEL HILTZIK, IRON EMPIRES: ROBBER BARONS, RAILROADS, AND THE MAKING OF MODERN AMERICA 4-5 (2020).

[52] WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST 80 (1991); MARTIN V. MELOSI, COPING WITH ABUNDANCE: ENERY AND ENVIRONMENT IN INDUSTRIAL AMERICA 20-22 (1985).

[53] MICHAEL HILTZIK, IRON EMPIRES: ROBBER BARONS, RAILROADS, AND THE MAKING OF MODERN AMERICA 10 (2020).

governments often wanted railroads but were leery of incurring the enormous costs of building them, especially after canal costs had destroyed so many state budgets. They addressed this problem through chartered railroad corporations. A charter often granted special privileges, like rights of way, in exchange for construction funded by private investors. Railroads raised money from investors by selling subscriptions and/or by issuing stocks and bonds to Wall Street investors.[54]

The nation's massive railroad network had a distinctive geography connected to the political economy of each region. In 1860, cotton from the south accounted for over half of the exports of the United States. The crop flowed from plantations along turnpikes, rivers, and the 9,800 miles of track built before the Civil War. The North had 20,800 miles of track, including Vanderbilt's Erie Railroad system, which stitched together the seaport cities with the agricultural processing centers and manufacturing hubs of the Great Lakes, stretching west to Chicago.[55] By 1860, Chicago was the western railroad hub of the United States. Most of the nation's western roads extended from the city into the agricultural hinterland of the Mississippi and Missouri River valleys. Northwest of the city, the Chicago and Northwestern Railroad spread over a vast expanse of territory in Illinois and Wisconsin. The Chicago and Rock Island ran due west to the Mississippi River and, after becoming the first to bridge the river in 1856, extended into Iowa. The Chicago, Burlington, and Quincy; the Chicago and Alton; and the Illinois Central extended southwest and due south from the city to points along the Mississippi River. All of these railroads, in turn, brought wheat, corn, cattle, and hogs to Chicago for processing and transshipment to eastern markets.[56]

The rapid construction of railroads across the nation in the pre-Civil War era led to a revolution in travel times. In 1830, when road and canal travel predominated, it took a traveler from New York City one day to reach Albany and Philadelphia; 2 days to reach Baltimore and Boston, 6 days to reach Charleston, 1 week to reach Cleveland, and 2 weeks to reach Chicago. By 1857, that same traveler could go from New York City to Boston, Albany, Philadelphia, Baltimore, Pittsburgh, and Cleveland in one day. It took three days to reach Chicago, Charleston or Saint

---

[54] WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST 67 (1991); HERBERT HOVENKAMP, ENTERPRISE AND AMERICAN LAW, 1836-1937 (1991); RICHARD WHITE, RAILROADED: THE TRANSCONTINENTALS AND THE MAKING OF MODERN AMERICA (2011).

[55] MICHAEL HILTZIK, IRON EMPIRES: ROBBER BARONS, RAILROADS, AND THE MAKING OF MODERN AMERICA 13 (2020).

[56] WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST 68 (1991).

Louis. The trans-Mississippi West, though, was harder to reach from the East Coast until the late 19th century.[57]

While most railroads were designed for intercity travel, a few railroad companies established commuter services in and around the nation's largest cities. In 1837, the New York and Harlem Railroad—which Cornelius Vanderbilt later took over—began steam railroad service from lower Manhattan to 125th Street. By the 1840s, it extended that line into Westchester County, spurring suburban development. The Long Island Railroad and the Flushing Railroad soon enabled Manhattanites to commute to the east. In New Jersey, meantime, the route from Newark to Jersey City became one of the busiest in the world. By 1859, residents of metro Philadelphia could take one of more than 40 trains making commuter stops in the northwest suburb of Germantown, PA, and the Chicago suburb of Evanston was growing quickly because of service provided by the Chicago and Milwaukee Railroad. No city had a greater proportion of railroad commuters than Boston, where, from the 1830s, passengers could ride the train to Brookline. Within a decade, there was service to Lowell, Lynn, Somerville, Medford, and Woburn, among other towns. These steam railroads were supported by well-to-do commuters who paid annual rates that wage-workers could not afford. Boston to Lynn in the early 1840s cost $62 per year, for example, and the New York to Bronxville annual fee in 1853 was $45. One effect of these services was to fuel a suburban real estate boom. In 1855, an English observer in New York remarked that suburbs were "springing up like mushrooms on spots which five years ago were part of the dense and tangled forest…."[58]

Just as the expansion of railroads facilitated the settlement of the suburbs, it spurred movement to the trans-Mississippi West. Between 1865 and 1895, the federal government subsidized the construction of transcontinental railroads that stretched to western lands without populations capable of sustaining business—at least at the start of construction. The subsidies came in the form of millions of acres of land grants and the federal government guaranteed the credit of major railroads. In 1862, Congress passed the Pacific Railway Act authorizing the construction of a transcontinental railroad. In 1869, the Central Pacific and the Union Pacific linked their tracks at Promontory Point, UT. By 1900, there were four additional transcontinental railroads. The penetration of railroads into the far west increased travel speeds and safety, and it

---

[57] WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST 77 (1991).

[58] Baxter quoted in KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 35-37 (1985).

made possible the shipment of timber and minerals from the west to the east. It also opened up western settlement. The comparison to the Oregon Trail is illustrative. Between 1840 and 1860, up to 400,000 people made the 2,000-mile trip from Independence, Missouri to destinations in northern California, the Willamette Valley in Oregon, and the Puget Sound region in wagons that covered between 10 and 20 miles per day.[59] That dangerous, costly journey took up to six months. In 1870, by contrast, a passenger could travel by rail from New York to San Francisco in just 7 days for $65 on a bench in third class, $110 for second class accommodations, and $136 for a spot on a first-class Pullman sleeping car.[60]

The railroad was not only quicker, though. It thoroughly transformed the travel experience by shielding people from harsh aspects of nature. People who traveled on foot, hoof, boat, and wagon constantly worried about dwindling daylight, ice in lakes and rivers, or a coming storm. The railroad changed nature from a force to be reckoned with to a scene to behold. "When one boarded a train," notes environmental historian William Cronon, "one entered a world separated from the outside by its own peculiar environment and sense of time. Train passengers…became spectators who could enjoy watching the world go by instead of working their way across it on foot or horseback."[61] While they watched the world go by, train passengers even enjoyed a number of amenities. First-class travelers at the end of the 19th century could expect access to good food, a library, and a barber shop, and, they could spend the journey rubbing elbows with the nation's business and social elite.[62]

Railroad travel also changed how people understood time. In 1883, the major railroad companies imposed "standard" times to replace the hundreds of "local" times. Prior to the imposition of "standard" times, people set their clocks according to the rules of planetary motion. Noon was the point at which the sun was overhead. By this definition, when a clock struck noon in Chicago, it was 11:50 AM in St. Louis, 11:27 AM in St. Paul, and 11:18 AM in Omaha. These local time differences confounded railroad schedulers, and on November 18, 1883, the railroad

---

[59] William L. Lang, Oregon Trail in OREGON ENCYCLOPEDIA (Ulrich Hardt, Jeff LaLande & Linda Tamura eds., 2008), https://www.oregonencyclopedia.org/articles/oregon_trail/.

[60] The Gilder Lehrman Institute of American History, Transcontinental Railroad Fact Sheet at GILDER LEHRMAN.ORG (2014), https://www.gilderlehrman.org/sites/default/files/inline-pdfs/Transcontinental%20Railroad%20Fact%20Sheet.pdf.

[61] WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST 78 (1991).

[62] DAVID C. NICE, AMTRAK: THE HISTORY AND POLITICS OF A NATIONAL RAILROAD 1 (1998).

companies divided the continent into four time zones with the same time. Most people in the United States set their clocks to railroad time, but the U.S. government did not officially acknowledge the change until 1918.[63]

The advent of railroad travel radically altered the size and shape of cities in indirect and direct ways. Indirectly, the railroad transformed the way that industries were organized across space and led to growing demand for laborers in cities. The Chicago Union Stockyards offers a case in point. Before the stockyards opened, animal slaughter was a local affair. From the opening of the stockyards in 1865 on, it became a continental project. The Chicago stockyards included a massive collection of holding pens, abutting railroad tracks, and a number of huge slaughterhouses. Texas longhorns herded up the Chisholm Trail by cowboys were loaded onto train cars in Abilene, KS, and shipped to Chicago, where immigrant workers dissected thousands of animals each day on a disassembly line (Henry Ford's inspiration for his Model T assembly line) in one of the city's great meat packing houses.[64] Workers then loaded the cuts of meat onto railroad cars for shipment to consumers in every city with a railroad link to Chicago. Thus, the railroads allowed for meat production—and production of many other goods—to be concentrated in a single city. In effect, manufacturers harnessed economies of scale to create products like meat with greater speed and at lower cost than ever before.

These new models of production required a massive pool of urban laborers. Industrial cities were enormous compared to the commercial metropolises of the early part of the 19th century. New York grew from 813,000 in 1860 to more than five million by 1920, and Chicago increased from 100,000 to nearly three million in the same period. Explosive urban growth also happened in smaller places like the port city of Duluth, MN, which grew tenfold in the 1880s from 3,300 to more than 33,000, and the steel-producing town of Birmingham, AL, which rose from 3,000 to more than 26,000. Commentators remarked on the migration of people from rural areas in the U.S. and Europe to cities. "We cannot all live in cities," said newspaperman Horace Greeley in 1867, "yet nearly all seem determined to do so."[65]

---

[63] WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST 78-80 (1991).

[64] HENRY FORD, MY LIFE AND WORK 81 (1922).

[65] RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 83-84 (2012).

### 2. Steamships

As steam power revolutionized travel and production in the 19th century, it created new opportunities for oceanic travel that many immigrants seized. Steam travel got off to a slow start on the oceans. In 1819, the Savannah Steamship Company commissioned a hybrid steam and sailing ship that managed to cross the Atlantic, mostly under the power of sail. Even so, steamships were not widely used for ocean travel because they required so much fuel and the paddle wheels were bulky and inefficient. In the 1840s, after decades of technological improvements, a British company, the Cunard Line, and a U.S. one, the Collins Line, began offering trans-Atlantic steamship service, inaugurating a century of oceanic steam travel for the very rich. The service was possible because the companies had mail contracts that helped subsidize passenger travel, which was $120 for one-way passage across the ocean. By comparison, Irish immigrants fleeing the potato famine on crowded packet ships paid about $15.[66] With continued improvement in steam engines and boat design, however, even poor immigrants began to travel on steamships over the next few decades, which reduced the travel time to just under two weeks. In New York City the number of arrivals by steam increased steadily every year from 1852 to 1873, when 97% of people came by steamship. Thus, the immigrants who first gazed at the Statue of Liberty most likely did so from a steamship and when they disembarked, they entered a city that traveled on foot, by rail, and by horse power.[67]

### 3. City Streets and Omnibuses

In addition to facilitating processes of production that required large, urban labor forces, trains made it possible—and necessary—for people to construct cities across greater geographic expanses. Whereas pre-industrial cities had long been marked by the blending of workspace and homes, industrial production demanded differentiation of sites of residential life and production. The masses of urban workers had to commute from across the city to their jobs, and the railroad made that possible. The streets of industrial cities were cluttered with people using older modes of travel—wagons, horseback, and walking—as well as those using new technologies like the railroad, cable car, and electric trolley.

---

[66] ALEX ROLAND, W. JEFFREY BOLSTER, and ALEX KEYSSAR, WAY OF THE SHIP: AMERICA'S MARITIME HISTORY REENVISIONED, 1600-2000 160-163, 165-167 (2008).

[67] Raymond L. Cohn, *The Transition from Sail to Steam in Immigration to the United States*, 65 THE JOURNAL OF ECONOMIC HISTORY 471-472 (2005).

The streets of 19th-century American cities were rough and often unevenly built. Before the 1880s, many city governments often built streets and sidewalks using a method of "special assessment," or a tax on the people and businesses whose property abutted the improvements. The method was essentially the local solution to the national internal improvements dilemma where people did not want to be taxed for infrastructure that would be used by people in other places.[68] Streets consisted of different forms, including wooden planking, dirt, crushed rocks, cobble stones, limestone, and wood block surfaces called "Nicholson paving." In addition to the roadway and sidewalks themselves, city streets were increasingly cluttered with new types of infrastructure, including gas lines, electric wires, and telegraph and telephone poles.[69]

City councils heavily regulated the use of city streets. There were long-standing, pre-industrial traditions of local regulation of health, safety, and public morals that affected how people used the streets. One of Chicago's first municipal laws, in 1837, reflected this tradition of protecting what legal scholar William Novak calls "the people's welfare." It read: "No dung, dead animal or putrid meats and fish or decayed vegetables [were] to be deposited in any city street, avenue, lane or public square." The law was meant to curb pollution, but the city also took steps to facilitate travel by conscripting able bodied men into street repair, and, as the city grew bigger, enacting speed limits on horses and wagons and imposing new traffic rules to smooth passage through intersections and over bridges. City lawmakers' regulation of the streets in Chicago and elsewhere was not novel, but the growth of cities and the advent of new transportation technologies made the question more pressing. As historian Perry Duis put it, "the use of new technologies to get more quickly from one place to another tended to force citizens to rethink how they used the roadways."[70]

City streets were reshaped by new commuting technologies. Well-to-do people had long hired horse-drawn stagecoaches for long-distance trips and cabs, called "taxis" or "hackneys," to

---

[68] ROBIN EINHORN, PROPERTY RULES: POLITICAL ECONOMY IN CHICAGO, 1833-1872 (1991).

[69] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 7-8 (1998). On urban gas and electrical and telephone infrastructure see, MARK H. ROSE, CITIES OF HEAT AND LIGHT: DOMESTICATING GAS AND ELECTRICITY IN URBAN AMERICA (1950); HAROLD L. PLATT, ELECTRIC CITY: ENERGY AND THE GROWTH OF THE CHICAGO AREA, 1880-1930 (1991); and RICHARD R. JOHN, NETWORK NATION: INVENTING AMERICAN TELECOMMUNICATIONS (2015).

[70] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 4-5, 11 (1998); WILLIAM NOVAK, THE PEOPLE'S WELFARE: LAW AND REGULATION IN NINETEENTH-CENTURY AMERICA 3-6 (1996).

take them between cities or just across town. In 1826, an innovation developed in Nantes, France called the omnibus helped make such travel more accessible by creating an economy of scale. The omnibus was a large, horse-drawn car that anyone could board for a fare.. It carried about 12 passengers who sat on wooden seats as it bumped along the streets. In the United States, city governments issued franchises to operate coaches along a specific street. New York City's first omnibus appeared on Broadway in 1828, and by 1833 it counted 80 lines, 255 by 1846, and 683 by 1853. There were about 20 firms operating New York's omnibuses, and passengers on the busiest streets had to wait just two minutes on average to catch a coach. While New York led the United States in omnibuses, they spread to many other cities. By the 1840s, omnibuses were running in Boston, Baltimore, and Philadelphia, for example. The omnibus, though, was plagued by crowding, and it offered an uncomfortable and slow ride at about 5 miles per hour. Given these drawbacks, it was supplanted by more energy-efficient alternatives.[71]

### 4. Horsecars, Cable Cars, and Streetcars

Transit companies soon replaced omnibuses with "horsecars." Starting in the 1830s and 1840s, many U.S. cities authorized private companies to run horse-drawn cars on rails through the streets, a far smoother and a more efficient use of horse power. One horse could pull a 30-to-40 passenger vehicle at speeds of 6 to 8 miles per hour.  Consequently, the cars could hold more people, and transit companies dropped the fares from 15 cents on the omnibus to about 10 cents a ride.[72] By the middle of the 1850s, horsecars were replacing omnibuses in the major thoroughfares of New York, Brooklyn, Boston, Philadelphia, Baltimore, Chicago, Pittsburgh, Cincinnati, and New Orleans. Many other cities added service in subsequent decades. At its peak in the 1880s, the horsecar industry consisted of 415 firms, 30,000 workers, 18,000 cars, 3,000 miles of track, and 1.2 billion annual riders.[73]

The growth of industrial cities and the advent of railroads resulted in more, not less reliance on horse power. Omnibus and horsecar companies had to maintain huge stables of horses and set

---

[71] KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 33-34 (1985); BRIAN J. CUDAHY, CASH, TOKENS, AND TRANSFERS: A HISTORY OF URBAN MASS TRANSIT IN NORTH AMERICA 9-10 (1990).

[72] KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 39 (1985).

[73] BRIAN J. CUDAHY, CASH, TOKENS, AND TRANSFERS: A HISTORY OF URBAN MASS TRANSIT IN NORTH AMERICA 12-13 (1990).

up places to switch out their teams along the routes. There were, meantime, many horses engaged in pulling various private and commercial wagons. Private carriages came in many shapes and sizes, and there were taxis for hire in the form of "hansoms" and "herdics." Teamsters hauled freight, often to and from railroad depots, and many other businesses employed specially-adapted horse-drawn wagons. The "baker's wagon," for instance, had double paned glass to keep the goods warm and "ice wagons" were equipped with insulated compartments. Police wagons had fast horses, warning bells, and irons to detain prisoners.[74] Wagons and horses were omnipresent in cities until after the 1920s. At the start of the 20th century, for example, the city of Saint Louis had a human population of over half a million, between 15,000 and 20,000 wagons, and about 30,000 horses.[75]

The drawbacks of horse power were significant, however, and urban transit companies replaced the horse-drawn omnibuses as new technologies emerged. It was expensive to maintain stables, feed horses, and replace old stock. Some drivers and teamsters abused animals, moreover, which sparked anti-cruelty campaigns, resulting in some animal protection laws. Horses wrought havoc on the urban environment by filling the streets with manure that turned to dust in dry weather and to mud in the rain. Horses also got sick sometimes. During the "Great Epizootic of 1872," so many North American horses succumbed to an equine flu that it shut down omnibus and horsecar lines, halted the U.S. mail and military operations against western Indians, and made it impossible to unload freight from ships and trains.[76]

One of the first technologies to help break city dwellers' dependence on horse power was the cable car. San Francisco's Andrew Hallidie opened the first line on Clay Street as a response to another limitation of horse-drawn vehicles: Horses could not get good footing on the steep, hilly streets. The cable car, driven by a "steel rope" or cable embedded in the street, moved along at a steady speed, using a system of pulleys powered by steam engines. The operator controlled movement with two levers, one used to "grip" the rope or let it go, and another to apply breaks to the wheels. Starting in 1882, Chicago transit companies built the biggest cable car system in the

---

[74] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 27 (1998)

[75] CLAY MCSHANE, DOWN THE ASPHALT PATH: THE AUTOMOBILE AND THE AMERICAN CITY 191 (1994).

[76] CLAY MCSHANE AND JOEL TARR, THE HORSE IN THE CITY: LIVING MACHINES IN THE NINETEENTH CENTURY (2011).

U.S. at the great cost of $100,000 per track mile. At their peak in 1890, cable cars were running in 23 cities on 300 miles of track and carrying 373 million passengers per year.[77]

The cable car persists as a mode of transportation technology to this day, but its heyday in the United States lasted only between the 1880s and the 1910s. By 1913, only 20 miles of track were still in use.[78] Its shortcomings were many. The system was centralized, so when a cable broke the entire line ground to a halt. The weight of rush hour traffic could strain the cables, and snow and ice made them hard to grip in wintery conditions. Another flaw: cable cars could only travel at a uniform speed.[79]

These problems could be avoided by using the electric streetcar developed in the 1880s by several inventors. Also called a trolley, electric streetcars soon became the dominant form of urban public transportation. They were powered by electricity coursing through wires elevated above the route, often the old horsecar lines. Streetcars could carry more weight and the cars coupled together to accommodate more passengers. They also traveled much faster than previous forms of transport available to the public. Consequently, they killed more pedestrians than wagons, horsecars, and omnibuses. That fact, along with fear of the wires falling down and electrocuting people, gave some citizens and lawmakers pause about adopting streetcars in congested spaces. Ultimately, however, the practicality of the streetcar won out, and many cities across the United States began replacing their remaining horse-drawn and cable car systems with streetcars starting in the 1890s. By 1912, there were more than 70,000 streetcars shuttling passengers across 370 U.S. cities.[80]

The introduction of intracity railroads transformed social class relations and the geographic scope of 19th-century cities. One effect was the proliferation of "streetcar" or "railroad" suburbs. Instead of living in the dense, class-mixed city, wealthier people could self-segregate by moving further away from central business districts and commuting to the city. To be sure, this phenomenon was not exclusive to rail travel. In the 1830s, ferry lines were regularly shuttling residents of Brooklyn and Queens (not part of New York City at the time) into Manhattan for work.

---

[77] KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 104 (1985); BRIAN J. CUDAHY, CASH, TOKENS, AND TRANSFERS: A HISTORY OF URBAN MASS TRANSIT IN NORTH AMERICA 27-33 (1990).

[78] ROBERT C. POST, URBAN MASS TRANSIT: THE LIFE STORY OF A TECHNOLOGY 31 (2010).

[79] KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 105 (1985).

[80] ROBERT C. POST, URBAN MASS TRANSIT: THE LIFE STORY OF A TECHNOLOGY 31 (2010).

The railroad, though, freed commuters from waterways and led to a vast expansion of the geographic scope of metro regions. In 1852, Alexander Jackson Davis, for instance, designed Lewellyn Park in New Jersey, and the suburbs of Villanova and Bryn Mawr cropped up along the Main Line—extending from Philadelphia. In 1869, Frederick Law Olmsted designed Riverside outside of Chicago. These suburbs—and many others—enabled many people of means to escape the pollution, congestion, and crime concentrated in cities and occupy a new, middle landscape where they had connection to lawns, nature and domestic tranquility.[81]

While railroads enabled greater social class sorting across urban regions, they also facilitated class and racial mixing on train cars. By making transportation more accessible, the horsecar, cable car, and streetcar facilitated social class mixing that often led to discomfort. Riders often complained about crowds and mingling in close quarters with people who spat, swore, and stank, and "mashers" who harassed women.[82] In light of harassment, Julia D. Longfellow of the Women's Municipal League requested in 1909 that New York's Interborough Rapid Transit Company provide a female-only car during rush hours, but her request was rejected as too costly.[83] Segregation based on race, however, prevailed in some cities. When the Supreme Court ruled in 1896 the State of Louisiana did not violate the 14th Amendment by requiring Homer Plessey to sit on a segregated railroad car, it set the precedent for racial segregation.[84] In northern cities where formal legal segregation was less common, streetcars became what historian Robin Kelley called "moving theaters" of racial conflict.[85]

Railroad travel also created new opportunities for theft. With tens of thousands of strangers passing through the city for business, conventions, and making train connections, the streets of cities like New York and Chicago were flush with cash-carrying targets for thieves. In 1859, a New York publisher issued *Tricks and Traps of Chicago*, a publication aimed at helping out-of-

---

[81] KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 73-86 (1985).

[82] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 15 (1998); EMILY REMUS, A SHOPPER'S PARADISE: HOW THE LADIES OF CHICAGO CLAIMED POWER AND PLEASURE IN THE NEW DOWNTOWN 147-164 (2019).

[83] Clifton Hood, *Changing Perceptions of Public Space on the New York Rapid Transit System*, 22 JOURNAL OF URBAN HISTORY 320 (1996).

[84] *Plessey v. Ferguson*, 163 U.S. 537 (1896).

[85] Robin D. G. Kelley, *'We Are Not What We Seem': Rethinking Black Working Class Opposition in the Jim Crow South*, 80 *JOURNAL OF AMERICAN HISTORY* 103 (1993).

towners avoid being robbed or cheated by the beautiful "grisettes" who waited tables at saloons or "scalpers" who steered travelers from railroad terminals to overpriced hotels, where they were sometimes drugged and relieved of their belongings.[86] The industrial city created conditions where class conflict and criminality flourished, leading to a harsh response by state and municipal governments. New York, for instance, had no professional police force in 1840. By 1890, the police were the city's largest expenditure. The problem of pickpocketing was so vexing to the wealthy and middle class—who had to carry cash to conduct business—that New York courts often sentenced petty thieves to terms of two or more years hard labor in brutal prisons, at a time when 75% of people convicted of murder received sentences of seven or fewer years.[87]

5. **Elevated "El" Trains and Subways**

Through the late 19th and early 20th centuries, four U.S. metropolitan areas developed electric railway systems designed to handle a heavy volume of local traffic: Chicago (1892), Boston (1894), New York City (1904), and Philadelphia (1907). These "heavy rail" systems comprised street grade railways, subterranean (subway) lines, and "El" or elevated lines. The terms "subway" and "El" have become a shorthand for these systems. Unlike the earlier transit systems described above, which were generally built and operated by private persons or entities, these new El and subway systems were built and operated by a combination of private and public institutions as a means to facilitate commuting through crowded urban landscapes. These four systems therefore eventually became the first true public transportation systems in the history of the United States.

The motivations for subway and elevated train construction were both spatial and social. The largest 19th century U.S. urban areas were plagued by traffic congestion, dense populations, and safety hazards. The streets were clogged with private wagons, hackney cabs, horses, pushcart peddlers, pedestrians, omnibuses, horsecars, cable cars, streetcars, and freight and passenger trains that sometimes traveled along or across city streets at grade level. There was not, moreover, any assumption that the street was only for travel. Until the 1920s, city streets also served as social spaces where kids played, people chatted, and business was conducted.[88] With this broad mixture

---

[86] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 13 (1998).

[87] TIMOTHY J. GILFOYLE, A PICKPOCKET'S TALE: THE UNDERWORLD OF NINETEENTH CENTURY NEW YORK XIII, 62, 70 (2006).

[88] PETER D. NORTON, FIGHTING TRAFFIC: THE DAWN OF THE MOTOR AGE IN THE AMERICAN CITY (2008).

of people and travelers, city councils frequently imposed speed limits for safety, often six miles per hour, or as several courts defined it, "about as fast as a horse can trot and keep moving."[89] Not surprisingly, these streets were also terribly dangerous. The number of pedestrians killed by intercity trains and street railways each year in cities increased sharply over the last decades of the nineteenth century. In Chicago, for example, it rose from 31 in 1870, to 124 in 1881, 299 in 1890, and 326 in 1900.[90] If trains could be elevated above the city streets or buried below them, commuters could be whisked to their destinations with greater speed and safety.

Subways and elevated lines began to appear in cities during the second half of the 19th century. London opened its underground railway in 1863, inspiring U.S. city leaders and businessmen to begin hatching schemes to get rapid transit off the streets. By 1893, the New York Elevated Railroad Company was carrying more than half a million passengers a day between lower Manhattan and the Bronx. In 1894, Boston built the first subway line in the U.S. below the busy Tremont Street retail district.[91] Some smaller towns like Sioux City, IA and Kansas City, MO also developed elevated trains, but the high construction costs ultimately meant that elevated lines were feasible only in big cities. Starting in the 1890s, Chicago's traction magnate Charles Tyson Yerkes began to build new elevated lines for steam locomotives, which initially rained soot upon the people and streets below. Later, Yerkes converted the trains to electricity.[92]

In addition to greater speed and safety, subway builders were motivated by the goal of relieving residential crowding and promoting ethnic assimilation. Manhattan ranked among the most congested places in the world. In 1910, it reached its peak population at 2,332,542. More people lived on the 23-square mile island than in thirty-three of the nation's forty-six states. The highest population densities had long been in lower Manhattan below Fourteenth Street. Starting in the 1880s, New York businessmen, lawmakers, and civic reformers tried to harness the subway to change the population distribution. Mayor Abram S. Hewitt lobbied the state and city government to empower private businessmen to construct a line from southern to northern

---

[89] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 28 (1998).

[90] Joshua A. T. Salzmann, Blood on the Tracks: Accidental Death and the Built Environment in CITY OF LAKE AND PRAIRIE: CHICAGO'S ENVIRONMENTAL HISTORY 197 (Kathleen A. Brosnan, Ann Durkin Keating & William C. Barnett eds., 2020).

[91] BRIAN J. CUDAHY, CASH, TOKENS, AND TRANSFERS: A HISTORY OF URBAN MASS TRANSIT IN NORTH AMERICA 84-87 (1990).

[92] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 33 (1998).

Manhattan to spur new residential and commercial development. In 1904, the Interborough Rapid Transit Company (IRT) opened a line that ran from lower Manhattan to the Bronx at speeds of 40 miles per hour for just a nickel. Then in 1913, progressive reformers such as George McAneny and Edward M. Bassett initiated a new phase of subway development that resulted in the creation of the Brooklyn-Manhattan Transit Corporation (BMT), which served outlying portions of the Bronx, Queens, and Brooklyn. McAneny, Bassett, and others hoped the possibility of speedy travel to jobs in Manhattan would cause working class people to move from dense, disease-and-crime-ridden ethnic neighborhoods like Hell's Kitchen, Little Italy, and the Lower East side. They also hoped when people dispersed from those Irish, Italian, and Jewish neighborhoods, they would assimilate with the native-born population.[93]

Another crucial effect of mass transportation was to facilitate the emergence of a mass consumer culture, as urban mass transit made possible shared experiences. Since most transit systems had lines that radiated from a city's central business district, people could travel to and congregate in the urban core, where they visited department stores, music halls, theaters, and civic buildings. At the same time, transit lines also linked the urban working class to nature and amusement spaces at the end of the line. Urbanites used transit to venture to natural spaces like the Indiana Dunes, outside of Chicago, and Ponce de Leon Park, at the edge of Atlanta. Meantime, amusement parks like the one on Brooklyn's Coney Island converted the fear of accidental death on transit technology into a new type of thrill, the roller-coaster.[94]

### D. The Era of the Automotive City, 1920s to 2010s

The revolution at Henry Ford's Highland Park, MI manufacturing plant has shaped where and how Americans have worked, played, and shopped for more than a century. Ford's innovations were technological as well as social. His 1913 assembly line embodied the key features of industrial production: mechanization, division of labor, and economies of scale. Ford's social innovation was paying wages that enabled the working class to achieve a relatively high standard of living, a practice known as "Fordism." The result was that Ford constructed cars at a cost low

---

[93] CLIFTON HOOD, 722 MILES: THE BUILDING OF THE SUBWAYS AND HOW THEY TRANSFORMED NEW YORK 5-7, 135-136 (2004).

[94] DAVID NYE, ELECTRIFYING AMERICA: SOCIAL MEANINGS OF A NEW TECHNOLOGY, 1880-1940 132 (1992); KATHY PEISS, CHEAP AMUSEMENTS: WORKING WOMEN AND LEISURE IN TURN-OF-THE-CENTURY NEW YORK (1986); COLIN FISHER, URBAN GREEEN: NATURE, RECREATION, AND THE WORKING CLASS IN INDUSTRIAL CHICAGO (2015).

enough to be accessible to many families. By 1927, the United States produced 85 percent of the world's cars, and there was one car for every two families.[95]

For more than a century, city leaders, citizens, and urban planners have wrestled over how this technology would be adopted, with sweeping consequences. As with every era of the nation's transportation history, a key theme of the story has been the ongoing tension—and collaboration— between private actors and public authorities, as innovations and evolving technologies in the private sphere have continually shaped public policy responses, and vice versa. These developments, in turn, have profoundly shaped virtually every aspect of American cultural, social, and economic life.

## 6. Roads to Everywhere

In 1902, the *New York Times* reported on a fight that foreshadowed a larger conflict over the use of city streets across the nation. A "mob of one hundred boys" attacked the party of Edward R. Thomas as they drove west on East Forty Fourth Street. The boys hurled "pails, stones, and sticks" at the car's occupants while "yelling themselves hoarse as they surrounded the machine." The attack was a retaliation. Thomas's automobile, called the White Ghost, had "run down and killed" a seven-year-old boy named Henry Thies earlier that year.[96] The incident not only underscored the safety challenges automobiles presented but also how the arrival of cars would force a contest over the streets. As the *New York Times* made clear, that conflict involved street kids and motorists, but soon auto manufacturers, street railway companies, lawmakers, and city planners would all grapple with the way that cars were adopted in the U.S.

The widespread adoption of cars was a bloody affair, sparking conflicts over the street between various interest groups. During the 1920s, motor-vehicle accidents killed more than 200,000 people, most of whom were young pedestrians. Parents, educators, and pedestrians regarded motorists as violent intruders on the streets, and they channeled their anger into various actions, including mob attacks on drivers, new traffic laws, auto-safety campaigns, and public commemorations of the victims of cars. Motorist groups and the automobile industry countered

---

[95] PETER HALL, CITIES OF TOMORROW 295 (2002).

[96] "Automobile Party Mobbed by Boys," *NEW YORK TIMES* 1 (May 25, 1902).

with programs to shift responsibility for safety onto pedestrians by inventing concepts like "jaywalking." Police, for their part, tried to mediate between the groups.[97]

Urban planners and developers, meantime, adapted city spaces to the automobile. The number of cars jammed into city streets was so great that, by the 1920s, some cities debated banning them from their downtowns, and many planners widened important streets. At the same time, though, a new development pattern took shape—the polycentric city—with commercial centers outside of the traditional central business districts and residents spread far from streetcar lines. Emblematic of this shift, Sears began building suburban stores in the 1920s. Developers, meantime, built more and more suburban housing. While suburbs were not new to the automobile age, the scope of suburban development was unprecedented. It had been uncommon for developers to build housing more than a short walk from a streetcar line, but the automobile opened new lands to developers. Consequently, the 1920s was the first decade when the suburbs grew more than central cities. In many metro areas, the rates of suburban growth far outpaced city growth. New York City grew by 23% and its suburbs by 67%. St. Louis's population crept up by 5% while its suburban population soared by 107%. Cleveland gained 12% more residents while its suburbs increased by 125%.[98]

The developed cities of the east coast and the embryonic metropolises of the south and west followed somewhat distinctive patterns of automobile adaptation. The cases of New York and Los Angeles are illustrative. In New York City, new auto roads followed in the tradition of the parkways created by 19th century landscape planners like Frederick Law Olmsted. A parkway consisted of a thoroughfare abutted by a parklike green space. New York's first parkway was built by William K. Vanderbilt between 1906 and 1911. By 1924, the powerful public official and urban planner Robert Moses had acquired power to condemn land for new roads, and he proceeded to construct a network of parkways radiating out from Manhattan, east to Long Island and north of the center city. Moses's parkways helped make Manhattan's office towers commutable to people who lived 20 or 30 miles away. The suburban populations of Westchester and Nassau counties, for example, increased by about 350,000 during the 1920s. In New York, as in other established

---

[97] PETER D. NORTON, FIGHTING TRAFFIC: THE DAWN OF THE MOTOR AGE IN THE AMERICAN CITY 19-21 (2008).

[98] PETER HALL, CITIES OF TOMORROW 297 (2002).

metro areas, the first roads echoed the pattern of streetcars, radiating outward from the core to the periphery.[99]

In newer cities such as Los Angeles, however, planners replaced the radial pattern of urban development with a new, polycentric city. In that respect, LA was the 20th-century urban future, what an architectural historian called the "seminal proving ground" for planners' attempts to accommodate the car. In the 1900s and 1910s, the City of Angels was served by the nation's largest streetcar network built by Henry E. Huntington. Its tracks stretched for 1,164 miles and carried over 109 million passengers each year on popular routes from the Pacific Electric Building at 6th and Main to Long Beach (in 50 minutes), Pasadena (45 minutes) and Santa Monica (60 minutes). Like other streetcar magnates, Huntington developed subdivisions along his lines.[100]

This pattern of streetcar-centric development changed with the rapid adoption of cars in LA, which led the U.S. in car ownership. In 1915, it had 1 car for every 8 residents, compared with a national average of 1 per 43. By 1920, it was 1 to 3.6, compared to 1 to 12, and by 1930, it was 1 to 1.5 versus 1 to 5.3. As cars proliferated, developers built low-density, single-family housing in places that had been inaccessible by rail. By 1930, LA had 93.9% single-family homes, compared to 52.8% in New York, 52% in Chicago, and 49.5% in Boston. Commercial developers, meantime, built stores accessible to motorists all across the metro region. By the mid-1930s, 88 percent of the new retail stores were opening in the suburbs, and the central business district's share of department stores had shrunk from 75% in 1920 to 54% in 1930. The adoption of the car in LA during the 1920s and 1930s resulted in what urban planning historian Peter Hall describes as "decentralization on a scale quite inconceivable before the age of mass car ownership…." The car and this new, polycentric mode of development contributed to the decline of public transportation in LA and other parts of the United States.[101]

**7. The Transformation of Mass Transit and the Emergence of Public Transit Systems**

The adoption of the automobile correlated with the decline of mass transit. Urban mass transit reached its peak in the 1920s, then declined through the 20th century. From 1890 to 1905, annual streetcar ridership more than doubled from 2 billion to 5 billion trips in the U.S. Over the next two decades, ridership continued to grow, at a slower pace, until it peaked in the mid-1920s

---

[99] PETER HALL, CITIES OF TOMORROW 297-298 (2002).

[100] Longstreth quoted in PETER HALL, CITIES OF TOMORROW 304 (2002).

[101] PETER HALL, CITIES OF TOMORROW 303-305 (2002).

at about 17.2 billion passenger trips. Ridership steadily declined thereafter, except for a unique period around World War II when car shortages and wartime conditions led to a boom in transit use. Some of the decline owed to the appeal of cars, but the declines also had to do with public-policy choices and economic challenges in the transit business.[102]

Buses replaced streetcars, in part, because they were cost effective for the transit companies. Mass transit—a private business at the start of the 20th century—was plagued by inflation as workers unionized and the cost of steel rails soared.[103] Lawmakers and public interest groups continually pressured transit companies to offer better service, and some cities even passed ordinances requiring service improvements—even though they were not supported by the traditional 5 cent fare.[104] In addition to these pressures, transit companies suffered from competition with "jitneys," which were private, unlicensed taxi cabs that proliferated with the advent of cars.[105] In response to these business pressures, streetcar companies cut costs by limiting service and transitioning to buses, which first appeared in the beginning of the century, but were not used widely until the 1920s. Buses did not require huge capital investments from streetcar companies, and they adopted them widely. In 1924, there were only 1,200 buses on U.S. streets; By 1932, there were more than 20,000.[106]

As transit companies lost ridership, some city leaders contemplated making public investments in their systems. Streetcar ridership in LA, for instance, declined from 107 million in 1929 to 68 million in 1934, sparking a debate about whether mass transit was desirable. Angelenos largely embraced cars and decentralization. LA planning director G. Gordon Whitnall summed up the logic, calling for: "Not another New York, but a New Los Angeles. Not a great horrendous mass with a pyramiding of population and squalor in a single center, but a federation of communities co-ordinated into a metropolis of sunlight and air."[107] LA's once-extensive streetcar

---

[102] BRIAN J. CUDAHY, CASH, TOKENS, AND TRANSFERS: A HISTORY OF URBAN MASS TRANSIT IN NORTH AMERICA 250 (1990).

[103] DAVID W. JONES, MASS MOTORIZATION + MASS TRANSIT: AN AMERICAN HISTORY AND POLICY ANALYSIS 33 (2008).

[104] PAUL BARRETT, THE AUTOMOBILE AND URBAN TRANSIT: THE FORMATION OF PUBLIC POLICY IN CHICAGO, 1900-1930 96-105 (1983).

[105] ROBERT C. POST, URBAN MASS TRANSIT: THE LIFE STORY OF A TECHNOLOGY 66-67 (2010).

[106] ROBERT C. POST, URBAN MASS TRANSIT: THE LIFE STORY OF A TECHNOLOGY 83 (2010).

[107] Whitnall quoted in PETER HALL, CITIES OF TOMORROW 306 (2002).

network continued to wither, as did many other city's systems. Of the 370 U.S. cities that once had streetcar systems, the number was only seven by the 1960s.[108]

In the first half of the 20th century, many cities made their transit systems public in response to poor service and the deterioration of transit company finances. Many urban lawmakers argued, moreover, that transit lines were a public resource and should not be operated for profit. The first city to take over mass transit was San Francisco in 1909.[109] Other cities followed suit after the Great Depression. When the businessman Samuel Insull lost control of Chicago's "El" in the economic crash of the 1930s, for example, the city government stepped in and began running the lines. The "El" was consolidated under the aegis of the Chicago Transit Authority in 1947, as were the city's bus lines in the 1950s.[110] In New York, too, the private subway lines came under public control. Motivated by complaints about poor service on the city's privately-owned subways, New York City created a third subway network called the Independent Subway System between 1932 and 1940. Then, in 1940, the City of New York acquired the IRT and BMT lines and unified them in a single, municipally run network—the largest in the world, with 722 miles of track, 6,400 subway cars, 469 stations, and a police force of more than 4,000.[111] The transit systems in Boston, Philadelphia, and Los Angeles, initially controlled by private companies, were likewise brought under the control of public, regional transit agencies in the post-World War II era. The public takeover of mass transit after the war did not, however, reverse the decline of ridership. Passenger trips fell from 17.2 billion passengers in 1926 to 9.4 billion in 1960.[112]

The decline of urban mass transit paralleled the decline of intercity passenger railroad travel. U.S. passenger rail travel peaked in the 1920s, with about 20,000 trains in service carrying riders over more than 200,000 miles of track. Railroad companies steadily cut service on unprofitable routes. By 1966, route mileage had fallen by one third, and many towns that had been served by more than one railroad in the 1920s had only a single train, or none at all, by the 1960s.

---

[108] ROBERT C. POST, URBAN MASS TRANSIT: THE LIFE STORY OF A TECHNOLOGY 4 (2010).

[109] BRIAN J. CUDAHY, CASH, TOKENS, AND TRANSFERS: A HISTORY OF URBAN MASS TRANSIT IN NORTH AMERICA 134-136 (1990).

[110] PERRY R. DUIS, CHALLENGING CHICAGO: COPING WITH EVERYDAY LIFE, 1837-1920 33 (1998).

[111] CLIFTON HOOD, 722 MILES: THE BUILDING OF THE SUBWAYS AND HOW THEY TRANSFORMED NEW YORK 7-8 (2004).

[112] BRIAN J. CUDAHY, CASH, TOKENS, AND TRANSFERS: A HISTORY OF URBAN MASS TRANSIT IN NORTH AMERICA 250 (1990).

Between 1920 and 1970, the number of passenger miles traveled fell by almost 80%. Several factors led to the steep declines in service, including financial loses, government subsidies for competing modes of travels, U.S. postal policy, and the decline of light rail travel within cities.[113]

One railroad executive in the 1950s remarked on how undesirable it had become to carry passengers: "God damn all passengers on short haul . . . . If . . . I have to carry passengers I'll make it so uncomfortable, inconvenient, and disagreeable for them that they'd wish they never bought a two-bit ticket." Railroads lost substantial amounts of money on passenger service—$200 million annually by the late 1930s, up to a high of $700 million in 1957, and about $400 million annually in the 1960s. The losses had many causes, including compliance with outdated labor rules and regulatory practices as well as the post office's decision to move first class mail (a cash cow for the railroads) from passenger trains to trucks and planes between 1957 and 1967. At the same time, railroads suffered from the decline of urban mass transit, as fewer passengers made connections between local and long-distance trains. Compounding these difficulties was competition with new transportation technologies like the automobile and the airplane. Making matters worse for railroads, the federal government—as well as state and local governments—offered generous subsidies for rail's competitors. According to one estimate, these subsidies amounted to $150 billion for highways and $40 billion for air travel between 1920 and 1978.[114]

## 8. Federal Investments in Planes, Trains, and Automobiles

The federal government helped spur airline passenger travel in the United States starting in the 1910s and 1920s. In 1917, for instance, Congress passed the Aviation Bill to provide $670 million for airplane development.[115] The first commercial airlines date to the 1910s, but those business enterprises did not last long. Travel in cold, unpressurized airplane cabins was uncomfortable, and most could just hold a few passengers.[116] In 1925, the federal government subsidized the nascent airline industry by passing the Kelly Airmail Act, which allowed air carriers to bid for mail contracts lucrative enough to help them stay in business as they expanded their

---

[113] DAVID C. NICE, AMTRAK: THE HISTORY AND POLITICS OF A NATIONAL RAILROAD 2 (1998).

[114] DAVID C. NICE, AMTRAK: THE HISTORY AND POLITICS OF A NATIONAL RAILROAD 2-5 (1998).

[115] THOMAS P. HUGHES, AMERICAN GENESIS: A CENTURY OF INVENTION AND TECHNOLOGICAL ENTHUSIASM, 1870-1970 101-104, 130-134 (1989).

[116] MARC DIERIKX, CLIPPIN THE CLOUDS: HOW AIR TRAVEL CHANGED THE WORLD 21-26 (2008).

freight and passenger operations.[117] For the most part, air travel was an experience limited to the very well off in this era. A coast-to-coast round-trip ticket cost about $260, or half the price of a new car. The airline industry, however, steadily applied new technologies to flight, making it more comfortable and cheaper. Commercial aviation grew from 6,000 passengers in 1929 to more than 450,000 in 1934 to 1.2 million by 1938. When jet-engine passenger service began in the late 1950s, airliners could carry much larger numbers of passengers—more comfortably than ever before— and at greater speeds. In 1955, more Americans traveled by airplane than by train for the first time ever, and, by 1957, planes had replaced ocean liners as the preferred way to cross the Atlantic. In 1958, the federal government created the Federal Aviation Administration to regulate and enforce safety measures in air travel, a move that helped enhance public confidence in the growing industry. Flight, meantime, became increasingly accessible to long-distance travelers. The combined effect of these trends was that the number of air passenger quadrupled between 1955 and 1972.[118]

These and other federal investments fostered the growth of suburbs and polycentric, automobile cities like LA. In addition to building highways, the federal government sank billions of dollars into making mortgages more accessible through New Deal programs like the Federal Housing Administration (FHA) which insured longer-term mortgages loans by private lenders for home construction and sale. While most mortgages had to be repaid in five- or ten-year terms at

As with air travel, the adoption of automobiles owed much to federal policy. The federal government made massive federal investments in highways and in suburban housing development. Most notably, President Dwight Eisenhower signed the National Interstate and Defense Highways Act in 1956, kickstarting the largest public works project in the world to date. Eisenhower signed the bill because he believed, from seeing the German Autobahn during World War II, that good roads were essential for defense. He also thought highway construction could spur an economic boom. Under the Act, the federal government invested $25 billion in the construction of 41,000 miles of interstate highways. The act also funded 90% of the construction costs of urban expressways, many of which were used to clear "urban blight."[119]

These and other federal investments fostered the growth of suburbs and polycentric, automobile cities like LA. In addition to building highways, the federal government sank billions of dollars into making mortgages more accessible through New Deal programs like the Federal Housing Administration (FHA) which insured longer-term mortgages loans by private lenders for home construction and sale. While most mortgages had to be repaid in five- or ten-year terms at

---

[117] MICHAEL W. PEARSON AND DANIEL S. RILEY, FOUNDATIONS OF AVIATION LAW 41 (2016).

[118] National Air and Space Museum, *The Evolution of the Commercial Flying Experience*, SMITHSONIAN, https://airandspace.si.edu/explore/stories/evolution-commercial-flying-experience.

[119] MARK H. ROSE AND RAYMOND MOHL, INTERSTATE: HIGHWAY POLITICS AND POLICY SINCE 1939 (2012).

an APR of 6 or 7 percent before the 1930s, homebuyers got 30-year terms at 2 to 3 percent APR after the FHA changed the market. The FHA, though, had specific preferences for suburban housing and for white neighborhoods. Combined with highway construction, its policies created opportunities and incentives for many Americans to move to the suburbs—and they did so in droves. The 1960 census showed that in the previous decade U.S. cities had grown by only 6 million people, or 11.6%, while the suburbs had grown by 19 million people, or 45.9%.[120]

Even as the nation became more suburban and automobile dependent in the 1960s and 1970s, the federal government made new investments in mass transportation. A coalition that formed to lobby for federal transit funding in the late 1950s consisted of city mayors and railroad executives who wanted to counter the imbalance in federal highway investments and spur downtown growth and development.[121] Their efforts culminated in the passage of the 1964 Urban Mass Transportation Act, which provided matching funds (more than $3 billion over the next two decades) to cities and states for large-scale urban rail projects, as well as capital grants for up to 50% of the cost of transit improvements. Many cities used the money to purchase private systems. In the decade after 1964, the number of public transit systems spiked from about 60 to more than 300.[122] Some cities used the money to build new rapid transit systems, including Atlanta, Washington D.C., Pittsburgh, Buffalo, Baltimore, the Bay Area, Los Angeles, St. Louis, Memphis, Dallas, Denver, Salt Lake, and San Diego.[123] While some projects like the construction of the Washington D.C. Metro (opened in 1976) have become integral to the economies of some cities, federal investments in public transit did not reverse the trend of cars' dominance in U.S. transportation. Mass transportation was less viable for Americans who, increasingly, left denser, industrial cities for lower-density suburbs and Sunbelt cities.[124]

---

[120] PETER HALL, CITIES OF TOMORROW 318-319 (2002); KENNETH T. JACKSON, CRABGRASS FRONTIER: THE SUBURBANIZATION OF THE UNITED STATES 214-216 (1985); THOMAS SUGRUE, THE ORIGINS OF THE URBAN CRISIS: RACE AND INEQUALITY IN POSTWAR DETROIT 62-67 (1995).

[121] DAVID W. JONES, MASS MOTORIZATION + MASS TRANSIT: AN AMERICAN HISTORY AND POLICY ANALYSIS 138 (2008).

[122] DAVID W. JONES, URBAN TRANSIT POLICY: AN ECONOMIC AND POLITICAL HISTORY 83 (1985).

[123] CLIFTON HOOD, 722 MILES: THE BUILDING OF THE SUBWAYS AND HOW THEY TRANSFORMED NEW YORK 9 (2004).

[124] DAVID W. JONES, MASS MOTORIZATION + MASS TRANSIT: AN AMERICAN HISTORY AND POLICY ANALYSIS 139 (2008).

Around the same time that the federal government began to subsidize urban mass transit, it also created Amtrak to help revive passenger rail service in the United States. In the late 1960s, the Association of American Railroads and the Interstate Commerce Commission lobbied Congress to subsidize passenger rail service as a way to stave off its decline. However, the Nixon administration resisted making an unending commitment to private railroad companies. As a compromise measure, Nixon signed a 1970 law creating a new, semi-public corporation called Railpax—later renamed Amtrak—that was publicly subsidized but also expected to turn a profit. Amtrak was created with several contradictory mandates—most notably, it was tasked with providing service nationwide (which included many unprofitable routes) while also turning a profit. After the creation of Amtrak, there was a slight uptick in the number of intercity passengers traveling by train, from 17 million in 1972 to 22 million annually by the early 1990s. Amtrak did little to halt the proliferation of cars—and cities and suburbs designed around the automobile.[125]

In the second half of the 20th Century, wracked by deindustrialization and disinvestment, old and dense industrial cities lost residents to the suburbs and to southern and western regions. Between 1950 and 2010, the population loses were staggering: Saint Louis declined 63%, Detroit shrank by 61%, and Cleveland and Pittsburgh lost 58% and 55% of their populations, respectively, even as these metropolitan regions all grew larger because of steady suburban growth. "Donut cities" in which the center-city population dropped far below the suburban population proliferated. Boston, for example, shrank from 801,000 in 1950 to 617,000 people in 2010, while its metro area rose in population from 2.3 million to 4.5 million. Similarly, Chicago declined from 3.6 million to 2.7 million, as its metro-region population rose from 5.5 million to 9.4 million people.[126]

Meantime, the "Sunbelt" cities of the south and west thrived as a result of highway construction and federal investment in the housing industry. Having little or no industrial past, they were never as centered on radial transit lines or central business districts as the nation's Atlantic seaport and industrial cities. They developed in tandem with federal highway construction, automobiles, and single-family homes. Sunbelt cities, which were less dense from the start, have grown more in geographic extent than in density. Annexation has been crucial to that growth. Between 1950 and 2010, for example, Houston expanded from 160 to 579 square

---

[125] DAVID C. NICE, AMTRAK: THE HISTORY AND POLITICS OF A NATIONAL RAILROAD 9, 24 (1998).

[126] RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 198-200 (2012).

miles, Oklahoma City from 51 to 621 square miles, and Phoenix from 17 to 519 square miles. By comparison, New York has been roughly 300 square miles since 1898, and Boston has remained just 48 square miles since the nineteenth century. Meantime, these Sunbelt cities have capitalized on a mass migration to warmer climates spurred by air conditioning, affordable housing, low taxes, federal water reclamation projects, and robust federal spending on military bases and weapons systems.[127]

The growth of Sunbelt cities reflects a larger trend made possible by the widespread adoption of the automobile. Harnessing the federal highways and automobile travel, metro areas have sprawled across geographic expanses that would once have been unimaginable. By 2010, the New York metro region sprawled across 3,600 square miles and encompassed 19 million residents, while LA covered about 2,200 square miles and claimed 13 million people. From being an agricultural republic at its founding, the United States had evolved into a majority urban nation by 1920, and then, by 2010, into a nation where slightly more than half of residents were suburbanites.[128]

More Americans were driving, and they were driving further than they had before. In 1956, the number of vehicle miles traveled stood at 3,947 per capita. By 2000 the number had risen 248% to 9,808 miles per capita. As automobile historian David W. Jones noted: "The United States was already the world's most thoroughly motorized nation in 1956 and had become much more so by the year 2000, thanks largely to the concentration of national population and employment growth in the sunbelt and beltway suburbs of U.S. metropolitan areas."[129]

Despite all of these changes, there has been one certainty of U.S. transportation history: constant flux and transition. Generation after generation, the combination of public policy and private enterprise added ever-new brushstrokes of experimentation and innovation to the vast canvas of America's urban landscape.

### E. Transportation in Illinois Today

Since the 19th century, the State of Illinois has served as one of the gateway sites for the transshipment of people, goods, and information across North America. The Illinois and Michigan

---

[127] RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 208-209 (2012).

[128] RAYMOND A. MOHL AND ROGER BILES, THE MAKING OF URBAN AMERICA 83-84, 197 (2012).

[129] DAVID W. JONES, MASS MOTORIZATION + MASS TRANSIT: AN AMERICAN HISTORY AND POLICY ANALYSIS 126-127 (2008).

Canal (1848) linked the Mississippi and Great Lakes watersheds, and a dense network of railroads skirting the southern shore of Lake Michigan connected Illinois to distant farms, mines, forests, and metropolises alike. For these reasons, Illinois became the home of massive stockyards, towering grain elevators, the world's largest lumber market, and two leading mail order houses. In the 21st century, Illinois is still capitalizing on its locational advantages and its infrastructure.[130]

Today, a defining characteristic of the state's transportation network is that it is multi-modal and accommodates freight and passenger traffic alike. Illinois has 9,982 miles of railroad track, 7,792 of which are operated by Class I freight railroads including the Burlington Northern Santa Fe Railroad and the Union Pacific. Much of this trackage carries freight, but there were also a total 3.3 million Amtrak riders at Illinois stations in 2022. Like the railroad network, the state's highways are crucial to the nation's system. The coast-to-coast interstates I-80 and I-90 cut through Illinois, as does I-70, which extends from the east coast to Utah. Major north-south highways run through Illinois too, including I-39, I-55, and I-57. Illinois is, moreover, a worldwide hub for air travel. The state possesses 107 airports and over 4,800 registered aircraft. Chicago's O'Hare International Airport ranks as the fourth busiest in the world, with 68.3 million passengers in 2022. Air cargo is also a vital component of the state's air traffic. In recent years, the Chicago Rockford International Airport, for instance, has grown into one of the top 15 airports in the U.S. for cargo handled, as companies like Amazon increasingly depend on its facilities. Illinois also has 1,095 miles of navigable waterways, providing connections to both the Atlantic Ocean (via the Great Lakes and St. Lawrence Seaway) and the Gulf of Mexico (via the Mississippi River). No less important for the 12.6 million residents of the state are hundreds of miles of dedicated bike trails and its 5,000 miles of roads suitable for cyclists.[131]

Connected to these systems is an extensive and nationally-significant mass transit system. Mass transit in Illinois is most concentrated in Chicago. The Chicago Transit Authority ("CTA") ranks as the nation's second largest transportation system, following the New York City Transit Authority. The CTA transports more than 545 million riders per year on approximately 140 bus

---

[130] WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST (1991).

[131] ILLINOIS DEPARTMENT OF TRANSPORTATION (2023), https://idot.illinois.gov/transportation-system/network-overview.html; Michelle Baran, *These Are the World's Busiest Airports*, AFAR (2023), https://www.afar.com/magazine/the-busiest-airports-in-the-world; RFD RANKED AMONG TOP 15 CARGO AIRPORTS IN THE UNITED STATES (2022), https://flyrfd.com/rfd-ranked-among-top-cargo-airports-in-united-states/.

routes and 242 miles of rapid transit railroad track. Serving the six-county Chicago region, the Metra commuter rail agency has 11 lines, 241 stations, and an annual ridership of more than 81 million. The suburban Chicago bus agency, Pace, has 39 million riders.[132]

While metropolitan Chicago leads the state—and most of the nation—in ridership, Illinois has an extensive, economically-significant public transit system beyond the Windy City. There are 63 distinct public transit operators across the state. Of the 102 counties in Illinois, 96 are served by a public transit agency, most of which provide bus service. Bus lines are integral to the economies and transit systems of important cities across the state. In 2022, for instance, Peoria's 18 bus routes carried 1.7 million riders, Springfield's 17 routes transported 1.1 million riders, and Rockford's 19 lines carried 941,000 riders.[133]

In 21st century Illinois, the dynamics of past centuries are still at work when it comes to transportation infrastructure. Illinois was and remains a hub. It is a North American gateway for freight shipped by e-commerce companies like Amazon, just as it once was for mail order houses like Sears Roebuck and Montgomery Ward. Agricultural commodities still pass through the state each day on trains and marine vessels, just as they did in the 19th century. Today, however, those commodities also pass through Illinois on planes, trucks, and, virtually, on the computer screens of traders. Business and pleasure travelers, meantime, continue to flock to Illinois to shop, sightsee, conduct meetings, and attend conventions because the state's infrastructure and location make it easy to visit. Illinois is a crossroads. Infrastructure is its lifeblood.

---

[132] ILLINOIS DEPARTMENT OF TRANSPORTATION (2023), https://idot.illinois.gov/transportation-system/network-overview/transit-system.html.

[133] ILLINOIS DEPARTMENT OF TRANSPORTATION (2023), https://idot.illinois.gov/transportation-system/network-overview/transit-system.html; AMERICAN PUBLIC TRANSPORTATION ASSOCIATION, TRANSIT RIDERSHIP REPORT FOURTH QUARTER 2022 20 (2023), https://www.apta.com/wp-content/uploads/2022-Q4-Ridership-APTA.pdf.

**Joshua Salzmann, Ph.D.**
Associate Professor ▪ Department of History ▪ Northeastern Illinois University
5500 N. St. Louis Ave. ▪ Chicago, IL 60659
773-442-5632 ▪ J-Salzmann@neiu.edu

## FIELDS OF RESEARCH AND TEACHING
U.S. Urban, Environment, Capitalism, Law, and Digital History


## EDUCATION
University of Illinois at Chicago                                                                    2008
    *Ph.D., United States History*
Concentration in work, race, gender, and urban studies

University of Illinois at Chicago                                                                    2003
    *M.A., United States History*
Evergreen State College, Olympia, WA                                                    2000
    *B.A., Liberal Arts*


## ACADEMIC APPOINTMENTS
Associate Professor, Department of History, Northeastern Illinois University          2017-present
Assistant Professor, Department of History, Northeastern Illinois University          2012-2017
Visiting Assistant Professor, Department of History, University of Illinois at Chicago  2010-2012
Lecturer, Department of History, University of Illinois at Chicago                    2008-2009
Archival Assistant, University of Illinois at Chicago, Special Collections            2005-2006


## PUBLICATIONS
**Book**
In progress: *Disarming Chicago: Gun Control from Black Power to Barack Obama*

*Liquid Capital: Making the Chicago Waterfront* (Philadelphia: University of Pennsylvania Press, 2018).
Winner of 2018 "Superior Achievement Award," Illinois State Historical Society
Honorable Mention in 2019 Jon Gjerde Prize competition, Midwestern History Association

**Peer-Reviewed Articles and Book Chapters**
"Blood on the Tracks: Accidental Death and the Built Environment," in *City of Lake and Prairie*: *Chicago's Environmental History*, eds. William C. Barnett, Kathleen A. Brosnan, and Ann Durkin Keating (University of Pittsburgh Press, 2020).

"Bionic Ballplayers: Risk, Profit, and the Body as Commodity, 1964-2007," (co-authored with Sarah Rose) *LABOR: Studies in the Working-Class History of the Americas* 11 (Spring 2014): 47-75.
Winner of 2016 biennial "Best Article Prize," Labor and Working Class History Association

Joshua Salzmann

"The Creative Destruction of the Chicago River Harbor: Spatial and Environmental Dimensions of Industrial Capitalism, 1881-1909," *Enterprise and Society: The International Journal of Business History* 13 (June 2012): 235-275.

"The Lakefront's Last Frontier: The Turnerian Mythology of Streeterville, 1886-1961," *The Journal of Illinois History* 9 (Fall 2006): 201-214.

**Writing for the General Public**

"Unlocking Chicago's History: A Guide to City Government Documents," (co-authored with Emiliano Aguilar) *Metropole: The Official Blog of the Urban History Association*, January 19, 2022.

"How the Midwest will make America great. Again.," (co-authored with Theo Anderson) *Crain's Chicago Business*, December 11, 2018.

"How Chicago Transformed from a Midwest Outpost Town to a Towering City," *Smithsonian Magazine*, October 12, 2018.

"The Super Bowl's Violence is America's Violence," (co-authored with Theo Anderson) *In These Times*, January 30, 2015.

"Our Nation of Bionic Workers," (co-authored with Sarah Rose) *Chicago Tribune*, September 25, 2013, section 1, p. 23.

**Book Reviews**

Martin V. Melosi, "Fresh Kills: A History of Consuming and Discarding in New York City," *Enterprise and Society: The International Journal of Business History* (January, 2021): 1-3.

Harold L. Platt, "Sinking Chicago: Climate Change and the Remaking of a Flood-Prone Environment," *American Historical Review* 124 (June, 2019): 1096-1097.

"Nature in the Urban Jungle: Leisure and Identity Formation in Chicago," a review of Colin Fisher, "Urban Green: Nature, Recreation, and the Working Class in Industrial Chicago," *Journal of the Gilded Age and Progressive Era* 15 (April 2016): 236-237.

Paul Ryscavage, "Norman B. Ream: Forgotten Master of Markets," *Journal of Illinois History* 17 (Spring 2014): 69-70.

Justin Kaplan, "When the Astors Owned New York: Blue Bloods and Grand Hotels in a Gilded Age," *Enterprise and Society: The International Journal of Business History* 8 (January 2007): 207-208.

Andrew Wender Cohen, "The Racketeer's Progress: Chicago and the Struggle for the Modern American Economy, 1900-1940," *Michigan Historical Review* 31 (Fall 2005): 159-161.

**Encyclopedia Articles**

Joshua Salzmann

"The Hepburn Act," in *The Oxford Encyclopedia of American Business, Labor, and Economic History*, ed. Melvyn Dubofsky (New York: Oxford University Press, 2013): 326-327.

"The Hepburn Act," in *The Oxford Encyclopedia of American Political and Legal History*, Vol. 1, eds. Donald T. Critchlow and Philip R. VanderMeer (New York: Oxford University Press, 2012): 438-439.

"Stephen Johnson Field," *Encyclopedia of United States Political History*, Vol. 4, ed. Robert Johnston (New York: CQ Press, 2010): 149-151.

"Melville Weston Fuller," *Encyclopedia of United States Political History*, Vol. 4, ed. Robert Johnston (New York: CQ Press, 2010): 151-154.

## DIGITAL HISTORY/ARCHIVES
"A Guide to Chicago City Governmental Records," (co-created with Ed Remus and assisted by student researchers: Chrissy Cogswell of NEIU and Emiliano Aguilar of Northwestern University), launched in 2021.
Winner of 2022 "Superior Achievement Award" from Illinois State Historical Society

## TEACHING
**Undergraduate Courses**
Crime and Violence in the U.S., American Environmental History, Urban Environmental History, The City in American History, Chicago History-First Year Experience, Business, Technology, and the State, Sport in American Culture, United States History from 1600 to 1877, United States History Since 1877, Historical Research and Writing Methods, Capstone Research Seminar, Arts and Urban Life

**Graduate Courses**
Readings in 20th Century U.S. History, Research Seminar in 20th Century U.S. History, Readings in 20th Century American Social History, Readings in American Cultural and Intellectual History

**Thesis Direction**
Rene Delgado, "Protecting the Body Politic: The Politics of Chicago's Department of Public Health," (M.A. History, Northeastern Illinois University, 2017).

Edward Byrd, "The Politics of the Policy Game: Race, Power, and Gambling in Chicago's Bronzeville, 1890-1952," (M.A. History, Northeastern Illinois University, 2014).

Molly Webber, "Menominee Indian Medical Self-Determination," (B.A. Honors Thesis, History, University of Illinois at Chicago, 2012).

## FELLOWSHIPS AND GRANTS
Summer Research Stipend, National Endowment for the Humanities          2020
Summer Research Stipend, Northeastern Illinois University               2020

Joshua Salzmann

| | |
|---|---|
| Faculty Excellence Award for Research, Northeastern Illinois University | 2019 |
| Summer Research Stipend, Northeastern Illinois University | 2016 |
| Consortium on Academic and Research Libraries in Illinois Grant | 2015-2017 |
| Newcomen Dissertation Colloquium Honorarium, Business History Conference | 2008 |
| Marion S. Miller Dissertation Fellowship, University of Illinois at Chicago | 2006-2007 |
| King V. Hostick Award, Illinois Historic Preservation Agency | 2006 |
| Marion S. Miller Dissertation Fellowship, University of Illinois at Chicago | 2005-2006 |
| History Doctoral Award, University of Illinois at Chicago | 2001-2005 |

## MEDIA APPEARANCES

Commentator on election buttons exhibit, "Chicago Tonight," WTTW Channel 11 Chicago, aired November 6, 2018

Commentator on early Chicago laws, "Curious City," WBEZ 91.5 Chicago, aired May 3, 2018

## PRESENTATIONS

"Telling a Story with Primary Sources," workshop for Von Stuben High School history students, Chicago, IL November 2022

"Disarming the Urban Crisis: Gun Control in Chicago and the War on Crime, 1966-1975" Midwest Historian Association, Grand Rapids, MI, May 2022

"Engineering Expansion: The U.S. Army and Economic Development, 1787-1860" (interviewer/moderator) discussion with author William Adler sponsored by NEIU Library, Chicago, IL February 2022

"Whose Right to Bear Arms: Race and the Second Amendment," (moderator) panel discussion co-sponsored by NEIU History Department and Library, Chicago, IL November 2021

"Chicago Municipal Records: Access and Accountability," panel discussion co-sponsored by Chicago Collections Consortium and Chicago Area Archivists, Chicago, IL October 2021

"Disarming the Urban Crisis: Gun Control in Richard M. Daley's Chicago," Urban History Association, Detroit, MI (paper accepted; meeting cancelled due to pandemic), October 2021

"Gun Violence in Chicago, 1960s-2017," (invited lecture) Chicago Gun Violence Research Collaborative, DePaul University, Chicago, IL, October, 2020

"Teaching the History of Crime and Violence," Professional Development Seminar for High School Teachers, Chicago, IL, February, 2020

"Using Historical Sources," (workshop) Chicago Metropolitan History Fair, Chicago, IL, January, 2020

Joshua Salzmann

"The Creative Destruction of the Chicago River," (invited lecture) Chicago Maritime Museum, Chicago, IL, January 18, 2019

"Analyzing Primary Sources," (workshop) Chicago Metropolitan History Fair, Chicago, IL, February 2018

"Blood on the Tracks: Death and the Built Environment," (edited volume contributors' workshop) American Society for Environmental History Meeting, Chicago, IL, March 2017

"The Commodification of Civic Beauty: Daniel Burnham and Chicago's Municipal (Navy) Pier," Conference on Illinois History, Springfield, IL, November 2015

"'Beauty Pays Better than any other Commodity:' Industry, Leisure, and Port Development in Daniel Burnham's Chicago," Social Science History Association Meeting, Chicago, IL, November 2013

"'Beauty Pays Better than any other Commodity:' Industry, Leisure, and Port Development in Daniel Burnham's Chicago," (invited lecture) American Public Works Association Congress, Chicago, IL, August 2013

"Bionic Ballplayers: The Political Economy of Bodily Management in Major League Baseball, 1964-2007," (co-authored with Sarah Rose), Newberry Library Labor History Seminar, Chicago, IL, October 2011

"Bionic Ballplayers: The Contractual Construction of Fitness in Major League Baseball, 1964-2005," (co-authored with Sarah Rose), Business History Conference, Saint Louis, MO, April 2011

"Bigger, Stronger, Softer: The Contractual Construction of Fitness in Major League Baseball, 1964-2003," (co-authored with Sarah Rose), Labor and Working Class History Association Conference, Chicago, IL, May 2009

"Bionic Ballplayers: Medicine and the Business of Baseball, 1964-2005," (co-authored with Sarah Rose), American Association for the History of Medicine Conference, Cleveland, OH, April 2009

"Justice Stephen Field's Instrumentalist Understanding of the Public Trust Doctrine," Policy History Conference, Saint Louis, MO, May 2008

"The Creative Destruction of the Chicago River Harbor, 1867-1925," Business History Conference, Cleveland, OH, June 2007

"The Geography of Jurisprudence: Public Lands for Private Profits, *Illinois Central v. Illinois* [1892]," Business History Conference, Toronto, ON, June 2006

Joshua Salzmann

"The Chicago Lakefront's Last Frontier: Streeterville, 1886-1921," Conference on Illinois History, Springfield, IL, October 2005

"The Tides of Liberalism: The 1889 Washington State Constitutional Convention's Tidelands Debate," Missouri Valley History Conference, Omaha, NE, March 2003

## PROFESSIONAL SERVICE

| | |
|---|---|
| Associate Chair, NEIU Department of History and Political Science | 2023-present |
| Steering Committee, Chicago Gun Violence Research Collaborative | 2019-present |
| Chair, Assessment Committee, NEIU Department of History | 2017-present |
| Undergraduate Adviser, NEIU Department of History | 2016-present |
| Graduate Recruitment Committee, NEIU Department of History | 2021-present |
| Collections Consultant, Chicago Maritime Museum | 2021-present |
| Perspectives on the Constitution Speakers Series Planning Committee | 2022 |
| Manuscript Reviewer, Southern Illinois University Press | 2022 |
| Manuscript Reviewer, Oxford University Press | 2022 |
| Faculty Senator, Northeastern Illinois University | 2019-2021 |
| Steering Committee, Faculty Senate | 2020-2021 |
| Judge, Chicago History Book Prize, Union League Club of Chicago | 2020-2021 |
| Brommel Doctoral Scholarship Committee, NEIU | 2020-2021 |
| Co-founder and Co-chair of History of Capitalism Seminar, Newberry Library | 2012-2018 |
| Chair, Fiscal Affairs Committee, NEIU Department of History | 2013-2017 |
| Scholarship Committee, NEIU Department of History | 2014-2017 |
| Faculty Hiring Committee, NEIU Department of History | 2018 |
| Local Arrangements Committee, American Society for Environmental History | 2016-2017 |
| College of Arts and Sciences Curriculum Committee, NEIU | 2016-2017 |
| Assessment Committee, NEIU Department of History | 2015-2017 |
| Fiscal Affairs Committee, NEIU Department of History | 2012-2013 |
| Judge, Chicago Metropolitan History Fair | 2006, 2011 |
| Referee, *Urban Geography* | 2008 |

Dated: October 21, 2023

Dr. Joshua Salzmann