Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois,<br><br>RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois,<br><br>ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois,<br><br>KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois,<br><br>ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois,<br><br>　　　　　Defendants. | Civil Action No. 3:22-cv-50326 |

## DECLARATION

I, Benjamin Schoenthal, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2. I am a citizen of the United States, and a resident and citizen of the State of Illinois, currently residing in DeKalb County.

3. I have never been charged or convicted of any misdemeanor or felony offense.

4. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

5. I am currently licensed to carry a handgun pursuant to Illinois law.

6. Despite my license to carry a handgun, under 430 ILSC 66/65-(a)(8), I am prohibited from " knowingly carry[ing] a firearm on or into . . . [a]ny bus, train, or form of transportation paid for in whole or in part with public funds, and any building, real property, and parking area under the control of a public transportation facility paid for in whole or in part with public funds."

7. I ride public transportation occasionally for work, but also for running personal errands. Specifically, I ride the Metra Union Pacific West line when I am needed to work in either Winfield or Chicago, Illinois, but only every three-four months due to the firearm carry restrictions. Also, I go with my family to see sights in Chicago but I only do that using Metra every six months or so due to the carry restrictions. I would like to ride Metra more because it is a more environmentally friendly option compared to single occupant driving. I would intend to utilize public transportation more frequently if I were permitted to carry a handgun for self-defense.

8. I have abstained from carrying a handgun for self-defense on modes of public transportation because otherwise, if I were to carry a firearm, I would be exposing myself to arrest, criminal charges, incarceration, and or/fine.

9. When I ride on public transportation without carrying a handgun, I am left without the ability to meaningfully defend myself in case of confrontation. Because of the ban, I am suffering diminished personal safety before I board public transportation, while I ride public transportation, and when I reach my destination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of December, 2022.

Benjamin Schoenthal

3