# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois,<br><br>RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois,<br><br>ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois,<br><br>KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois,<br><br>ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois,<br><br>Defendants. | Civil Action No. 3:22-cv-50326 |

## DECLARATION

I, Joseph Vesel, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2. I am a citizen of the United States, and a resident and citizen of the State of Illinois, currently residing in Cook County.

3. I have never been charged or convicted of any misdemeanor or felony offense.

4. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

5. I am currently licensed to carry a handgun pursuant to Illinois law.

6. Despite my license to carry a handgun, under 430 ILSC 66/65-(a)(8), I am prohibited from "knowingly carry[ing] a firearm on or into . . . [a]ny bus, train, or form of transportation paid for in whole or in part with public funds, and any building, real property, and parking area under the control of a public transportation facility paid for in whole or in part with public funds."

7. My wife and I previously lived in Boston and used the public transit train (the "T") extensively. I could carry a concealed firearm there without issue.

8. We moved to La Grange a few years ago and one of the reasons we chose this location is due to the easy proximity to public transit. It is a short walk to bus lines as well at the Metra rail. According to Google Maps, we are 0.4 miles away (12 min walk) from both bus and rail options. Indeed, public transit has always been a part of our transportation plan as we have only owned one car for many years.

9. My wife maintains an office in the Fashion Outlets of Chicago in Rosemount, IL. If she is at her office and I needed or wanted to visit her, I could not drive as we only have one car and she would be using it. Public transit would be my only option, although currently I would default to Uber or taxi or some other option due to the restrictions on carry.

10. Additionally, we occasionally go into the City for dinner or sightseeing. While we would normally choose public transit (again, it is why we moved so close to public transit) it is not an option if I wish to carry. Recently I accompanied my mother-in-law to an appointment with a

2

glaucoma specialist in the City and was forced to drive, despite public transit being the easier option, due to the ban on carry.

11. I do not ride public transportation because I must disarm before doing so. If I were permitted to carry a handgun for self-defense, I would intend to ride public transportation, including Metra and the CTA, into Chicago and other locations as described above.

12. Personal safety for me and my family is important and relevant. As a former CIA Operations Officer I was a high value target for terrorists and other entities that are hostile to U.S. and western interests. In my previous assignment I worked JTTF (Joint Terrorism Task Force) with the FBI and other federal and local law enforcement officers. I lived and worked in the Middle East for years, where the threat to U.S. personnel was high enough that we had an armed guard in front of our home at all times and we were trained and instructed to check the vehicle for explosive devices before entering and starting the vehicle.

13. While I do not live in constant fear of attack here in Illinois, it is not unreasonable to assert that my risk profile is higher than most, especially now that I have left and rolled back my cover and openly declare my prior affiliation with CIA.

14. I have abstained from riding on public transportation without carrying a handgun because I would be left without the ability to meaningfully defend myself in case of confrontation. Because of the ban, I would suffer diminished personal safety before I boarded public transportation, while I rode public transportation, and when I arrived at my destination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12 th day of December, 2022.

*Joseph Vesel*

4