# Exhibit 8

Page 1

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                     EASTERN DIVISION
3
4   BENJAMIN SCHOENTHAL, et al.,
5                                          )
              Plaintiffs,         )
6                                          )
    vs.                           ) 3:22 cv 50326
7                                          )
    KWAME RAOUL, Attorney General  )
8   of the State of Illinois, et   )
    al.,                           )
9                                          )
                                           )
10             Defendants.        )
11
12             The remote deposition of MARK
13  WROBLEWSKI, called by the Defendants for
14  examination, pursuant to Notice and pursuant to the
15  Federal Rules of Civil Procedure for the United
16  States District Courts, taken before Victoria D.
17  Rocks, CSR, and Notary Public in and for the County
18  of Cook, State of Illinois, commencing at 9:30
19  o'clock a.m. on the 8th day of September 2023, A.D.
20
21
22
23
24

Page 46

```
 1    A.   Correct.
 2    Q.   Who were participating in these events
 3 that you were describing?  You said it was BLM,
 4 right?
 5    A.   Some of them and additional supporters.
 6    Q.   What is BLM?
 7    A.   Black Lives Matter.
 8    Q.   And what is Black Lives Matter?
 9    A.   It was just a group of people who wanted
10 to insure that the rights of black people in the
11 U.S. were respected as other races.
12    Q.   Do you have any problem with them
13 participating in these events?
14    A.   No.
15    Q.   And yet you specifically identify them as
16 the ones who were rioting, isn't that right?
17    A.   Yes.
18    Q.   Why did you make that identification then?
19    A.   They were the people rioting.
20    Q.   But you don't recall if they burned any
21 cars, right?
22    A.   Correct.
23    Q.   Then on what basis do you think they were
24 rioting?  What did they do?
```

Page 47

```
 1    A.   The broken windows, damages to property.
 2 Small businesses.
 3    Q.   How do you know that BLM, as you say, was
 4 the group that did any of that damage?
 5    A.   News articles.
 6    Q.   What news articles?
 7    A.   I don't recall specifically.
 8    Q.   Do you recall who published those news
 9 articles?
10    A.   No.
11    Q.   So you don't really remember what basis
12 you have for thinking that BLM caused any of this
13 damage?
14    A.   Correct.
15    Q.   No basis at all that you could share with
16 us?
17    A.   I guess social media posts, but I can't
18 remember the specific people who published it.
19    Q.   Aside from fear of BLM rioting, do you
20 have any other reason that you would want to travel
21 on public transit while carrying a firearm?
22    A.   Yes.  The muggings, other shootings that
23 have happened within the city.  Violent attacks.
24    Q.   I'm going to share another document in a
```

Page 48

```
 1 moment, Mr. Wroblewski.  If you could let me know
 2 when you're able to see it.
 3         Is that coming through for you?
 4    A.   Yes.
 5    Q.   I'm going to scroll through it.  Do you
 6 recognize what I'm showing you?
 7    A.   Yes, that is my declaration.
 8    Q.   And is that the declaration that you
 9 shared a little bit ago that you had reviewed before
10 this deposition?  Is that the same one?
11    A.   Yes.
12    Q.   I'm going to scroll down.  Let me know if
13 you would like me to pause.  I'm happy to do that.
14 Is everything in this correct and accurate?
15    A.   Yes.
16    Q.   Is there anything in here that you would
17 want to let us know needs to be changed right now?
18    A.   No.
19    Q.   I'm on the third page of your declaration.
20 That is your signature, right?
21    A.   Yes.
22    Q.   You mentioned here that you ride Metra
23 from your home in the suburbs to Chicago a few times
24 per year.  That is still accurate, right?
```

Page 49

```
 1    A.   Yes.
 2    Q.   You don't have any plans to ride any other
 3 public transit system, is that right?
 4    A.   I would like to be able to use the bus and
 5 Els in the city when I get there, but that is not
 6 something I feel comfortable doing at the moment.
 7    Q.   Aside from the buses and Els in the City
 8 of Chicago and the Metra, do you have any intent to
 9 ride any other public transit system?
10    A.   No.
11    Q.   I am going to take that off.  Has it come
12 down?
13    A.   Yes.
14    Q.   How did you get involved in this lawsuit?
15    A.   I saw a social media post from the Firearm
16 Policy Coalition asking for potential witnesses.
17    Q.   When did you see the social media post you
18 just referenced?
19    A.   Sometime in 2022.
20    Q.   Do you recall what portion of 2022 it was?
21    A.   I do not.
22    Q.   Was it early in 2022 or somewhat deeper
23 into the year?
24    A.   I don't recall.
```

13 (Pages 46 - 49)