# Exhibit 9

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF ILLINOIS
 3   _____
 4   BENJAMIN SCHOENTHAL, et al.;
 5         Plaintiffs,
 6      v.                                      Case No.
 7   KWAME RAOUL, et al.;                       21-cv-518-SMY
 8         Defendants.
 9   _____
10              VIDEOCONFERENCE DEPOSITION OF
11                    JOSEPH VESEL
12   DATE:          Wednesday, August 30, 2023
13   TIME:          10:03 a.m.
14   LOCATION:      Remote Proceeding
15                  La Grange, IL 60525
16   REPORTED BY:   Gianfranco Ocampo, Notary Public
17   JOB NO.:       6073636
18
19
20
21
22
23
24
```

Page 46

1  Q    But you have in the past; just not -- you
2  know?
3  A    Correct.
4  Q    How do you transport your firearm to the
5  range?
6  A    Cased and locked.
7  Q    And can you give me a detailed description
8  of how you go about that process?
9  A    I should be specific.  If it's a handgun,
10 it's just loose in a bag.  But if it's a long gun,
11 it's usually in a zippered case with a lock.  And
12 it's --
13 Q    Is it loaded?  I apologize for interrupting.
14 Is it loaded when it's --
15 A    Is which loaded?
16       THE REPORTER:  I'm sorry.  Your
17 question broke up.
18 BY MR. JONES:
19 Q    Is your handgun when you transport it in a
20 bag loaded?  Or no?
21 A    Sometimes.
22 Q    How do you make sure that the likelihood of
23 it going off while it's in the bag is minimized?
24 A    Well, for starters, firearms don't go off

Page 47

1  unless you pull the trigger.  So there's -- it's in an
2  enclosed case; it's not something that's going to go.
3  Q    And just to clarify, it's not loose in a
4  bag; it's in a case inside a bag?
5  A    It's in a specific purpose-built case for
6  transporting firearms.
7  Q    Is that case locked?
8  A    No.
9  Q    I think you shared in your filings that one
10 of the reasons you are seeking -- one of the reasons
11 you're in this lawsuit is because you'd like to carry
12 a concealed firearm for the purposes of self-defense;
13 is that correct?
14 A    That is correct.
15 Q    What does the phrase "self-defense" mean to
16 you when you use it?
17 A    Defense of my life or the lives of members
18 of my family.
19 Q    Under what circumstances would you pull out
20 your firearm for the purposes of self-defense?
21 A    They would have to be very extreme.
22 Q    Tell us what does that mean when you say
23 "extreme"?
24 A    You're talking about a specific threat to

Page 48

1  life, so someone else who's threatening you; has the
2  means to do so, such as a weapon, a firearm, some sort
3  of blunt or edged instrument; and is imminently about
4  to inflict such harm.
5  Q    Got it.  Thank you.  I'm going to share
6  another document on my screen if you give me just one
7  moment to do that.  All right.  Mr. Vesel, do you see
8  the document that I'm sharing right now?
9  A    I do.
10 Q    And I'm going to scroll down so that you can
11 see all of it.  All right.  We're at the bottom,
12 Page 4.  I'm going to go back to the top, and tell me
13 to pause if you'd like me to do so at any point.  Can
14 you tell us what document we're looking at right now?
15 A    Is this a declaration in support of the
16 motion for summary judgment?
17 Q    It is a declaration that you filed in the
18 case.  And is that your signature at the bottom that
19 you see on the screen on Page 4?
20 A    It is.
21 Q    And you see that this was executed on the
22 12th day of December, 2022?
23 A    I do.
24 Q    And you see that it was filed -- I'm going

Page 49

1  to highlight it now -- on the 13th of December, 2022?
2  A    I do.
3  Q    And that it's labeled "document 27-3"?
4  A    I see that.
5  Q    Is everything in here accurate to the best
6  of your knowledge?
7  A    Yes.
8  Q    You mentioned earlier that you are
9  interested in using a few different transit systems.
10 What transit systems are those?
11 A    So mainly because we live so close to
12 Amtrak the -- and you'll forgive me if I get the
13 terminology wrong -- in Boston, it was the T.  But I
14 believe -- is it here called the Metra?  Or is it just
15 the Amtrak commuter?
16 Q    The Metra.  Have you ever ridden the Metra
17 before?
18 A    I have.
19 Q    When was the last time you rode the Metra?
20 A    It's been a few years.
21 Q    Can you estimate about when it happened?
22 A    I would say two years ago.
23 Q    About two years ago.  Have you ridden Amtrak
24 in the last four years?