# Exhibit 10

Page 1

1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF ILLINOIS
3  WESTERN DIVISION
4  _____
5  BENJAMIN SCHOENTHAL, MARK
6  WROBLEWSKI, JOSEPH VESEL, and
7  DOUGLAS WINSTON,
8      Plaintiffs,
9    v.                                    Case No.
10 KWAME RAOUL, in his official            3:22-cv-50326
11 capacity as Attorney General of
12 Illinois, RICK AMATO, in his
13 official capacity as State's
14 Attorney of DeKalb County,
15 Illinois, ROBERT BERLIN, in his
16 official capacity as State's
17 Attorney of DuPage County,
18 Illinois, KIMBERLY M. FOXX, in
19 her  official capacity as State's
20 Attorney of Cook County, Illinois,
21 and ERIC RINEHART, in his official
22 capacity as State's Attorney of
23 Lake County, Illinois,
24      Defendants.

Page 62

1  A   Let's see -- 1st Class Firearms in Zion,
2  which closed.  Mike Schrank's Smoke'n Gun, was a cigar
3  shop and firearms store.  Both of the Schrank brothers
4  passed away; their store closed a number of years ago.
5  I'm trying to think.  Actually, the .45 -- the .45, I
6  purchased from a -- I purchased from my lieutenant.
7  We completed a transfer form and went through that
8  process.
9      Q   When did you go through that process for the
10 .45?
11     A   1997.
12     Q   Were all of these firearms acquired or
13 purchased in Illinois, or were any acquired elsewhere?
14     A   They were all acquired in Illinois, sir.
15     Q   Have you ever sold any firearms, or
16 transferred any firearms to someone else?
17     A   Yes, sir.
18     Q   What firearms have you sold, and how did you
19 sell them?
20     A   Over the years, I've sold a number of
21 firearms to gun stores.
22     Q   About how many?
23     A   Four or five.
24     Q   Do you recall what gun stores you sold them

Page 63

1  to?
2      A   Mike Schrank's.
3      Q   All of them?
4      A   Yes, sir.
5      Q   Do you remember about what years those sales
6  occurred?
7      A   I want to say one in 2006, and I believe I
8  sold some other ones -- probably, like, 2015.
9      Q   Got it, so, okay, so those are the two
10 periods in which you made those sales.
11     A   Yes, sir.
12     Q   Aside from the sales we've just discussed,
13 have you transferred firearms to any other person in
14 any other way?
15     A   No, sir.
16     Q   So you've never made a interfamilial gift or
17 a similar transfer?
18     A   No, sir.
19         (Confidential portion of transcript
20         ends.)
21 //
22 //
23 //
24 //

Page 64

1          (Nonconfidential portion of transcript
2          begins.)
3  BY MR. JONES:
4      Q   I'm going to share my screen as before.
5  Just let me know when you're able to see it, if that's
6  okay.  Mr. Winston, are you able to see what I'm
7  sharing right now?
8      A   Yes, sir.
9      Q   And what is it that I'm sharing?
10     A   It's United States District Court
11 declarations.
12     Q   And if I scroll to the bottom, here, is this
13 your signature on this document?
14     A   Yes, sir.
15     Q   And you executed it on the 12th day of
16 December 2022, is that right?
17     A   Yes, sir.
18     Q   And everything on here is accurate, right?
19 And feel free to take the time you need to look at it.
20     A   Yes, sir.
21     Q   You wrote every word of this declaration,
22 didn't you?
23     A   I believe that declaration was actually
24 constructed based on answers -- or, on questions that

Page 65

1  I was asked and answers I provided to Counsel.
2      Q   So you didn't write this, your lawyers did?
3      A   Yes, sir.
4      Q   But everything on here is true, right?
5      A   Yes, sir.  It's based on information I
6  provided him.
7      Q   Is it true that you rarely ride public
8  transportation because you must disarm before doing
9  so?
10     A   Yes, sir.
11     Q   And is it true that you would intend to ride
12 public transportation by utilizing, "the CTA and the
13 Metra" -- or sorry -- "but for the ban on carrying a
14 firearm for self-defense"?
15     A   Yes, sir.
16     Q   Would you ride any other public transit
17 systems besides the CTA and Metra?
18     A   It's a possibility.  Those are my -- the
19 ones that serve my community, so they're the ones I'm
20 most likely to use.
21     Q   Apologies for interrupting.  Do you have any
22 intent, specifically right now, to ride any other
23 public transit systems besides CTA and Metra?
24     A   Not at this time.

17 (Pages 62 - 65)

Page 66

```
 1   Q   Have you, in the last year, had any intent
 2  to ride a public transit system besides CTA and Metra?
 3   A   No, sir.
 4   Q   Do you expect in the future to have an
 5  intent to ride a public transit system besides CTA and
 6  Metra?
 7   A   Possibly.
 8   Q   What transit system would that be?
 9   A   If I travel to, say, Springfield or
10  Champaign, if they have a public transit system there
11  I may choose to utilize it.
12   Q   What public transit system exists in
13  Springfield?
14   A   I don't know, sir.
15   Q   What public transit system exists in
16  Champaign?
17   A   I don't know, sir.
18   Q   Okay.  Do you see the page as I'm scrolling
19  down?  Are you able to see clearly?
20   A   Yes, sir.
21   Q   Could you read the first sentence of
22  paragraph ten?
23   A   "I realize Amtrak is a -- is federal and has
24  its own rules, which I follow, but --"
```

Page 67

```
 1   Q   What are those rules?
 2   A   Amtrak does not allow for carrying concealed
 3  firearms on your person.
 4   Q   And you testified earlier in this deposition
 5  as to whether Amtrak is a public transportation
 6  agency.  Do you remember your testimony?
 7   A   I know Amtrak falls under federal -- federal
 8  structure.
 9   Q   What does federal structure mean?
10   A   They're a federal entity.
11   Q   What does that mean?
12   A   They're operated by -- operated largely at
13  the direction of the federal government.
14   Q   So why did you write down this sentence, "I
15  realize Amtrak is federal and has its own rules"?  Are
16  you allowed to carry a firearm on Amtrak?
17   A   Not a concealed firearm on your person.
18   Q   Why not?
19   A   Because those are rules that they've
20  established.
21   Q   Who has established?
22   A   Amtrak and their federal administrators.
23   Q   And is it your belief that if you win this
24  lawsuit you will be able to carry a firearm on Amtrak?
```

Page 68

```
 1   A   No, sir.
 2   Q   Okay.  In paragraph 11 you say, "In those
 3  instances where I have ridden on public
 4  transportation, I have abstained from carrying a
 5  handgun for self-defense because otherwise, if I were
 6  to carry a firearm, I would be exposing myself to
 7  arrest, criminal charges, incarceration, and/or fine."
 8  Do you see where it says that?
 9   A   Yes, sir, I do.
10   Q   Is that true?
11   A   Yes, sir.
12       MR. JONES:  Mr. Ocampo, you can take
13  down the screen share, if that's okay.
14  BY MR. JONES:
15   Q   Is there anything that you need to add to
16  the declaration that we've just looked at that isn't
17  there, or is that a complete statement of everything
18  you want to share on that topic?
19       MR. SIGALE:  I'm going to object as to
20  form of the question and speculation.
21       But to the extent you can answer, Doug,
22  go ahead and answer.
23       THE WITNESS:  I believe that's
24  complete.
```

Page 69

```
 1  BY MR. JONES:
 2   Q   Thank you.  Did you sign a retention
 3  agreement with your lawyer, or a contract?  Who is
 4  your lawyer?
 5   A   Mr. Sigale.
 6   Q   Is anyone else your lawyer?
 7   A   No, sir.
 8   Q   So he's the only person representing you in
 9  this case?
10   A   Yes, sir.
11   Q   How much did you agree to pay Mr. Sigale
12  under your retention agreement?
13   A   It's my understanding I'm not paying him,
14  sir.
15   Q   On what basis does that understanding exist?
16  Why do you think that?
17   A   Based on what I recall from the retention
18  agreement.
19   Q   What did the retention agreement say that
20  made you think that?
21   A   There was a clause -- something to the
22  effect of, I understand that I am obligated to pay no
23  fee, or something.  That's --
24   Q   Do you know if anyone is paying the fee?
```

18 (Pages 66 - 69)