IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, | |
| Plaintiffs, | No. 3:22-CV-50326 |
| v. | Hon. Iain D. Johnston |
| KWAME RAOUL, *et al.*, | |
| Defendants. | |

**DEFENDANT FOXX'S MOTION FOR SUMMARY JUDGMENT
<u>PURSUANT TO FED. R. CIV. P. 56</u>**

Defendant Kimberly M. Foxx, in her official capacity as Cook County State's Attorney ("CCSA") moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for the entry of judgment in her favor and against the Plaintiffs on all counts of the complaint. In support, the CCSA states:

1. On September 20, 2022, Plaintiffs filed a Complaint against Attorney General Kwame Raoul and the State's Attorneys of the Counties of Cook, Lake, DuPage, and DeKalb, Illinois, alleging that Section 65(a)(8) of the Illinois Firearm Concealed Carry Act is unconstitutional and deprives them of their rights under the Second Amendment by way of the Fourteenth Amendment. (ECF No. 1).

2. The CCSA brings this motion because the pleadings, depositions, interrogatory answers, and the affidavits show that there is no genuine issue as to any material fact and that the CCSA is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c).

3. Summary judgment should be granted in favor of Defendant because the statute at issue implicates only government-funded property, operating outside the Second Amendment and requiring rational-basis review, and because Plaintiffs have not challenged the regulations put in

place by the private entities operating the public transportation they seek to use.

4. Alternatively, this Court should enter judgment in favor of the CCSA because the Statute is consistent with the Nation's historical tradition of firearm regulation. *Bruen* does not impose "a regulatory straightjacket" requiring the government to identify a "historical twin" to the ban in question. *Bruen* at 2133. Rather, *Bruen* suggests "a more nuanced approach" when regulations "implicat[e] unprecedented societal concern or dramatic technological changes." *Id*. at 2132.

5. The CCSA is filing a Memorandum of Law In Support of her Motion For Summary Judgment contemporaneously with this motion.

## Conclusion

For all of the reasons set forth above and as supported by Defendant Foxx's Memorandum of Law filed in support, the CCSA respectfully requests this Court enter judgment in her favor and against the Plaintiffs and for any other relief it deems appropriate.

Dated: January 29, 2024

KIMBERLY M. FOXX
*Cook County State's Attorney*
*Counsel for Defendant CCSA*

By: s/*Jessica M. Scheller*

JONATHON BYRER
Supervisor, Appeals & Special Projects
Civil Actions Bureau
500 W. Richard J. Daley Center Place
Chicago, IL 60602
(312) 603-6934
(312) 603-5463

JESSICA M. SCHELLER
Deputy Chief, Civil Actions Bureau
PRATHIMA YEDDANAPUDI
Supervisor; Advice, Transactions &
Complex Litigation Section
SILVIA MERCADO MASTERS
EDWARD M. BRENER
MEGAN HONINGFORD
Assistant State's Attorneys
jessica.scheller@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org