IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON,<br><br>              Plaintiffs,<br><br>  v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois,<br><br>RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois,<br><br>ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois,<br><br>KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois,<br><br>ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois,<br><br>              Defendants. | Case No. 3:22 CV 50326 |

**PLAINTIFFS' F.R. CIV. P. 56(a) MOTION FOR SUMMARY JUDGMENT**

NOW COME the Plaintiffs, BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, by and through undersigned counsel, and, pursuant to Rule 56(a) of the Federal Code of Civil Procedure (Fed. R. Civ. P. 56(a)), move this Honorable Court to enter summary judgment in their favor. A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.

Dated: January 29, 2024                                  Respectfully submitted,

                                                         By:     /s/ David G. Sigale
                                                                 Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

*Attorney for Plaintiffs*

2

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On January 29, 2024, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to Fed. R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

        /s/ David G. Sigale
        Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

*Attorney for Plaintiffs*