IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> KWAME RAOUL, *et al.*, <br><br> Defendants. | No. 3:22-CV-50326 <br><br> Hon. Iain D. Johnston |

### UNOPPOSED MOTION TO STRIKE ERRONEOUSLY FILED EXHIBITS AND FOR LEAVE TO RE-FILE UNDER SEAL

NOW COMES Defendant, Kimberly M. Foxx, State's Attorney of Cook County, through her assistant, Edward M. Brener, states as follows.

1. On January 29, 2024, this Court entered an order granting Defendant leave to file certain exhibits to Defendant's Motion for Summary Judgment under seal. Dkt. 62.

2. Defendant moved for summary judgment that same day. Dkt. 66-68.

3. Defendant inadvertently filed the exhibits intended to be sealed on the docket, and now seeks leave to have them stricken off the docket, and to file those same exhibits under seal.

4. Specifically, Defendant asks that this court strike Exhibits 27-30 in support of its Rule 56.1 statement (Dkt. 66), with leave to re-file those exhibits under seal.

5. Defendant has advised Plaintiffs' counsel of this motion, and Plaintiffs are unopposed.

WHEREFORE, Defendant requests that this Honorable Court enter an order striking exhibits 27-30 in support of its Rule 56.1 statement, and granting leave to re-file those exhibits under seal.

Respectfully submitted,

KIMBERLY FOXX
State's Attorney of Cook County

By: /s/ *Prathima Yeddanapudi*

1

Prathima Yeddanapudi
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
Prathima.yeddanapudi@cookcountysao.org
(312) 603-5463

2