IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON,<br><br>     Plaintiffs,<br><br> v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois,<br><br>RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois,<br><br>ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois,<br><br>KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois,<br><br>ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:22 CV 50326<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO FILE ENLARGED RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT AND FOR ENLARGEMENT OF TIME

NOW COME the Plaintiffs, BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, by and through undersigned counsel, and, pursuant to F.R. Civ. P. 6(b) and Local Rule 7.1, request that the page limits for memoranda of law in opposition to Motions for Summary

Judgment be enlarged to 50 pages, excluding the cover page, table of contents, and table of authorities. Plaintiffs also request that the due dates for Summary Judgment Responses and Replies be extended by 14 days. In support of their Motions, Plaintiffs state as follows:

1. On January 22, 2024, the Court entered an order setting a page limit of 30 pages for responses in opposition to Motions for Summary Judgment. *See* Dkt. #60.

2. However, Defendants' collective summary judgment filings include 48 pages of argument with approximately 75 exhibits and 3 expert reports relating to the application of the legal standard discussed in *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022) to the facts of this case, plus multiple other issues.

3. In preparing their Response to both of Defendant's submissions (Defendant Foxx filing one and the other Defendants filing the second), Plaintiffs have been diligently attempting to respond to the multiple complicated issues within the page limits previously set. However, because this case involves (a) complex constitutional questions of first impression and (b) the analysis of the aforementioned extensive submissions by the Defendants, pursuant to Local Rule 7.1 Plaintiffs request 50 pages in order to adequately address all the legal and factual issues contained in both of Defendants' submissions.

4. Additionally, per the Court's Order of December 13, 2023, the parties' Responses to the cross-Motions for Summary Judgment are due March 11, 2024 (Dkt. #58).

5. However, due to the volume of the Defendants' legal arguments and submissions in their Statements of Fact, plus the immediate demands of Plaintiffs' counsel's caseload, including being out of state March 1-8, 2024 on a pre-planned trip, pursuant to F.R. Civ. P. 6(b) Plaintiffs request the due date for Summary Judgment Responses be extended an additional 14 days, or until March 25, 2024, with the due date for Reply briefs likewise extended until April 17, 2024.

6. Defendants Raoul, Berlin, Amato, and Rinehart have confirmed that they do not oppose the two requests for relief sought in this Motion, while Defendant Foxx has expressed that she takes no position on this Motion.

7. This Motion is not filed for dilatory purposes or for delay, but only so that Plaintiffs as well as Defendants may fully present their arguments before the Court.

WHEREFORE, the Plaintiffs, BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, request this Honorable Court to grant them the following relief;

    A. that the page limits for memoranda of law in opposition to the motions for summary judgment be enlarged to 50 pages, excluding the cover page, table of contents, and table of authorities;

    B. That the due date for the Summary Judgment Response briefs be extended by 14 days to March 25, 2024, and the Reply due date be extended until April 11, 2024;

3

    C.    Grant any and all other forms of relief as this Court deems just and proper.

Dated: February 17, 2024          Respectfully submitted,

By:   /s/ David G. Sigale
      Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

     1.    On February 17, 2024, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

     2.    Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                             /s/ David G. Sigale
                                               Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com