IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois, <br><br>RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois, <br><br>ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois; <br><br>KIMBERLY M. FOXX, in her official Capacity as State's Attorney of Cook County, Illinois, and <br><br>ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois, <br><br>　　　　Defendants. | Case No. 3:22 CV 50326 |

**JOINT STATEMENT REGARDING PLAINTIFFS' MOTION TO FILE ENLARGED RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT AND FOR ENLARGEMENT OF TIME**

Pursuant to the Court's Order of February 21, 2024 (Dkt. #80), the parties submit the following statement as to the Court's questions regarding Plaintiff's Motion to File Enlarged Response to Motions for Summary Judgment and for Enlargement of Time (Dkt. #79):

- Whether the extra pages sought are for a single, consolidated brief from the plaintiffs in response to both of the defendants' summary judgment motions, or for each of two response briefs.

**Answer:** Plaintiffs request the extra pages for a single consolidated brief in response to both of the Defendants' Motions for Summary Judgment.

- Whether the defendants are also seeking extra pages and time.

**Answer:** Defendants are not requesting extra pages for their responses to Plaintiffs' Motion for Summary Judgment.

Defendants request a commensurate extension of time as any granted to the Plaintiffs (Plaintiffs have requested March 25, 2024 for responses, and April 17, 2024 for replies) so that all parties are on the same briefing schedule.

Dated: February 26, 2024                        Respectfully submitted,

By:     /s/ David G. Sigale
       Attorney for Plaintiffs

By:     /s/ Isaac Freilich Jones
       Attorney for Defendants
       Raoul, Amato, Berlin, and
       Rinehart

By:     /s/ Silvia Mercado Masters
       Attorney for Defendant Foxx

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com
Attorney for Plaintiffs

Isaac Freilich Jones
Complex Litigation Counsel
Office of the Illinois Attorney General
115 S. LaSalle Street, 20th Floor
Chicago, IL 60603
773-590-7026
Isaac.FreilichJones@ilag.gov
Attorney for Defendants Raoul, Amato, Berlin, and Rinehart

Silvia Mercado Masters
Assistant State's Attorney
Civil Actions Bureau - Advice, Transactions & Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
312.603.7795
silvia.mercadomasters@cookcountysao.org
Attorney for Defendant Foxx

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On February 26, 2024, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                                                   /s/ David G. Sigale
                                                                   Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com