# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.
  Plaintiff,

v.  Case No.: 3:22−cv−50326
  Honorable Iain D. Johnston

Kwame Raoul, et al.
  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 26, 2024:

  MINUTE entry before the Honorable Iain D. Johnston: The plaintiffs' motion for an extension of time and extra pages [79] is granted. The plaintiffs may file a single, consolidated 50−page response brief in opposition to the defendants' motions for summary judgment. The remaining briefing schedule is modified as follows: response briefs are now due 3/25/2024 and reply briefs are now due 4/17/2024.(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.