# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON )
)
)
)
Plaintiffs, )
)
v. )
)
KWAME RAOUL, in his official capacity as Attorney General of Illinois, )
)
RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois, )
)
ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois, )
)
KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois, )
)
ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois, )
)
Defendants. )

Civil Action No. 3:22-cv-50326

## DECLARATION

I, Douglas Winston, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2. I am a citizen of the United States, and a resident and citizen of the State of Illinois, currently residing in Lake County.

3. I have never been charged or convicted of any misdemeanor or felony offense.

4. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

5. I am currently licensed to carry a handgun pursuant to Illinois law.

6. I work as a full-time paramedic and firefighter. I am a certified Basic Arson Investigator, the training for which included the same 40-hour Mandatory Firearms Training course required of police/peace officers, deputy sheriffs, and probation/parole officers in the State of Illinois. Until my retirement from my previous employment, I was classified as a Peace Officer under Illinois law, and I completed the same regular use of force and firearms qualifications as police officers for my municipal employer. In my past position, I routinely carried a sidearm while investigating the cause, origin, and circumstances of fires or explosions. I also work part-time as a CCW instructor.

7. Despite my license to carry a handgun, under 430 ILSC 66/65-(a)(8), I am prohibited from " knowingly carry[ing] a firearm on or into . . . [a]ny bus, train, or form of transportation paid for in whole or in part with public funds, and any building, real property, and parking area under the control of a public transportation facility paid for in whole or in part with public funds."

8. I rarely ride public transportation because I must disarm before doing so. I would intend to ride public transportation more with my family on trips to cities like Evanston and Chicago by utilizing the CTA and Metra, but for the ban on carrying a firearm for self-defense.

9. I have also repeatedly traveled to St. Louis, Missouri using public transportation. Specifically, I have taken the Metra to Chicago's Ogilvie Station, then walked to Union Station to ride Amtrak to East St. Louis, where I catch a Metrolink across the river to St. Louis.

2

10. I realize Amtrak is federal and has its own rules, which I follow. But since I cannot carry a concealed firearm on either Amtrak or Metra, I will not unpack my pistol just to carry during the walk from one station to another, only to then have to find a secure location to disarm, unload and repack my sidearm. I would do this if I was allowed to carry a concealed firearm on my trip prior to boarding the Amtrak train.

11. In those instances when I have ridden on public transportation, I have abstained from carrying a handgun for self-defense because otherwise, if I were to carry a firearm, I would be exposing myself to arrest, criminal charges, incarceration, and or/fine.

12. When I ride on public transportation without carrying a handgun, I am left without the ability to meaningfully defend myself in case of confrontation. Because of the ban, I am suffering diminished personal safety before I board public transportation, while I ride public transportation, and when I reach my destination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of December, 2022.

Douglas Winston

3