# Exhibit 6

# HARVARD UNIVERSITY



## LIBRARY OF THE

# GRADUATE SCHOOL
# OF EDUCATION

GIFT OF
MRS. ALEXANDER J. INGLIS
TO
BANCROFT BEATLEY
JUNE 13, 1944

Digitized by Google

# A HISTORY OF EDUCATION
## IN THE UNITED STATES

Google

# A
# HISTORY OF EDUCATION
## IN
# THE UNITED STATES

BY

## EDWIN GRANT DEXTER, Ph.D. (Columbia)
### PROFESSOR OF EDUCATION IN THE UNIVERSITY OF ILLINOIS

*(With acknowledgments to J. E. Miller, A.M., and to other
members of my educational seminar for valuable
assistance in the preparation of material)*

New York
THE MACMILLAN COMPANY
LONDON: MACMILLAN & CO., Ltd.
1906

*All rights reserved*

HARVARD UNIVERSITY
**GRADUATE SCHOOL OF EDUCATION**
**LIBRARY**

*LA 205*
*. D 5*

Copyright, 1904,
By THE MACMILLAN COMPANY.

Set up and electrotyped. Published August, 1904. Reprinted
January, 1906.

Norwood Press
J. S. Cushing & Co. — Berwick & Smith Co.
Norwood, Mass., U.S.A.

To My Mother

Google

# PREFACE

In presenting this volume under the dignified title of *A History of Education in the United States*, I fully recognize that I may to many seem presumptuous. "Is our educational story," they will say, "so small a matter as to be placed between two covers; or is the author one of those dangerous complacents who 'knows not, and knows not that he knows not'?" Neither of these queries can be answered wholly in the negative, for the complete narrative is a long one, and no man can know it in all its details. Yet the difficulty is not one which can mend itself with time. If it were, there might be less excuse for the present work, which is offered more as a report of progress than as a final word upon the subject. In its preparation I have been governed by the belief that the most crying need of the student of our educational history is a considerable mass of definite fact upon which to base his own generalizations, or with which to interpret those of others, rather than extended philosophical discussions of historical trend. Current educational literature is rich in the latter, though comparatively barren of the former, and when it does appear, is of necessity disconnected. That the work is, then, essentially institutional — perhaps more appropriately termed a Chronicle than a History — is a part of the plan, and if a defect, is one fully reckoned with, for of two evils the lesser has seemed to me to be the omission of the philosophy rather than the fact. When the book is used as a text for classroom work, the

former can well be supplied by the instructor; when used by the general reader, the references have been so selected as to supply the lack. These are probably more profuse than would be necessary to meet the needs of most readers, yet are so classified through the use of different kinds of type as to constitute, in a sense, three separate bibliographies. In the reference lists at the ends of the chapters, the authors whose names are printed in bold-faced type are cited in the text of the chapter; those printed in italics are deemed especially important, while those in common type are not without value, and should be read by the student making an exhaustive study of the subject. The selections are largely made from works which are likely to be found in the library of the educator, and would certainly be included in that of any normal school, or college, or in a public library of any pretension. I refer particularly to Barnard's *American Journal of Education*, the Reports of the United States Commissioner of Education, the Proceedings of the National Educational Associations, files of the leading educational journals (*Educational Review, School Review,* and *Education* are most frequently cited), and the Herbert B. Adams Contributions to American Educational History, published as circulars of information by the United States Bureau of Education, together with a limited number of other circulars from the same source. When the book is used as a text, all of these works should be readily accessible to the student.

The book is so arranged as to be studied in either one of two ways: chronologically throughout, by using the marginal references printed in bold-faced type. When this is done, the whole book will be covered in connection with Part I; or chronologically only for the development of elementary and secondary education, higher and special education being considered topically.

*Preface*                              ix

To follow this plan, the bold-faced marginal references should be disregarded.

I should be ungracious if I did not acknowledge my indebtedness to educators in every part of the country for their courtesy and kindness in supplying specific information for use in the volume. Rich as we are in historical sources, many facts of importance in a study like this are only in the possession of isolated individuals who must be appealed to or the quest abandoned. Almost without exception my appeals — which in some instances must have seemed inordinate — have been promptly responded to. The state superintendents of public instruction have been especially sinned against by me in this respect, though no class of educators, from our national commissioner to the teacher in the rural school, has been entirely exempted; and I am alike grateful to them all.

Particularly am I under obligations to my colleagues, Mr. J. E. Miller and Professor E. C. Baldwin, the former for work in the preparation of material, several of the chapters in Part I being largely based upon his studies; to the latter for invaluable aid in the revision of manuscript. I am under obligations also to members of the State Library School of the University of Illinois for the revision of references. And to any reader who will call my attention to inaccuracies which must have crept into the work in spite of every precaution, I shall be equally grateful.

EDWIN GRANT DEXTER.

THE UNIVERSITY OF ILLINOIS,
April 24, 1904.

# CONTENTS

## PART I

## THE GROWTH OF THE PEOPLE'S SCHOOLS

### CHAPTER I

|  |  | PAGE |
|---|---|---|
| BEGINNINGS IN VIRGINIA | . . . . . . . | 1 |
| Early attempt to found schools | . . . . . | 2 |
| The first schools ✓ | . . . . . . . | 6 |
| Legislative enactments | . . . . . . . | 8 |

### CHAPTER II

| DUTCH SCHOOLS IN THE NEW NETHERLANDS | . . . | 12 |
|---|---|---|
| The first schools | . . . . . . . | 13 |
| Early teachers | . . . . . . . | 16 |
| The first grammar school | . . . . . . | 19 |
| Later schools in the colony | . . . . . | 20 |

### CHAPTER III

| EARLY SCHOOLS IN THE NEW ENGLAND COLONIES | . . | 24 |
|---|---|---|
| Beginnings in Massachusetts | . . . . . | 25 |
| Later schools in the colony | . . . . . | 28 |
| Acts of 1642 and 1647 | . . . . . . | 30 |
| Plymouth Colony | . . . . . . . | 38 |
| The Connecticut Colonies | . . . . . | 40 |
| Rhode Island Colony | . . . . . . | 51 |
| New Hampshire Colony | . . . . . . | 52 |
| Maine Colony | . . . . . . . | 53 |
| Vermont Colony | . . . . . . . | 54 |

Google

## CHAPTER IV

|  |  | PAGE |
|---|---|---|
| EDUCATIONAL DEVELOPMENTS IN THE OTHER COLONIES | . | 57 |
| Delaware | . | 57 |
| Pennsylvania | . | 59 |
| New Jersey | . | 62 |
| Maryland | . | 65 |
| North Carolina | . | 67 |
| South Carolina | . | 69 |
| Georgia | . | 71 |

## CHAPTER V

| LATER DEVELOPMENTS IN THE EARLY COLONIES | . | 73 |
|---|---|---|
| Virginia | . | 73 |
| District of Columbia | . | 74 |
| West Virginia | . | 75 |
| New York | . | 76 |
| Massachusetts | . | 79 |
| Connecticut | . | 83 |
| Rhode Island | . | 86 |
| Maine | . | 86 |
| New Hampshire | . | 87 |
| Vermont | . | 88 |

## CHAPTER VI

| THE GROWTH OF THE ACADEMIES | . | 90 |
|---|---|---|
| Early academies | . | 90 |
| Statistics of academies | . | 94 |

## CHAPTER VII

| THE EDUCATIONAL REVIVAL | . | 97 |
|---|---|---|
| Horace Mann | . | 98 |
| His influence | . | 99 |

## CHAPTER VIII

| EDUCATIONAL DEVELOPMENTS IN THE MIDDLE WEST | . | 103 |
|---|---|---|
| Conditions in the West | . | 103 |
| Ohio | . | 104 |
| Indiana | . | 107 |



## Contents

| | PAGE |
|---|---|
| Illinois | 109 |
| Michigan | 111 |
| Wisconsin | 113 |
| Minnesota | 114 |
| Iowa | 116 |
| Missouri | 117 |
| Oklahoma | 118 |
| Kansas | 119 |
| Nebraska | 120 |
| The Dakotas | 121 |

### CHAPTER IX

| | PAGE |
|---|---|
| THE SOUTHERN STATES | 124 |
| Conditions in the South | 124 |
| Kentucky | 125 |
| Tennessee | 128 |
| Arkansas | 130 |
| Louisiana | 131 |
| Texas | 133 |
| Mississippi | 134 |
| Alabama | 136 |
| Florida | 138 |

### CHAPTER X

| | PAGE |
|---|---|
| THE WESTERN STATES | 141 |
| Conditions in the Far West | 141 |
| New Mexico | 142 |
| Colorado | 144 |
| Utah | 145 |
| California | 146 |
| Arizona | 148 |
| Nevada | 149 |
| Oregon | 150 |
| Washington | 151 |
| Idaho | 152 |
| Montana | 153 |
| Wyoming | 153 |

Google

*Contents*

## CHAPTER XI

| | PAGE |
|---|---|
| DEVELOPMENTS IN ELEMENTARY EDUCATION . . . | 155 |
| Early elementary schools . . . . . . | 155 |
| Courses of study . . . . . . . . | 160 |
| Nature study . . . . . . . . . | 163 |
| Statistics . . . . . . . . . | 164 |
| The kindergarten . . . . . . . . | 166 |

## CHAPTER XII

| | |
|---|---|
| DEVELOPMENTS IN PUBLIC SECONDARY EDUCATION . . | 170 |
| Early high schools . . . . . . . | 171 |
| Later high-school growth . . . . . . | 172 |
| The course of study . . . . . . . | 174 |

## CHAPTER XIII

| | |
|---|---|
| THE DEVELOPMENT OF SCHOOL ORGANIZATION AND AD-MINISTRATION . . . . . . . . | 182 |
| The school district . . . . . . . | 183 |
| Township and city organization . . . . | 188 |
| County organization . . . . . . . | 197 |
| The state system . . . . . . . | 199 |
| The National Bureau of Education . . . . | 202 |
| School funds . . . . . . . . | 203 |

## CHAPTER XIV

| | |
|---|---|
| TEXT-BOOKS . . . . . . . . . | 207 |
| Early text-books . . . . . . . . | 207 |
| Primers . . . . . . . . . | 211 |
| Spelling-books . . . . . . . . | 213 |
| Arithmetics . . . . . . . . | 217 |
| Text-book legislation . . . . . . | 218 |



# PART II

## HIGHER AND SPECIAL EDUCATION

### CHAPTER XV

|  |  | PAGE |
|---|---|---|
| COLLEGES AND UNIVERSITIES | . . . . . . | 223 |
| Colonial colleges | . . . . . . . | 225 |
| Harvard | . . . . . . . | 225 |
| William and Mary | . . . . . . | 234 |
| Yale | . . . . . . . | 237 |
| Princeton | . . . . . . . | 245 |
| University of Pennsylvania | . . . . | 250 |
| Columbia | . . . . . . . | 253 |
| Brown | . . . . . . . | 259 |
| Rutgers | . . . . . . . | 263 |
| Dartmouth | . . . . . . . | 265 |
| Later colleges | . . . . . . . | 269 |
| The state universities | . . . . . | 279 |
| Modern university conditions | . . . . | 285 |
| Organization | . . . . . . | 286 |
| Requirements for admission | . . . . | 287 |
| Elasticity of course | . . . . . | 289 |
| Length of course | . . . . . | 292 |
| Graduate work | . . . . . . | 294 |
| Literary and scientific productivity | . . . | 299 |
| General results | . . . . . . | 300 |

### CHAPTER XVI

| PROFESSIONAL EDUCATION | . . . . . . | 307 |
|---|---|---|
| Early conditions | . . . . . . | 307 |
| Theological education | . . . . . | 308 |
| Early schools | . . . . . . | 309 |
| Theology at the universities | . . . . | 311 |
| Admission requirements | . . . . | 315 |
| Course of study | . . . . . | 316 |
| Legal education | . . . . . . | 316 |
| Early schools | . . . . . . | 317 |
| Later developments | . . . . . | 320 |

Google

|                                                 | PAGE |
|-------------------------------------------------|------|
| Admission requirements                          | 324  |
| Course of study                                 | 325  |
| Admission to practice                           | 326  |
| Medical education                               | 327  |
| Early schools                                   | 328  |
| Later developments                              | 331  |
| Admission requirements                          | 336  |
| Course of study                                 | 336  |
| Admission to practice                           | 337  |
| Dental education                                | 339  |
| Pharmaceutical education                        | 339  |
| Training schools for nurses                     | 340  |

## CHAPTER XVII

| TECHNICAL AND AGRICULTURAL EDUCATION            | 343  |
|-------------------------------------------------|------|
| Technical schools                               | 343  |
| Upon private foundations                        | 345  |
| State                                           | 348  |
| At colleges and universities                    | 352  |
| National schools                                | 355  |
| Courses of study                                | 357  |
| Agricultural schools                            | 360  |
| Courses of study                                | 365  |
| Experiment stations                             | 367  |
| Elementary agriculture                          | 368  |

## CHAPTER XVIII

| THE PREPARATION OF TEACHERS                       | 371  |
|---------------------------------------------------|------|
| Early conditions                                  | 371  |
| State normal schools                              | 377  |
| Private normal schools                            | 384  |
| City training schools                             | 384  |
| Teachers' courses in colleges and universities    | 386  |
| Teachers' colleges                                | 388  |
| Continuation courses                              | 391  |
| Teachers' institutes                              | 392  |
| Teachers' meetings                                | 395  |
| Teachers' reading circles                         | 396  |
| The certification of teachers                     | 397  |



*Contents* XVII

## CHAPTER XIX

|                                          | PAGE |
|------------------------------------------|------|
| ART AND MANUAL EDUCATION                 | 401  |
| Art education                            | 401  |
| Musical education                        | 406  |
| Manual education                         | 407  |
| In the common schools                    | 409  |
| In high schools                          | 410  |

## CHAPTER XX

| COMMERCIAL EDUCATION                     | 415  |
|------------------------------------------|------|
| Business colleges                        | 415  |
| Courses in high schools                  | 417  |
| In endowed institutions                  | 419  |
| In colleges and universities             | 419  |

## CHAPTER XXI

| THE EDUCATION OF WOMEN                    | 424  |
|------------------------------------------|------|
| Girls' schools in the colonies           | 424  |
| Coeducation in the common schools        | 430  |
| Higher education of women                | 433  |
| Colleges for women                       | 434  |
| Affiliated colleges                      | 440  |
| Coeducational colleges                   | 445  |
| Graduate instruction                     | 450  |

## CHAPTER XXII

| EDUCATION OF THE NEGRO AND OF THE INDIAN  | 454  |
|------------------------------------------|------|
| Negro education                          | 454  |
| Normal schools                           | 457  |
| Colleges                                 | 458  |
| Professional education                   | 460  |
| Indian education                         | 461  |
| Non-reservation schools                  | 462  |
| Reservation boarding-schools             | 464  |
| Day schools                              | 465  |
| Contract schools                         | 466  |
| Mission schools                          | 466  |

Google

## CHAPTER XXIII

PAGE

THE EDUCATION OF DEFECTIVES . . . . . . 470
     The deaf . . . . . . . . 470
     The blind . . . . . . . . 473
     The deaf-blind . . . . . . . 476
     The feeble-minded . . . . . . . 476

## PART III

## EDUCATIONAL EXTENSION

### CHAPTER XXIV

LIBRARIES . . . . . . . . 481
     Early libraries . . . . . . . 481
     School-district libraries . . . . . . 484
     Town libraries . . . . . . . 484
     Library extension . . . . . . . 486
         Open shelves . . . . . . . 487
         Branch libraries . . . . . . . 489
         Delivery stations . . . . . . . 490
         Deposit stations . . . . . . . 491
         Travelling libraries . . . . . . . 494
         Children's rooms . . . . . . . 497
     Bequests to libraries . . . . . . 499

### CHAPTER XXV

NEWSPAPERS AND PERIODICALS . . . . . 503
     Newspapers, colonial . . . . . . 503
     Newspapers, later . . . . . . . 506
     Magazines, colonial . . . . . . . 507
     Magazines, later . . . . . . . 509
     Magazines, scientific . . . . . . 510

### CHAPTER XXVI

SUMMER SCHOOLS . . . . . . . 513
     Classification . . . . . . . 513
         Biological . . . . . . . 516



|  | PAGE |
|---|---|
| Philosophical | 521 |
| Æsthetic | 525 |
| Pedagogical | 526 |
| General | 529 |
| College and university | 535 |

## CHAPTER XXVII

| | PAGE |
|---|---|
| EVENING AND CORRESPONDENCE SCHOOLS | 541 |
| Evening schools | 541 |
| Correspondence schools | 545 |

## CHAPTER XXVIII

| | PAGE |
|---|---|
| LEARNED SOCIETIES AND ASSOCIATIONS | 550 |
| General scientific societies | 552 |
| Historical societies | 554 |
| Natural history societies | 556 |
| Professional associations | 558 |
| Teachers' associations | 559 |
| National educational association | 561 |
| Admission to learned societies | 565 |
| Study clubs | 567 |

## CHAPTER XXIX

| | PAGE |
|---|---|
| LYCEUMS, POPULAR LECTURES, AND MUSEUMS | 569 |
| The American lyceum | 569 |
| Popular lectures | 573 |
| Museums | 577 |

## APPENDIX

| | | PAGE |
|---|---|---|
| A. | Contract with a Dutch Schoolmaster | 581 |
| B. | Colonial School Ordinances | 584 |
| C. | First Rules of Harvard College | 590 |
| D. | Rules for Hopkins Grammar School, New Haven | 594 |
| E. | Courses of Study in Selected Educational Institutions | 596 |

Google

## xx

## Contents

| | | PAGE |
|---|---|---|
| F. | Tabulation of Facts Relating to School Organization . | 610 |
| G. | Tabulation of Facts relative to the Office of State Superintendent of Public Instruction . . . . | 615 |
| H. | Tabulation of Facts relative to Certification of Teachers | 617 |
| I. | Tabulation of Facts relating to Teachers' Institutes . | 620 |
| J. | Tabulation of Compulsory Education Laws . . . | 623 |
| K. | State and Territorial Educational Statistics . . . | 628 |
| L. | Selected List of American Periodicals . . . . | 636 |
| INDEX | . . . . . . . . . . . | 639 |

Google

# MAPS

|  | FACING PAGE |
| --- | --- |
| SCHOOLS AND COLLEGES FOUNDED BEFORE 1700 . . | 38 |
| HIGHER AND PROFESSIONAL INSTITUTIONS FOUNDED BE- | |
| FORE 1800 . . . . . . . . . | 225 |
| PRESENT DISTRIBUTION OF COLLEGES AND UNIVERSITIES . | 270 |
| PRESENT DISTRIBUTION OF SCHOOLS OF THEOLOGY . . | 312 |
| PRESENT DISTRIBUTION OF SCHOOLS OF LAW . . . | 320 |
| PRESENT DISTRIBUTION OF SCHOOLS OF MEDICINE AND | |
| DENTISTRY . . . . . . . . . | 331 |
| PRESENT DISTRIBUTION OF PUBLIC NORMAL SCHOOLS . | 377 |

Digitized by Google

# History of Education

## PART ONE

### *THE GROWTH OF THE PEOPLE'S SCHOOLS*

### CHAPTER I

#### BEGINNINGS IN VIRGINIA

THE history of education in the United States, even in the narrower sense of the history of its schools, has its beginning with the first permanent English settlement. Although the Spanish had for more than one hundred years been making paths in the American wilderness and the French had raised their flag on the Florida shores, that permanency of occupation which is a prerequisite to organized educational effort was nowhere discoverable until the Virginia settlement of 1607, and was lacking there at the beginning.

In the spring of that year one hundred and five men settled at Jamestown. They did not come to build homes, but to seek wealth in a land that was thought to glitter with gold. Among them were twelve common laborers, four carpenters, several masons and blacksmiths, and forty-eight gentlemen. Such were these pioneers. Only a few of them were married, and these had left their families in England. The first few years were full of mismanagement and consequent suffering. The early settlers were in no way fitted for a battle with the wilderness. They came

to find gold, not to make homes, and it was not until repeated disappointment in the former quest had thoroughly disheartened them that they were willing to accept the latter alternative. For the first ten years of the settlement we find no evidences of schools, and even then they originated largely as missionary ventures of the English Church. In 1616 the king ordered the Bishop of London to collect money for a college to be founded in Virginia, and during the next three years some £1500 were raised and sent over. In 1618 the following instructions were given to Governor Yardly: —

Neill[1], p. 147.

"Whereas by a special grant and license from his Majesty, a general contribution hath been made for building and planting a college for the training up of the children of those infidels in true religion, moral virtue, and civility, and for other godliness, we do, therefore, according to a former grant and order, hereby ratify, confirm, and ordain that a convenient place be chosen and set out for the planting of a university at the said Henrico in time to come, and that in the meantime, preparation be made for the building of the said college for the children of the infidels according to such instructions as we shall deliver. And we will ordain that ten thousand acres, partly of the lands they impaled and partly of the land within the territory of the said Henrico, be allotted and set out for the endowing of the said university and college with convenient possessions."

Neill[1], p. 137.

Professor Adams, in speaking of this grant, says: —

"The proposed grant, which was duly made, included one thousand acres for an Indian college; the remainder was to be the foundation of a seminary of learning for the English."

Adams, p. 11.

Warren and Clark, p. 22.

The Virginia Company also gave more than £100 for a house, and several books toward a library.

Sir Edwin Sandys, the treasurer of the Company, was back of this educational movement. By this time it had become evident that the Virginia project was more than a mere prospecting venture for gold, — was, in fact, to be a permanent English occupation, — and the city of London sent one hundred children to the colony, together with private donations amounting to £500, to

Google

aid in their maintenance until they should be self-supporting, the Virginia Company agreeing

"that all these children should be educated and brought up in some good trade or profession, so that they might gain their livelihood by the time they were twenty-one years old, or by the time they had served their seven years' apprenticeship."

Robinson, I, p. 40.

That these juvenile settlers were very acceptable to the colony is shown by the fact that more were asked for and sent over in 1620, on the same conditions.

Robinson, I, p. 24.

Before the close of the summer of 1620 Sandys, with the help of friends, succeeded in sending 1261 persons to America. It was also through him that "ninety young women of good breeding and modest manners were induced to emigrate to Jamestown" in the same year.

Ridpath, p. 73.

The lands granted to the college were in part settled by the colonists, under the agreement that one-half of the profits should be retained by the tenants, while the other half should be used "getting forward the work and for the maintenance of the tutors and scholars."

Clews, p. 350.

While the records apply indiscriminately the terms "college" and "university" to this projected institution of learning, it is plain that since untutored savages and children were to be its students, the words lacked entirely their modern meaning. Doubtless the work with the former had a distinctly religious aim, though the following instructions given to Governor Wyatt in 1621 indicate that the practical side was not to be neglected. He was "to use means to convert the heathen, viz., to converse with some; each town to teach some children fit for the college intended to be built . . . to put prentices to trades, and not let them forsake their trades for planting, or any such useless commodity."

Hening, I, pp. 114, 115.

But the terrible massacre of 1622, which depopulated the college lands and left the handful of survivors with

Google

no thought except for personal ~~safety,~~ put an end to it all, and it is doubtful even if any actual instruction was ever given by this earliest prospective American University.

At least one other definite attempt to found schools had been made previous to the catastrophe of 1622. The records show that in the previous year one Dr. Copeland collected from passengers on one of the ships of the East India Company £70 to be used in building a church or school in Virginia. When this came to the notice of the court, a committee was appointed to take the matter in hand. This committee decided that a school was most needed, and that to apply the money to that purpose, rather than to the erection of churches, would best meet the wishes of the donors. In view of these conditions, they resolved "for the erecting of a free school, which, being for the education of children and grounding of them in the principles of religion, civility of life, and humane learning, seemed to carry with it the greatest weight and highest consequence unto the plantation as that whereof both church and commonwealth take their original foundation and happy estate, this being also like to prove a work most acceptable unto the planters, through want whereof they have been hitherto constrained to their great cost to send their children from thence better to be taught. . . . That in honor of the East Indy benefactors, the same should be called the East Indy School, who shall have precedence before any other to prefer their children thither to be brought up in the rudiments of learning. . . . That this, as a collegiate or free school, should have dependence upon the college in Virginia, which should be made capable to receive scholars from the school into such scholarship and fellowship of said college, shall be endowed withal for the advancement of scholars as they arise by degrees and deserts in learning. That for the better maintenance of the schoolmaster and usher in-

Neill, p. 328.

Google

tended there to be placed, it was thought fit that it should be moved at the Next Quarter Court, that one thousand acres of land should be allotted unto the said school, and that five persons, besides an overseer of them, should be forthwith sent upon this charge . . . and that, over and above this allowance of land and tenants unto the schoolmaster, such as send their children to this school should give some benevolence unto the schoolmaster, for the better increase of his maintenance. . . . That the planters there be stirred up to put their helping hands towards the speedy building of the said school, in respect their children are like to receive the greatest benefit thereby in their education ; — that those that exceed others in their bounty and assistance hereunto shall be privileged with the preferment of their children to the said school before others that shall be found less worthy."

The Quarter Court referred to above, approved the report of the committee ; but because the court found trouble in securing a schoolmaster, his appointment was delegated to the colonial authorities. Workmen were sent over in 1622 to erect a house, and the following year the East India Company collected some money and gave it to the Virginia council to be expended on the school. A teacher, Caroloff, was brought to the colony, but conditions at the time of his arrival were not favorable for educational movements, and nothing more is heard of the East India School in Virginia.

Considering the magnitude of the disaster of 1622, and the suffering which it entailed, it could hardly have been expected that immediate attention should be given to the needs of the young; and it is somewhat surprising to find that in 1624 Sir Edwin Palmer secured the grant of an island — probably for better protection — in the Susquehanna, for the " founding and maintenance of Neill[2], p. 83. a university and such schools in Virginia as shall there be erected, and shall be called ' *Academia Virginiensis et Oxoniensis*.' "

6     *The Growth of the People's Schools*

Like its predecessors, this educational attempt proved, for various causes, abortive; and at Palmer's death was lost sight of.

This year, 1624, is, however, memorable in our educational history as marking the initiation of school legislation. The General Assembly decided that each borough or hundred should by some just means secure a number of Indian children, who were to be educated "in true religion and a civil course in life; of which children the most towardly boys in wit and graces of nature (are) to be brought up by them in the first elements of literature, so as to be fitted for the college intended for them, that from thence they may be sent to that work of conversion."

The records fail to show what the results of this move were; but there is reason to believe that they were more successful than their predecessors had been, and that some schools were actually established.

In 1634 or 1635, began an era of schools in Virginia founded by private bequest. At that time one Benjamin Symms left by will two hundred acres of land and eight cows for a free school in Elizabeth County. This school was to be for the parish of Elizabeth City and Kiquotan. The justices of the peace of the county, together with the minister and church wardens of the city parish, and their successors, were to be trustees of the funds. The school opened in 1636.

In 1643 the General Assembly, presided over by Governor William Berkeley, confirmed the will, encouraging others to make like provisions:—

"Be it enacted and confirmed upon consideration had of the godly disposition and good intent of Benjamin Symms, deceased, in founding by his last will and testament a free school in Elizabeth County, for the encouragement of all others in like pious performances, that the said will and testament with all donations therein contained concerning the free school and the situation thereof in the said county and the land of pertaining to the same, shall be confirmed according

*Margin notes:*
Fiske, I, p. 246.

Brown[1], pp. 48, 49, 149.
Fiske, II, p. 246.

Hening, I, p. 252.

Google

to the true meaning and godly intent of the said testator, without any alienation or conversion thereof to any place or county."

In a record dated 1649 (possibly 1647) this school is further alluded to as follows : —

"I may not forget to tell you we have a free school, with two hundred acres of land, a fine house upon it, forty milch kine, and other accommodations to it ; the benefactor deserves perpetual memory ; his name is Mr. Benjamin Symms, worthy to be cherished. Other petty schools we have, too."

Mass. Hist. Col. XIX, p. 119.

Other schools of a similar character were established soon after the middle of the seventeenth century. Fiske mentions four: Captain John Moon's school, founded in 1655 ; Richard Russell's, in 1667 ; Mr. King's, in the same year; and the Eaton School, sometime prior to 1689. He also expresses his belief that several others took their origin at about the same time, though nothing is on record concerning them, unless it be in the parish books of the region. Of the four schools mentioned, the first was founded through the benevolence of John Moon, who left four cows for educational and charitable purposes. A school in Newport parish, Isle of Wight County, seems to have been the result.

Fiske, II, p. 246.

The Eaton School, which Fiske places some time before 1689, was in the same region as the Symms School. Professor Brown thinks it was endowed sometime before 1646 by Thomas Eaton with 250 acres of land. The Symms and Eaton funds were finally united, and their income now goes to the Hampton High School.

Brown, p. 49.

In addition to these four private schools, at least one other has left a definite record of itself. It was founded in Newport County in 1675, by Henry Peasley, who devoted to its support six hundred acres of land, ten cows, and one breeding mare. Later several slaves were added to its endowment by others. Regarding the sub-

jects taught in these schools and the number of pupils who received their benefits, we know nothing.

If we are to judge by legislation enacted by the Assembly of Virginia previous to 1650, there must either have been many other schools in operation in the colony, or teaching of an elementary nature was common in the home.    It is certain that laws for compulsory education would not have antedated the general prevalence of schools, and we find the following law relative to orphans on the statute books for 1646 : —

> " All overseers and guardians of such orphans are enjoined by the authority aforesaid to educate and instruct them according to their best endeavors in Christian religion and in rudiments of learning, and to provide for them necessaries according to the competence of their estates."

Clews, p. 355.    All legislation with reference to orphans after this date prescribed some education.  Of compulsory education Fiske says : —

> " There was, after 1646, a considerable amount of compulsory primary education in Virginia, much more than is generally supposed, since the records of it have been buried in the parish vestry books. In the eighteenth century we find evidences that pains were taken to

Fiske, II, p. 246, educate colored people."

Industrial education had its advocates in those days. Some parents were not training their children to work as it was thought proper, and though very poor, they were unwilling to bind their children out to others who could teach them some trade.    To remedy this, the Assembly decreed in 1646 — " that the commissioners of the several counties respectively, do, at their discretion, make choice of two children in each county at the age of eight or seven years at the least, either male or female, which are to be sent up to James City between this and June next, to be employed in the public flax houses under such master or mistress as shall be there appointed, in carding, knitting, and spinning.

Google

And that the said children be furnished from the said county with six barrels of corn, two coverlets, or one rug and one blanket, one bed, one wooden bowl or tray, two pewter spoons, a sow shote of six months old, two laying hens, with convenient apparel, both linen and woollen, with hose and shoes. . . . And it is further thought fit that the commissioners have caution not to take up any children but from such parents who by reason of their poverty are disabled to maintain and educate them." At the same time provisions were made   Hening, I, p. 336. for the erection of two houses, each twenty feet by forty feet, for the accommodation of these children, ten thousand pounds of tobacco being appropriated to meet the expense."

When the colonial Assembly met in 1660, a new effort was made to establish schools. Here, as in New England, the needs of the church called for action. The following decree explains the condition : —

"Whereas the want of able and faithful ministers in this country   Hening, II, p. 25. deprives us of those great blessings and mercies that always attend upon the service of God, which want, by reason of our great distance from our native country, cannot in probability be always supplied from thence, Be it enacted, that for the advance of learning, education of youth, supply of the ministry and promotion of piety, there be land taken upon purchases for a college and free school and that there be with as much speed as may be convenient, housing erected thereon for entertainment of students and scholars."

This same Assembly also provided for the raising of money with which to carry on this work : —

"Be it enacted that there be a petition drawn up by this Grand Assembly to the King's most excellent Majesty for his letters patent to collect and gather the charity of well disposed people in England for the erecting of colleges and schools in this country. . . ."

Funds were to be solicited among the colonists, as   Hening, II, well as in England. Even Governor Berkeley and the   p. 30. members of the Assembly contributed, as the following record shows : —

Google

"The Right Honorable his Majesty's Governor, Council of State, and Burgesses of the present Grand Assembly have severally subscribed several considerable sums of money and quantities of tobacco (out of their charity and devotion) to be paid . . ., after a place is provided and built upon for that intent and purpose. . . . That the commissioners of the several counties do at the next following court in their several counties, subscribe such sums of money and tobacco, . . . as they think fit, and that they also take the subscriptions of such other persons at the said courts, who shall be willing

Hening, II, p. 37.  to contribute towards the same."

And, lest any should escape who were willing to aid in the cause, it was ordered that word should be sent to the different churches that an opportunity might be

Hening, II, p. 37.  given to all.

Praiseworthy as were their efforts, it is to be feared that the results were not far-reaching.  As late as 1671, Governor Berkeley, when questioned concerning

Hening, II, p. 517.  instruction in the colony, said : —

"The same course that is taken in England out of towns; every man according to his ability instructing his children. . . . But, I thank God, there are no free schools nor printing, and I hope we shall not have these hundred years; for learning has brought disobedience and heresy and sects into the world, and printing has divulged them and libels against the best government. God keep us from both!"

In 1691 the legislature sent Dr. William Blair to England to secure a charter for the college which had often been under discussion, but which had never been established.  He returned the following year with the royal document from which sprang the College of Will-

Adams, p. 14.  iam and Mary.

### REFERENCES

**Adams**, Herbert B.  College of William and Mary.  Circ. Inf. No. 1, 1887.  Am. Ed. Hist. No. 1.  (Contains bibliography.) — *Boone*, Richard G.  Education in the United States.  N.Y. 1889. — **Brown**, Elmer E.  The Making of our Middle Schools.  N.Y. 1902.  (Contains an extensive bibliography.) — **Clews**, Elsie W. Educational  Legislation  and  Administration  of  the  Colonial

Google

Governments. Columbia University Pub. 1899. — **Fiske,** John. Old Virginia and her Neighbors. — *Jones,* D. R. State Aid to High Schools. Univ. Calif. Pub. 1903. (Includes all states of the Union.) — **Hening,** William W. The Statutes-at-large. (Collection of Laws of Virginia.) — **Neill,** Edward D. (1) History of the Virginia Company of London. (2) Virginia Vetusta. — **Ridpath,** John Clark. History of the United States. — **Robinson,** Conway. Proceedings of the Virginia Company of London. (In collections of Va. Historical Society.) — **Warren,** S. R., and **Clark,** S. N. Public Libraries in the United States.

## CHAPTER II

### DUTCH SCHOOLS IN THE NEW NETHERLANDS

IN the year 1633 the first school was established by the Dutch at New Amsterdam, with Adam Roelandsen as teacher. For this school two distinctions may with some justice be claimed : First, that of being the earliest in the colonies of which we have any definite record; and second, being the longest in continuous service, since its lineal descendant is still in active operation. As has been shown in the previous chapter, several attempts to found schools had been made in the Virginia colony previous to this time, all of which had come to naught, unless we may suppose that the Assembly action of 1624 was productive of results. Since we cannot be certain of this, the claim of priority maintained by the school of the Dutch Reformed Church at New Amsterdam seems valid.

The settlement in Manhattan Island was at this time twenty years old. The first rude huts had been built there in the winter of 1613–1614 by the stranded crew of a Dutch trading vessel.

The following year a fort was erected, and the name New Amsterdam given to the settlement. Ten years later (1623) thirty families, sent out by the Dutch West India Company, landed on the island, eight of them remaining, while the rest sailed on up the river and made permanent settlement at Fort Orange (Albany). These Dutch settlers, unlike the early adventurers in Virginia, came to found homes. Soon after their arrival a colonial government was established, with Peter Minuit as governor, and in 1626 the Island of Manhattan — twenty

*Henrico School, etc., p. 2.*

12

thousand acres — was purchased of the Indians for $24.
From this time on the growth of the settlement was
rapid. This was due in part to special concessions made
to settlers in the New Amsterdam colonies. In 1629
the West India Company issued the so-called "charter <span style="float:right">Clews, p. 198.</span>
of exemptions," under which all colonists were given
freedom from taxation for a period of ten years, to-
gether with special privileges of landholdings, trade,
and self-government. In return for these liberal terms,
the settlers were, however, enjoined as follows by the
company : —

"The Patroons and the colonists shall, in particular, endeavor to
find out ways and means whereby they may support a minister and
schoolmaster, that thus the service of God and zeal for religion may
not grow cool and be neglected among them, and they shall, for the <span style="float:right">O'Callaghan[1],</span>
first, procure a comforter of the sick there." <span style="float:right">II, p. 557.</span>

The last-named functionary seems to have been an
important officer in the colony. Even previous to this
formal demand for his services (1626), Sebastian Jan
Crol and Jan Huyck had each acted in the capacity,
which was both spiritual and medical. Since their duties
were often, in the later days of the colony, performed by
the schoolmaster, it has been inferred by some that Crol
and Huyck had also kept school.

Of this we find no sufficient corroboration. It is how-
ever certain that in 1633 the colony found itself in a
position to comply with that part of the company's in- <span style="float:right">Dunshee, p. 28.</span>
junction having to do with the school, and Roelandsen
was sent from Holland to be its master.

The work of the school was strictly elementary in its
nature. Whereas the colonists in Virginia seem to have
been actuated by the missionary spirit in the establish-
ment of schools principally for Indians and orphans, and
the Puritans in New England recognized at first only
need for higher education for the maintenance of a
learned clergy, the Dutch began at the bottom, with their

Google

own children.  In the matter of popular education they were leaders.

Roelandsen's career seems to have been a checkered one.  He was involved in no less than fifteen lawsuits, one of which he brought against a debtor for the payment of a wash bill.  This would lead us to wonder whether the schoolmaster of those days, among his varied duties, was public laundryman.  In another case at law he was defendant in a suit for passage-money from Holland.  This he won, having proved that he worked his way, while his son, who was his fellow-passenger, "said the prayers."

*Appendix A.*

*Pratt, pp. 870–871.*

Of the exact character of his school work, which he relinquished in 1638, we know nothing.  In the same year we find the first record of a public tax for school purposes.  Among a series of laws relating to various matters of public importance is the following : —

> " Each householder and inhabitant shall bear such tax and public charge as shall hereafter be considered proper for the maintenance of clergymen, comforters for the sick, schoolmasters, and such like necessary officers."

*O'Callaghan[1], I, p. 112.*

*Pratt, p. 836.*

Within the next few years at least one other private school was established and presided over by Jan Stevensen, and it is not improbable that there were more.  This might be inferred by the fact that "as early as 1642, it was customary, in marriage contracts, whenever the bride was a widow having children, for the parties to ' promise to bring up the children decently, according to their ability, to provide them with necessary clothing and food, to keep them at school, to let them learn reading, writing, and a good trade ;' to which was sometimes added 'as honest parents ought and are bound to do, and as they can answer before God and man.'"

This would certainly have been impossible unless schools had been available.



That they were not, however, very much in evidence is shown by one of the first public utterances of the renowned Peter Stuyvesant upon his arrival as director-general of the colony in 1647. He said : —

Van der Kemp, VII, p. 106.

"Whereas, by want of proper place, no school has been kept in three months, by which the youth is spoiled, such is proposed, where a convenient place may be adapted to keep the youth from the street and under a strict subordination."

It is evident that by this he must have meant official public school, for Stevenson's school was at that time in operation. A marked distinction was made between these two classes of schools. The teacher of the former was a public official, and his appointment rested jointly with the West India Company and the Classis of Amsterdam.

Dunshee, p. 23.

Usually when reference to a school is found in the records, it is to the official public school. From the first organization of schools in New Amsterdam, till 1808, when a special board of trustees was appointed, the management and supervision of this school was in the hands of the deacons. During the period of Dutch rule, no private teacher could follow his calling without a license from civil and ecclesiastical authorities. This fact seems to have given rise to much trouble on the part of some of the early aspirants to schoolroom honors.

Dunshee, p. 33.

Fernow, II, p. 348.

Because Jacob van Corler had disregarded the rule and had "arrogated to himself to keep school," he was warned not to teach until he had solicited and obtained from the director and council "an act *in propria forma.*" The people, however, were on his side, and when he was ordered "not to keep any school," they found "themselves greatly interested thereby, as their children had forgot what the above-named Jacob van Corler had to their great satisfaction previously taught them in reading, writing, and cyphering, which was much more than any other person, no one excepted ; therefore they

Certification of Teachers, Appendix H.

Google

request that the above-named Corler may be allowed again to keep school; and although the above-named burgomasters and two schepens have spoken verbally thereon to your Honors and your Honors were not pleased to allow it, for reasons thereunto moving your Honors, they therefore, in consequence of the humble supplication of the burghers and inhabitants aforesaid, again request that your Honors may be pleased to permit the above-named Corler again to keep school."

The director-general and the council were, however, obdurate, replying that "school-keeping and the appointment of schoolmasters depend absolutely from the *jus patronatus*, in virtue of which we interdicted school-keeping to Jacob van Corler, as having arrogated it to himself without our orders — in which resolutions we do as yet persist." Corler was seemingly refused permission merely because he had attempted to teach without consulting the authorities, for, when he was first warned to desist, it was only until he should receive permission in legal form.

Van der Kemp, XX, p. 215.

The requirements for certification seem not to have been very rigid. At least because Johannes van Gelder (1662) was "tolerably well acquainted with reading and writing, it has happened that several of the principal inhabitants of this city advised and encouraged him too, to open a public school," and so he petitioned for and was granted the privilege of "keeping school."

Broadhead, I, p. 506.

In 1649 the "Nine Men"[1] drew up a "Remonstrance," explaining to the Fatherland their grievances. Their minister had gone, and conditions were discouraging. As for education, they said : —

"There should be a public school, provided with at least two good masters, so that, first of all, in so wild a country, where there

[1] The people elected eighteen men, from whom the governor selected nine as an advisory board.

are many loose people, the youth be well taught and brought up, not only in reading and writing, but also in the knowledge and fear of the Lord. As it is now, the school is kept very irregularly ; one and another keeping it according to his pleasure, and as long as he thinks proper."

This complaint, coming from the representation of the people, and implying neglect on the part of the higher officers, moved the director to make reply through his secretary, Cornelis van Tienhoven. He acknowledged that the new schoolhouse, toward which the " commonalty had contributed something," was not yet built, but that the blame was with the churchwardens who had charge of the funds. That the youth were in want of schools only to the extent of the " circumstances of the country." The communication closed with the somewhat ironical retort : —

" If they (the people of New Netherlands) are such patriots as they appear to be, let them be leaders in generous contributions for such laudable objects, and not complain when the Directors requested a collection toward the erection of a church and a school."

In 1650 the classis, at Amsterdam, took cognizance O'Callaghan[1], I, of conditions in the colony and sent over " a school- p. 317. master, who shall also act as comforter of the sick. He is considered an honest and pious man. . . . The Lord grant that he may for a long time exemplify the favorable testimony which he carried with him from here to Van der Kemp, the edification of the youth." IV, p. 23.

The path of these Dutch schoolmasters was not strewn with roses. A further account may put the reader into closer sympathy with them. In 1654 William Verstius asked the classis for an increased salary, but in this he was not successful. In his resignation, which promptly followed, he states that " there are now several persons Van der Kemp, fully competent to acquit themselves in this charge." X, p. 6.

Harmanus van Hoboocken was appointed to take the place of Verstius. The salary, the work, and the appointive power are seen in the minutes of March 23, 1655 : —

c

Google

18     *The Growth of the People's Schools*

". . . The Noble Lords of the Supreme Council, with the consent of the respected Consistory of this city, appointed Harmanus van Hoboocken as chorister and schoolmaster of this city at 35 guilders [1] per month, and 100 guilders annual expenditures; who promises to conduct himself industriously and faithfully, persuant to the instructions already given, or hereafter to be given."

Dunshee, p. 37.

The council minutes for August 11 contain the following with reference to Hoboocken : —

" A petition being read of Harmanus van Hoboocken, now chorister in this city, soliciting — as he is burdened with a wife and four small children, without possessing any means for their sustenance — that his salary be paid to him monthly, or at least, quarterly, so is, after deliberation given an apostil as long as the supplicant remains in service, he may depend on the punctual payment of his salary."

Van der Kemp, X, p. 81.

A census of New Amsterdam in 1656 showed 120 houses and 1000 inhabitants. The increase in population and the partial destruction of the schoolhouse by fire again brings the teacher before the council. The accounts of this event do not agree in all points, but the following is given as being fairly satisfactory : —

" To the Honorable Lords, Burgomasters, and Schepens of the city of New Amsterdam : Harmanus van Hoboocken, schoolmaster of this city, respectfully requests that your Honors would be pleased to grant him the Hall and the side room for the use of the school and as a dwelling, inasmuch as he, the petitioner, does not know how to manage for the proper accommodation of the children, during the winter, for they much require a place adapted for fire, and to be warmed, for which their present tenement is wholly unfit. He, the petitioner, burdened with a wife and children, is greatly in need of a dwelling for them; and . . . he anticipates great inconvenience, not knowing how to manage for the accommodation of the school children; and if your Honors cannot find any, he, the petitioner, requests your Honors to be pleased to allow him the rent of the back room where Geurt Coerten at present occupies, which he, the petitioner, would freely accept for the present, as he is unable to pay so heavy a rent as a whole house amounts to."

Pratt, p. 885.

[1] A guilder is equal to about 40 cents.

The court could not grant the petition in full as the rooms were out of repair, but he was allowed 100 guilders yearly with which to secure suitable rooms.

That the development of schools was extremely slow is shown by the following extract from a formal report sent to Holland from New Amsterdam in 1657: —

". . . It is to be added that (to our knowledge) not one of all these places, whether Dutch or English villages, hath a schoolmaster, except the Manhattans, Beverwyck, and now are also at Fort Casmir, on the South River; and though some parents would give their children some instruction, yet they experience much difficulty, . . .; 1. Because some villages are only in their first establishment, and whilst people come naked and poor from Holland, they have not means to provide a minister and schoolmaster; 2. Because there are few qualified persons in this country who can or will teach." Pratt, p. 846.

In 1658 the colonists thought that they had come to the point where they might maintain more than an elementary school. Reverend Driesius was the first to urge a Latin school and its advantages. He even expressed his willingness to be the teacher. A petition was sent to the managers of the company, in which the following paragraph relating to the Latin school also hints at the very elementary instruction that had been given in the schools: —

"Laying before your Honors the great augmentation of the youth of the Province and place, which yearly increases more and more, and finds itself now very numerous, and though many of them can read and write, the burgers and inhabitants are nevertheless inclined to have their children instructed in the most useful languages, the chief of which is the Latin tongue; and as there are no means to do so here, the nearest being at Boston, in N. England, a great distance from here, and many of the burgers and inhabitants of this place and neighborhood having neither the ability nor the means to send their children thither, we shall therefore again trouble your Honors, and humbly request that your Honors would be pleased to send us a suitable person for master of a Latin school, in order that our children may be instructed in, and study such language, not doubting but were such person here, many of the neighboring places would send their children hither to be instructed in that tongue;

Google

20 *The Growth of the People's Schools*

hoping that, increasing from year to year, it may finally attain to an Academy, whereby this place, arriving at great splendor, your Honors shall have the reward and praise next to God the Lord who will grant his blessing to it. On your Honors sending us a schoolmaster, we shall endeavor to have constructed a suitable place or school."

O'Callaghan[8], III, p. 233.

The following year (1659) Dr. Alexander Carolus Curtius, a professor in Lithuania, was engaged and sent over to take charge of the school. He was to have a salary of 500 florins [1] per year, one-fourth of this to be paid him before embarking, so that he might procure some needed books. He was to have 100 guilders with which to provide some necessary articles, and besides was to have a garden and orchard given him in New Amsterdam. He might give private instruction, if it did not interfere with his teaching in the Latin school. On July 4 he appeared in court and was told that the city would allow him 200 florins yearly as a present. The treasurer also gave him an order for 50 florins besides, which he accepted with thanks. Being a physician, he also practised medicine. He did not meet the expectations of the people or of the company. The court complained that he was taking too much pay from his pupils, and the people said that he did not keep order, for the pupils "beat each other and tore the clothes from each other's backs." His reply to the patrons was that his hands were tied, as some of the parents forbade him punishing their children. Besides all this, he was involved in a suit about the price of a hog. Losing the suit did not make him any more popular than he had been. As a result of all his troubles, it was thought best to have a new teacher.

Pratt, pp. 852–857.

In 1660 Hoboocken again petitioned for an allowance, since he was "behindhand with the building of the school, and for divers other reasons." The council decided to pay him "his current year's salary . . . at a

[1] A florin is worth about 40 cents.

Google

more convenient season . . . and his allowance is hence-
forth abolished."

O'Callaghan², III, p. 407.

School-teaching was sometimes taken up as a last
resort. Jan Juriaense Becker, "through the caprices of
the unsteady fortune . . . has been compelled to become
a tavern-keeper . . . for which he nearly sacrificed all
what he possessed — and whereas the supplicant is ap-
prehensive that many difficulties, and even poverty is
threatening him and his family," being an old employee
of the company he asked that he might be employed as
a writer for the company, and if that was not possible,
"that then the supplicant might be permitted to keep
school, to instruct the youth in reading, in writing, etc."
This touching appeal was favorably heard, and he was
granted permission " to keep school."

Van der Kemp, XXIV, p. 374.

In January of 1662 Rev. Ægidius Luyck arrived at
New Amsterdam and became the successor to Curtius
in the Latin school. His salary seems not to have been
fixed at first, so that some anxiety arose on his part.
In a petition, after some explanation, he says : —

"I offer, notwithstanding, cheerfully to continue my service, but
solicit most earnestly and humbly that the Director General, with
his high and faithful Council, that it may please them to provide
me with a decent salary, so as I cannot doubt, it shall meet their
approbation, as well knowing that I cannot live on the small pay-
ment which is received from my disciples — and as a laborer deserves
his wages — and if I might obtain a favorable resolution, my ardor
and zeal to acquit myself well to my duty must of course increase —
by which I am encouraged to remain."

Van der Kemp, XXI, p. 257.

So serious did the matter of salary become, that he
even petitioned for permission "to sail — on a short
trip — under God's guidance to the Fatherlande ; to
solicit there in person." The case was finally settled by
allowing "the Rev. Aegidius Luyck" wampum to the
amount of 1000 guilders annually, one-half of which was
to be paid by the company.

Luyck first came to the colony to be private instructor

to Director Stuyvesant's children, and it was because of his success in teaching them, that others requested that he should be appointed to continue the Latin school. In 1663 he reports twenty pupils, among whom were two from Virginia and two from Fort Orange. At the same time he was expecting ten or twelve more from these places. He was also arranging for some of them to board with him. When the English took possession, he took the oath of allegiance. In 1665 he was in Holland, assisting Stuyvesant in justifying the surrender of New Amsterdam without resistance. He returned to New Amsterdam, and at the recapture in 1674 he was burgomaster. When the English again took possession

Pratt, *passim*.   he refused to take the oath and returned to Holland.

Mr. Pratt, in his *Annals of Public Education in the State of New York*, gives a list of thirty teachers who taught in that colony during the Dutch rule; of these teachers, ten conducted private, and twenty public, schools; some for a short period, others for a number of years.

On the whole, we cannot fail to be impressed with the conscientious attempts of the sturdy Dutch burghers to provide schools for their children. Thirty masters in as many years among a population as limited as was that in the New Netherlands even at the time of the British occupancy, is a worthy showing, though those masters — like others before and since — were not all that might be desired.

### REFERENCES

*Boone*, Richard G.  Education in the United States. — **Broadhead,** John R.  History of the State of New York. — Brown, Elmer E.  The Making of our Middle Schools.  N.Y. 1902. — **Clews,** Elsie W.  Educational Legislation and Administration of the Colonial Governments.  Columbia University Pub.  1899. — Draper, Andrew S.  Public School Pioneering in New York and Massachusetts.  Ed. Rev. Vols. III, IV, and V. — Dunshee, Henry.  History of the School of the Reformed Dutch Church in New York.

*Dutch Schools in the New Netherlands* 23

N.Y. — **Fernow**, Berthold. The Records of New Amsterdam.
— *Martin*, George H. Public School Pioneering. Ed. Rev. Vols.
IV and V. — **O'Callaghan**, Edward B. (1) New York Colonial
Documents. (2) New Amsterdam Records. — **Pratt**, Daniel J.
Annals of Public Education in the State of New York. References
in this chapter are to the Eighty-second Regent's Report of the State
of New York. Contains a bibliography. Many of the references
in this chapter are also found in Pratt. — **Van der Kemp**, Francis A.
Albany Records.

Google

## CHAPTER III

### EARLY SCHOOLS IN THE NEW ENGLAND COLONIES

#### Massachusetts Bay

THE sturdy settlers upon the New England coast played a much more important part in the making of our school system than had their predecessors in Virginia, or those at the mouth of the Hudson. These were of quite different stock. While the Virginia settlements were peopled with adventurers, or at best by those who hoped soon to return to the mother country, and New Amsterdam with the poorest of Dutch peasantry, within the veins of the first New England colonists ran blood as blue as any in old England, and the first step of each upon the rugged shore was with the full consciousness that it would never be retraced. Though willing to undergo hardships and privations for conscience' sake, they set to work energetically to lessen them as much as was in their power. Physical hardships they could put up with without a murmur, but spiritual and intellectual deprivations — never. So they early set up schools, patterned as closely as possible after those which they had attended in the mother country. The early comers, especially to the Boston colony, were singularly well fitted for the task of establishing them. Never since, in the history of our country, has the population as a class been so highly educated as during the first half-century of the Massachusetts settlements.'' One man in every 250 had been graduated from an English university, and both clergy and laity had brought from home enviable reputations for superior service both in church and college.

24

It was but natural, then, that the fear so often expressed that education and religion might die with the first generation, should result in the establishment of institutions for their perpetuation. The first was the Latin Grammar School, though antedating Harvard College but two years. The prime mover in the enterprise is generally conceded to have been Rev. John Cotton, one of the most brilliant products of Emanuel College, Cambridge, where he had remained some years after graduation, as tutor. During his subsequent pastorates in England, as well as in his native town, he had been much interested in the grammar schools. No better leader could have been found for such a movement among a cultivated and refined people, of whom Palfrey says :—

"In all its generations of worth and refinement, Boston has never seen an assembly more illustrious for generous qualities . . . than were the magistrates of the young colony who welcomed Cotton and his fellow voyagers at Winthrop's table." *Palfrey, I, p. 367.*

It was in 1635 that the town-meeting voted "that our brother Philemon Parmount shall be interested to *Brown, p. 34.* become schoolmaster for the nourturing of children with us," and the long career of the school was fully started. This was almost exactly five years after the first settlement in Boston, and fifteen after the beginning at Plymouth.

Unfortunately we know but little about Parmount. His connection with the school did not last for more than a year, and tradition has it that after going into the wilderness of New Hampshire as one of the followers of Anne Hutchinson, he was one of the founders of Exeter in that state. Certain it is that he was a settled pastor there in 1638. In 1636 we find record that "at a general meeting of the richer inhabitants there was given toward the maintenance of a free school with us, Mr. Daniel Maud, being now also chosen thereunto."

Clews, p. 61.
The list of "richer inhabitants," some forty in number, who subscribed to the fund, is headed by the name of Governor Vane, followed by his deputy John Winthrop and William Bellingham, each of whom gave £10, and
Winthrop, p. 295
, note.
since the entire sum pledged was but £40 6s., the remainder must have been given in small sums. Besides his regular salary, Maud had assigned to him a "garden plot" upon condition of building thereon if need be. He continued as teacher until 1642, when he took up a pastorate at Dover, New Hampshire, thus following the path of his predecessor, Parmount. Private subscriptions did not long remain the sole support of the school, though the rate bill and tax were not resorted to in the earliest years, the first direct reference to fees being in 1679. To supplement the fees the town granted certain islands, and in some instances, the rents accruing from these possessions were devoted to the support of the school. For example, in 1641 it was voted that Deere Island should be improved and the
Clews, p. 61.
income derived from it devoted to a free school. But that the income from such a source could not have been sufficient to meet the expenses of the school is evident from the fact that in 1644 the island was leased for three years at £7 a year. In 1660 the general court granted Boston one thousand acres of land for the support of its schools.

The fame of the Boston Latin School rests not alone upon the fact that it was the first school to be started in the colony, but perhaps fully as much upon its great good fortune in having at its head for more than a third
Cheever.
of a century the illustrious Ezekiel Cheever. So far as we have record, Cheever had begun his work as a teacher in 1642 in New Haven, going to Ipswich in 1651, to Charlestown in 1661, and removing to Boston in 1670, where he passed the remainder of his long and useful life. Seldom has a teacher been more praised by his contemporaries, nor mourned by his friends. His

funeral sermon was preached by Cotton Mather, who also wrote a poem in honor of his former teacher, in both of which he bestows great praise on Cheever and his work. The poem begins : —

> " You that are men, and thoughts of manhood know,
>   Be just now to the man that made you so."

But he finds himself unable to write as he should,

> " Ink is too vile a liquor, liquid gold
>   Should fill the pen, by which such things are told . . .
>   His work he loved : oh, had we done the same :
>   Our play days still to him ungrateful came.
>   And yet so well our work adjusted lay,
>   We came to work as if we came to play."

In speaking of his life, he continued : —

" He died . . . in the ninety-fourth year of his age : after he had been a skillful, painful, faithful schoolmaster for seventy years." " We generally concur in acknowledging that New England has never known a better schoolmaster."

All joined Mather in speaking his praises. Cheever's *Accidence* was the first great text-book in colonial times. It was a beginning Latin book, and so great was its popularity that it commanded considerable respect, even in the nineteenth century. The last edition was printed in 1838. <sub>Text-books, p. 217.</sub>

Charlestown in 1636 joined in the educational movement inaugurated by Boston, and arranged with William Witherell " to keep a school for twelve month, to begin the eight of August, and to have £40 this year." Since nothing is said as to the source of the money, it would seem that the expenses were to be met by the public. This school was not, however, wholly free in 1647, being supported in part by the rent from some islands and the income from the Mystic Weir. <sub>Martin[2], p. 49.</sub>

In 1659 the general court granted Charlestown one thousand acres of land, on condition that it be improved and used for the support of the school. If these condi- <sub>Clews, p. 62.</sub>



tions could not be complied with by Charlestown, the land was to be given to the town that should meet the requirements.

Bush, p. 1171.
In 1637 Rev. John Fiske, wealthy and well educated, settled at Salem and began to teach school. In this work he continued until early in 1640, when the town-meeting appointed a "young Mr. Norris" in his stead. Norris seems to have been successful, for he taught the children of Salem for upwards of thirty years. Thereafter the school had graduates of Harvard for its masters for more than a century.

Martin, p. 50.
Not all of our town schools of to-day can boast of such a record. The school was supported by subscriptions from the patrons, while the town rate provided for the children of the poor.

The first public school in America to be supported by direct taxation "upon the inhabitants of a town" was established at Dorchester, Massachusetts, in May, 1639.

In 1636 David Thompson had settled upon Thompson's Island, off the coast of the colony town, and in 1638 he gave the island to the town on the payment of twelvepence yearly rental. Having transferred the island to the town, the town council met May 20, 1639, and adopted the following order : —

"It is ordered the twentieth day of May, 1639, that there shall be a rent of £20 a year imposed forever on Thompson's island, to be paid by every person that hath propriety in said island, according to the proportion that any such person shall from time to time enjoy and possess there, and this toward the maintenance of a school in Dorchester. This rent of £20 a year to be paid to such schoolmaster as shall undertake to teach English, Latin, and other tongues, also writing. The said schoolmaster to be chosen from time to time by the freemen, and it is left to the discretion of the elders and the seven men for the time being whether maids shall be taught with the boys or not. For the levying of this £20 yearly from the particular persons who ought to pay it according to this order, it is further ordered that some man shall be appointed by the seven men for the time being to receive this, and on refusal to levy it by dis-

Google

tress, and not finding distress, such person as so refuseth payment
shall forfeit the land he hath in propriety in said island."

Here, the first teacher was the Rev. Thomas Water-
house.

Dorchester, as we see, had its first school in 1639. Text-books,
In 1645 the town appointed a committee of three " war- p. 210.
dens or overseers of the school." These men, residents
of Dorchester, were to hold office for life unless for a
" weighty " reason they be removed. This first school
committee appointed by any municipality in this coun-
try put the schools in touch with the town-meeting, and
no doubt laid the foundation of our present local board
of directors.

The town-meeting of Newbury in 1639 granted ten Bush⁸, p. 1171.
acres of land to Anthony Somerby " for his encourage-
ment to keep school one year." It was decided to
raise the teacher's salary — £20 — by town rate. A
committee was appointed to have charge of the school,
and there was some talk of building a schoolhouse.
The following year it was decided " that the town should
pay £24 by the year to maintain a free school at the
meeting-house." Yet the vote seems not to have been
by any means unanimous, since seventeen residents
" desired to have their dissents recorded."

It was in 1636 that the general court took up the Harvard Col.
question of higher education, and the result was the p. 225 *et seq.*
founding of Harvard College. Ten years later, in 1641, Clews, p. 58.
it anticipated its later enactment for the furtherance of
elementary education by appealing to the elders of the
church to prepare " a catechism for the instruction of
youth in the grounds of religion."

The fact that these matters were put into the hands
of the elders, and that merely a catechism was asked
for, has caused this act to be regarded as a religious
rather than as an educational move. But at that time
the clergy were the acknowledged educational leaders,

Google

and the civil and religious interests were closely united. That the youth should be instructed "in the grounds of religion" meant much to a people who used the Bible in the court room as freely as in the pulpit, who made it the foundation of their civil as well as of their religious laws. That their children should be able to understand and read that book which had so much to do with their laws and lives concerned them greatly, and was a weighty reason for establishing schools.

Except for these two enactments, the first of which was special (Harvard College) and the second of little educational purport, the Massachusetts law of 1642 was the first upon the statutes in any way affecting education in the colony. This was, however, far-reaching in its consequence; and because of its wise provisions, deserves perpetuation.

In it the court recognized that in many instances the children were not being trained "in learning and labor and other employments which may be profitable to the commonwealth," and emphasized the responsibility of parents and masters in the matter. Recognizing with wonderful foresight the needs of a democratic community, when we consider its lack of experience under such a form of government, the court instructed the selectmen to make investigation from time to time, and place in better guardianship those children that were being neglected. It did not as yet make the instruction of the youth a public responsibility, though it did insist that they should be taught in the home. Should any parents or masters refuse to render proper accounts, they were to be fined, and their children taken from them. Should the difficulties of enforcing the law prove too great for the overseers, they could call upon the civil authorities.

Here was also ample provision for practical industrial education, the tools and the material for the work to be provided by the several towns. Both boys and girls

Appendix B. *(margin note)*

were within the provisions of the law, and their conduct toward each other was to be carefully guarded. These colonists seem to have caught the spirit of the old Jewish saying, "He that does not teach his son a trade does the same as if he taught him to steal."

If the act of 1642 does not free the people of Massachusetts from the charge of being merely religious bigots, that of 1645 may show further what they considered "profitable to the commonwealth." It was then Clews, p. 60. decreed by the court that "whereas it is conceived that the training up of youth to the art and practice of arms will be of great use to this country in divers respects . . . that all youth within the jurisdiction from ten years old to the age of sixteen years, shall be instructed by some one of the officers of the band."

It is not known just when the school at Cambridge began; but in 1643 Elijah Corlett had "very well ap- Corlett. proved himself for his abilities, dexterity, and painfulness in teaching and educating the youth under him."

Brown, p. 40.

This school was never large, only nine students being in attendance in 1680. Corlett continued to teach until his death, which occurred forty-three years after we first hear of him as a teacher. He was known as a good instructor, but a "very poor" man. The Cambridge school had some Indian pupils for whom a special grant had been made; the others paid regular fees. The town, however, felt that the teacher deserved better treatment than he was receiving, and in 1648 "it was Martin[2], p. 49. agreed at a meeting of the whole town, that there should be land sold of the common for the gratifying of Mr. Corlett for his pains in keeping a school in the town, the sum of £10, if it can be attained, provided it shall not prejudice the cow common."

Fortunately for the gratifying of Mr. Corlett the "cow common" proved adequate for the needs; and six months later the records allude to the payment of £10

Google

32     *The Growth of the People's Schools*

as a gift.  In 1654 the town again came to his relief by
Bush⁸, p. 1180.   levying a rate for his benefit.

From the Hopkins charity fund he was granted an
annual appropriation of £7 10s., but he never had more
than the bare necessities of life.  His successors at
Cambridge for a hundred years had the same struggle
for existence.

Clews, p. 62.     In 1659 the town was granted one thousand acres of
land by the general court on "condition that they for-
ever appropriate it" to the grammar school.  Should
they fail to do so, the benefit was to pass to the nearest
town that did support a grammar school.

Bush⁸, p. 1180.    Cotton Mather places Corlett by the side of Ezekiel
Cheever in the well-known lines: —

> " 'Tis Corlett's pains and Cheever's we must own,
>   That thou, New England, are not Scythia grown."

He further speaks of him as, "that memorable old
schoolmaster in Cambridge from whose education our
college and country have received so many of its worthy
men that he is himself to have his name celebrated in
our church history."

Brown, p. 40.     Roxbury opened a school in 1645.  The record runs: —

> "The inhabitants of Roxbury, in consideration of their religious
> care of posterity, have taken into consideration how necessary the
> education of their children in literature will be to fit them for public
> service, both in the church and commonwealth, in succeeding ages;
> they therefore unanimously consented and agreed to erect a free
> school."

Mass. Col. Rec.   The teacher's salary was fixed at £20, appropriated
IV, pt. i, p. 438.   from the rents of certain lands which were to be forever
devoted to the support of the school.  A committee of
seven was appointed.  Vacancies on this committee
were to be filled by the founders or their heirs.  If,
however, after a reasonable length of time, vacancies
should not be so filled, then the rest of the committee

Google

was to make the appointment. This committee was to select the teacher and have general supervision of the school and its funds. This was a private school with a permanent endowment. In 1660 the general court gave the town five hundred acres of land for the support of a free school.

In 1671 Thomas Bell left by will two hundred acres of land to support the children of the poor of Roxbury. This was turned over to the school. At times citizens complained much because of the private nature of the school. The opposition to it became so great that in 1669 a committee was appointed by the court to study the question and effect an amicable settlement. The investigation proved favorable to the school, and the court supported the trustees. Provisions were also made for the levying of taxes, in case the income of the school fell short of the required amount. But it was expressly stated " that the said donors be absolutely and wholly free from any such levy or imposition. That the levy be equally made on all inhabitants, excepting only those that do, by virtue of their subscription, pay the full proportion of the annual charges."

*Mass. Col. Rec. IV, pt. ii, p. 457. Clews, p. 62.*

Roxbury was the home of Rev. John Eliot, the apostle to the Indians. As an early advocate of education, he deserves rank by the side of Cotton. Of him and his work Cotton Mather says : —

*Eliot.*

" I cannot forget with what ardor I ever heard him pray, in a synod of these churches which met at Boston. . . . 'Lord, for schools everywhere among us, O that our schools may flourish. That every member of this assembly may go home and procure a good school to be encouraged in the town where he lives. That before we die we may see a good school encouraged in every plantation of the country.' God so blessed his endeavors that Roxbury could not be content without a free school in the town; and the issue of it has been one thing which has made me almost put the title of *Schola Illustris* upon that little nursery ; that is, Roxbury has afforded more scholars, first for the college and then for the public, than any town of its bigness, or, if I mistake not, of twice its bigness, in all New England."

*Mather, Vol. I, Bk. 3, p. 498. Bush³, p. 1169.*

D



These six schools, established in the first half of the seventeenth century, together with one at Braintree, which seems to have been started as early as 1645, furnished the students for Harvard College, and the work which they were doing may be roughly estimated by its entrance requirements. They were all in a sense secondary schools, since admission to them presupposed at least some slight knowledge of the English language. Since even so much proficiency was not by any means the rule with the children of the colony, in spite of the admonition of the act of 1642, the general court again turned its attention to educational matters, and in 1647 framed the most important school law of our whole history. This law marks a tremendous step forward; so far forward, in fact, that the people had hardly caught up with it in two centuries' time, with the result that its enforcement was practically impossible. Yet it has been the model for a vast amount of subsequent legislation, and may be taken as the mother of all our school laws. It contained all the essentials of the purest democracy. The teacher was to be appointed by the people and paid by the people " to teach all such pupils as shall resort to him, to write and read," without a shadow of class distinction. Nor was the law simply permissive; it was mandatory as well, requiring that schools be established, and that a fine of £5 await those communities that failed to observe its edicts. There was to be an elementary school for towns of fifty families and a grammar school for those of one hundred families. But like so many laws enacted since its day, this one had its weak point, well-nigh ruining its usefulness. The fines were too small. The town disposed to do so could pay its fine much cheaper than it could keep its school, and we are forced to believe that many were so disposed to do. In fact, it has been said that Boston alone, of all the towns within the colony, complied fully with the law of 1647 during each of the years that it was on the statute books.

Google

The defects were, however, discovered in time and remedied by increasing the fines to be imposed for non-compliance.

In 1649 Watertown decided to build a schoolhouse, and voted the necessary funds. "John Sherman was appointed to procure the schoolhouse built; and to have it built 22 foot long: and 14 foot wide and 9 foot between joints." In looking about for a teacher, the selectmen "agreed that John Sherman shall wright a letter: in the Townes name: unto David Michell of Stamfourth to Certify to him: the Townes desire of him: to come and keepe schoole in the towne." Evidently they failed to secure Michell, for the next year Richard Norcross was chosen "Schoole master for the chilldren to Read and Write and Soe much of Lattin, according to the order of the Court, as allso if any of the sᵈ towne have any maidens, yᵗ have a desire to learne to write yᵗ the sᵈ Richard should attend them for the learning off them: at allso yᵗ he teach such as desire to Cast acompt, and yᵗ the towne did promise to allowe the sᵈ Richard for his imployment thirty pounds for the yeare."

In this instance the teacher was elected by a vote of the town, the town fixed the studies except Latin, and of that the court's order — enough to fit for the university — was to be followed. Girls might be taught, but they were not to be admitted to the school, it seems, since the teacher was to "attend them." Norcross was reëlected annually for twenty-five years. At the end of that period the town seems to have adopted measures of economy, since they wished to hire a teacher "as cheap" as they could. In 1679 Norcross was again engaged, and that expenses might be diminished as much as possible, he was to teach English and Latin scholars at the schoolhouse for eight months, and during the four summer months "Latin Scholars and writers" at his own house. His salary was fixed at £20. The people

Martin⁴, p. 577.

Google

objected to this agreement, and as a result the school was kept at the schoolhouse the entire year and his salary raised to £25.

A contract with Norcross for the year 1651 throws some light on the school.

" An agreement Between the Towne and Mr. Richard Norcross. That Mr. Richard Norcross shall attend the keeping of a schoole within the Bounds of Watertowne where the Towne shall appoynt. That he use his best endeavor to instruct all such psons as shall be sent unto him in Inglish writing or Lattin according to the Capassity of the pesons and that it is in the Liberty of any Inhabitant to send his sonnes or servant for a weeke or two and to take them away agayne at his plesure and therefore the sayd Mr. Norcross is to keepe a strict accounte of the nomber of weekes that every one Dooth Continue, And that every pson that learnesth Inglish shall pay 3*d* a weeke and such as write or Lattin shall pay 4*d* and that Mr. Norcross is to give notice to the pertickler parents of theyre just Due according to this order and If any pson shall neglect to bring unto his house his full Due by the 29th of the 8th month in 52 that then he shall bring a note of the names and the sums of theyr debt unto the 7 men who are hereby required to take some speedy Course to him to his due.   This order consented to By Mr. Richard Norcross."

When the salary was not fully paid by fees the town made up the shortage.

Appendix B. An act of the Massachusetts general court, passed in 1652, throws an interesting light, not only upon what the schools had accomplished, but upon what they were expected to accomplish in the future.   According to this act the number of students in the college was increasing.
Mass. Col. Rec. VI, pt. i, p. 100. For the time being, the supply of learned men for " magistrates, associates in courts, physicians, and officers in the Commonwealth, and of teaching elders in the churches " was sufficient, but the young men after completing their education were wont to " seek for and accept employment " elsewhere ; and, as a result, it was becoming " more and more difficult to fill places of most emminence as they are empty or wanting."   " If timely

provision be not made it will tend much to the disparage-
ment, if not to the ruin, of the Commonwealth." In
this there appears nothing that would narrow the work
of education merely to providing a learned ministry.

In 1654 the court passed an act that took into con- Hinsdale, p. 1232.
sideration not only the moral standing of the teacher
but also insisted upon his orthodoxy.

"*Ordered*, Forasmuch as it greatly concerns the welfare of this
country that the youth thereof be educated not only in good litera-
ture, but sound doctrine, this court doth therefore commend it to the
serious consideration and special care of the overseers of the college
and the selectmen in the several towns not to admit or suffer any
such to be continued in the office or place of teaching, educating, or
instructing of youth, or child, in the college or schools that have
manifested themselves unsound in the faith or scandalous in their
lives, and not giving due satisfaction according to the rules of
Christ."

In 1671 the court for weighty reasons increased the
fine for towns that failed to keep a grammar school from
£5, as decreed by the act of 1647, to £10; but the hesi-
tation on the part of the constables to serve the warrants
upon the guilty towns seems largely to have negatived
the effect of the change. We can interpret this unwil-
lingness to enforce the law only as evidence that the
public was not in sympathy with it and that, with the
new generation, educational ideals were becoming lower.
Yet in spite of this, school laws were enacted from time Appendix B.
to time, that of 1683 requiring that towns of five hundred
families and more maintain two grammar schools, while
the fines imposed by that of 1647, even as amended,
were doubled.

But the colony was rapidly growing, in spite of the
Indian wars, the frontier pushing westward, and many
of the towns in its wake setting up schools. Besides
those already mentioned, the following schools seem to
have been established previous to 1700 within the Massa-
chusetts Bay Colony, or in regions immediately tributary
to it within the state.



38    *The Growth of the People's Schools*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dedham | . | . | . | . | . | 1653 | Concord . . . . . 1680 |
| Newbury | . | . | . | . | . | 1658 | Barnstable . . . . 1682 (?) |
| Northampton | . | . | . | . | 1667 | Taunton . . . . . 1682 |
| Hingham | . | . | . | . | . | 1670 | Woburn . . . . . 1685 |
| Duxbury | . | . | . | . | . | 1677 | Lynn . . . . . . 1687 |
| Rehoboth | . | . | . | . | . | 1678 | Marblehead . . . . 1698 (?) |

### Plymouth Colony

Although the colonists at Plymouth were tardy in the setting up of schools, we have evidence that their children were not wholly neglected. This comes in the form of an indignant reply made as early as 1623, to a rumor that seems to have been current in England that "their children were not catechised nor taught to read." "This is not true," it ran, "in neither part thereof: for divers take pains with their own as they can. Indeed, we have no common school for want of a fit person or hitherto means to maintain one, though we desire to begin." There seems, however, to have been at least one school in the colony in 1635, for we find in a contract which the widow of Dr. Fuller made in receiving an apprentice, the agreement "to keep him at school for at least two years." Such would hardly have been made had there been no schools.

Yet that the instruction of children, even in the home, was not general, even as late as 1650, or at least that it was not efficient, is indicated by an action of the general court of the colony in that year. It runs: —

> 1658. It is proposed by the Court vnto the seuerall Townshipes of this Jurisdiction as a thinge they ought to take into theire serious consideration That some course may be taken that in euery Towne there may be a schoolmaster sett vp to traine vp children to reading and writing.

Since this same act was repeated in 1663, we must believe that "the seuerall Townshipes" did not "take into theire serious consideration" this "thinge they ought."

*Palfrey, II, p. 45.*

*Plymouth Rec. I, p. 37.*

*Hinsdale, p. 1258.*



MAP OF
THE COLONIES
showing
EDUCATIONAL INSTITUTIONS
known to have been founded
previous to 1700

* Represents Grammar Schools
□ " Colleges

SCALE OF MILES

Longitude West from Greenwich

Google

Digitized by Google

By this time a dozen towns had been incorporated, but there could not have been such a thing as public schools. A whole generation, then, grew up without the advantages of instruction with which other colonies were providing their children.

An unsuccessful attempt at establishing grammar schools was made in 1667, when the court decided that each town of fifty families shall raise £12 by tax for the support of the same.

In 167c the court opened the way for a school by "granting all such profits as may or shall accrue annually to the colony from fishing with nets or seines at Cape Cod for mackerel, bass, or herring, to be improved for and towards a free school in some town in this jurisdiction, for the training up of youth in literature for the good and benefit of posterity, provided a beginning were made within one year after the said grant." *Plymouth Hist. Soc. Col. XIV, p. 8o.*

The town of Plymouth, by opening a school, secured this income from fishery privileges, amounting to £33 a year. The town also voted lands for the school, and private contributions were made. A schoolhouse was built "not only for the better accommodating of the scholars, but also for the schoolmaster to live and reside in." The first public schoolmaster, Mr. John Morton, opened the school in 1671. He was "to teach the children and youth to read the Bible, to write, and to cast accounts." The following year Mr. Corlett of Harvard was chosen teacher, and the school was raised to a grammar grade. He taught Greek and Latin, but the people were not so much interested in these languages, and in 1674 they voted that their "children be taught to write and cypher besides that which the country expects from the said school." In this same year the rents from the fishery were again voted to the school "if a competent Number of scholars shall appear to be devoted thereunto, which this Court judges not to be less than eight or ten." Certainly public sentiment was *Small, p. 521.* *Appendix B.*


Google

in need of an awakening. The law of 1677 shows that this awakening was at hand.

This law was a marked advance over anything which had preceded it in the colony; and a number of towns availed themselves of the advantages which it offered. But in 1692 the Plymouth Colony was united with that of Massachusetts Bay, and the law of 1647, with its various amendments, became operative throughout the entire country.

### The Connecticut Colonies

In speaking of the schools of Connecticut, the late Hinsdale, p. 1240. Dr. Hinsdale said : —

> "No State has a more honorable educational record, taken altogether, than Connecticut. No other of the old States can show such a connected series of public and private transactions relating to schools and education, extending from the foundation of the Commonwealth down to the opening of the present educational area, some fifty or sixty years ago. Accordingly, the State affords the best possible opportunity to study continuously the history of popular education from the feeblest beginnings."

Steiner, p. 16.    Very little time was lost in getting schools under way after the first settlements were made in Connecticut. Hartford was but four years old when, in 1639, Rev. John Higginson opened the first; and if, as seems probable, one was started in New Haven the same year, schools there were practically coincident with the founding of the town.

The only evidence we have that New Haven had a school at so early a date is the following record : —

Am. Jour. Ed.    "Thomas Fugill is required by the Court to keep Charles Higgin-
4 : 662.    son (?), an indentured apprentice at school one year, or else advantage him as much in his education as one years schooling comes to."

It hardly seems probable that schooling would be mentioned in the formal action of the court, if there

Google

had been no schools in the New Haven Colony, where Fugill resided.

Late in the year 1641 the court at New Haven con- <span style="float:right">Steiner, p. 16.</span>sidered seriously the matter of public education, and voted "that a free school be set up in this towne and our pastor, Mr. Davenport, together with the magistrates, shall consider whatt yearly allowance is meet to be given to it out of the common stock of the towne, and allso whatt rules and orders are meet to be observed in and about the same."

The first teacher of the school resulting from this action was Ezekiel Cheever, until 1644 at an annual salary of £20; but for the remainder of his service, which terminated in 1650, £30. It was during his connection with the New Haven school that he wrote his renowned *Accidence*.

The serious purpose in the minds of the founders of <span style="float:right">Text-books, p. 217.</span>these early schools is shown by the following statement regarding the New Haven school, which was to be " . . . for the better training up of youthe in this towne, that through God's blessing they may be fitted for public service hereafter, either in church or commonwealth."

But the Hartford settlers were in no way behind their neighbors at New Haven. Previous to 1642 a schoolhouse had been erected, though that it was not always used for purely educational purposes may be inferred from the record that there were stored within it "two large guns, and carriages and other things belonging to the town." Perhaps, however, these were but the necessary accompaniments of a school situated as was that at Hartford in those days. In the following year (1643) it was voted <span style="float:right">Steiner, p. 16.</span>

"That Mr. Andrew should teach the children in the school one year next ensuing from the 25th of March, 1643, and that he shall have for his pains £16; and therefore the townsmen shall go and inquire who will engage themselves to send their children; and all

Google

that do so shall pay for one quarter at the least, and for more if they do send them, after the proportion of twenty shillings the year, and if they go any weeks more than an even quarter they shall pay sixpence a week; and if any would send their children who are not able to pay for their teaching, they shall give notice of it to the townsmen, and they shall pay it at the town's charge; and Mr. Andrew shall keep the account between the children's schooling and himself, and send notice of the times of payments and demand it; and if his wages do not come in, the townsmen must collect and pay it; or if the engagements come not to sixteen pounds, then they shall pay what is wanting at the town's charge."

This record shows in what an energetic, whole-hearted manner those old settlers, in a town less than eight years old, attacked the school question. The plan was not to see whether there were enough generously minded people in the community to support the school, but to hire the teacher, complaints or no complaints, assure him of the full salary, and then go out among the people for the children. They drew the mark and jumped to it, and jumped the farther for having drawn it.

By 1648, Hartford had outgrown its school accommodations, and it was decided in a town-meeting that " the necessities of the town and the desires of many, calling for some provision to be made for the keeping of a school with better conveniency than hitherto hath been attained, the want whereof hath been both uncomfortable to those who have been employed in that service and prejudicial to the work under hand, which is looked as conducing much to the good of the present age, and that of the future." At the same time it was also "agreed and consented to by the town that £40 shall be paid in the way of a rate to the townsman for the time being carrying on the said work. . . ." But this, it was felt, would be far from enough to build the kind of home that was needed. Therefore, provisions were made for receiving such private donàtions as any might be disposed to make; and it was expressly stated "that the building so erected shall not be diverted to any other use or

Hinsdale, p. 1240.

Google

employment, but in the way of schooling without the consent of the parties that shall contribute."

In 1650 the first codification of the Connecticut laws **Appendix B.** was made, and the famous articles under the titles " Children " and " Schools " remained upon the statute books for more than 150 years, slightly modified from time to time, so as to give them greater efficiency. In both the influence of the Massachusetts legislation is plainly noticeable.

As may be seen from the law, education is insisted upon because " it is of singular behoofe and benefitt to any commonwealth." The rights of the parents are recognized, but in case they neglected their duty and did not teach children at least enough to enable " them to fully read the English tongue," and understand " the capital laws " a fine of 21s. was to follow. Religious training was also made obligatory.

For those who could not or would not go farther, an opportunity was given to train children up in some " trade profitable to themselves and the commonwealth." There was every reason in those days for an insistence upon a familiarity with the " capital laws." As the life to come was held to depend upon a knowledge of the " principles of religion," so the present depended to an extent that seems almost incredible in these later days, upon full understanding of them. The following sections from the capital laws of the 1650 codification (and there were many more of a similar nature) will serve to illustrate the importance of this.

"SECTION 14. If any child or children above sixteen years old Hinsdale, p. 124a. and of sufficient understanding, shall curse or smite their natural father or mother, he or they shall be put to death ; unless it can be sufficiently testified, that the parents have been very unchristianly negligent in the education of such children, or so provoke them by extreme and cruel correction that they have been forced thereunto to preserve themselves from death or maiming.

"SECTION 15. If any man has a stubborn, or rebellious son of sufficient understanding and years, viz., sixteen years of age, which

Google

> will not obey the voice of his father, or the voice of his mother, and
> that where they have chastized him, he will not hearken unto them;
> then may his father or mother being his natural parents lay hold
> on him and bring him to the magistrates assembled in court, and
> testify unto them that their son is stubborn, and rebellious, and will
> not obey their voice and chastisement, but lives in sundry notorious
> crimes, such a son shall be put to death."

It was in the same year (1650) that the Connecticut colony enacted its first law with reference to Indian education. The order was "that one of the teaching elders of the churches in this jurisdiction, with the help of Thomas Stanton, shall be desired, twice at least in every year to go amongst the neighboring Indians and endeavor to make known to them the counsels of the Lord, . . . and Mr. Governor and Mr. Deputy, and other magistrates are desired to take care to see the thing attended, and with their presence so far as may be convenient encourage the same."

Hinsdale, p. 252.

The work among the Indians was to be evangelical, "wherein the glory of God and the everlasting welfare of the poor, lost, naked sons of Adam is so deeply concerned." In 1654 the court asked that Homas Mynor send his son John to Hartford, that he might prepare himself in school for work among the Indians. The court was ready to "provide for his maintainance and schooling." Schools, however, had preceded legislation, there having been one at Guilford, founded in 1646, and another at Farmington, taught by the parish minister from 1648 to 1697. References to this school are found in the records as late as 1736.

Bush², p. 1177.
Steiner, p. 16.

The school at New Haven had been started as a Latin school, but by 1652 it had become quite elementary in character. In the early part of this year, "the Governor acquainted the court that he heard the school master is somewhat discouraged, because he hath so many English scholars, which he must learn to spell, which was never the town's mind, and it was now

ordered that the school master shall send back such scholars, as he sees doth not answer the first agreement with him, and the parents of such children were desired not to send them."

Yet it seems that the matter was not easily settled. Later in the year the governor again memorialized the court, and stated what had been done with reference to securing a teacher. He had written to two teachers, but had not yet heard from either. " But now Mr. Janes has come to town, and is willing to come hither again if he may have encouragement." In case one of the teachers to whom the governor had written should come Mr. Janes was "willing to teach boys and girls to read and write if the town saw fit." The town was willing to "allow him at least £10 a year out of the treasury, and the rest he might take of the parents of the children he teacheth by the quarter, as he did before, to make a comfortable maintainance." Many were of the opinion that there should be two teachers, " for if a Latin school master come, it is feared he will be discouraged if many English scholars come to him."

In 1655, when the New Haven Colony contained seven towns, the law made ample provision for the education of children. In each settlement the " officials were from time to time to have a vigilant eye over their brethren and neighbors. . . ." Parents and masters must endeavor "either by their own ability and labor, or by employing such schoolmasters or other helps and means as the plantation doth afford or the family may conveniently provide" to teach children and apprentices " to be able duly to read the scriptures and other good and profitable printed books in the English tongue . . . and in some competent measure to understand the main grounds and principles of the Christian religion necessary to salvation."

Parents and masters who violated the law were to be fined, after due warning, 10s. for the first offence. If

Hinsdale, p. 1243.

in three months after the first fine, any failed to comply with the law, they were to be fined 20s. If after a
<span style="float:left">Hinsdale, p. 1245.</span> second fine "the said deputies, officer, or officers, shall still find a continuance of the former negligence, if it be not obstinacy, so that such children or servants may be in danger to grow barbarous, rude, and stubborn through ignorance, they shall give due and seasonable notice that every such parent and master be summoned to the next court of magistrates, who are to proceed as they find cause, either to a greater fine, taking security for due conformity to the scope and intent of this law, or may take such children or apprentices from such parents and masters, and place them for years — boys till they come to the age of one and twenty, and girls till they come to the age of eighteen years, with such others who shall better educate and govern them, both for the public conveniency and for the particular good of the said children or apprentices."

Clews, p. 83.    In this law the education of girls is included with that of boys, as the last lines distinctly state.

In 1657 the court was asked to devise some means "to further the setting up of schools." The answer of the court was "that in every plantation, where a schoole is not already set up and maintayned, forthwith indeavors shall be used that a schoolemaster be procuried that may attend the worke." One-third of the teacher's salary was to be paid by the town, and two-thirds by parents of the pupils.

Clews, p. 84.    Yet the people felt the need of something better in the way of schools than anything which they had yet known. In 1659 "the Court looking upon it as their great duty to establish some course that (through the blessing of God) learning may be promoted in this jurisdiction as a means for fitting instruments for public service in church and commonwealth, did order that £40 shall be paid by the treasurer for the furtherance of a grammar school for the use of the inhabitants of this jurisdiction

and that £8 more shall be disbursed by him for procur-
ing books . . . as suitable for this work."

The object was to establish a school for the entire Hoadley, p. 301.
New Haven Colony. A committee, with the governor
at the head, was appointed to locate and start the school.
Guilford offered a house for the proposed school, and
insisted that if the " school should be settled in any other
place . . . the like allowance should be made by that
plantation where it falls."

But three years later (1662) the two Connecticut colo-
nies of Hartford and New Haven were united ; and we
find no record that the proposed school was ever started.
In speaking of the schools in New Haven previous to
the union, Dr. Barnard says : —

"It is due to historical truth, to ascribe to the early, enlightened, Am. Jour. Ed.
and persevering labors of Theophilus Eaton and John Davenport, the 4: 655.
credit of establishing in New Haven, before it ceased to be an inde-
pendent colony, *a system of education*, at that time without a parallel
in any part of the world, and not surpassed in its universal applica-
tion to all classes, rich and poor, at any period in the subsequent
history of the State."

Another stanch friend of education was Edward Hopkins.
Hopkins, who more than once had been governor of
Connecticut, and who left by will the greater part of his
estate for the benefit of schools in his colony. He had
been eminently successful, both in private and public
life. Called to England on business, he had intended to
return, but died there in 1657. In writing from London
to Davenport in 1656 he says: "That which the Lord
hath given me in those parts, I ever designed the great-
est part of it for the furtherance of the worke of Christ
in those ends of the earth."

In his will, he states : —

Rep. Com. Ed.
1899–1900, 2:
1282.

" The sovereign Lord of all creatures giving in evident and strong
intimations of his pleasure to call me out of this transitory life unto
himself, it is the desire of me, Edward Hopkins, esq., . . . to thus

Google

dispose of the estate the Lord in mercy hath given to me. . . . And the residue of my estate in New England I do hereby give and bequeath to my father, Theophilus Eaton, esq., Mr. John Davenport, Mr. John Gulick, and Mr. William Goodwin, in full assurance of their trust and faithfulness in disposing of it according to the true intent and purpose of me the said Edward Hopkins, which is to give some encouragement in their foreign plantations for the breeding up of hopeful youths in a way of learning, both at the grammar school and college, for the public service of the country in future times. . . ."

Brown, p. 46.

Two of these trustees were from the New Haven, and two from the Connecticut Colony. Church troubles at Hartford interfered with a settlement of the funds until 1664, when £400 was given to Hartford, £412 to New Haven, and £308 to Hadley, for the support of schools, and £100 to Harvard College.

Appendix D.

The New Haven school founded upon the Hopkins bequest — the well-known Hopkins Grammar School — was started in 1660, with Jeremiah Peck as master. He was "to teach the scholars Latin, Greek, and Hebrew, and fit them for college." It is evident that the schoolmaster was to be a personage of some dignity, for in addition to £40 a year from the colony, £10 from the town of New Haven, and the tuition of the pupils from without the colony, he was to have "a settled habitation, not at his own charge," and his "property and person" were to be exempt from taxation. When, besides all this, he was given one week's vacation each year "to improve as the case may require," he left the formal record that he was well satisfied. The people, however, were not, and in less than a year's time the general court closed the school, asserting that "the end is not attained for which it was settled, no way proportionable to the charge imposed."

Steiner, p. 22.

According to a report made a few months previous to the closing of the school, the people of New Haven took but little interest in it, and the fault was perhaps not all with the teacher. In the words of Davenport, who presented the report : —

"The Committee for ye schoole made it a great objection against the keeping of it up, that this towne did not send scholars, only five or six; therefore, if ye would not have ye benefit taken away, you should send your children to it constantly and not take them off soe often: and, further said that he was in the schoole and it grieved him to see how few schollars were there."

After the unsuccessful attempt at a grammar school, George Pardee taught an elementary school at New Haven. Not even £60 could secure a teacher qualified to conduct a Latin school, though Pardee was "willing to do what he was able"; but he acknowledged "he had lost much of what learning he formerly had obtained." He was ready "to teach English and to carry them in lattine so far as he could; also to learn them to write. . . . He was also advised to instruct the youths in point of manner, there being a great fault found in that respect, as some exprest." Pardee taught at New Haven for at least thirteen years; and, in spite of his lack of knowledge, seems to have been successful, for "several persons say they find some fruit of his labors in their children and did desire he might go on yet longer."

In 1666 the united colonies were divided into four <span style="float:right">Hoadley, p. 176.</span> counties, with Hartford, New London, New Haven, and Fairfield the chief towns in each. Six years later the court granted each county six hundred acres of land "to be improved in the best manner that may be for the benefit of a grammar school . . . and to no other use or end whatsoever."

The act establishing the county grammar school reads: —

"*And it is further ordered*, That in every county there shall be set up and kept a grammar school for the use of the county, the master thereof being able to instruct youths so far as they may be fitted for college."

At this same time the teacher was exempted from military service and from taxes.

Again in 1677 the law was amended. Because some

E



county towns failed to support the Latin school as the law directed "to move, excite, and stir up the attendance of so wholesome an order."

Hinsdale, p. 1245.

Hoadley, II,
p. 307.
Hinsdale, p. 1245.

"*It is ordered by this court*, That if any county town shall neglect to keep a Latin school according to order, there shall be paid a fine of ten pounds by the said county towns to the next town in that county that will engage and keep a Latin school in it, and so ten pounds annually till they shall come up to the attendance of this order; the grand jury to make presentment of the breach of this order to the county court of all such breaches as they shall find after September next.

"*It is also ordered by this court*, Where schools are to be kept in any town, whether it be county town or otherwise, which shall be necessary to the maintaining the charge of such schools, it shall be raised upon the inhabitants by way of rate, except any town shall agree to some other way to raise the maintenance of him they shall employ in the aforesaid works, any order to the contrary notwithstanding."

If a town failed to support a school more than three months in the year, it was ordered to pay a fine of £5 for every defect, to the Latin school in the county. At the same time the fine for failing to keep a county grammar school was fixed at £10.

Steiner, p. 28.

In 1678 the inhabitants of the village of Paquanake, being four miles distant from Fairfield, employed a teacher for their children, since the distance to the town school was great. They asked to be relieved from the taxes levied to support the school at Fairfield, but the town refused their request. When the matter was carried to the general court, the answer was : —

Clews, p. 94.

"To the county court of Fairfield, to grant unto the inhabitants of Paquanake so much out of their county revenue by customs, fines, etc., so much as their rate shall come to, toward the maintenance of a grammar school at Fairfield, and also this court doth recommend it to the said court of Fairfield to improve so much of their county revenues as they can spare besides for the settlement and encouragement of a grammar school there."

Hinsdale, p. 1246.

With reference to elementary schools it was decided —

"That every town, when the Lord shall have increased their families to thirty in number, shall have and maintain a school to teach children to read and write, on the penalty expressed in the former law."

Though the laws were stringent and the courts watch- Am. Jour. Ed. ful, many were growing up in ignorance. A new law 4:693. was enacted in 1690, because there were "many persons unable to read the English tongue." The members of the grand jury were to visit once a year at least "each family they suspect" neglecting the education of "all children under age and servants." Masters and parents found guilty were to be "fined 20*s.* for child or servant" whose teaching was being neglected.

At the end of the seventeenth century there do not Yale Col. seem to have been, in spite of all the favorable legis- p. 237 *et seq.* lation, more than the six schools mentioned in the united colonies of Connecticut.

## Rhode Island

The freedom of thought, for the enjoyment of which Stockwell, p. 5. Roger Williams established the Providence Plantations in 1636, extended itself to every phase of social as well as religious development; and since school legislation savored of coercion, none was enacted for nearly two centuries. Yet schools sprang up here and there within the present limits of the state, even in the earlier colonial period. The first was at Newport, when in 1640 it was voted that one hundred acres should be laid forth and appropriated for a school for encouragement of the poorer sort, to train up the youth in learning.

Providence, too, in 1663, set aside 106 acres of land "for the maintenance of a school in this town." But for Medical Ed. the most part the schools were private enterprises. Re- p. 328. garding them there is little record, and opinion as to their number and distribution is extremely contradictory. Tolman, p. 20. In one record, dated 1716, we find the statement that Libraries, p. 482.

Google

Brown Univ.
p. 259 *et seq.* "there were schools of all kinds, although no uniform, organized system," while Samuel, writing a half-century later, says : —

> " As respects schools previous to 1770, they were but little thought of ; there were in my neighborhood three small schools, perhaps about a dozen scholars in each. Their books were the Bible, spelling book, and primer. Besides this, there were two or three women schools. When one had learned to read, write and do a sum in the rule of three, he was fit for business."

Newspapers,
p. 505. In 1789 the question of public education was systematically taken up by the citizens of Providence and vigorously championed by Mr. Joseph Howland. Little resulted, until the year 1800, when by legislative enactment each town in the state should maintain at the expense of the town "one or more free schools for the instruction of the white inhabitants between the ages of 6 and 20." Reading, writing, and common arithmetic were the required subjects. Under this law, Providence opened free schools in 1800. The present school system of the state rests upon the school law of 1828.

## New Hampshire

Clews, p. 164. Until 1680 the territory of New Hampshire was a part of Massachusetts Bay Colony and subject to the provisions of the school ordinance of 1647. Although Bush², p. 11. there are few records of schools in the earlier years, the fact that Boston's first two teachers settled there — Parmount at Exeter, and Maud at Dover — leads us to believe that they were not neglected. In those of which we have account, girls seem to have been, for colonial times, particularly favored. When the town of Hampton engaged John Legat as schoolmaster, in 1649, it was for "all the children . . . both male and female (which are capable of learning) to write, read, and cast accounts." Dartmouth Col.
p. 265 *et seq.* And when Dover, in 1658, voted to raise £20 a year

Google

for the support of a teacher, it was distinctly stated that it was for "all the children" within the township.

In the first year of New Hampshire's independence (1680) was passed a general school law, requiring the selectmen of each town to raise by assessment money for erecting and repairing houses of worship, parsonages, and schoolhouses, and for securing a teacher for the town. The fine for non-compliance with this law was fixed at £10. During the years following this act other laws, both for elementary and grammar schools, were enacted—only to be shamefully neglected. This neglect led to the passage of a law in 1719 which was practically a copy of the Massachusetts ordinance of 1647, with a fine of £20 instead of £5 for non-compliance. The law, with slight modifications, remained in force for many years.

### Maine

Since Maine was, until as late as 1820, a part of Massachusetts, its school history all through colonial times is bound up with that of the latter state. Being on the frontier, schools were slow in getting a start, if we may judge from the frequent references in the records to "presentiments" served upon towns by the grand jury for failure to comply with the school ordinances. Nathaniel Freeman seems to have been the first teacher within the present boundaries of the state, he having been engaged in 1701 to "ceep scool" for all the inhabitants of York. In 1728 the town of Portland opened a school with the very frank admission inserted in the records that it was "to prevent the town's being 'presented.'" Three years later (1733), whether for a similar reason or not is not stated, it "voted to have a scool Master for the year Insuing, and left it with the selectmen to provide one at the charge of the Town, and to order whare it should be

Hall.

Google

kept as convenient as can for the advantage of the whole Town." The selectmen employed Mr. Hicks for £2 8s. 10d. for the year. For many years the settlements in Maine were in almost continued struggle with the Indians. But gradually schools worked their way eastward along the coast, and by the time of the Revolution were widely scattered.

Yet, that the advantages had not been ideal, may be learned from conditions at Canaan in 1728, when Samuel Weston taught a class of married men. Samuel Wood was schoolmaster in this same town in 1796. He did not confine himself exclusively to the old paths, but introduced the newspaper into his school, which "proved a very interesting document to the young." Schools were in operation in Buxton in 1761, in New Gloucester in 1764, in Machias in 1774, and in Norridgewock in 1779. With the passage of the Massachusetts school law in 1789 the school district was fully legalized and remained the unit of organization for more than a century. Before the end of the eighteenth century 161 towns had been incorporated within the present limits of the state of Maine, but in only 7 is there any record of a grammar school. Probably not more than this number had the required 100 families.

Bowdoin Col. p. 272.

## Vermont

Bush[1], p. 11.

This state had practically no school history during the colonial period. The first settlement was not made until 1724; and during the next half-century only occasional schools were maintained. So far as we know, the first was at Guilford, in 1761. The Constitution adopted in 1777, however, decreed "that a school or schools shall be established in each town by the legislature for the convenient instruction of the youth."

*Early Schools in New England Colonies* **55**

**REFERENCES**

*Barnard*, H. History of Common Schools in Connecticut. Am. Jour. Ed. 5 : 114. — Brown, E. E. Making of the Middle Schools. N.Y. 1902. — Burton, W. The District School as it Was. Boston, 1833. — Bush, George C. (1) History of Education in Vermont. Circ. Inf. No. 4, 1900. Am. Ed. Hist. No. 29. (2) History of Education in New Hampshire. Circ. Infor. No. 3, 1898. Am. Ed. Hist. No. 22. (3) The First Common Schools of New England. Rep. Com. Ed. 1896–1897, 2 : 1165. — Champlin, Rev. J. T. Educational Institutions in Maine while a District of Massachusetts. In Maine Hist. Col. 1881. — Cheever, Ezekiel (biog.). Am. Jour. Ed. 1: 297. — Clews, Elsie M. Educational Legislation and Administration of the Colonial Government. Columbia University Pub. 1899. — Coffin, History of Newbury. Constitutional Provision respecting Education. Am. Jour. Ed. Vol. 17. — Corlett, Eliza (biog.). Am. Jour. Ed. 30 : 743. — *Dickinson*, J. W. Brief Descriptive Sketch of the Massachusetts School System. Boston, 1893. — *Draper*, Andrew S. Public School Pioneering in New York and Massachusetts. Ed. Rev. 3 : 313. — Edwards, B. B. Education and Literary Institutions. Am. Quart. Reg. 5 : 273. — Eliot, John (biog.). Am. Jour. Ed. 27 : 25. — Emerson, G. B. Education in Massachusetts. Boston, 1869. — English High and Latin Schools (Boston). Am. Jour. Ed. 13 : 34. — *Gove*, Aaron. Education in the Colonies. N. E. A. 1900 : 305. — Hall, Edward W. History of Higher Education in Maine. Circ. Inf. No. 3, 1903. Am. Ed. Hist. No. 36. — Hinsdale, B. A. Documents illustrative of American Educational History. Rep. Com. Ed. 1892–1893. Vol. 2. — Hoadley, Charles. Records of the Colony and Plantations of New Haven. New Haven. — Hopkins, Edward (biog.). Am. Jour. Ed. 28 : 177. — Hyde, William DeW. Education in Maine. In Davis's New England States. 1897. — Johnson, Clifton. The Country School in New England. N.Y. 1893. — Martin, G. H. (1) Brief Historical Sketch of the Massachusetts Public School System. Boston, 1893. (2) The Evolution of the Massachusetts School System. Boston. (3) Massachusetts Schools before the Revolution. N. E. Mag. N. S. Vol. 9. (4) Early Education in a Massachusetts Town. Ed. 15 : 577. — Massachusetts Colonial Records. Boston. — Mather, Cotton. Magnalia. — *Mayo*, A. D. Early Common Schools of New England. Rep. Com. Ed. 1894–1895, 2 : 1551. History of Education in the North Atlantic States. Rep. Com. Ed. 1897–1898, 1 : 355. — Nelson, A. H. The Little Red Schoolhouse. Ed. Rev. 23 : 304. — *Olmstead*, D. Observations on the School System of Connecticut. Am. Inst. of Instr. Sec. 1838, p. 95. — Palfrey, J. G. History of New England. 2 vols. Boston,

Google

1858 and 1860. — Perin, J. W. History of Compulsory Education in New England. Meadville, Pennsylvania. 1896. — **Plymouth Historical Society Records.** Plymouth. — Public Schools of Massachusetts. Boston, 1900. (Eight monographs prepared for the Paris Exposition.) — *Simonds*, J. W. Schools as they were in New Hampshire. Am. Jour. Ed. Vol. 28. — **Small**, W. H. The New England Grammar School. Sch. Rev. 10 : 521. — **Steiner**, Bernard C. History of Education in Connecticut. Circ. Inf. No. 2, 1893. Am. Ed. Hist. No. 14. — **Stockwell**, Thomas B. History of Public Education in Rhode Island from 1663 to 1876. Providence, 1877. — Taylor, J. O. The District School. Philadelphia, 1835. — **Tolman**, William H. History of Higher Education in Rhode Island. Circ. Inf. No. 1, 1894. Am. Ed. Hist. No. 18. — Winship, H. E. Great American Educators. N.Y. 1900. — **Winthrop, John.** History of New England from 1630 to 1649. Boston, 1853.

Google

## CHAPTER IV

EDUCATIONAL DEVELOPMENTS IN THE OTHER COLONIES

FROM the three centres of colonial crystallization, which have been discussed somewhat fully as regards school history for the seventeenth century, went out in great part the pioneer schoolmasters who made the educational history of the colonies which followed. It is true that even before the close of the period which has been covered, the Swedes had a foothold in Delaware, and William Penn had established his Plantation in the region which now bears his name, neither entering the country through the doorway of already established settlements. But, with these exceptions, and perhaps one or two others in the far South, the country was being occupied by a pushing out of old frontiers, rather than by an establishment of new.

### Delaware

When, in 1640, the queen of Sweden sent out her little colony to the American wilderness, it was with the instruction that "the patrons of this colony shall be obliged to support at all times as many ministers and schoolmasters as the number of inhabitants shall require." <span>Powell, p. 12.</span>

Two years later the governor was ordered "to urge instruction and virtuous education of the young." Just to what extent and in what manner the Swedes observed the injunctions is not known ; but there is every indication that they did not neglect them. Books were sent over from the mother country, and proved a great help. At the close of the seventeenth century most of the <span>Text-books, p. 210.</span>

Swedes were able to read. Schools were comparatively abundant. The minister very commonly was the school-master, and the efficiency of the school was determined by his own fitness for the work. As the English gradu-ally settled in the colony, their language more and more prevailed, and the distinctively Swedish school and language became things of the past. The Dutch from New Amsterdam also found their way into Delaware, bringing their schools with them. The earliest of these teachers was Ernest Pietersen, who taught in New Armstel (now New Castle) in 1657.

The Society for the Propagation of the Gospel was active in promoting the cause of education in many of the colonies, and the ministers and other missionaries sent out under its supervision very commonly engaged in teaching school as a part of their work. In 1705 this society located Rev. George Ross at New Castle, Delaware. Twenty years later he gave the following account of the educational conditions : —

Powell, p. 36.

"There are some private schools within my reputed districts which are put very often into the hands of those who are brought into the country and sold for servants. Some school masters are hired by the year, by a knot of families who, in their turn entertain him monthly, and the poor man lives in their houses like one that begged an alms, more than like a person in credit and authority. When a ship arrives in the river it is a common expression with those who stand in need of an instructor for their children, *let us go and buy a school master*. The truth is, the office and character of such a person is generally very mean and contemptible here, and it cannot be other ways 'til the public takes the Education of Chil-dren into their mature consideration."

Schools in Delaware were under both private and church control. The Friends opened a school at Wil-mington in 1765, which has been in operation since its foundation. The Presbyterians in 1767 moved one of their schools from Pennsylvania, and established it at Newark, where it became an academy of no mean stand-ing. Delaware made its first direct land grant for edu-

Google

cation in 1772 by voting a lot to New Castle for a school.
The constitution of 1792 recognized the need of public
education, and four years later the legislature began to
enact laws for establishing schools. A school fund was
started in 1797. In 1817 the first draft was made
upon it by appropriating $1000 for each county for in-
structing the children of poor parents in reading, writ-
ing, and arithmetic. Several schools were opened, and
the work was continued for a few years, but the "high
spirited and brave people" were indignant, and the
"pauper school," as it was called, did not prosper.

From time to time laws were enacted intended to Hist. Sketches,
raise money "to pay the tuition of poor children" (1829, p. 55.
1832, 1835), and to devote certain special taxes to school
purposes (United States surplus revenue in 1837), but
it was not until 1861 that it was made obligatory upon
the school committees of the separate districts to levy
a tax for school purposes. Even under this latter law
schools prospered but poorly. There was no state super- Delaware Col.
vision, nor is there to-day ; no provision for the exami- Powell, p. 86.
nation of teachers, and no schools whatsoever for the
colored race. The better class of citizens soon felt these
conditions to be deplorable, and after much agitation, a
general school law was passed in 1875, which is the
basis of the present system of free public schools. It
provides free education for the children of both races,
and has placed the schools of the state upon a substan- Coeducation,
tial footing. p. 432.

Text-book legislation, p. 219; Library legislation, p. 485; Sch. organi-
zation, App. F; St. Supt. Pub. Ins., App. G; Cert. of teachers, App. H;
Teachers' Inst., App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

## Pennsylvania

When William Penn first visited his American grant
in 1682, he found it already occupied by some six
thousand European colonists, mostly Swedes who had



crossed the river from Delaware. At least one school was in operation. This was at Upland, and the record of it is from the courts, for the teacher had, in 1679, sued a Mr. Williams for " 200 guilders for teaching his children to read the Bible."

Penn's first " Frame of Government " made ample provisions for schools; and, in harmony with it, the Assembly arranged for the education of all the youth. In 1682 it was enacted that the laws of the province should from time to time be published, and that this published volume should be one of the books taught in the schools. The Assembly of the following year passed several Hinsdale, p. 1263. school laws, in which the following points are worthy of special mention : (1) all who have charge of children must see that they can read and write by the time they are twelve years old. (2) All children shall be taught a useful trade. (3) All those who neglect these provisions shall be fined £5 for every child neglected. Schools were started the same year, and numerous records show that the law was enforced.

In 1689 the Friends Public School was founded at Philadelphia, and eight years later was formally chartered. This was the beginning of the famous William Penn Charter School which has figured so prominently in the educational history of Philadelphia. It was under the control of the Friends, but open to all classes and to both sexes. To all who were unable to pay for its privileges, it was free.

Libraries, p. 482.    For some reason, the Penn Charter of 1701, unlike that of 1681, made no mention of schools ; and, since it was in force until 1776, schools within the Plantation made but slow progress.

Moreover, the conflict between the English and the German settlers was unfavorable to the growth of public education. When, however, the state failed to establish a general system of education, churches and separate commissions founded schools for themselves.

Google

The expenses were, as a rule, defrayed by fees.

Wickersham,
p. 180.

Wickersham says :—

" The educational policy for 150 years after the coming of Penn was to make those who were able to do so pay for the education of their children, and to educate the children of others free." Medical Ed.
p. 328.

Although the long struggle between the races was a serious drawback to educational progress in Pennsylvania, still, in some instances, national prejudice gave way to present needs, and the two nationalities worked in harmony. This was the case in the Germantown Academy, or Union School, which was founded in 1761. The leader in this movement was Christopher Sower, a prominent printer who took great interest in education. Wickersham,
p. 482.

Other towns soon established schools of a similar character. What was perhaps the earliest book of a pedagogical nature to appear in the country, was from the pen of Christopher Dock, a master of one of the early Pennsylvania schools. Dock must have had a genius for reform in teaching, for as early as 1725 he was using a blackboard in his school, a hitherto unknown thing in teaching, and his " *School-ordnung* " was strangely ahead of the times. Boone, p. 36.

Newspapers,
pp. 504, 505.
"The Junto,"
p. 550.
Nazareth Acad.
p. 429.
Univ. of Penn.
p. 250 *et seq.*

The Moravian schools at Bethlehem and Nazareth, established before the middle of the eighteenth century, were among the best in the country, and received pupils from every one of the colonies. Colonists from Connecticut, who settled in the Wyoming Valley about the middle of the eighteenth century, although politically troublesome, contributed not a little to the educational history of the state. In 1768 it was decided that each township within the settlement should reserve 960 acres of land for the support of "the gospel ministry and the schools." In many, the schools received but a minor share of the apportionment; still, they were not neglected, — some in the valley even now are receiving the benefits of the original grant. Besides the income from Univ. of Penn.
Law Sch. p. 317.
Art Ed. p. 401.
Ed. of Deaf,
p. 471.
Lafayette Col.
p. 274.
Deckman Col.
Haskins, p. 42.
Franklin and
Marshal Col.
Haskins, p. 66.
Hist. Sketches,
p. 331.
Haverford Col.
Haskins, p. 90.

Google

High Schs.
p. 171.

Ed. of Feeble-
minded, p. 476.

Penn. St. Col.
Haskins, p. 183.

Teachers' Inst.
p. 393.

Normal Schs.
p. 378.

Lehigh Univ.
p. 276.

Towne Sci. Sch.
p. 353.

Bryn Mawr
Col. p. 439.

Phila. Sch. Org.
p. 194.

Pittsburg Sch.
Org. p. 195.

Wharton Sch.
Finance, p. 420.

Coeducation,
p. 433.

the lands, tuitions were paid, each patron contributing an amount determined by the number of children he had in school. The Wyoming Valley system of schools remained in force until 1834, when a state system was established by law. This was the beginning of free schools for the entire state. The law constituted each county of the state a school division, and each township, ward, or borough, a district. Six school directors were elected by the voters in each district, and two inspectors for each appointed by the county court. The latter were to visit each school every three months and report to the state superintendent. The law, however, contained an optional clause, which made it possible for districts to violate its intent until 1854, when it was made operative upon all school offices to enforce it to the letter. The available funds rapidly increased through favorable legislation. Normal schools, which were established in various parts of the state, were largely academic in their character, and met to a considerable extent the demands for secondary education, while the many colleges upon private foundation have adequately supplied that of a higher grade.

Text-book legislation, p. 219; Library legislation, p. 485; Sch. organization, App. F; St. Supt. Pub. Ins., App. G; Cert. of teachers, App. H; Teachers' Inst., App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

## New Jersey

New Jersey, situated as it was, at about the centre of the early colonies, received an overflow from them all. The Dutch crossed the Hudson from New Amsterdam; the English from the New Haven Colony had but little farther to come, and entered in considerable numbers, while the Swedes from Delaware, and English and German settlers under Penn coming up the coast, made no inconsiderable contribution to its early population. Each of these peoples figured in the school problem, though

Google

in some cases only to increase its complications. The
Dutch had the first school in the field, Engelbert Steen-
huysen having established one in 1661 or 1662, at Bergen.
Some years later it was ordered by the council that "all
shall be bound to pay their share toward the support
of the preceptor and schoolmaster," thus making it a
publicly supported school. But public sentiment does
not seem to have been ready for such a move, for the
sheriff was frequently called upon to "proceed to im-
mediate execution against all unwilling debtors." With
the Dutch supremacy at New Amsterdam over, the
English proved too strong for the Hollander influence
in New Jersey; and soon the English language and
methods predominated in the schools. They brought
with them their school customs, and when Woodbridge
was chartered in 1669, one hundred acres of land were
set apart for school purposes. But for all that, twenty
years elapsed before a school was established.

Newark had its first school in 1676, taught by John Murray, p. 11.
Catlin. In the contract they bound him to "do his faith-
ful, honest, and true endeavor to teach the children, or
servants of those as have subscribed, the reading and
writing of English, and also arithmetic, if they desire it;
as much as they are capable to learn and he capable to
teach them within the compass of this year." The
Scotch-Irish and the Quakers also settled in New Jersey.
Here, as elsewhere, schools soon made an appearance
among them. In 1682 the Assembly of West Jersey
granted the Island of Matinicunk, about three hundred
acres in the Delaware River to Burlington, "from hence-
forth and forever hereafter for educational purposes." In
accordance with this grant, the revenues of the island
are regularly used in the support of the Burlington
schools. In 1693 and 1695 East Jersey enacted laws
authorizing the inhabitants of any town to meet and
elect three men, who should have charge of school
matters. As for school tax, if any refused to pay their

assessment, their property was to be sold to an amount sufficient to satisfy all school claims.

In 1702 East and West Jersey, which had hitherto been separate provinces, were united and placed under the governor of the colony of New York. During the seventy-five years of this arrangement, which extended to the time of the Revolution, no school legislation was enacted, what schools there were being purely of a voluntary type. Some of these, as the famous Log College of William Tennent at Neshameny, were grammar schools of no mean character; but by far the greater number were of a most elementary nature. About the middle of the century Princeton College was founded, and just previous to the Revolution Rutgers College at New Brunswick. With the close of the War of the Revolution, much of which had been fought upon New Jersey soil, interest in education at once became manifest, and academies at once sprang up in many parts of the state. In 1816 a public school fund was started through the appropriation of $15,000, which during the next two years was increased to more than $100,000, and in 1824 still further augmented by the addition each year of one-tenth of the state tax. Seven years later (1831) educational progress received a setback through the abolition of the previously enacted free school law and provision made only for schools for poor children, the rest of the fund being given to private and parochial schools. This was, however, only temporary, and in 1839 the previous law was reëstablished, with many improvements.

In 1845 another advance was made by the appointment of the state superintendent of schools. With this move, and the establishment of a state normal school, educational progress through legislation ceased until after the Civil War. Such general progress had, however, been made throughout the state that in 1867 a thoroughly modern school law was passed, which with some modification is in force to-day.

*Marginal notes:*

Log Col.
p. 245.

Princeton Col.
p. 245.
Rutgers Col.
p. 263.

Theological Ed.
p. 309.

Hist. Sketches,
p. 262.

Stevens Inst.
p. 347.

Coeducation,
p. 432.

Google

Text-book legislation, p. 219; Library legislation, p. 485; Sch. organi-
zation, App. F; St. Supt. Pub. Ins., App. G; Cert. of teachers, App. H;
Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

## Maryland

The first schoolmaster to make his way across the
Potomac from Virginia seems to have been Ralf Crouch,
who lived upon the Maryland side of the river from
1639 to 1659, and "opened schools for the teaching of
the humanities." The sentiment there was, as it had
been in Virginia, on the whole opposed to free schools
for the people; so, except in the case of orphans and
dependents, public education was little favored during
the colonial period, and far on into that of our national
life. Catholic missionary and parochial schools have Steiner, p. 16.
played an important part in the educational history of
the state; the first of the former, for the Indians,
having been established as early as 1677. That there
must have been something of a market for teachers at
about this time, either for service as private tutors or in
the schools, is evident from a statement made in 1678
by Jonathan Boucher, rector at Annapolis. It runs :— Fiske, p. 249.

"... not a ship arrives with either redemptioners or convicts,
in which schoolmasters are not regularly advertised for sale, as
weavers, tailors, or other trade: with little other difference that I can
hear of except perhaps that the former do not usually fetch so good
a price as the latter."

But when one recalls the slight offences for which men
were imprisoned at that time, due allowance will be
made for some of these "convicts."

In 1696 a serious attempt seems to have been made Steiner, p. 22.
to found county schools throughout the colony. It
included the creation of a corporation of not to ex-
ceed twenty members, including the governor and
other high officials, who were to receive bequests and
donations for the purpose, and to have general control

F

Google

of the schools.  To increase the fund, the colony, in 1704, imposed duties on various imports and exports, such as liquor, tobacco, beef, and pork, and even negroes and Irish servants, though we cannot believe that the latter were included within the excise list for any other reason than to check the growth of the Catholics, Maryland having become by this time largely Protestant. Although every encouragement was given to the county schools, up to 1717 but one had been started, and the plan was given up as a failure.  An occasional private school, however, seemed to flourish.  In 1745 an advertisement of the Kent County School in Chestertown stated "that young gentlemen are boarded and taught the Greek and Latin tongues, writing, arithmetic, and merchants' accounts, surveying, navigation, the use of globes, by the largest and most accurate in America, also any other parts of Mathematics, by Charles Peale. N.B. Young gentlemen may be instructed in fencing and dancing by very good masters."  Peale was the father of the famous portrait painter of that name.

Another school of considerable reputation was opened by James Hunt in Blandensburg in 1773.  He had the name of being an excellent teacher and possessed a fine library and some philosophical apparatus with which to illustrate his work.  He was, we are told, in the habit of taking his pupils to the court-house, that they might have practical demonstrations in rhetoric and oratory.

At about the beginning of the nineteenth century various benevolent societies for the education of the poor began to be incorporated.  They were largely in control of elementary education until 1812, when a state fund was started through the levying of a tax on banks. In 1826 the first direct school tax was imposed.  This, however, failed of any important results, since it had to be submitted to each county for popular approval, and even then was dependent upon district taxation for sup-

Newspapers, p. 505.

Steiner, p. 37.

Medical Ed. p. 330.

Theological Ed. p. 310.

Art Ed. p. 403.

U. S. N. A. p. 357.

Hist. Sketches, p. 165.

Google

port. For nearly forty years the state suffered under the provisions of this law, each county being subject to the caprice of its voters, in many instances a majority being wedded to the idea of privately supported schools, with consequently disastrous results to free education.

Agricult. Ed. p. 361.
Normal Schs. p. 378.
Negro Ed. Chapter XXII.
Johns Hopkins Univ. p. 278.
Fort Wood Sum. Sch. p. 519.
Woman's Col. of Balt. p. 440.
Coeducation, p. 432.

But in 1865, when the country was in the throes of the Civil War, a new law was passed, remedying the defects of its predecessor, and with later advances made in 1868 and 1872 working legislation was had under which the schools have prospered.

Text-book legislation, p. 219; Library legislation, p. 485; Sch. organization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

### North Carolina

Southward from Virginia there were no schools until after the beginning of the eighteenth century. Charles Griffin seems to have been the first professional teacher in North Carolina, he having come from the West Indies about the year 1705 and settled in Pasquotank County. He held the combined position of churchwarden and schoolmaster, making such a success in the latter calling that, according to the record of the time, " even the Quakers send their children to his school."

Weeks, p. 1381.

Later, Griffin was elected reader and clerk at Chowan, with a salary of £20 a year, and accepted the call, "notwithstanding the large offer " made him to remain at Pasquotank.

Several schools of a semi-religious nature were established throughout the Carolinas during the first half of the eighteenth century, usually in connection with the churches. In 1745, North Carolina attempted to found a system of free schools, a law to that end being enacted; but since it was only permissive, little resulted. Somewhat later German settlers from Pennsylvania came to the colony in considerable numbers, in some instances



establishing schools, while at about the same time the Presbyterian denomination in the state of New York sent a number of missionaries into the South, with the result that several churches and schools in North Carolina were established. The first academy in the state was founded at Wilmington, about 1760.

Many others followed in 1829, 186 having been chartered. One of the most successful of them was founded in 1764, at Newbern. The legislature authorized the building of the house, and granted a charter, the first in the colony. The master was to be of the Church of England, and to have a license from the governor. To educate the poor, a tax of a penny a gallon was levied on all spirituous liquor imported into the Neuse River for seven years. The following year two lots were granted to the school; and the trustees were given the right to collect by law the unpaid subscriptions.

North Carolina and Pennsylvania were the first states to provide for schools in their constitution. As early as 1817 an attempt was made to establish a very complete system of schools; but the measure failed to pass the legislature, and public schools received little encouragement. Another futile attempt to better school conditions was made by the legislature in 1825, but it was not until 1839 that anything definite was accomplished. It provided for the division of the state into 1250 school districts, each with its schoolhouse and a proportionate part of the state literary fund (then about $100,000 annually) devoted to its support. The bill provided for county adoption, but this was not very generally made. The plan was slightly modified in 1844, but remained practically the basis of school organization until after the Civil War. With the new problems which its completion entailed, fresh legislation was enacted, and the constitution of 1868 contained a free school clause providing education for every child for at least four months of each year. Although under many diffi-

Smith, p. 26.

State Univ. p. 284.

Hist. Sketches, p. 297.

Ed. of Deaf, p. 471.
St. Bd. of Ed. p. 199.

Teachers' Inst. p. 393.
Negro Ed. Chapter XXII.
Agricult. Col. p. 362.
Normal Schs. p. 378.
Coeducation, p. 432.

*Educational Development* 69

culties, substantial progress has been made since that time.

Text-book legislation, p. 219; Library legislation, p. 485; Sch. organization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

### South Carolina

In South Carolina school legislation dates from 1701, though five years earlier we hear of some slaves being taught to read that they might embrace the Christian religion. This suggests a mission school. All the early legislation was special, having to do only with the establishment of a free school at Charleston. This was made possible through a gift of money made by "several well disposed christians," and sixteen commissioners were appointed for founding, erecting, governing, and visiting the school." According to the charter the master must be a "member of the church of England, in sympathy and full fellowship of the same," and be able to teach Latin, Greek, and mathematics. He was to receive £100 per annum out of the public treasury. The commissioners might appoint twelve students to be taught free. Each person that subscribed £20 toward the school might nominate a student who would be entitled to free tuition for five years. The fee for all other students was fixed at £4 a year. John Douglas was the first master. Provisions were also made (should the attendance at once demand it) for an usher and an assistant to teach writing, arithmetic, merchants' accounts, surveying, navigation, and practical arithmetic. He, like the head master, was to be paid partly from the public funds and partly from the fees. It was also provided that each parish might appoint a suitable place for a school, and receive from the public treasury £12 toward the building of a house. While the legislature was making its plans, the society

for the Propagation of the Gospel opened a school at Charleston in 1711.

Newspapers, p. 505.

In 1722 a new law was enacted, which aimed at nothing less than schools for all. "By this act the justices of these courts were authorized to purchase lands, erect a free school, in each county and precinct, and to assess the expense upon the lands and slaves within their respective jurisdictions." There were other schools of the same class, some founded by individual enterprise, some by societies. The oldest of these was the *South Carolina Society*, which was founded about 1737. One that did very much in education was the *Winyaw Indigo Society* at Georgetown. Its work dates from 1756. Its school was much more than a charity school. McCrady says, "this school for more than a hundred years was the chief school for all the eastern part of the country, between Charleston and the North Carolina line, and was resorted to by all classes." The income from the endowment founded by this society now goes to the support of the Georgetown high school.

Merriwether, p. 217.

A colony from Dorchester, Massachusetts, located at Dorchester, South Carolina, where it remained until 1752. In 1724 and 1734 acts were passed to establish a school for them. Several individuals had already bequeathed considerable sums for educational purposes. Among these was Richard Beresford, who in 1722 left £6500 for the advancement of "liberal learning." The school founded upon the bequest was situated in the parish of St. Thomas and St. Dennis, near Charleston, and was one of the prominent schools of the state down to the time of the Civil War. At the close of the Revolution, South Carolina had eleven public and three charitable grammar schools, beside eight of a private nature. In 1826 thirty-two academies had been established, and there were at about the same time nine thousand pupils in the elementary schools; but these were entirely inadequate, and as late as 1847 a legislative com-

State Univ. p. 284.

Hist. Sketches, p. 362.

Ed. of Deaf, p. 471.

*Educational Development* 71

mittee reported that "nothing was done worthy so
sacred a cause as education." Yet this was more
largely because of a lack of knowledge of how to pro-
ceed with the work than a lack of interest in it, as con-
siderable sums of money had from time to time been
appropriated to school purposes. It was not until after   Agricult. Col.
the Civil War that anything like a system of public   p. 362.
schools was organized. This was in 1870, and the bill   Negro Ed.
  Chapter XXII.
provided for a state superintendent of public instruction,
county boards of school examiners with power to certifi-   Normal Schs.
cate teachers, and as generous a financial support for   p. 378.
the schools as a depleted state treasury would allow.
Schools have rapidly multiplied, and on the whole edu-   Coeducation,
cation has since prospered within the state.   p. 432.

Text-book legislation, p. 219; Sch. organization, App. F; St. Supt. Pub.
Ins. App. G; Cert. of teachers, App. H ; Teachers' Inst. App. I ; Comp. Ed.
Laws, App. J; Ed. Statistics, App. K.

## Georgia

The first educational attempts made within the pres-   Jones, pp. 22 *et*
ent state of Georgia were in the nature of mission   *seq.*
schools for the Indians, conducted by the Moravians.
These came to an end when the settlement removed to
Pennsylvania in 1738. The next, by George Whitfield
and James Habersham, who as early as 1740 had
founded a charitable school for orphans and dependents.
This school developed into one of the most prominent
educational institutions in the South during the colonial
period. When the state constitution was framed in
1777, it contained an educational clause stating that
"schools shall be erected in every county of the state
and supported at the general expense of the state as
the Legislature shall hereafter point out." Six years   State Univ.
later a law was enacted which was the beginning of the   p. 284.
"poor school" system of the state. According to it, the
governor might grant one thousand acres of vacant land
for the establishment of a school in each county. By



1800 six academies had been founded; by 1829, sixty-four; and by 1840, one hundred eighty-six. This very rapid growth was largely fostered by legislative action taken in 1823, providing for the distribution of $500,000 equally among the free schools and academies of the state.

Georgia kept pace with the other Southern states by establishing in 1868 a system of schools "to be forever free to all children of the state." A board of education and a state school commissioner were established for its control, and its immediate supervision given to trustees in each district. Revenues were derived from a poll tax, taxes upon exhibitions, etc., and from the earnings of the Western and Atlantic Railway. The constitution made it obligatory to support separate schools for the two races — as was common in the South. In 1875 there were 114,648 white children and 55,268 black — a little less than one-half the school population for the former and one-third for the latter.

Ed. of Deaf, p. 471.

Hist. Sketches, p. 68.

Negro Ed. Chapter XXII.

Agricult. Col. p. 362.

Atlanta Sch. Org. p. 195.

Normal Schs. p. 378.

Coeducation, p. 432.

Text-book legislation, p. 219 ; Library legislation, p. 485; Sch. organization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H ; Teachers' Inst. App. I ; Comp. Ed. Laws, App. J ; Ed. Statistics, App. K.

## REFERENCES

Haskins, C. H., and Hull, W. I. History of Higher Education in Pennsylvania. Circ. Inf. No. 4, 1902. — Historical Sketches of State School Systems (each state). Rep. Com. Ed. 1876. — Jones, Charles E. Education in Georgia. Am. Ed. Hist. No. 5. Circ. Inf. No. 4, 1888. — Merriwether, Colyer. History of Higher Education in South Carolina. Circ. Inf. No. 3, 1888. Am. Ed. Hist. No. 4. — Murray, David. History of Education in New Jersey. Circ. Inf. No. 1, 1899. Am. Ed. Hist. No. 23. — Powell, Lyman P. History of Education in Delaware. Circ. Inf. No. 3, 1893. Am. Ed. Hist. No. 15. — Smith, Charles Lee. History of Education in North Carolina. Circ. Inf. No. 2, 1888. Am. Ed. Hist. No. 3. — Steiner, Bernard C. History of Education in Maryland. Adams Series, No. 19. Circ. Inf. No. 2, 1894. Am. Ed. Hist. No. 19. — Wickenham, James P. History of Education in Pennsylvania. Lancaster, 1886.

Google

# CHAPTER V

## LATER EDUCATIONAL DEVELOPMENT IN THE EARLY COLONIES

### Virginia

THE College of William and Mary, established in 1689, fostered the educational interests of the Old Dominion. Private schools other than those which had preceded it were established from time to time ; and in 1724, out of twenty-nine parishes, seventeen supported schools of some sort. More largely, too, than in the Northern colonies, it was the custom of the Virginia planters to procure private tutors for their children, or to send them abroad to be educated, so the colony was but little worse off educationally than were the better parts of New England. In 1779 Thomas Jefferson drew up a bill providing for free schools and the training of all free children, both male and female, in reading, writing, and arithmetic. His whole plan included elementary, secondary, and higher education ; but his ideas were in advance of the time, and the plan was not favorably received. In 1796 he secured the passage of his bill, but the act was only permissive, and consequently was without effect.

Virginia made its first general provision for elementary education in 1818. By this act $45,000 was appropriated each year from the income of the literary fund. This money was given to the counties. The county authorities used the money for the support of charity schools, which were maintained in various towns. The better class of people would not patronize these "poor

*Col. Wm. and Mary, p. 234 et seq.*

*Symms Sch. et al. p. 6.*

*Univ. of V. Law Sch. p. 319.*

73

Ed. of Deaf,
p. 471.
Hist. Sketches,
p. 399.
Ed. of Blind,
p. 474.
An. Message,
1843.

Hampton Inst.
p. 457.
Agricult. Ed.
p. 362.
Normal Schs.
p. 378.

Coeducation,
p. 432.

schools," but provided for their children in private institutions or by family tutors. As a result, popular education suffered.

Minor changes were made in the law from time to time; but even as late as 1843 provision had been made, according to Governor McDowell, to give only sixty days' schooling annually to one-half the indigent children of the state, as the grand result, "and that it [the law] was little more than a costly and delusive nullity which ought to be abolished and another and better established in its place." This was attempted in 1846, through the passage of a law establishing school districts, county commissions, and district trustees. But like so much other school legislation, the adoption of the law was made optional with the counties, and nothing like a state system of schools resulted. But after the Civil War, when in 1870 Virginia adopted a new constitution, a full state system of free schools was established, with state and county superintendents, and all the machinery for complete organization. And it is working well.

Text-book legislation, p. 219; Sch. organization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

## District of Columbia

When the District of Columbia was organized in 1804, an elaborate plan was formulated for a system of educational institutions to comprise "schools for teaching the rudiments of knowledge; a college in which the higher branches should be taught; and a university for the acquisition of the highest range of studies." The first of these three classes of schools has been in operation these many years, but the favorable opportunity which has been awaited for the other two has never come. From the first the schools have been entirely

under governmental control. Thomas Jefferson, when
President, was chairman of the earliest committee having
the matter in charge, and schools were opened in 1806. Columbian Univ.
In order that the tuition might be free to the " poor p. 273.
children," certain taxes (on slaves, dogs, liquors, and
public exhibitions) were in part devoted to their support.
Children from well-to-do families paid $5 each quarter.
All schools were, however, made free in 1848. In 1869
a superintendent of schools was appointed, and in 1874
the schools of the entire district placed under the control Normal Schs.
of a board of nineteen trustees, all to be residents of the p. 378.
district.

Colored schools were organized by act of Congress
passed in 1862.

The schools of the district are lavishly provided for,
and are of a high degree of excellence. The many ad-
vantages which may be derived from the government
libraries and museums, as well as from the diplomatic
life of the capitol, has given rise to many private and
endowed institutions of higher instruction, both of an
academic and professional character.

Text-book legislation, p. 219; Sch. organization, App. F; St. Supt. Pub.
Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp.
Ed. Laws, App. J; Ed. Statistics, App. K.

## West Virginia

Until 1861 this state was a part of Virginia; but in
that year the western counties of the old state refused
to secede from the Union, and formed a separate state State Univ.
organization. It immediately provided for the forma- p. 284.
tion of a fund to aid in the support of free schools, and Normal Sch.
instructed the legislature to set up, as soon as practica- p. 378.
ble, a complete system of public schools throughout the Coeducation,
state. This was brought about a few years later, and p. 432.
has steadily developed to the present time.

Text-book legislation, p. 219; Sch. organization, App. F; St. Supt. Pub.
Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp.
Ed. Laws, App. J; Ed. Statistics, App. K.

## New York

83d Regents
Rep. p. 632.

When the Dutch were forced to haul down the flag in the New Netherlands, the greater number of the schoolmasters either returned to Holland or removed to other colonies, and the Dutch schools ceased to be an important factor in education. But the English were slow in setting up theirs, no definite public action having been taken relative to education until 1702, when "one able, skillful and orthodox person to be schoolmaster" was appointed in New York City, his salary of £50 being raised by public tax. That there had been schools during the previous years of British occupancy, and that their teachers had been "orthodox" we may gather from a specific requirement in force that all teachers from abroad be licensed by the Archbishop of Canterbury, and those from within the colony, by the governor. Since the latter was as good a churchman as the former, we may not doubt as to the religious character of the work, though we may wonder what the academic prerequisites to certification may have been.

The school founded in 1702 was continued only for seven years.

Somewhat more pretentious, and also more successful, was a project set on foot in 1732 to establish a school in New York City in which Latin, Greek, and mathematics should be taught. Public provisions were made for the practical support of the school and for the free instruction of twenty young men from the various counties of the state, who should be recommended by the county officials. The justices of the Supreme Court, the rector of Trinity Church, and the mayor, recorder, and aldermen of the city of New York, were constituted a committee to visit and manage the school. They

were given power to secure and remove the teacher. In this committee we see the beginning of a long struggle carried on in New York to remove the schools from the domination of the church and put them under state control. In 1754 Columbia College was founded. Up to the time of the Revolution, the elementary schools in New York City were largely fostered and supported by the Society for the Propagation of the Gospel.

Medical Ed.
p. 329.
Columbia Col.
p. 253 *et seq.*

The first state legislation regarding schools seems to have been made in 1786, when it was ordered that unappropriated lands within the state should be laid out in townships ten miles square, and that in each of them one section should be reserved for the "gospel and schools" and one "for promoting literature." Special appropriations were also made to help academies.

In 1795 a general school law was enacted "for the purpose of encouraging and maintaining schools in the several cities and towns of this state, in which the children of the inhabitants residing in this state shall be instructed in the English language, or be taught English grammar, arithmetic, mathematics, and such other branches of knowledge as are most useful and necessary to complete a good education."

Sherwood,
p. 520.
Union Col.
p. 272.

One hundred thousand dollars was appropriated from the state treasury each year for five years toward the partial support of the schools. Three years later (1800) there were 1350 public schools, with an attendance of 60,000 pupils. At the end of the five years, for which this law was enacted, repeated efforts were made to renew it, but all failed. The people felt that some "religious society" should provide the opportunities for an education. Because many were without the means for securing even elementary training, the "Public School Society of the City of New York" was chartered in 1805. This society was composed of the leading men of the city, and aimed to establish a free school "for the education of such poor children as do not be-

Theological Ed.
p. 310.
Regents, p. 78.
Agricult. Ed.
pp. 361, 363.
U. S. M. A.
p. 355.
Columbia Law
Sch. p. 380.
Hamilton Col.
p. 273.
P. 1.
Ed. of Deaf,
p. 471.
Learned Soc.
p. 553.
Hist. Sketches,
p. 237.



Ed. of Blind, p. 474.

Sch. Libraries, p. 483.

Technical Ed. p. 345.

Normal Schs. pp. 375, 378.

Cooper Union, p. 402.

N. Y. Univ. p. 274.

Law Sch. p. 320.

Rochester Univ. p. 275.

Col. City of N. Y. p. 275.

Teachers' Inst. p. 393.

Elmira Col. p. 436.

Ed. of Feeble-minded, p. 476.

Columbia Sch. Sci. p. 354.

Vassar Col. p. 436.

Cornell Univ. p. 276.

Syracuse Univ. p. 277.

Chautauqua, p. 531.

Kindergarten, p. 166.

Teachers' Col. p. 389.

N. Y. Univ. Sch. Ped. p. 390.

N. Y. City Sch. Org. p. 194.

Buffalo Sch. Org. p. 195.

Barnard Col. p. 441.

long to, or are not provided for, by any religious society." This society had control of the schools of New York City for forty-eight years. As early as 1784 the state board of regents had been appointed primarily to aid in the reconstruction of Columbia College, but later it was given further powers, and it has for more than a century now been in charge of all forms of private education within the state. When, in 1812, a state superintendent of schools was appointed, the public school system was put into his hands.

The state was particularly fortunate in securing as the first incumbent of this office Mr. Gideon Hawley, a man of unusual ability, and to him much of the success of subsequent school development may be ascribed. The school law adopted at the time of his appointment provided for the districting of the state for school purposes, and that the school fund be distributed on a per capita basis of school population. Inspection and the examination of teachers were made the duties of the township commissioners. These duties, however, so seriously interfered with the other functions of these officers, that in 1841 county superintendents were provided for, and two years later the township officials were relieved of their school duties. But in 1847 the county superintendents were in turn deposed (reinstated in 1856), and thus a sad blow struck to the efficiency of the school system.

In 1849 a free system of schools was provided for the entire state which, in spite of much opposition during the earlier years of its existence, even bringing about its abolition for a time, has stood the test and has become one of the strongest and most efficient in the country. Since 1867, when the final important step in its completion was taken, every move has been a progressive one.

The latest action, taken in February, 1904, was the creation of a school commissioner, to be elected (after

six years, the first appointment to be by the legislature)
by the board of regents, and intended to combine the
functions of that board with those of the state super-
intendent of public instruction. A. S. Draper was
appointed as the first incumbent of the new office. It
is too early as yet to say what the results of the plan
may be, but seemingly it does away with certain defects Coeducation,
inherent in the old dual system of administration. p. 432.

Text-book legislation, p. 219; Library legislation, pp. 485, 495; Sch. organi-
zation, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H;
Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

### Massachusetts

The early colonial grammar school did thorough Appendix C.
work in the classics, as the Harvard entrance require-
ments show. These schools were modelled after the
English grammar schools, with which the first colonists
were familiar, and in which many of them had been
trained. They differed, however, from the English
school, in that they did not have the large endowment
which made the English school an independent institu-
tion. We have seen how lands and funds were set aside
for the support of education in the colonies; but the
income from these sources were not sufficient to provide
a healthy support. We have also seen provisions for
levying and collecting tax for schools, but the people
were not always zealous in complying with these laws.
The eighteenth century saw many new settlements made;
and with these, new schools were opened. But in
efficiency the schools were on the decline. The schools
as they existed were not always those that the law pre-
scribed. The many wars, together with the poverty and
the increasing trouble with the mother country, were Am. Jour. Ed.
not favorable to education. 27 : 62.

The Puritans had feared that the education they had
brought with them was in great danger of perishing

Google

with them, and from some accounts it would seem that their fears were justified. In 1701 the Massachusetts court complained that the law was "*shamefully neglected* by divers towns, and the penalty thereof not required." This was a condition not peculiar to Massachusetts alone.   To remedy this growing evil, the fine for failing to support a grammar school, which in 1692 had been fixed at £10, was increased to £20.   Not only were schools neglected, but teachers were poorly prepared for the work of competent instruction.  As a means toward insuring better teachers, a law was enacted which required every grammar school teacher to be approved by the minister of the town, and of the two nearest towns, or by any two of them.   Providing against any abuse of this privilege, the law stipulated "that no minister of any town shall be deemed, held, or accepted to be schoolmaster of such town within the intent of the law."

Training on
teachers,
p. 371 *et seq.*

Recognizing the lack of teachers, and with a view of drawing men into this profession, several laws conferring special favors were enacted.   In 1692 they were exempted from tax; in 1692, from military service; and in 1699, from guard duty.   It was, perhaps, the scarcity of teachers and the unwillingness of the people to carry the financial burden which the schools necessarily imposed, that developed, during this period, the moving school.   Towns that felt too poor to support a school alone, would often combine and hire a teacher in common.   How long the school should be taught in each town so combining was determined by the amount it had subscribed toward the teacher's salary.

Newspapers,
p. 504.

Perhaps nothing illustrates the general trend of educational affairs in Massachusetts during the eighteenth century better than the school law of 1789.   This was a step backward when compared with previous laws; but as the others could not be enforced, and this was intended as something which could be, it comes nearer

Evening Sch.
p. 542.
Am. Acad. Arts
and Sci. p. 552.

giving the true state of affairs. Among the features of this law were the following : —

1. The district system was legalized. The district school became a necessity because of the rural population that was too far removed from town to share in the benefits of a town school.

2. Towns of 50 families were to support an English school at least six months during the year. This might be in one or any number of sessions. The old law had required the school to be in session throughout the year. These schools were to instruct in reading, writing, the English language, arithmetic, orthography, and decent behavior. This was an enlargement of the curriculum.

3. Towns of 100 families were to continue schools for a length of time equal to twelve months of the year.

4. Towns of 150 families were to support a grammar school for six months ; and, in addition, a school to instruct children in the English language for twelve months in the year. These schools might be in any number of terms and places.

5. Towns of 200 families were to support a grammar school and an English school each for a length of time equal in the aggregate to twelve months of the year. The old law had required a grammar school in each town of 100 families, but the law was continually violated. In speaking of this, Charles Hammond says : —

" Indeed it is not certain that any locality, save Boston, has constantly complied with this provision of the ancient statutes."

6. All teachers were to be college graduates, and "shall produce satisfactory evidence thereof." Instead of this qualification, however, it was sufficient to present a certificate from "a learned minister, well skilled in the Greek and Latin language, settled in the town or place where the school is proposed to be kept," or from two equally well qualified ministers near by. This certifi-

Williams Col. p. 272.
Amherst Col. p. 273.
Am. Lyceum, p. 569.
Harvard Med Sch. p. 329.

G

Hist. Sketches, p. 179.

Harvard Law Sch. p. 318.

High. Schs. p. 171.

Ed. of Deaf, p. 471.

Theological Ed. pp. 310-11.

Ed. of Blind, p. 474.

Mt. Holyoke Col. p. 435.

Perkins Inst. p. 476.

St. Bd. of Ed. p. 200.

Agricult. Ed. p. 361.

Normal Schs. p. 374 *et seq*.

Teachers' Inst. p. 393.

Lawrence Sci. Sch. p. 352.

Tufts Col. p. 276.

Worcester Inst. Tech. p. 346.

Trans. of pupils, p. 189.

Kindergarten, p. 166.

Art Ed. p. 403.

Martha's Vin. Sum. Inst. p. 527.

Boston Sch. Org. p. 194.

Smith Col. p. 439.

Wellesley Col. p. 438.

cate must bear witness, not only to the scholastic attainments, but also the moral qualifications of the teacher. A settled minister could not be considered a schoolmaster within the intent of this act.

7. The penalty for neglecting to support a school according to law was fixed at £10 for the towns of 50 families, towns that failed to support the grammar school were fined £30, and for other towns the fine was £20 and £30.

8. As for truant officers, the minister, the selectmen, or other persons appointed for this purpose, should " use their best endeavors " that all should attend the schools. They were also to visit the schools, at least once in six months, and to "inquire into the regulation and discipline thereof, and the proficiency of the scholars therein, giving reasonable notice of the time of their visitation."

9. Recognizing the fact that there would be need of schools, even more elementary than those provided for in this act, it was provided that the teachers of such schools must also secure a certificate. The penalty for violating this provision was fixed at 20s.

10. Only citizens of the United States were eligible as teachers. The fine for violating this provision was fixed at the rate of 20s. a month. This was certainly meant to be prohibitive. In this is shown the hostile feelings that had culminated in the Revolution.

This law, with its unfortunate emphasis upon the district unit of organization, was in force with but slight modification until 1826, with but little real progress on the part of the schools. In that year a more business-like administration of its provisions was arranged for, through the election of school committees of not less than five persons, chosen at the annual town-meeting, empowered to visit schools, report upon them to the governor, and to examine and certificate teachers. Again, eight years later (1834), a great advance was made in the establishment of a permanent school fund. But the

## *Later Educational Development* 83

most important move in the school history of the state came in 1837. This was the creation of a state board of education, with Horace Mann as its first secretary; an act which inaugurated the great educational revival, which, in some respects, made our national educational system. Developments since that time, too rapid even to summarize in a brief outline, have made the schools of Massachusetts models which nearly every other state in the Union has followed as a copy.

Radcliffe Col. p. 442. Harvard Sum. Sch. pp. 515, 535. Marine Bi. Lab. p. 520. Concord Sum. Sch. p. 521. Northfield Sum. Conf. p. 523. Coeducation, p. 432. Ed. Revival, Chapter VII.

Text-book legislation, p. 219; Library legislation, pp. 484, 485; Sch. organization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

### Connecticut

In 1750 Connecticut enacted a school law which contained all the essential features of a previous law of 1700, with some additions. The chief points were : —

1. Towns of 70 families, having but one ecclesiastical society, and ecclesiastical societies that have 70 families shall maintain, at least, one good school for eleven months of the year. Towns and societies of less than 70 families need continue their school only one-half the year. Hinsdale, p. 125 L

2. Every head county town shall maintain a grammar school throughout the year.

3. Toward the support of these schools, the colonial treasurer shall pay annually to those towns that keep their schools according to law, the sum of 40s. on every £1000 in the lists of towns.

4. Local school funds that had been begun by the sale of lands in 1733, shall be a perpetual fund for the support of schools.

5. In case the general tax and local funds are insufficient to support schools according to law, the required amount shall be raised, one-half by the tax, the



## 84 *The Growth of the People's Schools*

other by rate fee, unless some other method shall be agreed upon by the community.

6. The civil authorities and selectmen shall inspect the schools at least quarterly. They shall note the character of the instruction, suggest improvements, and report to the general assembly all disorder and misapplication of funds. The tax of 40s. on the £1000 proved more than the colonists could pay during the stress of the French and Indian War, and in 1754 was fixed at 10s. In 1766 it was made 20s.; and was in 1767 again raised, this time to 40s.

Steiner,
p. 31.

Later, Connecticut encouraged public schools and discouraged those of a private character. About the middle of the eighteenth century the "Separatists" had a large following and set up a school, "The Shepherd's Tent," in the house of one of their adherents. The object of this school was to train "exhorters, teachers, and ministers." Of this the assembly did not approve, and passed a law forbidding any one to maintain a school of any sort, except such as had already been provided by law, except by "special lycence" from the assembly.

This law was the result of heated religious discussion, but it did not prevent private academies from springing up near the end of the colonial period.

Theological Ed.
p. 312.

The first school on the order of an academy was established by Governor Trumbell at Lebanon in 1743. The school was limited to thirty pupils, and was supported by tuition fees. For more than thirty years it was kept by Matthew Tisdale, a Harvard graduate, and its fame drew pupils even from the West Indies and the Southern colonies. The "Union School of New London" was incorporated in 1774. This school was to prepare for the college, and also to furnish a thorough English education. It had a long and useful career.

Legal Ed.
pp. 316, 319.

Finally, the control of the schools passed into the hands of local districts or "school societies." The societies were distinct from the old "ecclesiastical

society" which once had control. The laws bringing about this change were enacted in 1795 and 1798. The support of the schools was to come from the income of the permanent funds. Each district or society was to appoint a committee of not more than nine competent persons, who were to have complete control of the school. The county grammar school was no longer required, but societies might, upon a two-thirds vote, establish a school of higher grade than elementary. It is not to be expected that the people were anxious for such schools at a time when they approved of the re-pealing of the old law. In 1799 the school law was again changed. A tax of $2 was levied on each $1000, but nothing was said as to the length of the school session. As a consequence, there was no uniformity in this respect, and the schools were closed when the funds ran out. The new system did not prove successful. *Conn. Acad. Arts and Sci. p. 553.*

As a result of the lack of school supervision the schools ran down, and Connecticut, like the other states, found that her children were being neglected. There were, however, signs of an awakening. In 1825 the governor called attention to the insufficiency of the schools, and on his recommendation several towns adopted the Lancasterian system. In 1826 there was an attempt to secure state supervision of the common schools, and in 1827, at Hartford, a society was organized to that end. Ten years later, Henry Brainard was appointed secretary of the state board of education, and the period of real, though interrupted, progress in state education was begun in Connecticut. *Ed. of Deaf, p. 470. Shef. Sci. Sch. p. 352. Teachers' Inst. p. 392.*

At the same time was passed an act "for the better supervision of the common schools," and providing for a complete system of organization. In 1856 the "school societies" were abolished, and their powers and duties transferred to the towns which appointed school visitors with duties similar to those of the school committees in *Hist. Sketches, p. 43. Normal Schs. p. 377. Agricult. Col. p. 362.*



Coeducation,
p. 432.

Massachusetts.    Connecticut has a large school fund,
and its educational institutions of every class are gener-
ously supported.

Text-book legislation, p. 219; Library legislation, p. 485; Sch. organiza-
tion, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H;
Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

## Rhode Island

Hist. Sketches,
p. 352.

According to the Rhode Island school law of 1828,
which is the parent of all subsequent educational legis-
lation within the state, $10,000 was appropriated annu-
ally from the treasury for the support of free schools.
This was to be supplemented by an annual tax within
each town, the amount to be determined at the town-
meeting.    The town also appointed school committees
of from five to twenty-one persons, with power to ex-
amine and appoint teachers and to visit the schools.
The state appropriation has been gradually increased;

Teachers' Inst.
p. 393.
Normal Schs.
p. 378.
Barnard.
Agricult. Col.
p. 362.
Brown Woman's
Col. p. 442.

in 1839 to $25,000; in 1854 to $50,000, and in 1870 to
$90,000.    In 1845 provisions were made for "advanced"
(secondary) instruction, when desired, and for school
libraries accessible to all the inhabitants of the town.
The real efficiency of the schools of the state may be
attributed to the work of Henry Barnard, who in 1843
was invited to serve as the first state superintendent of
public instruction, and devoted two years of incessant
labor to the solution of its then most unfortunate school
tangles.

Text-book legislation, p. 219; Library legislation, p. 485; Sch. or-
ganization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H.
Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

## Maine

Hist. Sketches,
p. 153.
Colby Col.
p. 273.

One year after its separation from Massachusetts and
admission to the Union as a separate state, Maine passed
a school law.    Under it not less than 40 cents for

Google

*Later Educational Development* 87

each inhabitant was to be devoted to the maintenance of its free schools. In each town and plantation too, a school committee of from four to seven persons was provided for, with duties similar to those of corresponding committees in Massachusetts. A school agent was also to be appointed by the town, for each district, with general supervisory duties.

Theological Ed. p. 310.
High Schools, p. 171.

In 1827 authority was given to form districts out of two or more towns — a provision arising out of necessity of the thinly settled regions.

But nothing like a standardization of the schools of the state was brought about until 1846, when a state board of education was organized. This was later abolished, but much progress had been made under it, and with the appointment in 1854 of a state superintendent, the schools were systematized and placed upon a substantial footing. County supervisors of schools were authorized in 1869, and a compulsory law requiring three months' schooling for all between the age of nine and fifteen years passed in 1875. Since that time the general requirements have been much stiffened.

Teachers' Inst. p. 393.

Normal Schs. p. 378.
State Univ. p. 284.
Trans. of pupils, p. 189.
Coeducation, p. 432.

Text-book legislation, p. 219; Library legislation, p. 484; Sch. organization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

## New Hampshire

Little independent school action was taken by New Hampshire after its separation from Massachusetts (1680) until 1789, when it was decreed that there should be English grammar schools maintained in all "ordinary towns," and grammar schools, in which Greek and Latin should be taught in all shire and half shire towns. In 1808 an advance was made in general organization, through the establishment of school committees for towns and parishes, and twenty years later a supervisor for each district.

Hist. Sketches, p. 253.
Dartmouth Med. Sch. p. 329.

Libraries, p. 484.

Google

88    *The Growth of the People's Schools*

Teachers' Inst.
p. 393.
Chandler Sch.
Sci. p. 353.
Agricult. Ed.
p. 362.
Normal Schs.
p. 378.
Tuck Sch.
Finance, p. 421.
Coeducation,
p. 432.

At about the time of this latter action (1828) a "literary fund" was made available for the schools.

The next move was the appointment of a state commissioner (1846), who was later deposed (1850), and his place taken by county commissioners. In 1867 a reconstruction was again made, and a state board of education constituted, together with a state superintendent of education. The latter has persisted, though the former was abolished in 1874. Since 1848 graded schools have been provided for.

Text-book legislation, p. 219; Library legislation, pp. 484, 485; Sch. organization, App. F; St. Supt. Pub. Ins., App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp. Ed. Laws. App. J; Ed. Statistics, App. K.

## Vermont

Hist. Sketches,
p. 390.

Middlebury
Col. p. 272.

Teachers' Inst.
p. 393.

Normal Schs.
p. 378.
Trans. of pupils,
p. 189.
Coeducation,
p. 432.

Vermont was settled by families from the older New England states, who followed the latter closely in the organization of schools. The first school law appeared on the statute books in 1782, and established the district system with the regular officers for its administration. Not until 1825 was any legislation of importance enacted, but in that year legal provision was made for the creation of a school fund. Two years later (1827) a state commissioner of public schools was established, empowered to recommend text-books, to superintend the district school committees, and to collect school statistics.

In 1856 a state board of education was organized, and continued until 1874, when it was replaced by a state superintendency. All the machinery for normal and higher instruction is in operation.

Text-book legislation, p. 219; Library legislation, p. 484; Sch. organization, App. F; St. Supt. Pub. Ins. App. G; Cert. of teachers, App. H; Teachers' Inst. App. I; Comp. Ed. Laws, App. J; Ed. Statistics, App. K.

### REFERENCES

Adams, Herbert B.   Thomas Jefferson and the University of Virginia.   Circ. Inf. No. 1, 1888.   Am. Ed. Hist. No. 2. — Barnard,

Henry. Am. Jour. Ed. Vol. 27; 17 : 32; 4 (biog.). Am. Jour. Ed. 1 : 659, 15 : 605. — *Bush*, George C. (1) History of Higher Education in Massachusetts. Circ. Inf. No. 6, 1891. (2) History of Education in New Hampshire. Circ. Inf. No. 3, 1898. (3) History of Education in Vermont. Circ. Inf. No. 4, 1900. — **Earle**, Alice Morse. Customs and Fashions in Old New England. — Fiske, John. Old Virginia and her Neighbors. Vol. II. — Hinsdale, B. F. Documents Illustrative of American Educational History. Rep. Com. Ed. 92–93 : 1225–1414. — **Historical Sketch of State School Systems** (each state). Rep. Com. Ed. 1876. — *Hough*, B. F. Constitutional Provisions in Regard to Education in the Several States. Circ. Inf. No. 7, 1875. — *Johnson*, Clifton. The Old-time District School. Outl. 76 : 568. — **Martin**, George H. Evolution of the Massachusetts Public School System. N.Y. 1894. — *Mayo*, A. D. The American Common School in New England from 1790 to 1840. Rep. Com. Ed. 94–95, p. 1551. Education in Southwestern Virginia. Rep. Com. Ed. 1890–1891 : 881. — *Morgan*, B. S., and Coch, J. F. History of Education in West Virginia. Charleston, 1891. — *Randall*, S. S. Common School System of the State of New York. Troy, 1851. History of the Common School System in the State of New York. N.Y. 1871. — **Regents' Report**, 83d. Albany, N.Y. — Rice, J. M. The Public School System of the United States. N.Y. 1893. — Schools as they were in the United States, Sixty and Seventy Years Ago. Am. Jour. Ed. Vol. 13. — **Sherwood**, Sidney. History of Higher Education in the State of New York. Circ. Inf. No. 3, 1900. Am. Ed. Hist. No. 28. — **Steiner**, Bernard C. History of Education in Connecticut. Circ. Inf. No. 2, 1893. — *Tolman*, William H., History of Education in Rhode Island. Circ. Inf. No. 1, 1894. — *Whitehill*, A. R. History of Education in West Virginia. Circ. Inf. No. 1, 1902.

Google

## CHAPTER VI

### THE GROWTH OF THE ACADEMIES

As the grammar schools throughout the early colonies declined in efficiency toward the latter part of the eighteenth century, a new institution was coming to the front, and providing a means of education that was far-reaching. This was the academy, the successor of the old grammar school, and the forerunner of the modern high school. From about the time of the Revolution, until the middle of the nineteenth century, it was the undisputed leader in secondary education; and although now in a sense deposed by the public high school, the academy has not by any means outlived its usefulness. In their inception, academies were of two general classes: (1) The local academy, which aimed to do little more than to supply the educational needs of its immediate neighborhood; and (2) the academy of a more pretentious type, with a course of considerable breadth, drawing its students from a wide field. The former were frequently but ephemeral, while the latter possessed often considerable endowment, and were established upon a permanent basis. The academy was essentially a private institution, but as will be shown later, in many instances received such substantial recognition from the state as to warrant its inclusion under the public school system. So closely did the early academies resemble their predecessors, the grammar schools, that it is not easy to determine the first, either as to time or place. The first, however, to become incorporated was one in Philadelphia, founded in 1753, through the efforts of Benjamin Franklin. In Massa-

Germantown
Acad. p. 61.

· chusetts the first to incorporate was the Phillips <span style="float:right">**Newark Acad.**<br>p. 63.</span>
Academy at Andover, started in 1778, though not
chartered until two years later. Phillips Academy at
Exeter, New Hampshire, was founded at about the
same time. Dummer Academy was the third to be
chartered in New England, being incorporated in <span style="float:right">**Wm. Penn. Sch.**<br>p. 60.</span>
1782; though its history begins in 1761, when Lieu- <span style="float:right">**Wilmington**<br>(N.C.) **Acad.**<br>p. 68.</span>
tenant-governor Dummer bequeathed his mansion and
330 acres of land for the establishment and support
of a school. Two years later the school was opened <span style="float:right">**Nazareth Acad.**<br>p. 61.</span>
at Byfield, Massachusetts. Because of the celebrity of
its first master, Samuel Moody, it may rightly be called
the mother of the New England Academy. For nineteen <span style="float:right">Moody.</span>
years Master Moody managed this school, and made it,
says Charles Hammond, "the best type of an English <span style="float:right">**Rep. Mass. Bd.**<br>Ed. (40th)</span>
grammar school that had existed on American soil since
the days of Ezekiel Cheever." And again he says, <span style="float:right">p. 188.</span>
"There is no doubt that the long and successful career
of Master Moody at Byfield led to the establishment of
the Phillips Academies and of Leicester."

Master Moody was indeed an exceptionally success-
ful teacher. In 1746 he graduated from Harvard and
began teaching the York Grammar School in the province
of Maine. This was the only public school in the region.
Under his instruction were educated a number of boys
who later became famous. Governor Dummer had
provided in his will that the town or parish committee <span style="float:right">**Warren Acad.**<br>p. 260.</span>
should have control of the funds of his school, and should
appoint the teacher. In looking for a master, they de-
termined upon Master Moody. He was appointed for
life, and could be removed only in case the overseers of
Harvard considered him "immoral and incompetent."
Master Moody was no less successful in training men at <span style="float:right">Phillips.</span>
Byfield than he had been at York. One of his pupils
was Samuel Phillips, Jr., who was the chief factor in se-
curing the founding of the Phillips Academy at Andover.
Another of his pupils was Eliphalet Pearson. Phillips

and Pearson were intimate friends in college; and when Andover was being planned, it was with the understanding that Pearson, because of his special fitness, should become its first master.

Rep. Mass. Bd. Ed. (4oth) p. 220. The constitution of Andover limited the number of students to thirty, and gave preference to those who sought instruction "in the learned languages." Others were not to be admitted unless the number was incomplete for one month. Thirteen pupils enrolled on the opening day, and before the end of the month the full number — thirty — was in attendance, and the rule limiting the enrolment to that number was discarded.

P. 428. Leicester Academy, in Worcester County, was the third to be incorporated in Massachusetts. This was in 1784. At that time there was not a single school in the county Westford Acad. p. 428. higher than the district school. Indeed the whole central and western parts of the state were without schools of high grade. When the legislature was petitioned for a charter, it conditioned the granting of it upon the securing of £1000 as an endowment, in addition to the building, which had been already secured. The endowment was to insure some permanency to the institution, and shows the caution as well as the wisdom of the legis- Bradford Acad. p. 428. lators in the matter. The £1000 was secured and the charter granted within a month after the legislature had made that a condition.

When the law of 1789 was enacted, the academies were ready to coöperate with the state. As early as 1797 they had risen to sufficient importance to call for the attention of the legislature. Because others were seeking charters, the general assembly of Massachusetts appointed a committee from its own number to study the question of academies, their relation to the state, and what the state's attitude should be in the Acads. in Ga. p. 72. future toward them. The committee found that already fifteen academies had been chartered. Of this number, six had received a grant of one township each of state

land; and one, a grant of fifteen thousand acres. Of the remaining eight, some had been endowed by towns and individuals, while others had no endowment. Upon the recommendation of the committee, a law was enacted in behalf of academies, favorable to the policy of granting state aid, and considering all parts of the state entitled to equal grants. But before lands were granted to any academy in the future, there must be a permanent fund of at least $3000, provided either by individuals or communities. The amount of land to be granted to a single academy was fixed at a half township. This amount was then voted to each of several academies, on condition that they should within three years secure an endowment of $3000. The same amount was promised to five counties on like conditions.

Am. Jour. Ed. 17:74.

This law recognized the academy as a part of the public school system, though the school itself was only a semi-public institution. The land that was granted at this time was within the province of Maine. Under the protection of the state the academies multiplied rapidly. While their spread was not conducive to the growth of the public school sentiment, still we must not forget that they came in at a time when there was a vast educational field unoccupied, and one that would have remained unoccupied but for them. Barring the fact that they fostered a sentiment for private, rather than for public schools, their influence was good. They became educational centres in their respective communities, and broadened the life of that great class that could never hope to go to college; while, on the other hand, they were the college fitting schools. So well did they do their work, that the colleges were able to raise their entrance requirements materially. As a rule they were manned by young men full of zeal, who inspired the pupils with a desire for the best in life, and who sent them out to occupy positions of trust in the state and the church. These same teachers often brought out

94    *The Growth of the People's Schools*

new and improved text-books, and thus became the means of raising the standard of teaching.

Acads. in N.Y.
p. 375.
To trace the development of academies in the different colonies would be a long task. A general idea of their growth and decline may be gathered from the following table, which gives the incorporation of academies for a century, in several states. The table is necessarily incomplete : —

|  | — to 1800 | 1801–1820 | 1821–1840 | 1841–1860 | 1861–1880 |
|---|---|---|---|---|---|
| Maine . . . . . . | 5 | 20 | 31 | 34 | 8 |
| New Hampshire . . | 10 | 18 | 59 | 23 | 25 |
| Vermont . . . . | 10 | 24 | 22 | 10 | 9 |
| Massachusetts . . | 17 | 19 | 78 | 40 | 15a |
| New York . . . . | 19 | 33 | 176 | 183 | 123b |
| Maryland . . . . | 5 | 24 | 40 | 23. | — |
| North Carolina . . | 30 | 113 | 43c | — | — |
| Georgia . . . . . | 6 | 14 | — | — | — |
| Totals . . . | 102 | 265 | 449 | 313 | 180 |

*a* closes with 1877.  *b* closes with 1873.  *c* closes with 1825.

But the tremendous proportions to which the academy system had grown at the zenith of its influence is shown by the table on page 96, which gives its status in 1850.

Academies of the more pretentious sort were primarily fitting schools for the colleges, and their courses were, consequently, largely classical. The others devoted more time to the common studies. Pupils sometimes entered at seven years, though nine was more commonly considered the proper age. Discipline was strict and punishment severe. The following, written in 1860 by one of the first pupils at Phillips, Andover, will give some idea of the work.

Am. Jour Ed.
32 : 873.

"Monitors kept an account of all a student's failures, idleness, inattention, whispering, and like deviation from order, and at the end of the week were bestowed substantial rewards for such self-indulgences, distributed upon the head and hand with no lack of strength or fidelity."

Google

After mentioning Cheever's *Accidence*, Corderius, Nepos, and Virgil, with possibly some other author as the texts in Latin, the same writer continues : —

"Our grammar was ' Ward's,' in which all the rules and explanations were in Latin, and we were drilled sedulously in writing this language far enough to get into the university. Our studies in Greek were very superficial. Gloucester's Greek Grammar was our guide in that language, and a thorough ability to construe the four Gospels was all required of us to enter college.

"In that day arithmetic was begun at the university. The degree of preparation for college and the amount of studies within it, are not worthy of remembrance, when compared with the means of acquirement now presented to the aspiring student."

If this last statement was true for 1860, how much more applicable is it to-day.

#### REFERENCES

**Academies**, Mass., policy of. 40th Rep. Mass. Bd. Ed. 1875–1876. — *Academies*, Statistics of. Am. Jour. Ed. Vol. 30. — *Bartlett*, S. C. The New England Academy. Rep. Com. Ed. 1896–1897, 2 : 1183. — Bradford Academy. Am. Jour. Ed. 30 : 595. — Cheney, M. L. High School Legislation in California since 1876. Pacific Ed. Jour. 11 : 122. — Dummer Academy. Am. Jour. Ed. 30 : 763. — Hopkins Grammar School. Bacon, L. W. New Haven, 1860. Am. Jour. Ed. 28 : 275. — Lawrence Academy. Am. Jour. Ed. 2 : 49. — Leicester Academy. Am. Jour. Ed. 28 : 798 and 30 : 777. — **Moody**, Samuel. Am. Jour. Ed. 28 : 785. — Norwich Free Academy. Am. Jour. Ed. 3 : 191. — Phillips Academy, Andover. Am. Jour. Ed. 30 : 669. — Phillips Academy, Exeter. Bell, Charles H. Exeter, 1883. — **Phillips**, Samuel (biog.). Am. Jour. Ed. 6 : 75. — Steele, G. M. Has the New England Academy outlived its usefulness? Ed. 15 : 513. — Tomlinson, E. T. The Field and Work of the Academy. Ed. 5 : 127. — *Tucker*, G. Educational Statistics of the Census of 1840. Am. Jour. Ed. 24 : 171. — Virginia Military Institute. Am. Jour. Ed. 23 : 825. — William Penn Charter School. Philadelphia, 1880. — Winterbotham, Rev. W. View of the United States of America. Am. Jour. Ed. 24 : 137.

Google



Generated on 2024-03-15 20:32 GMT  /  https://hdl.handle.net/2027/coo1.ark:/13960/t3zs39z8h
Public Domain in the United States  /  http://www.hathitrust.org/access_use#pd-us

Digitized by
CORNELL UNIVERSITY

Original from
CORNELL UNIVERSITY