# Exhibit 10

# Airport Transit System

The Airport Transit System (ATS) is a convenient, fast and reliable people mover system at O'Hare International Airport, offering fully-automated service every 3-5 minutes during peak hours, 24 hours a day, seven days a week.

The system transports passengers to and from Terminals 1, 2, 3 and 5, as well as the Multi-Modal Facility (MMF) for rental cars, Economy Parking Lot F, Kiss 'n' Fly, Pace buses and Metra.

The ATS reopened to passengers in November 2021, with several major upgrades, such as:

- a larger fleet of train cars that doubles the overall passenger capacity
- the track extension and additional station at the Multi-Modal Facility to connect with the rental car agencies and the economy parking
- an upgraded automatic train control system

By the numbers:

- 50 mph = top speed of the train system
- 10 minutes = time it takes to travel from one end (T1) to the other (MMF)
- 5 stations = stations served at T1, T2, T3, T5 and the new one at the MMF
- 3 miles = length of track, which is a dual-lane guideway
- 36 cars = size of the new train fleet, replacing the previous 15
- 147 passengers = capacity of each three-car train vehicle

The ATS has gone through extensive and rigorous testing to ensure safe, reliable and efficient operations for our passengers and employees. Round-the-clock service began in April 2022.

## Terminal Map





(/SiteCollectionImages/OHare/ServicesAmenities/ATS/Web%20Map%20-%20Full%20Airport.jpg)

# Airline List

# AIRLINE LOCATIONS Listed by Terminals

**1**
- ANA (departures only)
- Lufthansa (departures only)
- United (domestic; international departures only)
- United Express (all check-in and baggage claim)

**2**
- Air Canada
- Alaska
- JetBlue Airways

**3**
- American (domestic; international departures only)
- Cape Air
- Contour Airlines
- Denver Air/Key Lime
- Iberia (departures only)
- Japan Airlines (JAL) (departures only)
- Southern Airways Express
- Spirit Airlines

**5**
- Aer Lingus
- AeroMexico
- Air France
- Air India
- Air New Zealand
- Air Serbia
- American
- ANA
- Austrian Airlines
- British Airways
- Cathay Pacific
- China Eastern
- Connect Airlines
- Copa Airlines
- Delta
- Emirates
- Ethiopian
- Etihad Airways
- EVA Air
- Finnair
- Frontier
- Iberia
- Icelandair
- Japan Airlines (JAL)
- KLM Royal Dutch
- Korean Air
- LOT Polish Airlines
- Lufthansa (arrivals only)
- Qatar Airways
- Royal Jordanian
- SAS
- Southwest
- Spirit Airlines
- Sun Country
- SWISS
- TAP Air Portugal
- Turkish Airlines
- United



(/SiteCollectionImages/OHare/ServicesAmenities/ATS/Web%20Airline%20List.jpg)

## Passenger Services / Special Numbers

(/SiteCollectionImages/OHare/ServicesAmenities/ATS/Web%20Legend.jpg)