# Exhibit 11

*Public School Security: Yesterday, Today, and Tomorrow* Burgan, Larry;Rubel, Robert J Contemporary Education; Fall 1980; 52, 1; ProQuest pg. 13

Case: 3:22-cv-50326 Document #: 83-11 Filed: 03/25/24 Page 2 of 6 PageID #:3555

# Public School Security: Yesterday, Today, and Tomorrow

By Larry Burgan and Robert J. Rubel

*Larry Burgan, Director of Security, Baltimore, Maryland Public Schools; Robert J. Rubel, Assistant Director, Institute of Criminal Justice Studies, Southwest Texas State University, San Marcos.*

Our purpose is to give a broad picture of security operations in the nation's public schools with an eye toward the probable role security operations might play over the next decade. Very few citizens have clear ideas of what constitutes "school security," how it came about, how it functions, or how it is likely to change in the foreseeable future. Since understanding and cooperation on behalf of the general public is fundamental to the success of any comprehensive security system, it is our purpose here to provide much of the basic information necessary for such understanding.

## Background

The first glimmerings of that violence which ultimately resulted in formation of internal security forces in our public schools began to come to public attention in the late 1950s. In ghettos of major urban centers, unruly student misbehavior became sufficiently noticeable by the mid 1950s that the U.S. Senate conducted hearings in cities throughout our nation to determine the scope of the disruption. Books written in this era tended to lump misbehaviors into the general category of "discipline violations," and it was not until ten years later that educators would begin to separate infractions of school rules (discipline violations) from crimes. The popularized public view of urban school violence in this period was exemplified in a major motion picture: *The Blackboard Jungle*.

As the years passed, students, teachers, and administrators all came in for their share of ever-increasing harassment, intimidation, and assault. As the 1960s gave way to the 1970s, buildings were, with alarming frequency, defaced, vandalized, and even burned beyond repair. Equipment and supplies were defaced, destroyed, and stolen at an immense cost to the taxpayers. And, as inflation spiralled ever-upwards in this period, taxpaying citizens' concern evolved into alarm over the senseless and nonproductive loss.

These and other trends caused consternation and discussion within the "educational establishment." Causes of the violence were variously laid to conditions ranging from the "decline of religion" and "breakdown of the family," to "racial discrimination" and "irrelevant curricula." However, little remedial action was taken in a school district until the "problem" began to creep into more affluent neighborhoods. By the mid-to-late 1960s, mass media (and therefore the general public) began to pay considerable attention to numerous disciplinary infractions occurring in the schools and to express growing concern that educators were not appropriately responding to this evident increase in unruly student behavior.

Also by the mid-to-late 1960s, most major cities had become painfully aware of widespread problems accompanying violence in schools. It was at that time, for example, that little brothers and sisters were learning from their college-aged siblings that "change" is

Copyright (c) 2003 ProQuest Information and Learning Company
Copyright (c) Indiana State University

best accomplished through rioting. It was also at that time that replacement costs for stolen, destroyed, defaced property began to become prohibitive. Local police departments, ever-plagued by personnel shortages, were hard put to handle ever-increasing rates of reported crime in their jurisdictions and were further unable to respond adequately to the schools' newly recognized needs. It was thus that many urban school system administrators were forced to begin thinking of ways to provide some means of protection on their own: The advent of "school security" as a separate branch of law enforcement was that protection.

In the early 1960s, a few large cities instituted some form of security operation in their school systems; by the late 1960s, the successes of early experiments prompted a deluge of imitating systems. By the early 1970s, virtually all school systems serving cities larger than 100,000 people had implemented some form of school security in response to criminal and violent student behavior.

### Range and Scope of Security Operations

Spawned of necessity and developed independently by each system, security programs took several different forms. In New York City a group of "security aides" were hired. They had no police authority or training and were in reality little more than hall monitors (it was not unusual for uniformed NYPD officers to be assigned beats in and around public schools). In Chicago, meanwhile, a Security Director was appointed and given funds to employ off-duty police officers to work in that city's secondary schools. While so employed, these officers were responsible to the school system's directives, provided that such directives did not conflict with police department regulations. Officers carried all of their police power and authority into this part-time employment.

The school system in Detroit, Michigan employed some noncommissioned aides similar to those in New York City. At the same time, however, Detroit Police Department officers were regularly assigned to provide law enforcement services at specific school sites. While these officers consulted and cooperated with school administrators, their final responsibilities were to their police department superiors. Atlanta, Georgia and Charlotte, North Carolina also utilized formal combinations of local police and school personnel in providing safety and security services to school systems.

At least partly because of the absence of final authority over city police assigned in schools (and the confusion that absence caused) other systems formed their own internal forces of commissioned law enforcement officers whose major responsibilities were in secondary schools during regular school hours. Depending upon local laws, these employees were sworn in either as special deputies, as special police officers, or under some other title peculiar to the jurisdiction. Some systems simply expanded already existing after-hours "school patrol" forces. (These forces had originally been deployed to help curb property losses, but at this juncture in the reformation of security offices, they were redirected to help prevent crimes against persons. It must be stressed, however, that most systems did not have even such a nucleus to start with.)

Most school districts—including that of Baltimore, Maryland—had to start from scratch. They would recruit small forces of officers, usually with some experience in law enforcement, and place them in schools throughout the city in an effort to deter, if not completely stem, the rising flood of violence. Training for officers in these newly forming units was practically nonexistent nationwide; performance guidelines were, at best, sketchy and very generalized.

### Short-Term Impact of Security Operations

The introduction of this new presence into major urban school systems had an immediate impact on many other groups of educators already working in the system. Whereas school faculties were generally very receptive, building-level administrators—the group with which the security forces had to work most closely—were generally not as pleased. Principals of schools experiencing

14

Copyright (c) 2003 ProQuest Information and Learning Company
Copyright (c) Indiana State University

frequent and severe incidents of violence were glad to have additional authoritative help, of course. But there was an almost universal resentment on the parts of these professional educators of what they considered to be a diminution of their established authority to make final decisions regarding actions taken in their schools. In those areas where security personnel had police powers, such problems were particularly acute. As decisions about when to or when not to arrest a suspect cannot be delegated to a third party by any police officer, principals and higher administrators found (to their consternation) that individuals were being arrested in or around their buildings—persons whom they would personally have preferred to handle as disciplinary cases subject only to administrative sanctions. Conversely, some administrators were demanding that commissioned security officers make arrests in cases where the officers had no legal grounds to do so, and therefore had to refuse to take action. To add to these difficulties, many principals seemed to feel that serious incidents occurring in their buildings reflected on their own professional competence. Many principals tried to keep reports of violence, even of a very serious nature, from reaching their superiors and the public. When security officers who reported to superiors outside the particular school refused to quash such reports, relationships between building-level administrators and security quite naturally deteriorated.

Administrators were not the only group who did not fully welcome the introduction of security personnel past the schoolhouse door. As a rule, students viewed security officers with suspicion and distrust. Students reflected attitudes, then not uncommon among the general public, of resentment and disrespect for law enforcement officers. There were some students, of course, who were awed by these persons of authority and who gravitated toward them full of adolescent hero-worship. However, rather than risk the displeasure of their peer group leaders, most students didn't respond to any friendly advances by the "pig" or else were belligerent or derisive when in their presence. These youth were probably impelled even further from any viable relationship with security officers by the actions during this same time period (mid 1960s to early 1970s) of their somewhat older college-level counterparts who were rioting on college and university campuses throughout the nation. There was also an incentive for those impressionable adolescents to follow in the footsteps of vocal citizens displaying contempt for civil authority and disregard for the rights of others, as seen in riots in Watts, Detroit, Washington, Baltimore, and so forth.

About the only group that seemed to accept security programs almost without qualification were the parents whose children attended the schools involved. True, those parents whose children came into contact with the security officers through arrest and prosecution sometimes showed antipathy to the programs, but even a surprising number of these parents seemed more intent on straightening out their children's problems than protesting the security officers' actions or authority. Parent groups and individual parents have been strong in their support, particularly in the ghettos. When school administrations and other governmental bodies were thought to be unresponsive or slow in implementing adequate programs, it was the parents who angrily demanded increased staffing, sufficient equipment, better communications, and comprehensive training for the security forces. Some attempts by school systems to cut back or restrict the independent authority of their security personnel have met with adamant opposition of parent organizations. It could safely be said that the parents of this nation have been consistent champions of the concept of school security as one element in a range of approaches for insuring a peaceful and safe learning atmosphere.

### Long-Term Impact of Security Operations

Here, then, were the beginnings of public school security—why it began, how it began, and some of the problems it faced in those first groping days of its emergence as an adjunct to public education in the United States. But the problems of yesterday have not been solved; they have actually continued to spread out from their origins in the

15

Copyright (c) 2003 ProQuest Information and Learning Company
Copyright (c) Indiana State University

major cities. Once sleepy, rural crossroads have become teeming shopping and recreation districts for the "bedroom" communities that have sprung up as far as forty miles from the urban industrial and commercial centers. It is important to realize that the educational systems of these outlying districts were not and are not prepared to cope with this influx of students, many of them teenagers already ingrained with the very habits and lifestyles that their parents are seeking to correct by removing them from the cities.

As the nature and extent of problems expanded, so, too, did public school security: from a handful of persons operating school-based law enforcement programs in a half-dozen cities just fifteen years ago, to scores of school systems employing several thousand men and women in some form of security operation. Today, unlike any previous time in the history of American education, data about the frequency and kinds of criminal activities on school grounds are generally available; school districts have the internal capacity to help building-level and district-level administrators solve problems which affect the very nature and quality of education passed from one generation to the next. But with this growth comes obligation.

With the growth of security operations over the last decade, an obligation has accrued requiring these security divisions to become more sophisticated in coping with criminal and violent behavior on school grounds. In many systems, recruitment requirements have been tightened, salaries and benefits have been upgraded in order to attract well-qualified personnel, and operating procedures and codes of conduct have been formalized and implemented. More important, perhaps, is an ever-increasing interest in professional training in all aspects of law enforcement. All around the country, school districts have begun to insist upon certain training levels for security personnel. Officers in the Security Division of the Baltimore City Public Schools, for instance, are required to successfully complete a minimum-standards course approved by the Maryland State Police Training Commission, and to receive regular inservice training thereafter. Also, many security forces avail themselves of programs offered by various federal and state agencies in certain areas of specialized prevention, such as drug abuse, juvenile delinquency, arson, and so forth.

After considering increases in the numbers and the technical competence of security operations, the question of effectiveness remains. Has all this been worth it? Are the taxpayers getting their money's worth from this investment in public schools safety?

The answer, in our opinion, is a qualified yes. While valid and uniform data collection procedures are most notable by their absence, it appears that in school systems with functioning security programs, group disorders are less frequent and much more rapidly dispersed than in school districts without security programs. We can attest even more strongly that, in the city of Baltimore, schools assigned their own security officers experience far fewer acts of individual violence than they did five years ago. Abuse of controlled, dangerous substances there—rampant among teenagers nationwide—is at least held in check. Student acceptance of security personnel, though far from wholehearted, has improved measurably (in some schools, the students look upon the officers as sort of unofficial counselors). Property loss attributable to vandalism and theft still represents a tremendous dollar loss nationally, but for the last few years has been edging slightly downward.

School Security: Moving into the 1980s

In a general way, though, there is little doubt that school security operations on a national level have reduced student and teacher fear-levels—particularly in large urban schools—that they have probably increased the overall stability of educational programs, have certainly reduced property losses, and have provided school systems with orderly and uniform methods for handling criminal incidents. On the negative side, the advent of security forces within

16

Copyright (c) 2003 ProQuest Information and Learning Company
Copyright (c) Indiana State University

schools doubtless has contributed to an institutionalization of "the problem" of violence in schools (the lay public now seems to feel violence is a permanent part of schooling). It has helped increase the stakes of the "game" played between students and educators, has helped change the relationship between students and their educators (so that "educators" are now somewhat closer to "keepers"), and has served as yet another proof to citizens that schools are in the throes of disintegration.

So far, we have attempted to sketch public school security from its origins to its present state. Before concluding, it is useful to speculate about where school security is likely to go from here. Assuming that security programs will remain an integral part of the educational structure for the foreseeable future, we suggest one of two basic courses will be followed.

On the one hand, security may continue as it is, concentrating its personnel and its efforts in those areas of school systems where the violence and criminal activity is most manifest—which means in the secondary schools, primarily in junior highs. By continuing to increase the numbers of officers, to raise the level of professionalism, and to improve crime prevention methods, security can probably control violence in schools and keep these institutions relatively safe. With this scenario, security is likely to efficiently hold at bay anti-school elements within and without these schools.

On the other hand, security programs may follow a course which goes much further toward achieving the primary goal of all law enforcement efforts—the prevention of crime. Our own personal observations and experiences, as well as those of our colleagues in the security field, of municipal police, educators, and even clergymen with whom we have discussed the matter, seem to lead inexorably to one conclusion: that security operations need to broaden their impact throughout the school system in ways that will promote attitudinal changes among even the most disruptive youth. This conclusion is based on the reasoning that since most secondary school-aged children (the age group most likely to be in contact with security officers) have already developed basic attitudes and behavior patterns, and since those who reach junior high schools and high schools already programmed for antisocial conduct are not likely to be redirected permanently toward more acceptable pursuits, security can only hope to control them and inhibit their offensive activities.

We feel it would be much more fruitful to broaden the scope of security forces and send some of their resources into those areas of the school system where attitudes and behavior patterns can still be influenced. We contend that it is in the kindergarten and early elementary grades that children can be instilled with concern for the rights of others, with respect for peace and good order, and with understanding that law enforcement officers are friends rather than enemies. Since far too many children today are not being taught these values in the home, we in school security would do well to try to reach them with the message in the classroom. Perhaps, then, children in some future generation may reach adulthood without having known the fear of other students.



17

Copyright (c) 2003 ProQuest Information and Learning Company
Copyright (c) Indiana State University