# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KWAME RAOUL, *et al.*, <br><br> *Defendants.* | No. 3:22-cv-50326 <br><br> Honorable Iain D. Johnston |

## SUPPLEMENTAL DECLARATION OF JOSEPH VESEL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Joseph Vesel, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2. If Illinois' ban on carry in public transportation is enjoined, I intend to carry my firearm on public transportation such as Metra and Pace buses despite those transit operators' internal policies restricting carry.

3. I understand that the punishment for violating Pace's firearm policy is potential removal from the bus.

4. I am not aware of any punishment for carrying firearms within the policies of the Railways that operate Metra (e.g., BNSF, Canadian National Railroad, Union Pacific Railroad).

5. If either Pace or a railroad operating Metra continued to enforce these policies after a judgment in my favor in this case and took adverse action against me for carrying a firearm, I could sue that entity to seek to enjoin its policy restricting the carrying of firearms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24 day of March, 2024.

_____
Joseph Vesel