IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON,<br><br>    Plaintiffs,<br><br> v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois,<br><br>RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois,<br><br>ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois,<br><br>KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois,<br><br>ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois,<br><br>    Defendants. | Case No. 3:22 CV 50326 |

**MOTION TO SUPPLEMENT COMBINED RESPONSE TO DEFENDANTS'
STATEMENTS OF MATERIAL FACTS**

  Plaintiffs, BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, by and through undersigned counsel, hereby move this Honorable Court for leave to supplement their *Combined Response to Defendants' [Summary Judgment] Statements of Material Fact* (Dkt. #88). In support thereof. Plaintiffs state as follows:

  1.  Plaintiffs timely filed their *Combined Opposition to Defendants' Cross-Motions for Summary Judgment* (Dkt. #87), as well as the *Combined Response to Defendants' Statements*

*of Material Facts* (Dkt. #88). However, Plaintiffs inadvertently omitted filing an Appendix (labeled as Attachment 1) to the Response to Statements of Material Fact, and did not realize said error until the next day (today).

    2.    The Appendix is attached hereto as Exhibit "A." Plaintiffs request leave to file it *instanter*.

    3.    Plaintiffs have contacted counsel for Defendants *via* e-mail and forwarded them a copy of the Appendix. Counsel for Defendants Raoul, Berlin, Rinehart, and Amato stated they have no objection to this Motion, while counsel for Defendant Foxx stated they take no position with regard to this Motion. Defendants will not be prejudiced by the granting of this Motion.

    4.    This Motion is not for purposes of delay, nor for dilatory purposes, but is only requested so that Plaintiffs may fully present their evidence and arguments to the Court.

WHEREFORE, BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, respectfully request this Honorable Court grant them leave to supplement their *Combined Response to Defendants' Statements of Material Fact* with the attached Appendix, and grant Plaintiffs such other and further relief as this court may deem just and proper.

Dated: March 26, 2024                                                                       Respectfully submitted,

                                                                                             /s/ David G. Sigale
                                                                                             Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1. On March 26, 2024, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                                    /s/ David G. Sigale
                                                      Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

Attorney for Plaintiffs