# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.
                           Plaintiff,

v.                                             Case No.: 3:22−cv−50326
                                                Honorable Iain D. Johnston

Kwame Raoul, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: In the absence of any objection, the plaintiffs' motion for leave to file their appendix [89] is granted. The defendants shall file the appendix as a separately−docketed entry by 3/29/2024. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.