# EXHIBIT A

New York (State). Statutes.

# LAWS

OF THE

## State of New-York.

PUBLISHED BY AUTHORITY.



SECOND EDITION,

[PRINTED PAGE FOR PAGE WITH THE FIRST EDITION.]

VOL. I.

ALBANY:
PRINTED BY WEBSTERS AND SKINNER.
1807.

Case: 3:22-cv-50326 Document #: 92-1 Filed: 04/17/24 Page 2 of 6 PageID #:4346

# REVISED AND SESSION LAWS

OF THE

## STATE OF NEW-YORK.

*On affirmance of judgment in error after verdict, defendant to recover double costs.*

XIV. *And be it further enacted,* That if any person shall prosecute any writ of error for reversal of any judgment given after verdict in any of the courts aforesaid and the judgment be affirmed, then such plaintiff in error shall pay to the defendant in error his double costs, to be assessed by the court where such writ of error shall be depending for the delaying of execution.

*On quashing writs of error defendant to have costs.*

XV. *And be it further enacted,* That upon quashing any writ of error for variance from the original record or other defect, the defendant in such writ shall recover against the plaintiff his costs as he would have done if the judgment had been affirmed, and to be recovered in like manner.

*In chancery plaintiff to pay full costs on dismission of his bill.*

XVI. *And be it further enacted,* That upon the plaintiff's dismissing his own bill in equity or the defendant dismissing the same for want of prosecution, the plaintiff shall pay to the defendant full costs to be taxed.

*Defendant to pay costs in suits for debts due to the state.*

XVII. *And be it further enacted,* That in all suits commenced upon any specialty made to the people of this state or to any person for their use, the people or other plaintiff shall recover the debt, damages and costs as any other person in the like cases.

*Defendant not to have costs in suits bro't for debts due to the state.*

XVIII. *And be it further enacted,* That where any action shall be prosecuted in the name of any person for any debt or sum of money due to the people of this state, and the plaintiff shall be nonsuited therein or if a verdict shall pass against the plaintiff, the defendant shall not recover any costs against such plaintiff.

*This act not to extend to certain actions.*

XIX. *And be it further enacted,* That nothing in this act contained shall extend to any popular action, nor to any action to be prosecuted by any person in behalf of himself and the people of this state upon any penal statute, nor to any indictment, presentment or inquisition.

---

### CHAP. CLXXIII.

*An ACT for the Support of Government.*

Passed 7th April, 1801.

*Annual salaries allowed*

I. BE it enacted by the People of the State of New-York, represented in Senate and Assembly, That there shall be allowed to the several officers of government hereinafter mentioned, the following annual salaries: To the

*To the governor;*
person administering the government of this state the sum

*Chancellor;*
of three thousand seven hundred and fifty dollars; to the chancellor the sum of two thousand dollars; to the chief

*Chief justice and judges of supreme court*
justice the sum of two thousand dollars, and to each of the other four judges of the supreme court the sum of one thousand eight hundred and seventy-five dollars; but this provision shall not be construed to extend to any judges of the said court that may be appointed after their number shall

amount to five ; to the treasurer the sum of one thousand six hundred dollars, including clerk hire, office hire and stationary ; to the secretary of this state the sum of one thousand five hundred dollars ; to the attorney-general the sum of two thousand dollars ; to the private secretary of the person administering the government of this state the sum of three hundred and twelve dollars and fifty cents ; and the said annual sums shall be payable in equal quarterly payments at the treasury by the treasurer on the warrant of the comptroller, on the first days of April, July, October and January in every year, and shall be computed as becoming due to the said several officers in proportion to the times for which they shall hold their respective offices ; and the said annual sums to the treasurer may be retained by him in quarterly payments as aforesaid on the warrant of the comptroller, and the comptroller shall issue his warrant to the treasurer to pay the said annual sums in quarterly payments aforesaid, upon the receipt of a certificate signed by the person administering the government of this state and under the privy seal of the state, certifying that at the time when the last quarterly payment became due, the person or persons in whose favour the certificate may be given held the said office or offices for which such person or persons may demand a compensation ; and if any person shall cease to hold any of the said offices at any time between the times above prescribed for quarterly payments, such certificates shall specify the time when he ceased to hold such office, but no such certificate shall be necessary for the person administering the government of this state and the comptroller shall draw his warrant for such sums as shall become due to him as aforesaid without any certificate. *[margin: Treasurer; Secretary of state; Attorney-general; Governor's private secretary; And payable in quarterly payments on the warrant of the comptroller. Such warrant founded on the governor's certificate.]*

II. *And be it further enacted*, That it shall not be lawful for the chancellor or judges of the supreme court to demand or receive any fees or perquisites for any thing done by either of them in virtue of their offices. *[margin: Chancellor & judges not to receive fees.]*

III. *And be it further enacted*, That at every session of the legislature, the president of the senate and speaker of the assembly shall each be entitled to receive three dollars and seventy-five cents for every day he shall attend in his station ; and that each member of the senate and assembly shall be entitled to receive two dollars and fifty cents for every day he shall attend either of the said houses respectively, and the like compensation to the president of the senate, the speaker of the assembly and to the other members of the legislature, for every twenty miles of the distance from the place of his residence to the place of the meeting of the legislature, and such distance shall be estimated by the most usual road, and shall be computed both for the travelling to and returning from the place of their said meeting ; and if any member of the senate or assembly *[margin: Compensation of the president of the senate and speaker of the assembly. And members of the legislature.]*

shall, after his arrival at the place of their said meeting, be prevented by sickness from attending either of the said houses respectively, he shall be entitled to the like daily allowance as aforesaid for every day he shall be so prevented, and the comptroller shall issue his warrant to the treasurer for the payment of such sum as may so become due to each member respectively upon the receipt of a certificate signed by the president of the senate or the speaker of the assembly, as the case may be, setting forth the number of days that the member in whose favour it shall be given may have attended either house respectively, and the estimated distance of his place of residence from the place of the meeting of the legislature.

*Payable on the warrant of the comptroller. Upon the receipt of a certificate.*

IV. *And be it further enacted,* That there shall be allowed and paid to each of the clerks of the senate and assembly the sum of three dollars and seventy-five cents per day for their respective services during the session of the legislature, and also the amount of such sums for the contingent expenses of the two houses as may, from time to time, during the sessions of the legislature, be certified to be necessary by the president of the senate and speaker of the assembly respectively, and also for engrossing each sheet or folio of seventy-two words twelve and an half cents, and six and an half cents per folio of seventy-two words for copying the journals for the governor, resolutions to either house for concurrence and copies furnished the state printer, and for issuing notices of vacancies in the senate as directed by law fifty cents, and such accounts with the vouchers for the same shall be audited and allowed by the comptroller; and there shall also be allowed and paid to the serjeant at arms and the door keepers of the senate and assembly, each the sum of two dollars for every day they shall attend the legislature agreeable to such certificate thereof as they shall respectively produce, certified by the president of the senate or speaker of the assembly, as the case may require, for the payment of which several compensations and sums of money the comptroller shall issue his warrant to the treasurer after the same are allowed and certified as aforesaid.

*Compensation of the clerks of the senate and assembly.*

*And serjeant at arms and door keepers.*

V. *And be it further enacted,* That the members of the council of appointment for each day of their attendance in council during the recess of the legislature, and for travelling from and to their respective places of residence, shall be entitled to the like compensation as hath been before prescribed for the members of the legislature, and the comptroller shall issue his warrant to the treasurer for the payment of the sums that may so become due to them respectively upon the receipt of a certificate signed by the person administering the government of this state, setting forth the number of days that they may have severally attended in council and the distance of their

*Compensation of the council of appointment.*