EXHIBIT B

2819-121
2

# JOURNAL

OF THE

# HOUSE OF DELEGATES

OF THE

## COMMONWEALTH OF VIRGINIA;

### BEGUN AND HELD IN THE TOWN OF RICHMOND,

## In the County of Henrico,

*ON MONDAY, THE SEVENTH DAY OF MAY, IN THE YEAR OF OUR LORD*
*ONE THOUSAND SEVEN HUNDRED AND EIGHTY-ONE.*

RICHMOND:

PRINTED BY THOMAS W. WHITE, OPPOSITE THE BELL-TAVERN.

1828.

76

*Resolved, therefore,* That the auditors of public accounts be, and they are hereby authorised to grant to the said James Markham, a quietus for the said sum of 5,007*l.* and give him a credit in their books for the same; and also, that they be directed to adjust and settle his accounts against this State for his depreciation of pay and other emoluments whilst in service, and grant him certificates for such balance as shall appear due.

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Henderson do carry the resolution to the Senate, and desire their concurrence.

On a motion made,

*Ordered,* That during the remainder of the present session it be a standing order of the House, that immediately after prayers the names of the members be called over.

On a motion made,

*Resolved,* That the resolution of the 16th instant, directing that when this House adjourns on Saturday next it will adjourn to the last day of March next, be rescinded.

*Ordered,* That Mr. Thruston do acquaint the Senate therewith.

And then the House adjourned till to-morrow morning, 10 o'clock.

---

## SATURDAY, December 20, 1783.

The House being informed that Nathaniel Wilkinson, one of the members for the county of Henrico; John Pollard, one of the members for the county of King George; and Edmund Ruffin, jun. one of the members for the county of Prince George, attended in custody of the sergeant at arms, and that there was good cause to excuse their absence when this House was called over on Thursday last;

*Ordered,* That the said Nathaniel Wilkinson, John Pollard and Edmund Ruffin, jun. be admitted to their seats, without paying fees.

An engrossed bill, "for establishing inspections of tobacco on the western waters;" was read the third time, and the blanks therein filled up.

*Resolved,* That the bill do pass; and that the title be, "an act, for establishing inspections of tobacco on the western waters, and at Gibson's in the county of King George."

*Ordered,* That Mr. Jones do carry the bill to the Senate, and desire their concurrence.

Mr. Edmundson reported, from the committee appointed to examine the enrolled bills, that the committee had, according to order, examined several others, and found them to be truly enrolled.

*Ordered,* That Mr. Edmundson do carry the bills to the Senate for their inspection.

*Ordered,* That the committee to whom were referred a letter from the Governor, enclosing one from Walker Daniel, Esq. be discharged from further proceeding thereon.

Mr. Underwood reported, from the committee of Commerce, that the committee had, according to order, had under their consideration the letter from Monsieur Cabarrus, vice-consul of France in this State, to them referred, and had agreed upon a report, and had come to a resolution thereupon, which he read in his place, and afterwards delivered in at the clerk's table, where the same were again twice read and agreed to by the House, as followeth:

It appears to your committee, that two sailors, Americans by birth, shipped themselves on board a French vessel, bound from France to Virginia; that they stipulated to navigate the said vessel as mariners on her voyage to this State; that being now in Virginia they refuse to comply with their engagement by returning.

*Resolved, that it is the opinion of this committee,* That the matter stated in the said letter is properly cognizable before the courts of judicature; and that the party praying relief may have his remedy at law.

A motion was made, that the House do come to the following resolutions:

It appearing to this Assembly, that Mayo Carrington and Samuel Jones, in the execution of their commission under the act of the last session of Assembly, will be liable on the 15th day of February next, for clerk's wages and other necessary expenses, exclusive of house rent and the printer's charge for striking blanks, in the sum of 319*l.* 17*s.*

It further appearing that warrants on the treasurer have been issued as well from the office of the said commissioners as from that of the auditors of public accounts, for claims for property chargeable in the department of the continental quarter-master general; and that many such claims still remain, for which warrants have not been issued; and that charges have by some counties been admitted on duplicate receipts, whereby the public may be twice charged.

It further appearing that there are many entries in the return of the county courts, for which vouchers have not appeared, and are supposed still to remain in the hands of the people; that certificates or vouchers are filed, which appear to have been allowed by the courts, but are not entered upon the returns; and that claims for articles furnished continental officers in the years 1782 and 1783, have been returned, which are properly chargeable to those officers only, and will not be admitted into the continental account.

*Resolved,* That the petition of the said Mayo Carrington and Samuel Jones, praying a further allowance, is reasonable; and that they be allowed the further sum of 319*l.* 17*s.* 4 1-2*d.* to be paid, as by law the their former allowance

77

is directed; and that the said commissioners be authorised to continue in the discharge of their duty until the 15th day of February next, unless the business with which they are charged shall be sooner finished.

*Resolved,* That no rent be charged to the said commissioners; but that the same be paid by the public.

*Resolved,* That the money charged by Mr. Hayes for printing blanks, shall not be paid, it being his duty as public printer, to print for the officers the necessary blanks.

*Resolved,* That the said commissioners do continue to issue their warrants for claims, although the same may appear to be properly within the department of the continental quarter-master general, being careful, that not more than one be issued for the same service; and that they make out an exact statement of all such claims, and transmit the same to the proper continental officer without delay, that no claim from that department may be admitted on the settlement of his accounts for such articles or services, but the same may go to the credit of this State with the United States.

*Resolved,* That no warrants be issued by the said commissioners, unless vouchers approved by the county courts, shall be produced to them; but where vouchers appear, warrants shall issue, although the same may not have been entered in the return from the respective county courts.

*Resolved,* That warrants shall not issue for articles furnished continental officers in the years 1782 and 1783, the same being accountable only with the continental quarter-master general, agreeable to a resolve of Congress.

*Resolved,* That the said commissioners do make out a list of all claims, for which no warrants have been issued from their office; and transmit a copy of the same to the several county court clerks, who shall cause a copy thereof to be fixed up in the courthouse of their county, for the inspection of the people.

And the said resolutions being read a second time were, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Henderson do carry the resolutions to the Senate, and desire their concurrence.

A motion was made, that the House do come to the following resolution:

*Whereas,* many inconveniences have resulted from the delay in publishing the laws, and a speedy promulgation of them is absolutely necessary, for the relief of those who are entrusted with the execution of them;

*Resolved,* That the public printer be directed to have the laws, passed at every session of the General Assembly, printed and published within thirty days after the rising thereof; and in case they should not be done within the time before mentioned, the Governor with advice of the Council, is hereby authorised and empowered to appoint any other person to the office of public printer, who shall execute the office, and have the salary allowed to the present public printer for his said services.

And the resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Thomas Smith do carry the resolution to the Senate, and desire their concurrence.

On a motion made,

*Resolved,* That this House will, this day, proceed by joint ballot with the Senate, to the choice of a naval officer for the district of Elizabeth river, in the room of John King, Esq. deceased.

*Ordered,* That Mr. Edmundson do acquaint the Senate therewith.

A motion was made, that the House do come to the following resolution:

*Resolved,* That the following allowances be made to the officers of the General Assembly, for their services during the present session:

| | | |
|---|---:|---|
| To the Rev. Benjamin Blagrove, at the rate of | £ 10 | per week. |
| To Mr. John Beckley, clerk of the House of Delegates, | 35 | per week. |
| To Mr. William Drew, clerk of the Senate, | 17 10 | per week. |
| To Mr. Edmund Pendleton, clerk of the committees of Privileges and Elections and Propositions and Grievances, | 15 | per week. |
| To Mr. Adam Craig, clerk of the committees for Religion, Courts of Justice and of Claims, | 12 | per week. |
| To Mr. Charles Hay, clerk of the committee of Commerce, | 7 | per week. |
| To Mr. Freeman Eppes, sergeant at arms to the House of Delegates, | 10 | per week. |
| To Mr. William Pierce, sergeant at arms to the Senate, | 10 | per week. |
| To the representatives of John Creagh, for his services as door-keeper to the House of Delegates, | 30 | |
| To William Drinkard, Daniel Hicks and John Hicks, door-keepers to the House of Delegates, each | | 4 10 per week. |
| To William Drinkard, jun. door-keeper to the House of Delegates, from the day of his election, | | 4 10 per week. |
| To William Hicks and Thomas Paul, door-keepers to the Senate, each | | 4 10 per week. |
| To Elizabeth Jones, for taking care of and keeping clean the Assembly House, | 10 | |
| To Zenas Tate, as keeper of the public buildings, | 10 | per annum. |

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Richard Lee do carry the resolution to the Senate, and desire their concurrence.

The House proceeded to nominate persons proper to be ballotted for as a naval officer, for the district of Elizabeth river, in the room of John King, Esq. deceased.

*Ordered,* That Mr. Ronald do carry a list of the persons so nominated to the Senate.

A motion was made, that the House do come to the following resolution:

Z 3