# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON,<br><br>           Plaintiffs,<br><br>     v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois,<br><br>RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois,<br><br>ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois,<br><br>KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois,<br><br>ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois,<br><br>           Defendants. | Civil Action No. 3:22-cv-50326<br><br>Hon. Iain D. Johnston |

**PLAINTIFFS' F.R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P 26(a)(1), Plaintiffs Benjamin Schoenthal, Mark Wroblewski, Joseph Vesel, and Douglas Winston (collectively, "Plaintiffs") make the following initial disclosures based on the information reasonably available to them at this time.

Plaintiffs are continuing their investigation of relevant documents and historical evidence regarding historical restrictions on the right to bear arms on modes of public transportation. Plaintiffs will, as necessary, disclose further documents and witnesses in a timely manner. Plaintiffs reserve the right to supplement, revise, correct, clarify, or otherwise amend the

1

information disclosed, consistent with the rules and any applicable orders of the Court, including after the Plaintiffs receive and review any applicable discovery or other information from Defendant and third parties.

By making these disclosures, Plaintiffs do not intend to waive any applicable privilege or work product protection and expressly reserve the right to object to the production of information identified herein on those grounds. Plaintiffs also reserve the right to object to the admissibility of any of the information disclosed below, and to any discovery proposed by a party in the future, as permitted by applicable rules of this Court, the Federal Rules of Evidence, and/or Court Orders. Subject to these reservations, Plaintiffs provide the following information:

**I.     FRCP 26(a)(1)(A)(i):  The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiffs are continuing their investigation into the names of individuals likely to have discoverable information. Below is the name, subject matter, and contact information for the Plaintiffs, who are likely to have discoverable information.

| Name | Subject Matter | Contact Information |
|---|---|---|
| Benjamin Schoenthal | FOID card, concealed carry license, personal experience carrying firearms, intent to carry concealed firearms in locations prohibited by 430 ILCS 66/65(a)(8) but for fear of prosecution and criminal penalties by Defendants. | c/o David Sigale<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, IL 60187<br>dsigale@sigalelaw.com |
| Mark Wroblewski | FOID card, concealed carry license, personal experience carrying firearms, intent to carry concealed firearms in locations prohibited by 430 ILCS 66/65(a)(8) but for fear of prosecution and criminal penalties by Defendants. | c/o David Sigale<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, IL 60187<br>dsigale@sigalelaw.com |

| Joseph Vesel | FOID card, concealed carry license, personal experience carrying firearms, intent to carry concealed firearms in locations prohibited by 430 ILCS 66/65(a)(8) but for fear of prosecution and criminal penalties by Defendants. | c/o David Sigale<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, IL 60187<br>dsigale@sigalelaw.com |
|---|---|---|
| Douglas Winston | FOID card, concealed carry license, personal experience carrying firearms, intent to carry concealed firearms in locations prohibited by 430 ILCS 66/65(a)(8) but for fear of prosecution and criminal penalties by Defendants. | c/o David Sigale<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>430 West Roosevelt Road<br>Wheaton, IL 60187<br>dsigale@sigalelaw.com |

II. **FRCP 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party had in its possession, custody, or control and may use to support its claims or defense, unless the use would be solely for impeachment.**

Plaintiffs may use the following categories of documents, electronically stored information, and tangible things that are in the possession, custody, or control of Plaintiffs to support their claims:

- Electronic and/or paper documents related to Plaintiffs' FOID cards and concealed carry licenses. The location of the documents is likely to be in Plaintiffs' personal possession and/or the custodian of records for the applicable licensing agency.

- Historical documents, records, statutes, codes, ordinances, policies, treatises, legal commentaries, periodicals, and case law relating to the history of firearms regulation in the United States and the commonality and/or operation of firearms and firearm accessories, including but not limited to all materials cited in Plaintiffs' Complaint, Dkt. 1, and the Plaintiffs' Motion for Summary Judgment and accompanying memorandum of law in support, Dkt. 32 and 33. The location of

3

these documents is likely to be in databases, libraries, and archives accessible to Plaintiffs and/or Plaintiffs' counsel.

Plaintiffs do not represent that this list includes every potentially relevant document, electronically stored information, and tangible thing that may exist. Plaintiffs reserve the right to use additional documents, information, and tangible things, and reserve the right to object to production or use of one or more of the items identified herein.

**III.  FRCP 26(a)(1)(A)(iii):  A computation of any category of damages claimed by the disclosing party.**

Plaintiffs do not seek damages; Plaintiffs do request recovery of attorney's fees pursuant to 42 U.S.C. § 1988 and costs pursuant to F.R. Civ. P. 54(d)

**IV.  FRCP 26(a)(1)(A)(iv): any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiffs are not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: May 12, 2023　　　　　　　　　　　By: /s/ David G. Sigale
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury, that on this 12th day of May, 2023, I caused a copy of the foregoing "Plaintiffs' F. R. Civ. P. 26(a)(1) Initial Disclosures" to be sent to Defendants' counsel by e-mail, at the following addresses:

Christopher.Wells@ilag.gov
Isaac.FreilichJones@ilag.gov
Gretchen.Helfrich@ilag.gov
silvia.mercadomasters@cookcountyil.gov
JESSICA.SCHELLER@cookcountyil.gov
prathima.yeddanapudi@cookcountyil.gov

/s/ David G. Sigale
LAW FIRM OF DAVID G. SIGALE

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com