IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SHOENTHAL, *et al.*,<br><br>       Plaintiffs,<br>  v.<br><br>KWAME RAOUL, *et al.*,<br><br>       Defendants. | No. 3:22-CV-50326<br><br>Hon. Iain D. Johnston |

### NOTICE OF INTENT TO PROVIDE REVISED EXPERT REPORTS

  Defendants Kwame Raoul, Rick Amato, Robert Berlin, Eric Rinehart, and Kimberly M. Foxx (collectively, "Defendants,") hereby provide the following Notice, pursuant to the Court's Order of May 1, 2024:

  1.  On May 1, 2024, the Court entered a Memorandum Opinion and Order imposing discovery sanctions on Plaintiffs for failing to disclose during discovery the materials included in Plaintiffs' historical appendix, ECF 72. ECF 96 at 1.

  2.  Specifically, the Court ordered that "Defendants shall inform the Court by May 15, 2024, whether they would like an additional thirty days for their experts to review the materials contained in the historical appendix, Dkt. 72, and to revise their reports. Plaintiffs shall pay for the experts' time in reviewing the new material and revising their reports." *Id.* at 4.

  3.  Defendants hereby respectfully inform the Court that Defendants would like an additional thirty days, through the end of Friday, June 14, 2024, for their experts to review the materials contained in ECF 72 and submit revisions or supplements to their reports, with the experts' time in reviewing the new material and revising their reports to be paid for by Plaintiffs.

| | |
|---|---|
| May 15, 2024 | Respectfully submitted, |
| Isaac Freilich Jones<br>Christopher G. Wells<br>Darren Kinkead<br>Gretchen Elizabeth Helfrich<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 11th Floor<br>Chicago, Illinois 60601<br>isaac.freilichjones@ilag.gov<br>christopher.wells@ilag.gov<br>Darren.kinkead@ilag.gov<br>gretchen.helfrich@ilag.gov | Defendants KWAME RAOUL, RICK AMATO, ROBERT BERLIN, and ERIC RINEHART<br><br>By: KWAME RAOUL,<br>　　Illinois Attorney General<br><br>*/s/ Isaac Freilich Jones*<br>*One of the Attorneys for Defendants Kwame Raoul, Rick Amato, Robert Berlin, and Eric Rinehart* |
| Jessica Scheller<br>Prathima Yeddanapudi<br>Silvia Mercado Masters<br>Edward M. Brener<br>Assistant State's Attorneys<br>Cook County State's Attorney's Office<br>Civil Actions Bureau<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602<br>Jessica.Scheller@cookcountysao.org<br>Prathima.Yeddanapudi@cookcountysao.org<br>Silvia.MercadoMasters@cookcountysao.org<br>Edward.Brener@cookcountysao.org | KIMBERLY M. FOXX<br>State's Attorney of Cook County<br><br>By: */s/ Edward M. Brener* _____<br>*One of the Attorneys for Defendant Kimberly M. Foxx* |