# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.
　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 3:22−cv−50326
　　　　　　　　　　　　　　　　　　Honorable Iain D. Johnston

Kwame Raoul, et al.
　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

　　　MINUTE entry before the Honorable Iain D. Johnston: Ms. Foxx's notice of supplemental authority [106] is stricken. The Court is aware of Rahimi and has already denied two motions raised in light of Rahimi. The Court is making every effort to issue its opinion in a timely manner, and these filings are hindering those efforts. Please stop. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.