# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Benjamin Schonenthal, et al.,

Plaintiff(s),

v.

Raoul, et al.,

Defendant(s).

Case No. 3:22-cv-50326
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Benjamin Schoenthal, Mark Wroblewski, Joseph Vesel, Douglas Winston and against defendant(s) Kwame Raoul, Robert Berlin, Kimberly M. Foxx in the amount of $        ,

    which ☐ includes        pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Defendants Rick Amato and Eric Rinehart terminated per order on 8/30/2024.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on a motions for summary judgment.

Date: 8/30/2024

Thomas G. Bruton, Clerk of Court

\s\Y. Pedroza, Deputy Clerk