## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.

                                  Plaintiff,

v.                                                      Case No.: 3:22–cv–50326
                                                        Honorable Iain D. Johnston

Kwame Raoul, et al.

                                  Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 5, 2024:


        MINUTE entry before the Honorable Iain D. Johnston: On the motion to stay by
defendants Berlin, Foxx and Raoul [110], the plaintiffs shall respond by 9/12/2024 and the
defendants shall reply by 9/19/2024. (yxp, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.