# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, | |
| Plaintiffs, | No. 3:22-CV-50326 |
| v. | |
| KWAME RAOUL, *et al.*, | Hon. Iain D. Johnston |
| Defendants. | |

## NOTICE OF APPEAL

Defendant Kimberly M. Foxx, in her capacity as State's Attorney of Cook County, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order and judgment entered on August 30, 2024, in this case (Dkt. 108 & 109).

Dated: September 20, 2024

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Jessica M. Scheller*
Jessica M. Scheller
Prathima Yeddanapudi
Silvia Mercado Masters
Edward R. Brener
Assistant State's Attorneys
50 W. Washington, 5th Floor
Chicago, Illinois 60602
(312) 603-6934
jessica.scheller@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org
silvia.mercadomasters@cookcountysao.org
edward.brener@cookcountysao.org