# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Benjamin Schoenthal, et al.

                        Plaintiff,

v.                                           Case No.: 3:22–cv–50326
                                           Honorable Iain D. Johnston

Kwame Raoul, et al.

                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2024:

       MINUTE entry before the Honorable Iain D. Johnston: Before the Court is a joint motion from the plaintiffs and defendants asking to stay the issue of fees and costs pending appeal. Dkt. 113. The motion [113] is granted. Per the parties' request, the Court stays "all proceedings and vacate all deadlines relating to attorney fees and non–taxable expenses under Local Rule 54.3 and Federal Rule of Civil Procedure 54(d), and cost–related proceedings under Local Rule 54.1(a) and Federal Rule of Civil Procedure 54(d), until Defendants' forthcoming appeal is finally concluded and is no longer subject to review by any court, whether by additional appeal, petitions for rehearing or re–argument, petitions for rehearing en banc, petitions for writ of certiorari, or otherwise." Any request for fees or costs must be filed no later than 14 days after the case is "finally concluded and is no longer subject to review by any court" as the parties have used that phrase. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.