UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Benjamin Schoenthal, et al. | ) | |
|     Plaintiffs, | ) | No. 22 CV 50326 |
| | ) | Judge Iain D. Johnston |
| v. | ) | |
| | ) | |
| Kwame Raoul, et al., | ) | |
|     Defendant. | ) | |

**ORDER**

A telephonic hearing is set for 10/2/2024 at 1:30 p.m. Counsel will receive an email prior to the start of the telephonic hearing with instructions to join the call. The call-in number is 888-557-8511 and the access code is 2660444. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions.

Defendants' motion contains the following sentence: "Moreover, the potential safety implications of the Court's order are highlighted by a recent mass shooting on the CTAs Blue Line, in which four people were murdered with firearms three days after the Court's order was entered." Dkt. 110, at 8.

The two signatories of the motion must telephonically attend the hearing. Additionally, if the person who wrote this sentence is not one of the signatories to the motion, then that person must also telephonically attend the hearing. Counsel should be prepared to explain what reasonable inquiry was done as to the legal contentions and the evidentiary support for the factual contentions contained in this sentence. Fed. R. Civ. P. 11(b)(b)(2), (3). For example—and by no way of limitation—counsel should be prepared to articulate the reasonable inquiry that was made to determine if the suspect in the CTAs Blue Line shooting possessed a concealed carry permit, and if so, whether he brought the gun onto CTA property to protect himself. Moreover, counsel should explain the reasonable inquiry as to how the suspect was protecting himself from the sleeping homeless people when he allegedly shot them. If, after hearing the

explanations as to any reasonable inquiry, counsel should be prepared to show cause why the factual and legal assertions in this sentence do not violate Rule 11(b).

Date: 9/25/2024      By: _____
Iain D. Johnston
United States District Judge