**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, | |
| Plaintiffs, | No. 3:22-CV-50326 |
| v. | Hon. Iain D. Johnston |
| KWAME RAOUL, *et al.*, | |
| Defendants. | |

## DEFENDANTS' POSITION ON PROCEEDINGS AFTER REMAND

Defendants Eileen O'Neill Burke, in her capacity as State's Attorney of Cook County, Kwame Raoul, in his capacity as Illinois Attorney General, and Robert Berlin, in his capacity as DuPage County State's Attorney, through their undersigned counsel, for their position on how this Court should proceed after remand from the Seventh Circuit, pursuant to this Court's Minute Order dated September 24, 2025, state as follows:

1.      The Seventh Circuit reversed the district court's judgment, finding the regulation constitutionally permissible. Dkt. 133, at 51. It remanded the case "for proceedings consistent with this opinion." *Id.*

2.      Additionally, after oral argument plaintiff Joseph Vesel notified the Seventh Circuit that his claim regarding Section 65(a)(8) is now moot now that he is a law enforcement officer with the University of Chicago Police Department. The Seventh Circuit therefore dismissed Mr. Vesel from the appeal. Dkt. 133, at fn. 3.

3.      To remain consistent with the Seventh Circuit's opinion, this Court should (1) vacate its order granting summary judgment in favor of Plaintiffs; (2) dismiss Joseph Vesel as a plaintiff in this action; (3) grant the motions for summary judgment of Defendant Burke and Defendants Kwame Raoul and Robert Berlin for the reasons set forth in the Seventh Circuit's

opinion; and (4) enter final judgment in favor of Defendant Burke and Defendants Raoul and Berlin.

Respectfully submitted,

Jessica M. Scheller                          EILEEN O'NEILL BURKE
Prathima Yeddanapudi                         State's Attorney of Cook County
Silvia Mercado Masters
Edward M. Brener                     By:     */s/ Jessica M. Scheller*
Assistant State's Attorneys                  *One of the Attorneys for Defendant Burke*
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6934
jessica.scheller@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org
silvia.mercadomasters@cookcountysao.org
edward.brener@cookcountysao.org


Defendants in their official capacities KWAME
RAOUL and ROBERT BERLIN

Christopher G. Wells                         By: KWAME RAOUL,
Gretchen Elizabeth Helfrich                      Illinois Attorney General
Isaac Freilich Jones
Office of the Illinois Attorney General      */s/ Isaac Freilich Jones*
100 West Randolph Street, 11th Floor         *One of the Attorneys for Defendants in their*
Chicago, Illinois 60601                      *official capacities Kwame Raoul and Robert*
Tel. 312-814-3000                            *Berlin*
christopher.wells@ilag.gov
gretchen.helfrich@ilag.gov
isaac.freilichjones@ilag.gov