IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI and DOUGLAS WINSTON, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois, | ) ) ) ) | Case No. 3:22 CV 50326 |
| RICK AMATO, in his official capacity as State's Attorney of DeKalb County, Illinois, | ) ) ) ) ) | |
| ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois; | ) ) ) ) ) | |
| KIMBERLY M. FOXX, in her official Capacity as State's Attorney of Cook County, Illinois, and | ) ) ) ) ) | |
| ERIC RINEHART, in his official capacity as State's Attorney of Lake County, Illinois, | ) ) ) ) | : |
| Defendants. | ) | |

PLAINTIFF'S POSITION STATEMENT REGARDING
FUTURE PROCEEDINGS[1]

Pursuant to the Court's Order of September 24, 2025 (Dkt. #136), Plaintiffs submit the following Position Statement as to the Court's questions regarding future proceedings in this matter.

---

[1] Plaintiff Joseph Vesel was dismissed from this matter during the recent appeal.

- Plaintiffs intend to petition the United States Supreme Court for a writ of *certiorari* as to the Seventh Circuit's Opinion dated September 2, 2025;

- Plaintiffs' position is that the matter should be stayed in this Court while the window for filing the above-described *certiorari* Petition is still open, and until the Supreme Court issues a final ruling regarding the matter. Plaintiffs request an Order in this Court to that effect.

Dated: October 3, 2025                  Respectfully submitted,

                                             By:       /s/ David G. Sigale
                                                            Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com
Attorney for Plaintiffs

CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

     1.    On October 3, 2025, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

     2.    Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                          /s/ David G. Sigale
                                          Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com