ILND 450 (Rev. 10/13) - Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Benjamin Schonenthal, et al.,

Plaintiff(s),

v.

Raoul, et al.,

Defendant(s).

Case No.  3:22-cv-50326
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

         which ☐ includes     pre–judgment interest.
                 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Attorney General Raoul, State's Attorney Burke, and State's

Attorney Berlin and against plaintiff(s)  Schoenthal, Wroblewski, Winston.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Defendants Rick Amato and Eric Rinehart terminated per order on 8/30/2024.  Claims of Plaintiff Vesel are moot.

---

This action was (check one):

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on the parties' proposals and per the Seventh Circuit's opinion in 24-2643 and 24-2644.

Date:  4/20/2026

Thomas G. Bruton, Clerk of Court
/s/Y. Pedroza, Deputy Clerk